MINUTE ENTRY          10:35 a.m.

JACK ANGELO -vs- NORTHERN MARIANA COLLEGE

PRESENT: Hon. David A. Wiseman, Designated Judge Presiding
   Faye Crozat, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Danilo Aguilar, Attorney for Plaintiff
   Matthew Smith, Attorney for Defendant

PROCEEDINGS: MOTION TO COMPEL

Plaintiff was represented in court by Attorney Danilo Aguilar. Also present was Jack Angelo, plaintiff. Defendants were represented by Attorney Matthew Smith.

Court opened at 10:35 a.m. with neither attorney present. Court recessed until counsel showed up.

Court reconvened at 10:50 a.m. when Attorney Aguilar and Attorney Smith appeared. Both counsel apologized to the Court stating that they thought the hearing was being held at the Superior Court.

Attorney Aguilar argued the motion. Attorney Smith argued on behalf of the defendant.

Court, after hearing all argument, stated that the motion would be taken under advisement and that a written ruling would be forthcoming.

    Adjourned 11:00 a.m.


;   [KLL EOD 07/21/2005]