```
                                              FILED
                                               Clerk
                                           District Court

                                           AUG 22 2005

                                    For The Northern Mariana Islands
                                    By_____
                                           (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, | Civil Action No. 03-0014 |
| Plaintiff | |
| v. | ORDER RE-SCHEDULING TRIAL AND PRE-TRIAL CONFERENCE |
| NORTHERN MARIANAS COLLEGE, | |
| Defendant | |

IT IS ORDERED that the trial be and hereby is re-scheduled to begin on Monday, October 3, 2005, at 9:00 a.m. at the U.S. District Court; and,

IT IS FURTHER ORDERED that a pre-trial conference will be held at the U.S. District Court in Chambers on Wednesday, September 7, 2005, at 10:00 a.m.

DATED this 22nd day of August, 2005.

_____
DAVID A. WISEMAN
Judge

AO 72
(Rev. 8/82)