FILED
Clerk
District Court

SEP 16 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN (JACK) ANGELLO, | ) | Civil Action No. 03-0014 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NOTICE OF ORDER TAKING |
| | ) | TRIAL OFF-CALENDAR |
| NORTHERN MARIANAS COLLEGE, | ) | |
| | ) | |
| Defendant | ) | |

BASED UPON the oral motion of counsel for plaintiff at the September 7, 2005, final pre-trial conference that his witnesses would not be available on the trial date of October 3, 2005,

IT WAS ORDERED by the Honorable David A. Wiseman that the trial in this matter be and was taken off-calendar and will be re-scheduled as soon as the court and the parties can find a mutually agreeable trial date.

DATED this 16th day of September, 2005.

CLERK OF COURT

By: _____
Deputy Clerk of Court

AO 72
(Rev. 8/82)