FILED
Clerk
District Court

OCT - 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

JOHN (JACK) ANGELLO,

Plaintiff,

vs.

NORTHERN MARIANAS COLLEGE,

Defendant.

Civil Action No. 03-0014

**ORDER RE-SCHEDULING TRIAL AND PRE-TRIAL CONFERENCE**

IT IS ORDERED that the trial scheduled to begin on Monday October 3, 2005, is re-scheduled to begin on Tuesday, December 27, 2005, at 9:0 a.m., **at the U.S. District Court;** and,

IT IS FURTHER ORDERED that a **pre-trial conference will be held at the U.S. District Court in Chambers** on Wednesday, December 14, 2005, at 10:00 a.m.

DATED this 3rd day of October, 2005.

_____
DAVID A. WISEMAN
JUDGE

AO 72
(Rev. 8/82)