ORIGINAL

DANILO T. AGUILAR
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Ghiyeghi St. & Wischira Way, San Jose
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Plaintiff
John (Jack) Angello

FILED
Clerk
District Court

DEC 13 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN MARIANAS COLLEGE,<br><br>Defendant. | CIVIL ACTION NO. 03-0014<br><br>**PLAINTIFF'S'S PROPOSED PRELIMINARY STATEMENT TO THE JURY BY THE COURT** |

COMES NOW Plaintiff, John (Jack) Angello, by and through counsel of record, Danilo T. Aguilar, to propose the following preliminary statement to be read to the jurors by the Court in this action to begin on December 27, 2005:

Plaintiff, Dr. John (Jack) Angello, claims that he was sexually discriminated against, sexually harassed and placed in a hostile work environment by his supervisor, Barbara Moir, during

-1-

1

his employment at Northern Marianas College.  After filing a

2

grievance and EEO complaint in March of 2001, Angello claims he

3

was retaliated against by NMC supervisory staff and finally

4

terminated in November of 2002, without his EEO and grievance ever

5

being heard.  If proved, these alleged discriminatory and

6

retaliatory actions by NMC are in violation of Title VII of

7

federal law.

8

  Defendant denies these claims.

9

10

Dated this ___13th___ day of December, 2005.

11

12

13

14

15

DANILO T. AGUILAR
Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

-2-