FILED
Clerk
District Court

DEC 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN (JACK) ANGELLO, | ) | Civil Action No. 03-0014 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER AFTER FINAL |
| | ) | PRE-TRIAL CONFERENCE |
| NORTHERN MARIANAS | ) | |
| COLLEGE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

THIS MATTER came before the court in chambers on Wednesday, December 14, 2005, for the final pre-trial conference. Plaintiff appeared personally and by and through his attorney, Danilo T. Aguilar; defendant appeared by and through its attorney, F. Matthew Smith.

After discussion between the court and the parties,

IT IS ORDERED that:

1. The non-jury trial shall begin Tuesday, December 27, 2005, at 9:00 a.m.

2. All motions in limine shall be filed by 3:30 p.m., Wednesday, December 21, 2005. There will be no oral argument unless the court requests it after reading the written submissions.

3. The parties shall submit a joint statement of exhibits which they have agreed can be admitted without objection. (The list of stipulated exhibits can simply identify them as, e.g. Plaintiff's # 3; Defendant's K.) The parties retain the right to object to exhibits on other grounds.

4. The parties shall submit a stipulated statement of uncontroverted material facts.

5. The parties shall submit a stipulated statement of the elements of both remaining causes of action under Title VII: sexual discrimination and retaliation.

6. The parties shall provide to the court three copies of their exhibits and a copy to each other.

After the parties have met and conferred and made a good faith effort to resolve any remaining disputes, unresolved matters shall be brought to the attention

of the court by 8:00 a.m., Tuesday, December 27, 2005.

IT IS SO ORDERED.

DATED this 14th day of December, 2005.

_____
DAVID A. WISEMAN
Judge