FILED
Clerk
District Court

DEC 2 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**ORIGINAL**

DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Ghiyeghi St. & Wischira Way, San Jose
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Plaintiff
John (Jack) Angello

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO,<br><br>      Plaintiff,<br><br>      v.<br><br>NORTHERN MARIANAS COLLEGE,<br><br>      Defendant. | CIVIL ACTION NO. 03-0014<br><br>**PLAINTIFF'S LIST OF WITNESSES** |

COMES NOW Plaintiff, by and through counsel of record, Danilo T. Aguilar, and hereby submit their list of witnesses that may be called at the trial in this matter. Plaintiff reserves the right to call witnesses listed on Defendant's witness list

Dated this _19th_ day of December, 2005.

_____
DANILO T. AGUILAR, F0198
Attorney for Plaintiff

-1-

1. Dr. John (Jack) Angello

2. Mr. Les Wolf

3. Mr. Lino Santos

4. Ms. Bobby Hunter

5. Mr. Kohne Ramon

6. Mr. Jim Wedding

7. Mr. Butch Wolf

8. Mr. Eric Plinske

9. Mr. Nestor Ablog

10. Ms. Doris Sablan

11. Ms. Daisy Villagomez-Bier

12. Mr. Agnes McPhetres

13. Mr. Randall Nelson

14. Mr. Michael Sablan

15. Mr. Ed Tenorio

16. Mr. John Cool

17. Mr. Jesus Borja, Esq

18. Mr. Jack Sablan

19. Mr. Ed Camacho

20. Mr. Antonio DL Guerrero

21. Ms. Kimberly Hinds

22. Ms. Maggie Olopai-Taitano