VICENTE T. SALAS
Law Office of Vicente T. Salas
2nd Floor, UIU Building
P.O. Box 501309
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F I L E D
Clerk
District Court

DEC 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Defendant Northern Marianas College.

IN THE UNITED STATES DISTRICT COURT
OF THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO<br><br>Plaintiff,<br><br>-vs-<br><br>NORTHERN MARIANAS COLLEGE<br><br>Defendant. | Civil Action No. 03-0014<br><br>**NOTICE OF FILING**<br><br><br>Judge: Honorable David A. Wiseman<br>Designated Judge |

Notice is hereby given that the deposition of John (Jack) Angello taken on September 30, 2004 and October 15, 2004 in the above-mentioned case is hereby filed with the court on December 21, 2005.

DATED this ___21___ day of December, 2005.

F. MATTHEW SMITH
Attorney for Defendant

**ORIGINAL**