IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

JOHN (JACK) ANGELLO,              ) CIVIL ACTION NO. 03-0014
                                 )
                    Plaintiff,   )
                                 )
        v.                       )
                                 )
NORTHERN MARIANAS COLLEGE,       )
                                 )
                    Defendants.  )
─────────────────────────────────)

*1/14/05 5.00m* (handwritten)

## DEPOSITION OF JOHN (JACK) ANGELLO

Taken at the
Law Offices of Vicente T. Salas
2nd Floor, UIU Building
San Jose, Saipan
Commonwealth of the Northern Mariana Islands

September 30 and October 5, 2004

Transcribed by:
**JUDICIAL SERVICES, PLUS**
2nd Floor, Sablan Bldg., Chalan Piao
P. O. Box 500051
Saipan, MP 96950-0051
(670) 235-7585

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

JOHN (JACK) ANGELLO,            ) CIVIL ACTION NO. 03-0014
                                )
                Plaintiff,      )
                                )
        v.                      )
                                )
NORTHERN MARIANAS COLLEGE,      )
                                )
                Defendant.      )
_____ )

On the 30th day of September, 2004, at the Law Offices of

Vicente T. Salas, 2nd Floor, UIU Building, San Jose,

Saipan, Commonwealth of the Northern Mariana Islands,

personally appeared,


**JOHN (JACK) ANGELLO**


who was, by a Notary Public, sworn and thereupon examined

as a witness in said cause.


APPEARANCES:

For the plaintiff:          Danilo T. Aguilar, Esq.

For the defendants:         F. Matthew Smith, Esq.

Notary Public:              Ms. Judi Fujihira

-1-

## Table of Contents

Direct examination (Smith)................Page 4

## E X H I B I T S:

A  —  Letter dated December 7, 1999 re: EEOC
       Charge #37890336 and November 12, 1999
       memo re recommmendation for settlement -
       grievance for Jack Angello [4 pp.];

B  —  Qualification evaluation worksheet.

1       SAIPAN, COMMONWEALTH OF THE N. MARIANA ISLANDS

2                   September 30, 2004

3           MR. SMITH:  Okay, today's date is September 30th,

4       2004, this is the deposition of Dr. John, Jack Angello,

5       plaintiff, in the case of Angello versus NMC, Northern

6       Marianas College, this is the Northern -- in the United

7       States District Court for the Northern Mariana Islands,

8       Civil Action No. 03-0014.

9           Present today is Matthew Smith, that's me, on behalf

10      of the defendant, Northern Marianas College.  Will the

11      others announce your--

12          MR. AGUILAR:  Dan Aguilar appearing as attorney for

13      Jack Angello.

14          MR. ANGELO:  Jack Angelo, plaintiff in this matter.

15          MR. SMITH:  Okay, we will now -- ah, the time is

16      11:12, according to my watch, a.m., and the plaintiff or

17      Mr. Angello will now be sworn in by a Notary.

18          MS. FUJIHIRA:  Please raise your right hand and

19      state your -- right hand and state your full name.

20          WITNESS:  John Anthony Angello.

21          ...[Oath administered].

22          WITNESS:  So help me God, I do.

23          MS. FUJIHIRA:  Thank you.

24          MR. SMITH:  Okay, thank you, Judi.  All right, the

25      deposition can proceed.

```
  1                       DIRECT EXAMINATION
  2       BY MR. SMITH:
  3    Q    Mr. Angello, have you ever had your deposition taken
  4         before?
  5    A    Yes, um, around 1993, '94 by U.S. Department of
  6         Justice.
  7         MR. SMITH:  Okay.
  8    A    I was a, ah witness to the case of PSS and the
  9         Filipino workers.
 10    Q    Okay, you're familiar with how these depositions
 11         work?
 12    A    Pretty much.
 13    Q    Okay, you know that you are under oath and, ah are
 14         expected to answer these questions, unless your
 15         attorney makes some sort of objection or asks you
 16         not to.  Actually, if he makes an objection, still
 17         you're suppose to answer the question, only if he
 18         instructs you not to answer, um where we take up
 19         that issue.
 20    A    Sure.
 21    Q    But ah, if you do need to break at all, got to use
 22         the restroom, get a drink of water, whatever, feel
 23         free to ask, we can pause this as needed to address
 24         all of those things um, and of importance is saying
 25         yes or no instead of nodding, because all this is
```

