1    Q    And, how long did you do the messenger?

2    A    Ah about a year.

3    Q    And, how long the pools?

4    A    About a year.  And then about that time was when I

5         was getting ready to come out to the islands and try

6         to see if I could, ah--

7    Q    And what islands were those?

8    A    Saipan.

9    Q    How did you find out about Saipan?

10   A    It was on the front page of LA Times.  When they

11        became a Commonwealth in 1977, they had a front page

12        spread.

13   Q    And, you saw that and said?

14   A    Yeah, it was United States which means I didn't have

15        to worry about, ah visa, because Tahiti was

16        inviting, but the ah -- it's French own so there

17        would be a problem of, ah the visa for, you know

18        living there.

19   Q    What -- maybe we can go back to that, but what took

20        you to Tahiti?

21   A    Um, it was during the Winter and it was cold and

22        they had a special.?

23   Q    And you were strictly going there for a vacation?

24   A    Yeah.  There's Club Med, remember that?

25   Q    Uh-huh?

1    A    I think they're still -- no, did they go bankrupt?

2          MR. SMITH:  No, I think they're still around.

3    A    Yeah.  Yeah, Club Med offered this trip, it was so

4          low, you know economical and I had a break and my

5          boss gave me a week off.

6    Q    This is while you worked at Sperry?

7    A    Sperry.

8    Q    And, did you work for Sperry after you returned from

9          Tahiti?

10   A    Yes.

11   Q    So, where did this interest in art and paintings in

12        this, did this -- were you doing the paintings, sell

13        -- selling paintings and stuff like that while you

14        also worked at Sperry?  Or was this something--

15   A    Yes, just started at Sperry and I carried over ah --

16        ah it was just something, my dad started me, you

17        know being a contractor, it was very rough and ah,

18        but he would take me on fishing trips and things

19        like that and every now and then he would see art

20        displays and he'd always walk up and he'd buy a

21        painting and bring it home and I was sort of touched

22        by this rough, tough man who bought these, not real

23        expensive, you know this guy is sitting on the side

24        of the road....

25        MR. SMITH:  Right.

```
 1   A   ....painting major scenes and he'd bring them home
 2       and give them to my mom and made the -- made the
 3       house look nice.
 4   Q   And, so you started actually painting those same
 5       types of scenes?
 6   A   No, I only ah -- I represented, I sold the
 7       paintings.
 8       MR. SMITH:  Oh, okay.
 9   A   The only thing I can paint is a house.
10   Q   ...[laughing], okay, how long did you do that for,
11       how long were you selling paintings?
12   A   Off and on?  Oh, '70 to '78?
13   Q   '70 to '78?
14   A   Yeah, about eight years.
15   Q   Did -- where did your construction company fit in
16       with all of this, your Creative Construction?
17   A   Seventy, ah--
18   Q   Did you do that between, ah--
19   A   Weekends?  Um, again ah--
20   Q   Was that when you were doing the Standard Stations?
21       Or was that um--
22   A   I always -- I always, looking at it, I always worked
23       like two, three jobs at a time.
24       MR. SMITH:  Okay.
25   A   Um, it was just ah -- and people knew my dad, he
```

```
 1            retired, and they would call and I would set up on
 2            the weekends, and to do that I had to create a
 3            company, you know for tax reasons and also to, you
 4            know protect my dad, because I used some of his
 5            equipment, what not, so it was set up as a company.
 6       Q    But a sole proprietor company, I mean you....
 7       A    Yeah, right.
 8       Q    ....set your own business license?
 9       A    Yeah, I could set up -- yeah, I could do my own
10            schedule and--
11       Q    Okay, why um -- so you stopped working for Standard
12            Stations because you got a job with Sperry, is that?
13       A    Right.
14       Q    When you graduated?
15       A    Right.
16       Q    Why did you stop working for Sperry?
17       A    They were gonna transfer me to Minnesota.  Ah it was
18            a raise, I was gonna be a ah -- ah, they call it um
19            -- it's a fascinating job, they said I'd sit on the
20            top floor and big defense contractors, when they
21            wanted something done they would send the specs to
22            Sperry, then they would write up, like the proposal?
23            And, you know it's quite fascinating because ah --
24            and, ah anyway, I was selected for this job and it
25            meant moving to Minnesota and, ah I talked to my
```

-34-

1       boss and I said I didn't wanna leave California

2       because of my, ah writing with my friend in

3       Hollywood, ah my work, the painting, I had a lot of

4       things going on, and I said could I do it maybe six

5       months down the road because I was still fairly

6       young.

