```
 1            Appellate Court then declared it, I guess, moot
 2            because I had a right to sue, sent it back to the
 3            District Court and then they were gonna set it up
 4            for a hearing, then all of a sudden it was
 5            dismissed, and ah--
 6      Q     By the District Court?
 7      A     District Court.  And ah, I knew I could challenge it
 8            because I had a right to sue and they dismissed it
 9            on some grounds, I don't know what it was, but it
10            basically didn't even give me an opportunity, you
11            know to proceed, so but I had gotten my, ah at that
12            time I was receiving my doctorate degree in time
13            management, I had to focus on getting back to work.
14      Q     So, how long did this ah -- how long did you pursue
15            this matter before you finally, before it was
16            dismissed and you went on, moved on?
17      A     Oh, I probably spent a year because what you file,
18            you know what time, then it went into Appellate,
19            then came back and then, ah--
20      Q     Did you do this all without an attorney?
21      A     Yes.
22      Q     And -- and, just because -- was there any purpose
23            behind this besides just this test case discussions
24            that you had had with this woman from the NAACP?
25      A     I was um, just interested in, ah society and, ah the
```

1          fact that, ah I had children now half, you safe

2          color and then I was seeing things sort of like an

3          injustice and I thought I would ah -- I didn't wanna

4          take it to the court, I just, ah sort of just the

5          reaction of the Lakers sort of got me to take it to

6          the next step and soon at that point, like I say I

7          could have taken it further, but I had accomplished

8          what I needed to know for my own personal, I guess

9          and professional about race relations and sometimes

10         ah, they need to be tested and just checked on and

11         then you pull, you know go about your business.

12    Q    If I can, ah to conclude sort of this, ah background

13         section here and then maybe we could take a break,

14         but I would like to, ah have you just summarize for

15         me then and if I have -- has there been any other

16         litigation that you have filed, and we don't need to

17         get into this NMC litigation, the various cases you

18         have filed here, but other litigation that you have

19         filed ah, that you have not told me about already?

20         And, just to recap, you told me about a job

21         complaint, you've told me about your um -- the TT

22         Government stuff, which is not really anything, the

23         NMPASI situation, your PSS Tinian High School

24         situation and now this Lakers race relations.

25    A    I filed against the U.S. Army in 1996.

-62-

1    Q    Okay, what was that for?

2    A    I went to the recruiter ah, in Victorville nearing

3         the end of my doctorate because they advertised they

4         wanted people in computers and instructional

5         technology, et cetera?  They offered them great

6         jobs?  So, I went in and I tried to enlist and the

7         recruiter looked at me and said, you're a little bit

8         past 26 and I go, I know that.  Have you ever had

9         anybody try to enlist after that and he goes, you

10        know ah, I want you to put in for enlistment, for

11        some reason he wanted it challenged so ah -- so I

12        put in for enlistment and, ah he wrote a colonel and

13        the colonel said, yeah, see what happens basically.

14        So they told me that the Secretary of the Army is a

15        guy name Toga, something like that?  And they asked

16        me to enlist or challenge him on the age

17        discrimination and I filed and--

18   Q    No, they required you to file?  Did they deny you?

19   A    Yeah, they denied me enlistment but then they said,

20        they just said we want -- because then I couldn't

21        agree yet, because it wasn't quite explained and I

22        guess it wasn't really challenged, you know who

23        would wanna join when they're 40, I was 48 at the

24        time?  And I said I still can, you know if I passed

25        the quos, you know the -- and I was in pretty good

-63-

1    shape.

2    MR. SMITH: Uh-huh.

3  A   So, the guys were...[unintelligible] because they
4      said they wanted older guys in it for experience and
5      what not, you know it was like corporation thinking
6      I guess and, ah -- and it wasn't quite clear to
7      them, so when I put it in, ah Washington wrote me,
8      because I just filed the complaint and I wrote a
9      letter saying it would be dropped if I just get an
10     answer, because I couldn't get an answer out of the
11     Army.