-4-

```
 1              being recorded and if we're not careful, then we'll
 2              miss out on some of those responses if the -- if the
 3              answers are not clear.  Do you have any questions
 4              for me before we start?
 5    A         Not at this time.
 6    Q         Okay.  Can you please state again your full name,
 7              for the record?
 8    A         John Anthony Angello, also known as my nickname
 9              Jack.
10    Q         Okay, I'd like to start with a little of your
11              educational background?  Can you please tell me what
12              is your -- give me a list of your educational
13              background, what colleges you have attended?
14    A         Colleges ah, that I've attended and received
15              degrees?  Peers (ph.) Junior College in Los Angeles,
16              I received an AA Degree in liberal--
17    Q         What was that AA Degree in?
18    A         In just, ah general academics, liberal, I believe
19              they refer to it as liberal arts.
20    Q         What year was that you received that?
21    A         1970.
22              MR. SMITH:  Okay.
23    A         I received a B.A., Bachelor of Arts in
24              Communications, minor in psychology from San Diego
25              State University in 1970.  I received a masters--
```

-5-

1    Q    Wait, you received -- so you got your AA and your BA

2         the same year?

3    A    The same year.

4    Q    How did you do that?

5    A    I fulfilled a requirement, I was lacking one

6         requirement, ah for my AA and I took a course that

7         both was accepted by the college, ah San Diego State

8         University and then I transferred that credit to

9         Peers and then at that point, they issued me an AA

10        degree.

11   Q    Okay, and that was no -- at SDS you had no problem

12        with that?  San Diego State?

13   A    No.

14        MR. SMITH:  Okay.

15   A    Then in 1986, I believe ah would be the date -- no

16        excuse me, that would be 1989, I believe it was '89,

17        '88 or '89 I received a masters of art in

18        instructional technology from San Jose State

19        University.  And then, in 1996 I was issued a

20        Doctorate Degree in education with an emphasis in

21        instructional technology, it's an administrative

22        course work from University of Southern California.

23   Q    U.S.C.?

24   A    U.S.C.

25   Q    Did you do that, ah work at U.S.C.?

-6-

```
 1    A    Ah it was a cooperative program with San Jose State

 2         University and U.S.C., and I attended ah, on campus

 3         both at San Jose State University and U.S.C.

 4    Q    Okay, were you living in 1996 in California?

 5    A    1994 a part and 5 and ah, the first -- early part of

 6         1996 I lived in California.

 7    Q    Okay.  Are these -- have you attended any other

 8         colleges where you did not get a degree?

 9    A    Ah, I attended Washington State University on

10         scholarship, football scholarship, in 1964 and I was

11         um -- had a severe neck injury in the Fall of '64 on

12         the freshman team and it was advisable that I stop

13         playing football and I donated my scholarship to a

14         deserving student on campus.  I had a full right

15         even with an injury clause.

16    Q    Wow.  What position did you play?

17    A    I played tight end, but they moved me out to, ah

18         split end and then wide receiver and then also

19         punting.

20    Q    Wow.  So, you donated your scholarship?

21    A    Well, I explained to them that -- they told me that

22         I could continue on with school there four years and

23         at the time, um I felt, ah I wasn't playing

24         football, I wasn't earning my scholarship, I guess

25         maybe idealistic, so I asked them to, ah give it to
```

1         any deserving low income student.

2    Q    And, ah -- and they did?

3    A    I don't know exactly after that.  I left and went

4         back to Southern California and resumed ah -- oh,

5         excuse me, that college would be University of

6         California at North Ridge ah, where I went back and

7         started school again, ah and played basketball for

8         them and then, ah transferred to San Diego State

9         University.

10   Q    Okay, but how -- where did Peers Junior College come

11        into this?