7       MR. SMITH:   Yeah.

8    A  And I found out in corporations that if you refuse a

9       promotion, sometimes it basically...[gesturing],

10      because, ah my supervisor he said if you refuse, ah

11      pretty much you're at dead end and I said, ah, and I

12      don't think I really understood what he meant by

13      that, to tell you the truth, because I did decline

14      and wrote a letter saying six months then, when I

15      was in a different position, and they basically

16      wrote back saying, you'll be a tech writer for the

17      rest of your life...[laughing] and it was not a high

18      paying job, it was a lot of work.

19      MR. SMITH:   Yeah.

20   A  So, I realized that ah -- ah and the contract I did

21      was finished with Estrea Viking and I knew that

22      those contracts could end and you could be laid off.

23      So I talked to my boss, he said ah, it was good

24      timing that I would resign because I put in enough

25      time for my resume' and he gave me a recommendation

-35-

```
 1            or commendations and things like that, so it was a
 2            good time to leave.
 3      Q     Okay, um were you single at the time?  Or married?
 4            Or--
 5      A     Yes, single.
 6            MR. SMITH:  Okay.
 7      A     Which allowed me to do a lot of these things.
 8            MR. SMITH:  Yeah.
 9      A     Because if I was married I wouldn't.
10      Q     Yeah, did you ah -- have you ever in your time with
11            any of these companies, I'm talking about Standard
12            Stations, Sperry Univac, your ABC Messenger Service,
13            your pool cleaning, um or your art company, have you
14            ever engaged in any litigation with any of these
15            companies?
16      A     No.
17      Q     Okay, um any -- filed any complaints with any of
18            these companies at the lower administrative level?
19      A     No.
20      Q     Um so it was from your ABC Messenger Service
21            employment job that you moved to Saipan?
22      A     I think, um that was about that time ah, because I
23            was preparing to go to the islands and then I left
24            the Messenger Service and then ah, spent just a
25            couple of months getting my things stored and, ah--
```

-36-

1   Q   Did you leave for Saipan with a job offer or with

2       any prospects?

3   A   No.  No prospects.  Just a ah -- the writer friend

4       of mine she gave me two weeks and a return ticket

5       ah, and so I just left with a one way ticket and ah,

6       about 10 bucks and a bag and, ah wanted to see if I

7       could come to an island and  I knew it would take

8       being accepted by the, you know the people here you

9       know to make it.  So, coming that way, I lived in a

10      village and got hired at Mount Carmel for about 60

11      cents an hour.

12   Q   And, what year was this?

13   A   1978.  And, so that, to me, was, ah, I felt pretty

14      good that I was accepted in the villages and I

15      worked and met guys that worked at the hill on their

16      big TT contracts, you know and they kept saying, you

17      know because I was about the only haole in the

18      village I guess at that time, a couple of us

19      basically and I said I was surviving very well

20      eating at the picnics.

21      MR. SMITH:  Yeah.

22   A   You never -- you never run out of food.

23      MR. SMITH:  Yeah.

24   A   I didn't have a car, but it's an island I walked

25      everywhere and I lost ah, about 35

```
1            pounds...[laughing], ah and I met my first wife, a
2            very lovely Palauan lady and I was extremely happy.
3      Q    How long were you on Saipan?  The first time doing
4            this?
5      OFF/ON RECORD - Continued on Side B, Tape 1.
6            MR. SMITH:  Okay, this is Side 2 of the deposition,
7      the time for this side is 11:58 p.m., or a.m. and, ah I
8      was just asking the question about Dr. Angello's time on
9      Saipan the first time and, ah asking how long he stayed.
10     A    It was continuous, from 1978, ah I worked at Mt.
11           Carmel as an instructor, then Joeten hired me to
12           manage the Bowling Center in, ah April of 1978, but
13           I asked Joeten to please allow me to finish my
14           school year, I didn't wanna leave in the middle of a
15           semester.
16     Q    You mean teaching semester?
17     A    Yeah, I was teaching, yeah, and he agreed.  Joe
18           Screen was quite upset because I was turning down,
19           you know a $1,000.00 a month job, he knew I was
20           making, you know about $80.00 every two weeks, but
21           anyway I said that I couldn't walk out on the
22           students and Joeten appreciated that, so he said you
23           start June 1st, whenever the last day of the school.
24           MR. SMITH:  Okay.
25     A    And then I went, managed the Bowling Center for a
```