12 Q   Where did you file?

13 A   U.S. District Court.

14 Q   L.A. again?

15 A   Yeah.

16     MR. SMITH: Okay.

17 A   And, they wrote back and he cited an attorney back
18     there and it was very clear or he made it very ah --
19     the way he wrote it was the fact that, ah there's
20     something about the uniforms. People are working
21     with uniforms, it was like a ah, not a loop hole,
22     but something that they could hang their hat on and
23     that was the only reason why, that they were
24     employed with uniforms and, ah so I took it back,
25     the enlistment and he goes, oh, I guess that's the

-64-

1          reason why you needed to know it, so I -- and then I

2          just dropped.

3    Q     You just dismissed it yourself?

4    A     Yeah.

5    Q     Voluntarily dismissed?

6    A     I let it, ah be dismissed.

7    Q     Okay, ah did--

8    A     Part--

9          MR. SMITH:  Go ahead.

10   A     Just -- yeah, part of it was after being let go at

11         PSS?  Maybe my age and I just had a family and I was

12         -- I was hurt when I was removed from PSS at the

13         time?  It made me I guess challenge labor laws and

14         things for, you know just to find out, you know

15         protect myself maybe and other people and so I had a

16         little time that I was doing this challenge, that

17         was about it.

18   Q     Do you consider yourself an idealist?

19   A     Ah yes and no.  I know it can get you into trouble

20         and, ah I try to keep it to a point where I can be

21         practical?  You have to have ideals, but you can't

22         let them dominate and, um--

23   Q     You mentioned that, for instance you said for me and

24         for other people or for me and my children are gonna

25         be a, you know, or color or for society, you've sort

-65-

1       of used these terms....

2   A   Yes.

3   Q   ....as we've discussed things this morning, do you

4       feel like when you file litigation, that it's not

5       just, you're not doing it strictly for you, you're

6       doing it as an advocate for a group?

7   A   I think at times, ah because they don't involve just

8       myself, it involves other people like, you know the

9       military because I talked to other, quite a few

10      other guys and a lot of people are out of work and

11      being in the Army was a good job in those days, so.

12      And, yeah, um partly? I don't mean to be the guy in

13      the front, you know the savior of the world because

14      sometimes you can make things, ah not good for other

15      people, you know like messing up, you know the soup

16      so I just try to get in, you know check on something

17      and at a point try to get out, not really harm

18      anybody? The only person I find at times maybe, ah

19      I have to watch is my family? You know like to

20      check on me, ah -- ah and that litigation is not a

21      fun time? Like even this case here, my family is

22      always asking, you know how do you feel, they're

23      supportive, we just are trying to get the thing, you

24      know finished or settled as soon as possible.

25   Q   Um so -- okay, so in '96 we have this filed against

-66-

```
 1          the U.S. Army, were there any other, any other

 2          litigation that you've engaged and that weren't --

 3          has not been discussed this morning?  I'm talking

 4          small claims, um.

 5    A     Well, you know small claims at NMC.

 6          MR. SMITH:  Right.

 7    A     So you're aware of that?

 8          MR. SMITH:  Right.  No, anything, not with NMC unless

 9    it was pre the year 1996.

10    A     I'm trying to think, the Army and the Lakers and I

11          don't know if there was a spin off, I am not quite,

12          my recollection on ah--

13    Q     A spin off of which one?

14    A     I think it had to do with, ah my PSS case.  I did a,

15          ah -- ah I think I did a filing against, um I think

16          it was against the EEOC?

17    Q     What was that for?

18    A     In -- they had, ah dropped my early PSS charge and I

19          asked for a reconsideration and they denied me a

20          reconsideration and then I went to my congressman in

21          California and they asked or advised me to ah -- to

22          ah, take it up another level and I think that's when

23          I, was it?  I filed, ah against the EEOC.

24    Q     In California?

25    A     I believe, yeah, in California.
```

-67-

1    Q    Who was your congressman?

2    A    Well, he wasn't -- he wasn't -- I was living in the

3         area, I guess he represented ah, Congressman Jerry

4         Lewis.

5    Q    Jerry Lewis.  Whatever happened with that, where did

6         you file that at?

7    A    It was dismissed.  Ah it brought attention to my

8         case basically and I think that's what maybe got the

9         mediator out?  Sometimes you have to do something,

10        you know sort of a--

11   Q    Where was ah -- that mediator -- I'm sorry, where

12        was it filed though, you filed your case against the

13        EEOC in California District Court again?

14   A    L.A.

15   Q    U.S. L.A. District Court -- or U.S. District Court

16        in L.A.?  And, then you dismissed that voluntarily

17        once your PSS case was resolved?  Or it got

18        dismissed.