12   A    I was -- I had a, um girlfriend at the time and she

13        -- I was encouraging her to go to college and I

14        basically joined with her to keep her company at the

15        beginning of her, ah junior college career and, in

16        doing so, I accumulated enough credits, I didn't go

17        there the full two years, I accumulated ah, the

18        minimum to get an AA with transferrable credits from

19        my Cal State and it just happened the summer of 1970

20        everything came together that I had -- I was taking

21        a course at Peers College, that was I was attending

22        Peers College, transferred to San Diego State

23        because I needed one course, ah in the lower general

24        requirements, and they said at that point I could

25        graduate from Peers.  It was sort of unique the fact

```
 1              that I graduated from both places about the same
 2              time.
 3    Q    Yeah.  You said Cal State, what school do you refer
 4              to when you refer to Cal State?
 5    A    The university system in California, ah they have
 6              ah, the University of California North Ridge--
 7    Q    That's your North Ridge -- that's what you -- you
 8              were talking about North Ridge when you....
 9    A    Right.
10    Q    ....said Cal State?
11    A    Yeah.
12         MR. SMITH:  Okay.
13    A    It was referred to at one time as Cal State, then
14              they changed, even San Diego State became a part of
15              the California State university system.
16    Q    Okay.  So, you left Washington State, basically
17              because of your injury and to go back home, is that?
18    A    Yes.
19    Q    Okay, um had you done any college study prior to --
20              was Washington State the first--
21    A    Yes.  I graduated from High School in 1964.
22         MR. SMITH:  Okay.
23    A    June.  And attended in the Fall Washington State.
24    Q    Okay, very good.  Um how -- how did your educational
25              background qualify you for your employment in NMC?
```

-9-

1    A    At the time, when I applied, it was in 1996, um--

2    Q    The first you time you applied to NMC?

3    A    No, I -- when I was in Tinian I was the principal of

4         ah, Tinian High School in 1990 -- 1999 -- 1990 --

5         1992.  I applied as an English instructor and I was

6         accepted and taught English for NMC ah, part time on

7         Tinian on the Tinian Campus in 1992.  Ah, and I've

8         known -- I knew Agnes for many, many years and she

9         followed my educational career and then I, ah -- ah

10        from Tinian High School I applied for my doctorate

11        program, based on my work at Tinian High School I

12        was accepted and, ah attended college and university

13        in California.  Received my doctorate in June or

14        January, February of 1996, came back to Saipan and

15        then applied ah, at the college ah, somewhere around

16        April?  About that time frame?  And, I was called

17        in, I believe in May for an interview for the

18        director of apprenticeship programs, that's how they

19        referred to it, it basically covered the vocational

20        programs.  Ed Klingbergs (ph.) was the Dean at the

21        time and he knew of my background in education, but

22        also my background in construction and in trades.  I

23        had several jobs and quite a very big background

24        experience, so he basically interviewed and asked if

25        I could handle this program and try to bring it up

-10-

1        to a higher level, try to get the apprenticeship

2        program going, the adult school, and two plus two

3        programs and I said I'd give my best shot, they

4        hired me, and I started in June of 1996.

5  Q   So um, it was as a result of both your education and

6        your experience that enabled you to qualify for an

7        NMC job, is that what you're saying?

8  A   Yes.

9  Q   Um, is that--

10  A   Because the vocational programs require a background

11       in trades.

12  Q   And, that was -- that was the position you were

13       applying for?

14  A   Yes.

15  Q   Okay, getting into some of this background, you say

16       you had construction background?

17  A   Yes.

18  Q   When -- when -- what kind of construction background

19       did you have?

20  A   My father was a contractor in California and from

21       the age 5 up to approximately ah, 18, 19?  I worked

22       summers for my father and after eight -- when I was

23       about 20, ah he gave me his dump truck and some

24       tools and I, ah created a company called Creative

25       Construction Company and did, ah residential--

```
 1    Q    Creative Construction?

 2    A    Right.

 3    Q    Was this actually a corporation?  Or was it just a--

 4    A    Just a company.

 5    Q    Just a sole prop -- you were just--

 6    A    Right.

 7    Q    Your company--

 8    A    Right, proprietor.  Sole proprietor.

 9    Q    And, what did you do?

10    A    I did residential work, ah concrete, most of them

11         concrete, driveways, sidewalks, some remodeling

12         work, renovation work on homes.

13    Q    Now, this is when you were 20, so where were you at

14         this time, you were....

15    A    California.

16    Q    ....going to school at this time, right?

17    A    Yeah, I would do the, ah work on weekends and off

18         hours.

19    Q    Okay, ah -- okay, and any additional background in

20         trades besides this, ah family--

21    A    I designed and had a, ah speed boat patent pending,

22         hydro--

23    Q    Still patent pending today?

24    A    I believe it expired.

25         MR. SMITH:  Okay.
```