-38-

```
 1           year and a half, something like that?  And--
 2      Q    Were you married at this time?
 3      A    Yes.  1979.  Married, ah....
 4           MR. SMITH:  Okay.
 5      A    ...and then had a child in '86.
 6      Q    1986 was your first child?
 7      A    Right.
 8      Q    So, how long -- that child was born on Saipan?
 9      A    Yes.
10      Q    And, how long -- ah, so you stayed, you arrived in
11           1978, you worked at Mt. Carmel....
12      A    The Bowling Center.
13      Q    ....you worked at the Bowling Center?
14      A    Then, ah in 19 eighty -- I took my wife back to
15           California for a short vacation, so we came back in
16           eighty -- about '80 and I worked for the TT
17           Government on a short contract.
18           MR. SMITH:  Okay.
19      A    Then I wrote part time for the PDN and, ah then
20           Saipan Cable Television hired me as the first
21           electronic news gatherer, they call it?  You know,
22           basically a TV reporter, ah and I did that for about
23           six months, covered the election of Pete P. Tenorio?
24           His first term?  And in my coverage work um, they,
25           out of the blue, offered me the PIO job in 1980--
```

1    Q    That's what, public information--

2    A    Public Information Officer.

3         MR. SMITH:  Okay.

4    A    A cabinet position with the Governor's Office.  In

5         '82, I began that job.

6    Q    That's a cabinet position?

7    A    Yes, immediate cabinet.  Went through the consent of

8         the Senate.

9    Q    This was for Governor Tenorio?

10   A    In his first term.  Worked that for, ah almost three

11        years and then went ah, into the private sector and

12        worked for H.R. Guerrero Construction.

13   Q    What did you do there?

14   A    He had a lot of projects and he needed a manager,

15        ah, both residential and commercial building

16        projects and I was getting a reputation for getting

17        things accomplished.  Like the Bowling Center when I

18        took over was a complete shambles and I renovated

19        the entire Bowling Center and, ah made it very

20        successful, brought in local bands and it was really

21        a good spot to go, it's clean, so a lot of the

22        politicians came in there and I became known to a

23        lot of politicians and leaders and what not.