19   A    I think it was dismissed because I was finding out

20        about law that, ah Government officials are quite,

21        like immune from a lawsuit?  And, ah I ah, once they

22        dismissed -- but at the same time I was getting some

23        information from EEOC, so I believe I got what I

24        needed and so I just let it, ah -- ah just -- they

25        filed for a motion to dismiss, I think I didn't even

1          oppose it, basically I think I sent something, I

2          accepted it.

3    Q    And, is that -- you were pro se in that as well?

4    A    Yes.

5    Q    Um you know it just struck me because I just

6          recalled an instance here where you sued, ah Judge

7          Castro, is that--

8    A    Yeah, that was ah -- you handled that.

9    Q    Right.  Um, was that the PSS case?  Or was that an

10         additional -- was that additional litigation?

11   A    That was on ah, when I asked for documentation?  It

12         was again the Open Government Act?

13         MR. SMITH:  Okay.

14   A    And PSS?  And I wasn't given a documentation?  So I

15         wrote um -- ah--

16   Q    When was that, do you remember?

17   A    '96?  When I first got back?

18         MR. SMITH:  Okay.

19   A    But I was um -- the documentation, again I was not

20         given the documentation, but then I filed in haste,

21         not in haste, but I filed and again I got answers, I

22         got the documentation, but I ah -- you know it

23         served what I needed at the time.

24   Q    Well, what um -- what happened to that case?

25   A    It was dropped because I got the documentation if I

-69-

```
1         recall.

2    Q    Where was that case filed, do you recall that?

3    A    Wouldn't it be in Superior Court because it was Open

4         Government -- CNMI Open Government Act?

5    Q    Okay, do you remember who you sued?

6    A    It was, I believe PSS, ah and if I recall, I asked

7         for Open Government Act, was denied the documents,

8         filed in Superior Court and I was back in California

9         and it was dismissed.  Then when I got back out

10        here, I filed again and I included the judge because

11        ah, at the time I was upset that he had dismissed it

12        without any, ah -- I didn't get the documentation,

13        so I refiled it and I included his name, then I was

14        informed that you don't include a judge, they're

15        immune, so then I dropped that, but then it got me

16        to the information I needed finally because I was

17        back on island.

18   Q    Was that, both of those then, the original one was

19        in the Superior Court and then the subsequent one

20        was in the Superior Court?  Or do you recall?

21   A    I don't.

22   Q    Okay, um do you recall any other litigation besides

23        what we have discussed here?

24   A    ...[pause], um not at this time.

25   Q    Okay, how about any administrative complaints that
```

1          were short of litigation, what we have discussed?
2     OFF/ON RECORD - Continued on Tape 2, Side A.
3     A    ...about that suits that I filed--
4          MR. SMITH:  Yes, and we'll do that so we can hear
5     about CUC briefly, but it is ah, September 30ᵗʰ, 2004,
6     this is the ah, resumption of the Jack Angello
7     deposition, Civil Action 03-0014, Jack Angello versus
8     NMC, we will continued this--
9     OFF/ON RECORD
10         MR. SMITH: Okay, um anyway, this is ah, the time is
11    now 1:52 p.m. and we are continuing this deposition with
12    questions to Mr. Angello about um, litigation that has
13    been filed and any other litigation other than what we
14    discussed about this morning.  You mentioned something
15    about CUC, Mr. Angello?  If you could elaborate?
16    A    It was a ah, situation where my house ah, was in
17         harm's way with a faulty sewage ah, pump system and
18         I'd given warning to CUC and asked them to repair it
19         and then ah, eventually, um--
20    Q    When did you give warning, when was that?
21    A    2002?
22         MR. SMITH: Okay.
23    A    Initially, when I brought it up to ah, management
24         where I live, Joeten Housing, and ah, CUC and DEQ,
25         they said they fixed it, but it was off and on over

-71-

1       the past 18 months.  It filled up the wetland behind

2       me ah, with some raw sewage, massive amounts

3       eventually and then they sealed it over and flood

4       waters then backed into my house with the sewage.