1    A    And designed a, ah speed boat.  It was a unique

2         shape and built, created a company and built two, ah

3         prototype and two models and, ah I had sales lined

4         up, but the oil crises of 1970 something, killed my

5         -- pretty much killed the product because it raised

6         the price up too high.  And then I was a publisher,

7         um and the, ah--

8    Q    What did you publish?

9    A    Other people's, just you know basically grassroots

10        publishing house.

11   Q    Meaning you just photocopied it or?

12   A    Poetry, yeah, and bound together and just -- and I

13        had my own work ah, published and bound and put in

14        stores for sale.

15        MR. SMITH:  Oh, really.

16   A    Yes.

17   Q    What kind of work was yours?

18   A    Poetry.

19   Q    Poetry.  Um what kind of stores did you get it in

20        to?

21   A    A lot of like mom and pop, not in any major stores.

22   Q    But you did these others as well?

23   A    Ah yes.

24   Q    Was this while you were at school?

25   A    Ah this is during the time I finished, after San

```
 1            Diego State, it would be in the years of, ah '71
 2            through '75.
 3            MR. SMITH: Okay, that's kind of cool.
 4      A     And also, I wrote screen plays with a partner of
 5            mine.  Starting out in Hollywood and she went on to
 6            be very successful.  Ah I eventually moved out here
 7            to the islands.
 8      Q     Who -- who was that?
 9      A     Catherine Green.
10      Q     What did she go on to do?
11      A     She, ah first was picked up by Taxi and became a
12            stable writer, they call it, and then, ah she also
13            was hired by Bob Hope to be one of his writers and
14            then eventually she, ah was executive producer of
15            Married with Children.
16            MR. SMITH:  Wow!
17      A     And then ah, now she's just doing creating pilots I
18            guess and, ah--
19      Q     Do you keep in touch with her still?
20      A     Yes.  She's still waiting for me to finish my screen
21            play that I started back then.
22            ...[laughter].
23      A     Sort of running joke, I'm on page 7 now.
24      Q     What kind of screen plays did you write with her?
25      A     Ah we wrote -- she liked, ah romantic comedies?  And
```

-14-

```
 1           I was in SciFi and so, ah I basically helped with

 2           her stories and then I came out here to finish off

 3           my SciFi ah, saga which ah--

 4     Q     How did you meet her, was she a childhood friend?

 5     A     Well, I lived by Burbank, ah Warner Brothers Studio,

 6           she came out from Oklahoma with a dream of becoming

 7           a, you know a writer in Hollywood and I sort of

 8           helped her when she started out.  She was a little

 9           bit low in the coin, so I financially helped her and

10           became a friend and ah, support and one day when --

11           and I was sort of struggling too, one day she walked

12           in and said, ah guess who I'm working for, and I

13           went, I don't know, she turned on the television and

14           there she was, she taped her earlier because Bob

15           Hope did these specials and, ah she's driving up in

16           this car in Lake Tahoe and he's in the car and he

17           makes a remark about flirting with this lady in the

18           car and the camera pans over to her....

19           MR. SMITH: Oh, that's cool.

20     A     ....and I saw her and I went...[gesturing].  So, and

21           then ah, anyway she's been a real good friend and ah

22           -- ah and she helped when I was at the college, NMC,

23           with the film and TV for, ah if we would expand

24           possibly of ah, getting in touch with people to

25           bring them out.
```

-15-

1    Q    So you contacted her over the Pacific Rim?

2    A    She knew of it and she was happy that I started

3         because I told her before it started, I had this

4         dream of creating a film and TV program and then met

5         with Butch (ph.) one night and it turn out that we

6         were, like grew up in the same place and then it, ah

7         all started to click and the rest is history I

8         guess.