24             So, like when I left the Governor's Office,

25        right away H.R. came up to me and offered me a good

-40-

```
 1              job with his construction firm.  And, then when I
 2              finished his projects, I wanted to get back in
 3              education and PSS hired me and I became an
 4              instructor at Hopwood for two years.  That would
 5              take me up to about '87?
 6              MR. SMITH:  Okay.
 7    A    And then from that work I was accepted in the
 8              masters program that was brought on by the PSS
 9              system.
10    Q    That was your masters at San Jose?
11    A    Right.
12    Q    So, did you leave for that?
13    A    No, that was done here.
14              MR. SMITH:  Okay.
15    A    Ah although I did my last semester back in San Jose.
16    Q    Okay, how long, how long did that take?  Did you --
17              were you basically on leave so that you could just
18              do purely education?  Or did you work at Hopwood
19              during this time or PSS at this time?
20    A    I left ah, my position, ah, at Hopwood ah, with the
21              understanding that when I finished would be hired
22              back by PSS.  I was not granted educational leave
23              and I could have filed something then, but I did not
24              ah, because--
25    Q    Why were you not?
```

```
 1    A    Ah, it was, you know an interesting question at the
 2         time.
 3    Q    Did they ever give you an answer?
 4    A    I didn't push it.  Um I was finishing and I was
 5         given a job as vice principal at Marianas High
 6         School so I felt, ah everything was okay.
 7         MR. SMITH:  Okay.
 8    A    I did one year at Marianas High School, maybe '89?
 9         I guess, yeah '89, vice principal?  And then Tinian
10         High School, with the problems they had and no 12th
11         grade and, ah I was recruited by the Tinian
12         Delegation and their people and they sent me over
13         there.
14    Q    What year was that?
15    A    19 -- summer of 1990?
16         MR. SMITH:  Okay.
17    A    After I finished the vice principalship and, ah then
18         I was offered a principalship of Tinian High School.
19         MR. SMITH:  Okay.
20    A    And it was quite unique being the principal because
21         there was, ah basically no Statesiders, ah in all
22         the principals and it was quite a change for the
23         principals meetings because they spoke only in
24         Chamorro when I got there and they eventually, after
25         one meeting, changed to English, to the um
```

```
 1            objections of maybe three principals, but then I
 2            enjoyed two years of success on Tinian, rebuilding
 3            the school, 12 grade accreditation, marine
 4            technology programs, aviation programs, computer
 5            programs and, again, I mentioned earlier that I got
 6            caught in this, ah situation that happens out here
 7            and--
 8    Q    And that sort of arose in '92?
 9    A    Yes.
10    Q    So, at that point, did you quit?  Or were you --
11            were you terminated?  You were terminated without
12            cause is what you're saying.
13    A    No, it was non-renewal?  They would not renew my
14            contract?  And ah, I asked to see the -- because the
15            personnel officer, Phillip David?  We never had a
16            copy of the rules and regs.  We all, the principals
17            and state side teachers they wanted a copy so I
18            eventually got a copy from Phillip David and he
19            showed me that renewals are based on, it was a two
20            way street?  Both the employee and employer were
21            involve in this process and um the, ah -- and I
22            wanted a hearing to bring that up, but they denied
23            me a hearing?  And I guess that's what started me in
24            challenging, because I knew it would, ah be
25            difficult when you do challenge the system here.  I
```

$-43-$

1          did get a lot of some unhappy situations by

2          challenging the system.  So, anyway I did though in

3          ah -- well, the EEOC, what they found out eventually

4          was that these rules and regs, PSS had said that

5          they were not um, promulgated?  So, of course, they

6          could change day to day and that's what they did,

7          they changed that little thing that they got, you

8          know non-renewal, they just changed the wording and

9          EEOC accepted saying that, yeah, it was not

10         promulgated if you change the manual the following

11         day or at the time.

12              What happened is I had friends up at the

13         Attorney General's Office and they let me go up into

14         the archives and pull out, I guess the only copy

15         that was there that was submitted to the registrar

16         up there and they were promulgated.  So when I got

17         that copy and I was able to get a copy of it to the

18         EEOC then, you know the big light went on that PSS

19         had done something.

20    Q    And, that's what triggered your whole, really the

21         basis of your litigation and the ultimate

22         settlement?  Was that--

23    A    Yes, the fact that, ah EEOC knew that these were

24         promulgated and that I did have, you know rights to

25         a hearing and also the fact it was a two-way street,

-44-

```
 1            so we settled and it was done in a fair manner.  And
 2            then they changed that through -- they did publish
 3            the ah -- that part where they had basically let me
 4            go to make it more strong for PSS, and that's what I
 5            guess now the collective bargaining people are going
 6            after, because they put in there that the
 7            commissioner at anytime can terminate PSS employees
 8            with or without cause I guess, so.
 9    Q       So, this was basically '92 I guess when you ah, were
10            not renewed?
11    A       Yes.
12    Q       And then between '92 and '96, did you go off to get
13            your doctors, is that what happened?
14    A       Yeah, I was -- I was accepted for the program in my
15            final semester, so I was applying for educational
16            leave and, um in fact--
17    Q       Did you get it?
18    A       Ah no, I got a letter saying I wasn't going to be
19            renewed.
20            ...[laughter].
21    A       Which was kind of a curve ball because I was, you
22            know sitting on a pretty high wave and, ah anyway, I
23            took my annual leave and since I was accepted in the
24            program I took my retirement out um, to get started
25            with the doctorate program and once I got into the
```

1           program I was getting support back there in the
2           States and ah--

3    Q      From who?

4    A      The program itself.  The professors.  Ah you have to
5           go through a semester to see if you can do it, and I
6           came through it okay and they knew that I was out of
7           work, so the professors allowed me to stay at their
8           homes.