5       And then they came out and ah, capped the illegal

6       lines out into the wetland and then ah, diverted the

7       sewage away from some other homes, but it apparently

8       backfired into my house and two others.  Mine was

9       completely ah, flooded with complete raw sewage,

10      about six inches of it.  And, at that point, I had

11      DEQ, CRM, and Public Health write reports and issued

12      warnings to CUC and with those warnings I compiled a

13      complaint asking them to do a repair of the pump

14      station and repair my house.  As we speak, they're

15      repairing the house and repairing the pump station.

16   Q  Okay, but--

17   A  So, it's being resolved as -- as of this time in a

18      ah, professional and--

19   Q  What, did it get resolved only because you filed

20      suit?

21   A  I didn't file suit.

22      MR. SMITH:  Oh, you did not?  Okay.

23   A  No.  I, like I always do, I always file or write and

24      letter and **ask** for ah, some type of action and for

25      just a -- you know, justifiable reasons.  And if not

-72-

```
 1              action, then of course, ah I would take it to the
 2              next step, but ah, they're taking corrective
 3              measures as we speak.
 4       Q      Okay, okay, so you do not expect to have to file
 5              litigation there?
 6       A      I don't expect to.
 7       Q      Okay, was there anything else, any other
 8              administrative complaints, grievances, anything else
 9              that you can recall since we spoke this morning, ah
10              that you have filed for your rights or for the
11              rights of others?
12       A      At this time, I can't recall.  I ah, hope you
13              understand that because of this type of litigation,
14              ah you -- my memory is sometimes not quite as sharp
15              as when it's ah, in more of a relaxed state, but I
16              can't recall.  Like I mentioned that time in L.A.?
17              And that was ah -- ah finished up and then out here
18              from '96, I was moved ah, going into retirement and,
19              of course, September 2002 changed that.
20       Q      Okay, um in these areas, have you filed -- have you
21              sought attorney advise prior to ah, filing this
22              litigation?  Or have you just....
23       A      Yes.
24       Q      ....done this on your own.  You have.  Um have
25              attorneys represented you in -- in these actions?
```

-73-

1    A    They ah, explained, because of Labor issues?  That

2         they're costly?  And ah -- and that ah, they -- they

3         would ah, basically see what I was doing and ah, you

4         know just I filed because basically I had no money.

5         MR. SMITH: Okay.

6    A    And, ah I couldn't expect to pay an attorney ah,

7         even up front to filing, you know things like that?

8         I'd go pro se and mostly I'd be out of work so I

9         could file in forma pauperis and ah, I've been

10        fortunate though in the NMC situation that I've had

11        Mr. Aguilar come in as pro bono.

12   Q    Okay, um with ah -- with the drafting of documents,

13        have you done all of these complaints?  You drafted

14        them yourselves -- yourself?

15   A    I drafted them myself and had ah, attorney friends

16        of mine read them.

17        MR. SMITH:  Okay.

18   A    And ah, offer advise and also offer advise ah, when

19        not to file and when not to do, so.

20   Q    Have you ever had people advise you not to file?

21   A    Um, to tell you the truth?  No.

22   Q    Okay, so you filed -- in every instance when you

23        have prepared, you have proceeded?

24   A    When I haven't received any response to ah, written

25        letters or requests, I've always asked PSS, I asked

-74-

```
 1              for a hearing through the administrative process and
 2              was denied?  So, ah NMC?  I asked for a hearing and
 3              they said I was not an employee anymore, so.  Ah,
 4              it's basically, if I don't get a hearing
 5              administratively, ah and satisfactory, ah then I,
 6              you know take it to the next level.
 7     Q        Okay.  Um, do you recall September 24th, 2002?
 8     A        Yes, very.
 9     Q        Okay, that is the date of your termination from NMC,
10              is that correct?
11     A        Date of I was given notice.
12     Q        Okay, um since that date, what positions have you
13              held?  What employment have you held since that
14              date?
15     A        Um from September 24th through November 26th?  Um I
16              was still being paid by NMC, although....
17              MR. SMITH:  Okay.
18     A        ....the notice stated that I be off campus.
19              MR. SMITH:  Okay.
20     A        Ah from November 26th -- well, from September 24th, ah
21              technically I was unemployed, but I was being paid,
22              but I ah, did not work until February 1st, 2004.
23     Q        Okay, and where did you work February 1st, 2004?
24     A        I was hired by the Attorney General's Office as a
25              public intern in the criminal division and civil
```

1           division.