9    Q    So, when you interviewed in June of 1996, did you

10        raise all of these matters with them at that time?

11        I mean did this come up, did you talk trade or

12        vocational education?

13   A    Well, Mr. Klingbergs knew of my background from PSS

14        that I, ah had gone in, especially Tinian High

15        School because I went in and basically renovated the

16        entire high school ah, physically, the physical

17        plant, and plus they only had ah, up to the 11th

18        grade and I created the 12th grade for the first

19        time and got the place accredited.  Ah, so it was a

20        lot of hard work with the support of, ah the Tinian

21        people and staff, so he knew that he needed somebody

22        who would take action, do things?

23             And, he also knew that I would do things at

24        times, um you could possibly get into political

25        trouble, I guess if you want to call it that, but he

-16-

```
 1              knew that I would always keep the students, it was

 2              the bottom line, students at heart, so.  And he had

 3              these projects and he said they've been sitting

 4              dormant and, ah he knew that I would accomplish what

 5              he wanted me to do.

 6      Q       Let me ask you just with your last comment there

 7              about he knew that you would do things even if they

 8              weren't politically correct, how did he know that?

 9      A       From Tinian High School.

10      Q       What ah -- what did he learn from Tinian High

11              School?

12      A       There was a situation of ah, when I was principal

13              there that, ah we started an aviation program that

14              was ah, Board approved and then ah -- then I was um,

15              asked by the Tinian Delegation because everything

16              was seen to be running great, if I wanted to be

17              commissioner?  And they proposed that--

18      Q       Commissioner of?

19      A       Education.

20      Q       For the CNMI?

21      A       Right.  And that's what I meant by, you know

22              politically getting into a situation where the

23              Commissioner at that time didn't receive that very

24              well, and so, ah suddenly I was, ah not renewed.  It

25              was a similar ah -- it was a matter of ah, without
```

-17-

| | | |
|---|---|---|
| 1 | | cause situation and I challenged it and filed in |
| 2 | | court and, ah eight years later, it was settled. |
| 3 | Q | It took eight years to settle that? |
| 4 | A | Yes. |
| 5 | Q | How come it took so long? |
| 6 | A | I was stubborn. |
| 7 | Q | But it was settled to your satisfaction? |
| 8 | A | Yes. |
| 9 | Q | Um is that settlement public knowledge? |
| 10 | A | Ah it -- it was public only to the people that put |
| 11 | | together, you know the staff, put together the work |
| 12 | | that I wouldn't -- I think there was a clause in |
| 13 | | there about revealing, you know the ah-- |
| 14 | Q | Confidentiality? |
| 15 | A | But ah -- confidentiality, but ah, it was known that |
| 16 | | it was settled, both sides were satisfied. |
| 17 | Q | Did ah -- did you represent yourself in that action? |
| 18 | A | Yes. |
| 19 | Q | So, he was aware that -- at the time that you were |
| 20 | | hired in June of 1996, was this ongoing?  This PSS |
| 21 | | matter still ongoing? |
| 22 | A | Yes. |
| 23 | Q | Ah when was that resolved? |
| 24 | A | It believe it was 1998. |
| 25 | | MR. SMITH:  '98, okay. |

```
 1    A    Excuse me, in 1999.  About 1999, something like

 2         that.

 3    Q    Okay, at what level was that resolved?

 4    A    Um the EEOC brought in their mediation team?  Ah,

 5         and I, apparently my case qualified for that, and

 6         they brought out a lady from San Francisco who met

 7         with PSS and myself and, ah basically told PSS that

 8         they would settle with me or she would take them to

 9         court.

10    Q    No, were you already in court?  Or had you just

11         strictly stayed at the EEOC level?

12    A    I was in court because I ah, had refiled ah -- EEOC

13         stepped in out of the blue because apparently they

14         had the right to step in because I did file in EEOC

15         and they gave me a right to sue, then I filed in

16         District Court.

17    Q    Okay, so that was the order that you did, you got --

18         you first filed with the EEOC, then they gave you

19         the right to sue letter and you filed in District

20         Court?

21    A    Yes.

22         MR. SMITH:  Okay.

23    A    Over the matter of, ah termination without cause.

24    Q    And then ah--

25    A    And discrimination.
```

1    Q    And so when you settled, you settled the District

2         Court case?  Is that how it worked?  Or had that

3         case--

4    A    We haven't--

5    Q    Had that case already been tried and settled?  Or

6         what -- what was the status of that District Court

7         at the time of the settlement?