9    Q      Were you with your wife and child?

10   A      They were here.

11          MR. SMITH:  Okay.

12   A      But my child was born with a cleft palate condition
13          and he was denied, ah treatment at the hospital and
14          I, again, I guess it could have been a complaint I
15          could have filed, but I just brought my child to
16          California because in California I was still a
17          resident?  Ah, because I voted absentee on and off
18          and so, and I was a student there so after, ah a
19          year, I had been there a year already, so he
20          qualified for California Child Services, it's a real
21          great program and they put him in Loma Linda and, ah
22          he had three surgeries and it was paid for by, ah
23          the State.

24          MR. SMITH: Great.

25   A      So, it worked...[unintelligible] feel, that I told

-46-

1        her I was out of work but you know, the cost of the

2        surgery is a good--

3        MR. SMITH:  Yeah.

4   A  That's why ah, the suit I filed with PSS, I just had

5        it there to try to -- I knew if I would hang in

6        there with that promulgation factor, if eventually I

7        could get a hearing or anything that I could prevail

8        and basically clear my, ah record because PSS had

9        put in that after they said that I was just a non-

10       renewed, they came back later saying that I had, ah

11       something in my file that was, um detrimental to my

12       career.  They hinted that there was fiscal

13       malfeasance after the fact, so I challenged that and

14       later on that was proved to be a -- that's what got

15       the EEOC people upset, they tried to make up

16       something after the fact that I had some fiscal --

17       so after they realized that it was false and, ah in

18       part, you know I got that cleared, then we just

19       concentrated on the promulgation and we got that

20       matter settled fairly.

21   Q  Why was your son denied care at the hospital?

22   A  He was listed as a Filipino baby and it was right on

23       the chart and then ah, the state side doctor who was

24       leaving, he said I'm leaving but you got to get this

25       changed, because it makes -- he's not U.S. and then

-47-

```
 1           he wouldn't be eligible for this program.
 2    Q      Did he have Filipino blood?
 3    A      Half Filipino.  My current wife is Filipina.
 4    Q      Okay, this is a son from your second wife, not your
 5           first Palauan--
 6    A      Yes.
 7           MR. SMITH:  Okay.
 8    A      So, I had to, ah get the chart  out and I had
 9           NMPASI--
10           MR. SMITH:  If you can hold one second.
11    OFF/ON RECORD
12           MR. SMITH:  Okay.
13    A      NMPASI stepped in?  Once I got the chart and they,
14           ah -- they filed against the hospital because this
15           was after he received the surgeries and I came back
16           in '96, he needed follow up care and they refused to
17           send him off island for, because after you get the
18           cleft palate surgery you have to have it checked
19           because as the child grows, it could separate, and
20           they refused medical referral, so they said--
21    Q      Again because of this miss ah--
22    A      Well, this time they said that the cleft palate
23           condition was not ah, it was only cosmetic and ah --
24           and it's not cosmetic, it's both -- cosmetic if it's
25           outside, mine was -- my son was inside, the palate
```