2    Q      Okay, and are you currently employed there?

3    A      Yes, sir.

4    Q      Okay, um since ah, your termination in September 20

5           -- ah 24th, 2002, or your notice of termination, um

6           have you applied for any positions at NMC?

7    A      Yes.

8    Q      What positions have you applied for?

9    A      President.  Vice President.  Dean positions.

10          Trades--

11   Q      Can you say which -- which dean positions?

12   A      Dean of Academic ah, Programs, Dean of Student

13          Services, Director of ah, Public Marketing, I

14          believe, Director of ah, Institutional

15          Effectiveness, ah Director of the School of

16          Education, College Lab School Principal, Lab School

17          Vice Principal or Assistant Principal, the ah,

18          Procurement & Supply Specialist, Bookstore Manager,

19          Assistant Bookstore Manager, um Public Information

20          Officer.  Um there are approximately 16, I don't

21          know if I skipped.

22   Q      Sixteen?  You've applied for 16 different--

23   A      I've been certified qualified in ah -- eligible in

24          these, all these positions that I mentioned.  Over

25          16.

1    Q    Who qualified you?

2    A    NMC Human Resources Office.

3    Q    Okay, how is that qualification done?

4    A    By applying, submitting the -- all the documents for

5         an open job vacancy.  Having Human Resources

6         evaluate your application for years education and

7         years experience and compare it to the ah,

8         qualifications required for the position and then

9         you're given a letter that you're eligible or not

10        eligible.

11   Q    Okay, um who ah -- were these funded positions that

12        you ah....

13   A    Yes.

14   Q    ....were applying for?  Every one of the 16?

15   A    Ah yes.

16   Q    Are there currently people working in those

17        positions that you're aware of?

18   A    Ah yes.  Ah, although as of February 2004, there was

19        a Board directive that ah, changed the ah -- changed

20        some of the policies of ah, you know having

21        positions be open.  However, the -- from the job

22        vacancy and Board policy to advertise them, normally

23        they have to be funded before you can ah, advertise

24        for them, although some have caveats in that they

25        are possibly not funded, I don't know, but they keep

-77-

1           changing.

2    Q      All the 16 though were advertised and were funded,

3           the ones that you applied for?

4    A      And they're all filled.

5    Q      Okay, all funded, all advertised.  Um, were you--

6    A      Except for maybe, I don't know if marketing was

7           filled?

8           MR. SMITH: Okay.

9    A      There maybe one in there, marketing something that

10          was not filled.

11   Q      Okay.  Did you -- were you qualified -- ah you were

12          qualified from HR for all of these positions?  You

13          said all 16?

14   A      Yes.

15   Q      Were you made an offer on any of these positions?

16          Given an offer of--

17   A      No.

18   Q      Okay, were you denied, what -- what happened to

19          these applications?

20   A      I received letters after interviews saying thank you

21          for interviewing, ah your qualifications are okay,

22          blah-blah-blah, and we'll keep you on record ah, and

23          we picked someone else for that position.

24   Q      Okay, um and that -- that is this -- that has

25          happened with each one of these positions?

                           -78-

1    A    Yes.

2    Q    Okay.  Do you know, ah--

3    A    Except for the School of Education which has gone on

4         and on, they haven't filled that position yet.

5         MR. SMITH: Okay.

6    A    I believe it's still an acting.

7    Q    Okay, do you um, have an opinion as to why you were

8         rejected?  Or why you did not receive these jobs?

9    A    I believe it's a ah, form of retaliation against ah,

10        my pending lawsuit and the fact that ah, you,

11        yourself, mentioned that the Board considers myself

12        disloyal to the college by filing a litigation.

13   Q    Okay, um what makes you believe that?

14   A    Believe?

15        MR. SMITH: That this is retaliation.

16   A    From the standpoint of ah, with my educational

17        background ah, which is a plus, my work experience,

18        and the fact that the Attorney General's Office

19        hired me as ah, public intern and within six months

20        they promoted me to paralegal and they ah, have

21        watched my work ethic and they see that I do perform

22        and ah, I believe in my work ethic ah, so I try to

23        establish why would somebody not hire me and ah, I

24        try to be objective as much as possible and I know

25        my past experience ah, is a benefit for a company or

-79-

1         a government agency.  So, the only thing I can come

2         to is that they ah, don't want me there for reasons

3         of ah, that I would probably sue them and ah, so

4         it's a conundrum or some type of ah, thing that they

5         terminated me and I'm challenging it, and I have a

6         right to challenge it, and now I think it's being

7         used against me.