8    A    It was ah, in limbo.  I think we were already, ah

9         moving on towards trial and then ah--

10   Q    Okay, but it had not been tried yet?

11   A    No, and EEOC had stepped in and, of course, I agreed

12        after the settlement to drop all, ah pending suits

13        and any future on that matter.

14   Q    Did EEOC explain to you why they stepped in?

15   A    Um would that be confidentiality, or?

16        MR. AGUILAR:  I don't -- I don't think so.  If you

17   know, then I don't think, I don't think it's....

18   A    The lady--

19        MR. AGUILAR: ....the settlement, so--

20        MR. SMITH: ...[unintelligible].

21   A    The lady, she was an attorney, and she said that ah

22        -- that my case had merit and that ah -- and then

23        she brought in PSS and explained to PSS that there

24        was merit, ah and I went on record saying, ah I

25        would like to settle this matter, ah in a amicable,

```
 1              you know situation that would be, you know for both
 2              sides because I was working at the college and I
 3              said it'd drain on the resources, you know from the
 4              high school or the PSS and she agreed and ah--
 5    Q         Why did she just enter the picture, had you
 6              contacted her?
 7    A         No.
 8    Q         Did she ever explain to you why she came into the
 9              picture?
10    A         She followed the case ah, and then, ah I think this
11              was a new ah -- they started this, I think fairly
12              new -- this was a fairly new thing they were
13              starting, mediation?  Um and then she went through,
14              I guess, files?  Which ones would be, ah, and so
15              then I got a letter that she would be arriving on a
16              certain date and I was to appear at the ah,
17              Horiguchi Building, the Ombudsman in the back
18              together with PSS, so I appeared on the date that I
19              was asked to appear.
20    Q         And, this new thing worked then in your case anyway?
21    A         Yes.
22    Q         It resulted in a settlement?
23    A         Yes.  And, like I said, she made it favorable for me
24              ah, in that she said she had gone over the documents
25              and that ah -- so, I was satisfied.  And Louise
```

-21-

```
 1          Concepcion who was acting commissioner at the time
 2          she was satisfied, too.  She was supportive of me
 3          and being acting commissioner she said she wanted to
 4          get it settled too, so do I.
 5    Q     Okay, with ah -- with this knowledge then of this
 6          litigation with PSS and your knowledge of the trade
 7          backgrounds or your trade experience um, as you
 8          interviewed at NMC in 1996, what ah -- what did your
 9          educational experience add to that.  Did they look
10          for anything in particular in your educational
11          background?  Or were they just looking for someone
12          with a masters or a doctorate degree or what --
13          what, do you recall?  How your education helped you
14          with the hire?  The original hire?
15    A     They knew the doctorate was a EDD, it wasn't a Ph.D.
16          and an EDD is practical.  Ah, you -- I did a case
17          study and it involved Tinian High School and the ah,
18          overhaul at Tinian High School and incorporating ah,
19          computer technology, doing instructional technology
20          theme throughout the school in computers in the
21          classrooms, ah and I was written up several times by
22          the media because of all the innovative programs we
23          had.  Every classroom had computers.  I introduced I
24          think the first they were compact disk, you know
25          large disk CD-ROM system through our science
```

```
 1          programs and ah, my education involved hands-on
 2          instructional technology meaning the use of
 3          computers and technology, also the masters program.
 4               In college, my communications was prelaw.  I
 5          wanted to be, go to law school, so I always tried to
 6          take courses that, ah were practical and, ah were
 7          geared toward survival in the real world.
 8     Q    And, what do you mean by that, survival in the real
 9          world?
10     A    Ah you know stay away from ah -- ah, meaning just
11          ah--
12     Q    Let me just ask you.  Do you feel like, this is
13          seeking some of your opinion on this, but do you
14          feel like the only way to survive in this world is
15          if um, if you demand people to follow the law or if
16          you demand the enforcement of laws?  I mean is that
17          what you're thinking of when you say, I take prelaw
18          for my survival?
19     A    No, I took communications ah, because the mentor I
20          had was a professor at UCLA explained to me that I
21          needed improvement in communications, ah speaking in
22          front of audiences.  Even though I played a lot of
23          sports, I was pretty much shy, you know I had
24          problems speaking in front of, ah so he said take
25          communications ah, stage, dramatic arts, and so I --
```

```
 1              the program was dramatic arts slash communications
 2              and then he also encouraged me to take -- I took a
 3              minor in psychology because if, ah you know learning
 4              about people and if you wanna be an attorney, about
 5              -- ah if I eventually became a defense attorney and
 6              going to court, things like that, so it was
 7              basically practical meaning take courses that would
 8              help you in the next stage of your law school.
 9      Q       But when you were getting your undergraduate degree
10              in communications, had you at that stage ever filed
11              any litigation or complaints against anybody?
12      A       In college?  Um, I filed on a brake job in Small
13              Claims and won and, that was about it.
14      Q       And how old were you when you did that?
15      A       Twenties?
16      Q       Was that just a car repair that was bad?
17      A       They said they did a complete brake job on my
18              vehicle and I worked at a gas station so I took it
19              back to the station and the brake seem a little
20              spongy so I popped the wheels off and they were
21              still the old brakes.  So, I took photographs and
22              had my supervisor attest to it and, ah put into
23              small claims and--
24      Q       Was that your first experience with filing a
25              complaint or filing a grievance against....
```