1        was missing, so, ah I contented it was congenital,

2        you know malforma -- you know malformation I guess

3        they call it?  And they said, no, then I went and

4        asked for my child's birth certificate because I

5        knew the state side doctor had done something and I

6        never received the information, so after having

7        NMPASI, they stepped in and we filed, ah like open

8        documents, you know act, whatever?  We got the whole

9        birth certificate and on it it did say that he was

10       born with a congenital malformation, so um the ah,

11       result was that they then sent out a doctor ah,

12       who's trained in cleft palate surgeries, um who had

13       come out every -- he told me he came out about every

14       year or six months and that he was interested in my

15       son because he had never seen him before I said I

16       don't want to get into it but he was then put on

17       the, I call it cleft palate team in 1997 or 8 and

18       then he was seen by this doctor and I accepted this

19       doctor and my son was then, you know properly

20       examined and given help, ah so it turned out okay

21       and--

22    Q  NMPASI, did they have to file something in court?

23       Or was that just strictly, ah--

24    A  The hospital finally, ah after I got the congenital,

25       you know that birth certificate information, ah

-49-

1       bringing the doctor out, then I agreed that he

2       didn't have to go off island and so I said I didn't

3       wanna -- you know, I'm not pushing for a free trip

4       to Hawaii, but do you have somebody who can do this

5       inspection and they said, no, I said well then, I

6       was bound by a parent because Loma Linda sent

7       letters out saying ah, it needs to be evaluated, I

8       mean the surgery could pop loose and all kinds, so

9       the doctor came out and took care of it and it

10      worked out okay.  He was then put in finally into

11      the Special Ed Program where he got speech therapy

12      and after a year he, ah learned talking recently I

13      guess, he's doing quite well now.

14   Q  Okay, we're still talking though about where you

15      were at U.S.C.?  Where you left for your doctorate

16      um, and this -- led us to this administrative thing

17      and all this other testimony that we've just heard,

18      but so how did that work between '92 and '96 when

19      you earned your degree?  You were on and off here,

20      you were staying at professors homes in California,

21      your wife and son were out here, how exactly did

22      those four years pass?

23   A  '93, let me see, it would be....

24   Q  About two years?

25   A  ....'94,' 95, about two and a half years.

-50-

```
1              MR. SMITH:  Okay.
2     A   They lived here on their own for um, about a year
3         approximately?  And then--
4     Q   While you were where?
5     A   In California.
6     Q   And, that's when you were staying, going to U.S.C.
7         getting your doctorate degree?
8     A   At San Jose State, ah commuting.
9              MR. SMITH:  Oh, that's right, okay.
10    A   I was staying part time with my folks and then ah,
11        you know professors homes and when they came about a
12        year later, we got a small apartment.  And, again, I
13        commuted to San Jose State and U.S.C. and that was
14        about a year, a little over a year, and then in my
15        last semester we were basically out of money and so
16        my parents helped send my wife to the Philippines
17        where she could live, you know reasonably with the
18        family, so and I just um, hung on until I finished
19        my dissertation and ah, got my degree posted in
20        February of 1996 um, and I had an airplane ticket
21        one way to Saipan and no money and a doctorate
22        degree.  And my wife flew, we got her back to Saipan
23        in about April of '96, then I was applying for
24        positions ah, and I was targeting NMC because Mr.
25        Klingbergs ah, recommended that I go there and he
```

1          had a position that he wanted me to, you know go

2          for.

3     Q    And, what position was that?

4     A    Director of apprenticeship trades.

5     Q    From 1978, when you first came to Saipan and you

6          worked at Mt. Carmel, Joeten, Trust Territory

7          Government, PDN, Saipan Cable, Public Information

8          Officer, H.R. Guerrero, Hopwood, and MHS, did you

9          ever file any complaints administratively with any

10         of those employers?

11    A    Not to my recollection, other than just -- no, it's

12         ah--

13    Q    You had no grievances ever with Mt. Carmel?

14    A    No.

15    Q    None with Joeten as the Bowling manager?

16    A    No.

17    Q    None with the Trust Territory Government under your

18         contract?

19    A    Trust Territory was ah -- ah, there was a change in

20         administration?  And they cut my last month off pay

21         and I just wrote a letter questioning that?  And,

22         ah....

23    Q    And what happened?

24    A    ....the new administration came in, it was, ah I

25         believe Republican?  Reagan?  And the fact that I

-52-

```
 1          was then hired by Teno, you know by the time I sent

 2          the letter time had gone by, so I guess there was,

 3          ah, our friendship and they saw that I had done the

 4          work and so they paid me my last month.

 5    Q     Okay, that required only a letter on your behalf?

 6    A     Yeah, although I did, ah put together a bogus

 7          lawsuit, I mean in the front page?  Because when

 8          they paid me the last month, of course, they always

 9          have you sign that you wouldn't file anything and I

10          said, no, I just -- I got paid, I'm okay, but on

11          April 1st, I ah -- the District Court gave me a blue

12          backing paper and they gave a, you know they made a

13          fake -- they made a fake claim?  You know like a

14          cover, the caption?

15          MR. SMITH:  Yeah.

16    A     And I went up and gave it to the secretary Bobby

17          Grizzert?  Grizzard?  I'm sorry, you know, any ways,

18          they ah -- I guess there was no--

19          MR. SMITH:  Right.

20    A     It was just a letter and I got paid and that was it.

21    Q     Right, but is it -- was that -- was that a decent

22          April fool's joke because you threatened litigation

23          prior?

24    A     No.

25          MR. SMITH:  Or just -- okay.
```