8    Q    Um, do you know if you are more qualified than the

9         people that ended up filling these positions?

10   A    Um I would -- yeah, some I reviewed the ah -- ah job

11        qualifications?  Like the Bookstore Manager? Um I've

12        had ah, 10 equivalency from my past experience in

13        private sector in sales, marketing, and the person

14        they picked ah, I think, um from what I can gather

15        on her qualifications list she didn't even meet the

16        minimum requirement ah, which ah, I will point out

17        later, and the fact that it asked for three years, I

18        believe, of some experience, she had only two and I

19        was up in the 10 to 12 range, so ah -- ah I would

20        say she's a capable person, I don't want to belittle

21        her, but I would say that I'd be more qualified ah,

22        in that particular instance.

23   Q    Can you, just in your opinion, tell me what you

24        believe are the core criteria for ah, being selected

25        as -- in your mind, what are the -- what are the

```
 1              points that people should look at the very most, how
 2              do you -- if you are interviewing for -- for an
 3              employment position?
 4      A       Oh, it's educational background, work experience, ah
 5              being able to work with other people, teamwork, ah--
 6      Q       Hold on one sec, educational, okay?  Educational
 7              experience, work experience, working with others,
 8              what else?
 9      A       Um, attitude towards management.
10      Q       What do you mean by that?
11      A       Well, they ask if you're -- you know, what's your
12              weaknesses or your strengths and how well do you get
13              along with ah, being supervised and ah -- ah work
14              product I believe.  You know what can you do to make
15              the company or the agency ah, a better, you know
16              your department or division a better division or
17              department.
18      Q       Okay.  Um, there's one other area, background that
19              I'd like to just -- we pretty much touched on this,
20              but this is the EEOC charges.  Um, you have filed --
21              how many times have you filed EEOC charges against
22              the college, do you recall?
23      A       I filed an EEOC charge in 1998 or 1999 against
24              Barbara Moyer (ph.) and NMC and after I filed, ah
25              EEOC contacted me and asked me the status before
```

-81-

```
 1         they would take the next step, but in the meanwhile
 2         ah, I met with ah, the president at that time and
 3         she -- we both agreed to get it settled in a
 4         management manner and we did with ah -- ah she asked
 5         me what I wanted done, I said I would like to have
 6         ah -- ah the vocational department, like more
 7         supported, I wanted Barbara Moyer to go through
 8         sexual harassment training and ah, that was agreed
 9         upon? Ah and then I think there was a salary matter
10         that ah, they overlooked and, on top of it, they
11         gave me extra ah, step in salary that was
12         overlooked.
13              So, at that point, I felt it was satisfactory
14         that um, this person ah, say a supervisor as a -- at
15         the time was a Dean above me? And next was the VP,
16         but I felt that she was ah, properly ah -- ah like
17         ah, approached that this was a problem and it should
18         be ah, looked at and corrected? And then at that
19         point ah, I asked for no retaliation and ah, the
20         vocational department be supported and I then wrote
21         EEOC that ah -- and I gave them a copy of that
22         agreement? And I said that ah, I want this charge
23         to be ah, dismissed and they wrote back saying,
24         we'll dismiss it, but we'll make sure that ah, there
25         are certain parts EEOC were gonna follow, like no
```

1          retaliation, et cetera, et cetera and the charge was
2          ah, dismissed.

3              2002?  Ah March?  After the file TV program was
4          denied being put on the calendar?  Or the semester
5          ah -- ah course....