-24-

1    A    Yes.

2    Q    ....anybody else?  What year was that?  Do you

3         recall?

4    A    Huh.  Early -- maybe early '70s?  Maybe about 24,

5         25.

6    Q    Okay, um was that success there some of the reason

7         that you wanted to go into law school?

8    A    I just wanted a brake job.  I wrote and, you know I

9         did that first.  I just wrote them and said could

10        you please put new brakes on and they um basically

11        told me to, you know jump off the bridge.

12   Q    But did you actually have to go to a hearing on

13        that?

14   A    Yes.

15   Q    In the courtroom?

16   A    San Fernando Courthouse, yes.

17   Q    And, you considered that a good experience?  Or, I

18        mean did you feel like that was a positive

19        experience?

20   A    Really, nobody likes to go to court, I tried to

21        settle it, you know through correspondence and they

22        refused and my uncle encouraged me to file small

23        claims, that's when I found out that I could file

24        and so I did and, ah I prevailed, and I was just

25        happy to get my car fixed at the time.

-25-

1    Q    Yeah.  I don't blame you.  Okay, um I'd like to just

2         deal with some of your employment background based

3         on what you've already told us.  I've heard that you

4         worked at a gas station, I've heard that you had

5         your own construction company, can you just kind of

6         run me through your ah, employment background from

7         the time you graduated from high school?

8    A    Well, from high school, um I went to Standard

9         Stations, Incorporated.  This company operated a

10        chain of service stations in Southern California,

11        and I worked there on and off for about nine years.

12        MR. SMITH:  Okay.

13   A    Until after I, ah graduated from San Diego State, I

14        remember putting my diploma in a lube room in still

15        freezing night shift and then, ah--

16   Q    What did you do there?

17   A    I -- a service station attendant.

18        MR. SMITH:  Okay.

19   A    And, ah the back room, ah minor mechanical, tune

20        ups, ah lube jobs, oil changes, things like that.

21        And when I was in the lube room one night there was

22        with my degree on the wall, my friend came in and,

23        Chuck Hollman said he'd give me a job at Sperry

24        Univac as a--

25   Q    How do you spell that one?

-26-

1    A    Sperry Univac?  S-P-E-R-R-Y Univac?  Defense

2         contractor?  Did the Estrea (ph.) Viking?

3         Antisubmarine warfare plane for the Navy?

4    Q    Where are they out of?

5    A    They were based in Minnesota and they had off, ah

6         sites throughout the United States.

7    Q    Including California?

8    A    Yes.

9         MR. SMITH:  Okay.

10   A    And--

11   Q    So did you go work for them?

12   A    Yes, I went to interview and, ah was picked to be a

13        tech writer, technical writer.