1    A    No.

2    Q    How about the--

3    A    And that was the first time I found out that when

4         you, ah -- they knew they could have been liable

5         because they paid, it was like an admission I guess,

6         so you have to sign a standard, ah that you wouldn't

7         file for, you know any other claims or whatever and

8         I said, no, I'm working because I was working for

9         the -- Teno, you know Teno and I was actually had to

10        work for the TT in relationships, so--

11   Q    Okay, how about the PDN, the newspaper?

12   A    No.

13   Q    Saipan Cable?  Have any complaints or grievances

14        with them?

15   A    No.

16   Q    Public Information Officer?  Anything involved?

17   A    Just um, I left ah -- ah to, you know go out to

18        other areas, so to speak.

19   Q    Were -- ah understood, but that sort of implies that

20        you left, ah without -- with the potential for

21        something, something was going on, was there

22        anything going on?

23   A    Well, ah we were going into the reelection year?  We

24        started the reelection campaign and all appointed

25        people are brought in and ah, your futures were

-54-

```
 1              discussed and what, ah and I met with the Governor
 2              and I was being transferred to Natural Resources?
 3       Q      Why were they doing that?
 4       A      They brought in ah, at the time I was one of the
 5              few, you know haoles working in the administration,
 6              you know that type of position....
 7       Q      Uh-huh?
 8       A      ....and they, ah -- ah they had brought in the local
 9              information officer's assistants and people and for
10              me I was pretty much tired of the job?  It's a lot
11              of pressure and my wife, it was a strain on her, so
12              I asked Nick Guerrero at Natural Resources, wanted a
13              writer and it was more relaxing so, ah we decided on
14              a switch and, basically out of the lime light, you
15              get burned out, ah in that type of a position.
16              You've seen even national, ah PIO's, they change
17              about every two to three years, so.
18       Q      But that was, you had no grievances with -- with the
19              Governor at that time?  That prompted--
20       A      No, we ah -- we, ah had put this together and we
21              basically understood the politics and, ah -- and I
22              just moved on.
23              MR. SMITH: Okay.
24       A      The fact that he became -- he's the godfather of my
25              girl, so, in other words I'm part of his family, so
```

```
 1            to speak and you make decisions for the best of the
 2            party and for people.  I was getting pretty close to
 3            certain people on the island and you make these
 4            decisions.
 5       Q    How about H.R. Guerrero, any problems there?
 6       A    No.
 7       Q    Any grievances filed while you worked for him?
 8       A    No, just finished his projects and ah--
 9       Q    Hopwood?
10       A    Hopwood?  Ah, I finished two years and then got
11            accepted in the Masters program and then went back
12            to San Jose to finish the program, like I said to
13            expedite, ah finishing because they wanted a
14            principal -- or vice principal, excuse me, ah sat
15            Marianas High School?  Also teachers and they wanted
16            them with masters degree because there was
17            accreditation issues, so I knew if I got my masters
18            before the complete cohort?  That I'd get a better
19            shot at a better job.
20            MR. SMITH:  Okay.
21       A    So, I graduated.  I was in a cohort here with about
22            20 people and I was the first to graduate by
23            expediting going back, so I got the first chance at,
24            ah--
25       Q    Did you -- did you ah, have any grievances with the
```

```
 1            Hopwood PSS administration while you were there?
 2     A     No.
 3     Q     You said you did not file any complaint even though
 4            you couldn't get educational leave like you had
 5            wanted?
 6     A     Yes.
 7     Q     Okay, and then while you were at MHS, the vice
 8            principal there, did you have any grievances or
 9            complaints?
10     A     Ah no.  I was ah -- I worked my one year, then I was
11            transferred, ah promoted to Tinian High School
12            principal.
13     Q     Okay, and what year was your NMPASI situation?  What
14            year was that where your son was born and you had to
15            chase that down?
16     A     Well, he was born in 1991 and, ah he was not put on
17            the cleft palate team so I brought him to California
18            ah, about '93, '94.  When I brought him back after
19            his surgeries is when, ah we were having difficulty
20            getting him speech therapy and, ah--
21     Q     So, that was in '95 or?
22     A     '96, 7, that time frame.
23     Q     Um okay, we will move quickly, or hoping to move out
24            of this, back on the subject pretty soon, but um,
25            what I would -- what about ah, did you ever sue the
```