6    Q     Schedule?

7    A     ....advertisement schedule?  And which is, it's been
8          recorded I think from the start of the year 2000,
9          maybe in 1999?  Um we were removed at the last
10         minute and -- and again it was ah, through the -- ah
11         Barbara Moyer in her Vice President's position, so
12         at that time I asked for -- well, the Board asked
13         me, Abby Cing for -- to find out what's the story
14         and ah, I wanted to find out what the problem was,
15         we called a meeting with Mr. Wolfe and Ed Camacho
16         was my Dean at the time and Barbara Moyer and ah --
17         ah there were no shows and no explanation why?  So,
18         at that point I figured that I had to refile and,
19         again, I asked ah, why there was no support, why the
20         ah, program was again pulled off the ah, schedule
21         after it was promised?  Um we had a letter to the
22         effect?  It was I believe addressed to Mr. Wolfe?
23         That I asked -- in fact he was in L.A., that it
24         would be on the schedule of, I believe the year 2000
25         ah, Fall and ah so, being taken off the schedule, I

-83-

1        ah -- ah, of course, wanted to find out why and

2        correct the situation and so then in the year of

3        2001 I filed a grievance and another EEO complaint

4        and ah, notified ah, EEOC that I was going through

5        the State EEO and it would also be a reopening of

6        the previous?

7  Q    This is the one from '98?

8  A    '99, yeah.

9  Q    Or '99, the Barbara Moyer one--

10  A    Yeah, because it was the same person involved and

11        ah, I ah, filed, like I say, March of ah, 2001.  In

12        June, I asked what was the status because there was

13        no reply and then ah, in July I asked again about

14        the status and I believe in the Fall ah, at that

15        point...[pause], let's see that would be 2001?

16        Well, the program started in the Spring of 2001, so

17        we were ah -- ah I take it back, it would be in

18        2002, the first semester.

19        MR. SMITH:  Okay, we'll go into that, specifically

20  we'll figure that out.

21  A    Yeah.  Yeah, 2001 we went -- yeah, from March 3rd or

22        March 9th, whenever when I filed a grievance EEO,

23        July I asked for you know, help and then ah, July --

24        or June, July, nothing was coming so I ah, contacted

25        ah, Mr. Arriola in the Fall and he said he would

```
 1            give me some assistance.

 2     Q      Who's that?

 3     A      Joey Arriola?  The attorney?

 4            MR. SMITH: Okay.

 5     A      And he also wrote a letter for ah, Mr. Wolfe, I

 6            believe?  Um because he was being denied a chance to

 7            get the program even though he had a lease agreement

 8            so we met with Jack Sablan in the Fall of ah, 2001

 9            and at that point ah, the president ah, said he

10            wanted to go forward with the program and gave us a

11            timetable to start it in the Spring of 2002 and we

12            did start ah, 2002.

13                 So, at that point, um I still had the grievance

14            on file, I had not removed, pulled it out, ah--

15     Q      That's the EEOC, it was on file with the EEOC?

16     A      It was at the State level, I mean our EEO officer.

17            MR. SMITH: Okay, okay.

18     A      Because there was an agreement after the '99 case,

19            the Governor sent out a directive saying that we

20            made an agreement with the EEOC that the first stage

21            would be, you know State level and then after the

22            State level, if you're not satisfied, you go to the

23            federal level.

24            MR. SMITH: Okay.

25     A      But you notify them, so I was taking those steps and
```

```
 1          then ah, so in August or um, in about May or June of
 2          2002, when I applied for the president's job when it
 3          as opened and I was denied an interview, ah I ah,
 4          contested that because I -- they said I had -- did
 5          not have three years of post secondary teaching or
 6          five years.
 7     MR. SMITH: Okay.
 8   A    And I did have that amount of years, so I knew I had
 9          the grievance still there in the ah -- ah and
10          Barbara Moyer at that point was the interim
11          president, so again, there was retaliation, the fact
12          that ah, my request for an interview or being
13          eligible for the president's job was denied and I
14          know the president's office works closely with Human
15          Resources, they pretty much dictate what goes on, so
16          I revived -- no, I didn't revive, but I brought up
17          the issue that this grievance was still there and
18          they wrote back saying that they had already taken
19          care of it, but I had no notice of what they had
20          done, so--
21   Q    This was the EEOC wrote back?
22   A    Ah no, Vince Merfalen (ph.)?
23     MR. SMITH: Oh, okay, okay.
24   A    As the Board representative, he said according to
25          ah, whoever at the time, it was something about --
```

1           maybe that was 2001, but they said it was ah, taken
2           care of and it wasn't. Ah I still had a pending
3           grievance and I wanted it heard, um from the
4           standpoint of the support of the programs? And also
5           this president thing? I also was denied interview
6           for being a Dean that Jack Sablan picked up and they
7           said that I had no ah, post secondary, you know not
8           enough, which I did have.