14   Q    And, at this point you already had your

15        communications degree, correct?

16   A    Yes.

17   Q    Okay.  And, how long did you work with them?

18   A    Two, approximately two years.

19   Q    Doing tech writing?

20   A    Yes, I did proposals, tech writing.  Ah, they kind

21        of appointed me as special projects, people would

22        come in and I would -- and I designed, ah

23        advertising?  One of my designs was used by the

24        company nation wide.

25        MR. SMITH:  Cool.

-27-

1   A   It was nice to see in the magazine.  Then, ah I was

2       writing too, into tech writing, plus writing the

3       screen play.  Um, at this time I was meeting some

4       people.  I lived near the studios and, ah you know

5       everybody is writing screen plays, you know who live

6       that area, so it was an enjoyable past time, I was

7       trying to make ah -- but doing it, you know is a

8       challenge and then I went to Tahiti and that changed

9       me to look towards ah -- ah the islands, see if I

10      could live on the islands--

11  Q   When was that that you went, that you--

12  A   About '74?  But I came back from Tahiti but I then

13      went into ah, a variety of jobs because I, ah was

14      interested in art, paintings and what not, and I ah

15      sold some paintings for people on the road so to

16      speak, you go to shopping malls on weekends, and

17      became a messenger.  I was a messenger in Hollywood,

18      ABC messenger at the time during the week.  And, was

19      a pool cleaner, I clean pools, ah for Hollywood, you

20      know for the stars.  I guess I was a little bit--

21  Q   What was the company you worked for?

22  A   The company was, ah -- it was located near ah -- ah

23      Century City?  Some place?

24      MR. SMITH:  Okay.

25  A   And they specialized in the wealthy and the movie

-28-

```
1              stars and ah--
2       Q      Did you clean anybody's really fun -- any really
3              famous people's pools?
4       A      Yes.  Yeah, it was quite--
5       Q      Do you remember any of them?
6       A      Ah Dorothy McGuire, ah really an old time actress.
7              MR. SMITH: Yeah.
8       A      Ah the bold headed guy.  A funny, ah--
9       Q      Kojak?
10      A      No.  Ah he played Frankenstein in an old movie.
11             That's comedy Frankenstein, I forget his name.
12      Q      The one that's on Everyone Loves Raymond?
13      A      Yeah, he plays like the father, something like that?
14      A      Peter Broil (ph.)?  Something like that?
15      Q      Yeah, yeah, that guy.  Ah, and then I did the pools
16             first, and then it's messengers after that because
17             we would meet, all the delivery people would meet at
18             these, ah drive through restaurants?  You know for
19             lunch?  And you'd meet the messengers, the pool
20             cleaners, gardeners, and after talking to the
21             messenger service guys, I said that it seem like a
22             better pay and a nicer job, so the guy I met he got
23             me, you know into the messenger service.  So, I
24             changed from going to the back doors of the
25             Hollywood mansions to the front doors because that's
```

-29-

```
 1          where I met a ton of famous people, is in the

 2          messenger service because I ah--

 3    Q     What did you do, what was your job?

 4    A     He delivered ah, important documents?  Like when

 5          they bought homes?  He delivered deals between

 6          studios and movie stars.

 7    Q     You actually worked for the network ABC?

 8    A     No, it was ABC messenger service.  They just

 9          capitalized on I believe the ABC station.

10    Q     So, it was the independent company that did this?

11    A     Yeah.  Yeah, delivered.

12          MR. SMITH: Okay.

13    A     And they were the top rated company in the LA area,

14          so you get all the good calls so to speak, and you

15          work your way up into the, ah through system and

16          once you got confidence with the company, they gave

17          the real confidential calls, which I eventually did.

18          So, that was quite exciting because you had to go

19          into closed sets and, because you -- we had to have,

20          there was like a trust factor?

21          MR. SMITH: Huh.

22    A     Because you couldn't reveal certain things you'd see

23          in the closed sets?  That shouldn't -- the public

24          shouldn't know about?  You have to keep because if

25          they find out, then you'd lose your job, so.
```