1          Los Angeles Lakers?

2     A    Ah yes.

3     Q    When was that in all of this?  Where did that fit

4          in?

5     A    During my years at U.S.C.?

6     Q    At U.S.C., so that was ninety?

7     A    '94, '95.

8     Q    '94, '95.  Can you explain for me what happened with

9          that?

10    A    I was doing research um, in my doctorate program on

11         ah -- ah race relations?

12    Q    Uh-huh?

13    A    And in the process I went to the NAACP Branch in Los

14         Angeles and talked with a very fine lady there, ah

15         who was the executive director of the L.A. Chapter

16         of the NAACP, National Association Advancement of

17         Color People and she emailed me a lot of background

18         information and, ah we talked about issues and then

19         ah -- and then the affirmative action and ah -- ah,

20         and  she was very supportive of white people and

21         that she said, you know white people founded the

22         NAACP, which I never knew?  It was a doctor I guess

23         and a lady and ah, one black lady I think she was

24         just helping, but she said I remember that and I ah

25         -- and I -- she saw certain things that were not

1          good today, you know today that, ah and, ah she said
2          I haven't any problems getting work and different
3          things.  I said, well, ah I'm in -- I'm a college
4          student, you know right now getting my doctorate and
5          so, ah somehow I came up in the discussion, ah about
6          sports and there was clinks of no -- not black
7          coaches and she said, ah she brought up this thing
8          about, well, what about the players?  I mean why
9          don't the white guys complain about not enough white
10         players?  So I just said, ah you know that's kind of
11         interesting and I played basketball and, ah so we
12         kind of devised a test case I guess you'd call it.
13         Ah just she asked me to -- and I reported to her and
14         I was--
15    Q    Uh-huh?  What was her name?
16    A    Oh, I forget.  I don't recall.
17    Q    Okay, this is the head of the L.A. Chapter?
18    A    At the time.  So, I wrote to the Lakers and I
19         inquired about, ah did affirmative action and these
20         laws and everything apply to the ball players and
21         they wrote back saying, no.  Ah, and then I wrote
22         back and it to be, you know exchange of letters and
23         then they ah, sort of were harsh and I challenged
24         them and decided to test affirmative action and the
25         laws in L.A. ah--

1    Q    That was because they responded so harshly?

2    A    Yeah, it seemed to be I just, you know basically

3         I'll take a hike if I'm bothering, ah this famous

4         basketball team type of thing, so I said no, I'm

5         talking about issues here, just give me a straight

6         answer and I can live with it, but they wouldn't

7         give me an answer so I guess ah, it prompted me to

8         go to the EEOC and I talked to a black lady there

9         and she took a charge, a complaint and filed it, and

10        then she issued me a right to sue.  Ah so, I took it

11        to the District Court and they, ah were going to

12        hear it but then they--

13   Q    You filed it in District Court?

14   A    Los Angeles.

15        MR. SMITH:  Okay.

16   A    And then they ah -- no, I think I didn't have my

17        right to sue, it was still with the EEOC, I filed

18        without a right to sue, so the District Court threw

19        it out because I did not have a right to sue and I

20        went up to the Appellate Court and in the meanwhile

21        I was issued a right to sue, so I filed the

22        amendment or a, ah short notice to the court that I

23        did receive the right to sue and I also found out

24        that there was case law that you could file in

25        District Court without a right to sue, but the

-60-