9                So, it turned into ah, that President Wright
10          came on board and at that point I asked Mr. Aguilar
11          to help and he wrote a letter, then I was granted a
12          hearing on August 27th finally for that grievance in
13          March of ah....

14      Q   2001?

15      A   ....2001 and ah, that would be it, from the
16          standpoint of ah, that grievance in EEO was to be
17          heard on the 27th, but we agreed to postpone that to,
18          you know resolve it in a management level with the
19          new president? And I met with the president ah,
20          September 3rd or 4th, something like that? We talked
21          about vocational programs, he asked me to go find
22          money and I went out and found money from the Lt.
23          Governor's Office, 25,000? Brought it back on the
24          morning of the 24th and that same morning I received
25          a ah, termination notice and then at that point, ah

-87-

```
 1              again, we requested a hearing um, for that 3000 --
 2              or 2001 and then later we added a second grievance
 3              on the termination which was--
 4        Q    Okay, so then there was a subsequent filing with the
 5              EEOC--
 6        A    Yeah, because the grievances are either non-
 7              termination or termination.  Ah there are two
 8              different Board policies.
 9        Q    Okay, so if I've got down my -- if I followed you
10              correctly, you filed four EEOC grievances against
11              the college?
12        A    1999 was an EEOC -- first a grievance and nothing
13              was done, so I filed an EEOC.  2001 was a combine
14              grievance-EEO and then ah, the follow up would be
15              just--
16        Q    The presidential hire one, right?
17        A    Yeah.  That was strictly a grievance based on the
18              fact of retaliation because Barbara Moyer was the
19              interim president.
20        Q    Interim president, okay and then the 2002, after
21              your termination?
22        A    Would be ah, strictly grievance.
23        Q    Okay, that means -- when you say that, you mean
24              State level?
25        A    Yeah.
```

-88-

1    Q    Okay, um how about any other EEOC complaints?

2    A    But after that, when the hearing decision came out

3         that, one, I was no longer an employer because they

4         scheduled it two days after my last paycheck which I

5         thought was interesting and, two, they said ah, I

6         would not get a hearing because the president

7         rightfully terminated me without cause which, again,

8         I thought was strange that I could -- for cause said

9         I could get a hearing, but they said I couldn't

10        because he terminated me without cause.  At that

11        point, ah I filed with the EEOC?

12   Q    This was 2002?

13   A    It would be late 2002 or early 2003.

14        MR. SMITH: Okay.

15   A    And I also filed with the Civil Service Commission.

16   Q    Okay, have you filed any um, other EEOC complaints

17        besides ah, these against NMC?

18   A    PSS.

19        MR. SMITH: PSS.

20   A    Which I talked about earlier.

21   Q    Okay, that EEOC with PSS, um any others besides

22        those?

23   A    Yeah, like earlier I mentioned the Lakers.

24   Q    That was EEOC, too?

25   A    Yes.

```
 1   Q   Okay.  Um, that's it though?  PSS, Lakers, NMC?

 2   A   I think the Army was age discrimination, that was

 3       EEOC.

 4   Q   That was EEOC, too, okay.  Okay, um--

 5   A   And I did file ah, recently?  Um it would be 2004?

 6       Early 2004?

 7   Q   For?

 8   A   Since the School of Education directorship ah, kept

 9       being postponed, postponed, I filed a ah, separate

10       EEOC charge, I think in late 2003, early 2004.

11   Q   Okay, and what was the basis of that?

12   A   Retaliation.

13   Q   That it was being postponed just--

14   A   Yeah, it was ah, first they were ah--

15   Q   The -- them not selecting you and continuing to

16       postpone it, is that what you're referring to?

17   A   Yes.

18   Q   Okay.  Not filling basically.  Okay, I wanna go to

19       your first um, just briefly since we're touching on

20       this?  I'm gonna show you what um, I guess we can

21       mark it as an exhibit, I'll make a copy of this, but

22       I'll mark as Exhibit A for this deposition, is this

23       -- is this your first EEOC complaint?  Or -- or

24       your....

25   A   Yes.
```

-90-