```
 1            situation on June 20th when you inquired um, about
 2            what you say was an ignored grievance and that the
 3            NMC Board of Regents was advised of this situation.
 4            First of all, what situation are you alleging they
 5            were advised of?
 6     A      Ah I stated I -- I inquired about the ignored March
 7            9th grievance and EEO complaint because normally,
 8            according to Board policy, these are ah -- ah action
 9            takes place within 15 days and then there's a
10            procedure, you know from the standpoint of a--
11     Q      So -- so it's your--
12     A      And then -- yeah, and then in the follow up, June
13            20th, I, again, inquired about why it was ignored in
14            ah, the standpoint of they were advised, meaning
15            that they got a ah, courtesy copy.
16     Q      Of your letter asking....
17     A      Right.
18     Q      ....following up? ·
19     A      Right.
20     Q      Your inquiry letter?
21     A      Right.
22            MR. SMITH:   Okay.
23     A      Since the Board would be involved in these matters.
24     Q      Okay, and you -- and your allegation or your
25            statement that the Board was advised, ah are made
```

```
 1           because the Board secretary signed off on copies of
 2           your letters?
 3      A    The special assistant and, of course, I would talk
 4           with him and um -- and follow up verbally, ah did
 5           they receive any -- he was a conscientious person
 6           and he always ah--
 7      Q    Who's that?
 8      A    At the time it was Vince Merfalen?  This particular
 9           period?
10      Q    Do you -- did you ever speak directly with Board
11           members about this situation, in particular?
12      A    Board Regent, ah Abby Cing, ah--
13      Q    About this follow up?
14      A    Well, my March 9th complaint focused on the Pacific
15           Rim Academy Program being denied, being put on the
16           ah, schedule almost two or three ah, semesters in a
17           row after it was promised, we had it in writing and
18           we plan and Mr. Wolfe had spent a lot of money, I
19           spent a lot of time, so after about the third time I
20           think it was in, yeah, 2001 part ah -- Regent Cing
21           asked me what seems to be the problem and I said we
22           -- the Board has to get involve in this, something,
23           yes or no, kill the program ah, you know people said
24           they want it, but I need support and ah, we have
25           students signed up, we have EAP man -- EAP money,
```

1              scholarship money lined up um, and she then asked me

2              to request a ah, Board meeting ah, and so I--

3    Q    This is ah, Regent Cing?

4    A    Cing.  And I put in a request, I said I know it

5              should be going through the programs, I believe she

6              was in charge of programs at the time, subcommittee

7              chairperson.  So, I put a request in um, that this

8              would be an item on a future special programs

9              meeting that I would be there, plus the -- Mr. Wolfe

10             has to be part of this meeting.

11             What I got back was that um, basically I was

12             not following protocol and when I asked what -- what

13             is the protocol, they said I have to bring it to the

14             dean's level first before I bring it to the

15             president's office and so I went to the dean's level

16             and he asked me why I was scheduling this meeting, I

17             said, it wasn't myself, it was at the request of

18             Regent Cing.  She's the one who requested, she asked

19             me just to ah, ask to put on -- yeah, put on an item

20             and ah, from the dean's level, basically the request

21             was ah, squashed.

22        MR. SMITH:  Okay.

23    A    It did come up, like I say later, ah from the

24             standpoint of Mr. Wolfe filing this ah, litigation,

25             ah document, you know threat of litigation with the

| 1 | | college. |
|---|---|---|
| 2 | Q | He did not file litigation, correct? |
| 3 | A | No, he just he -- he filed a -- he filed a letter |
| 4 | | with the college, ah actually it was the attorney |
| 5 | | for him that filed -- had the letter served. |
| 6 | Q | Okay, um you had a meeting with ah, Jack Sablan, |
| 7 | | this is in paragraph 44 of your complaint where you |
| 8 | | say you resolved some related issues.  What issues |
| 9 | | did you resolve with then President Jack Sablan? |
| 10 | A | It was made out in a ah, plan of action that he had |
| 11 | | Mr. Propst put together with ah, myself and ah, |
| 12 | | Mr. Wolfe-- |
| 13 | Q | Do you have a copy of that? |
| 14 | A | I believe so. |
| 15 | Q | Okay, what did it say in that plan of action? |
| 16 | A | Um, first Mr. Sablan ah, he asked why it had gotten |
| 17 | | to this point of possible legal action and Mr. Wolfe |
| 18 | | had, you know we had documents ah, to the effect |
| 19 | | that.... |
| 20 | Q | This is-- |
| 21 | A | ....this program should have started-- |
| 22 | Q | This -- this -- so what you're talking about here is |
| 23 | | Pacific Rim Academy, not your ah, EEO grievance? |
| 24 | A | Well, he knew that the Pacific Rim Academy was part |
| 25 | | of because he asked me in this meeting what was my |

-154-

```
 1            position in this matter ah, was I for the college or
 2            for Mr. Wolfe and I said I have a separate issue and
 3            it's in my grievance, in that as an employee of the
 4            college I filed a grievance because I was going
 5            through the same situation I had gone through in '99
 6            with this Barbara Moyer. So, he ah, said let's take
 7            care of the Pacific Rim Academy, I said that's ah,
 8            the primary purpose of this particular meeting was
 9            to get the Pacific Rim Academy finally started up,
10            and this was in the Fall of ah, 2001, I believe.
11     Q      So, the only issues that were -- actually, the
12            related issues that were resolved were strictly
13            Pacific Rim Academy issues?
14     A      Ah and--
15     Q      Not...[unintelligible]--
16     A      And, management because he ah -- ah Mr. Sablan made
17            a point of ah -- ah, he was the president at the
18            time, made a point of the fact I did not have to
19            seek approval or go through Barbara Moyer's office
20            and that was a ah, kind of a touchy point with the
21            ah -- Barbara Moyer at the time because I believe
22            she was vice president at the time and he made a --
23            like I said he made a point of ah, that she would be
24            ah, sort of by passed.
25     Q      Okay.  I just want to, and maybe we can summarily
```

1   deal with this, this is in paragraph 46, you

2   challenged the hearing dismissal that um, ah you

3   claim your EEO complaint was summarily dismissed and

4   you challenged that hearing dismissal and the Board

5   of Regents was advised of that situation again.  Um,

6   are we -- are we talking again just about the Board

7   receiving copies of your letters?  Is that -- is

8   that all we're discussing?  When you say the Board

9   of Regents was advised of the situation?

10 A That was all we could do, we were ah, advised not to

11   contact the Board directly.  Ah, and the way we, you

12   know in the Board policies, they give you time then

13   to submit your complaint, you know in written form,

14   so I just followed the Board policy of how to advise

15   them and it was by, you know written documentation

16   and making sure that the ah, special assistant

17   received these in a timely manner.

18 Q Okay, um and, again, that's just strictly by

19   delivering letters to their secretary?

20 A Special assistant to the Board.

21   MR. SMITH:  Special assistant, okay.

22 A Yeah, and--

23 Q Because that was the only way you had of contacting

24   them?

25 A Of course, ah I knew most of the Board Regents.  Um,

```
 1              they had changed.  Ah I was very close with ah,
 2              Judge Villagomez and ah, it was Manny Sablan on the
 3              previous Board, and then they had a big changeover,
 4              so the newer Board wasn't quite as ah, let's say, ah
 5              open or, you know we didn't see them that much, ah
 6              although except for Regent Cing.  Ah, she would
 7              check because she -- I used to work with her in the
 8              same department and we were fairly close so, she
 9              would ask me how things are going, like I said
10              earlier about she wanted a meeting of the Board and
11              then that was quashed, so ah, she knew the situation
12              because she ah, had her run-ins with Barbara Moyer
13              also and she'd asked me how I was going and I'd say
14              it's still kind of rough.
15       Q      What -- what um -- do you know if the Board ever
16              read any of your letters?
17       A      I -- I could not say for sure.
18       Q      What kind of run-ins did ah, Regent Cing have with
19              Barbara Moyer?
20       A      Um, just management.  Ah--
21       Q      Barbara Moyer was over her?
22       A      At times because she moved in different positions, I
23              just remember ah, the whole department, she ah --
24              there were run-ins from the standpoint of ah -- ah
25              it was documented ah, by--
```

```
 1        OFF/ON RECORD -- Continued on Tape 3, Side B.
 2    A   Again, I couldn't ah, say for positive what the run-
 3        ins were, I just knew that most people, ah had
 4        situations with ah, Barbara Moyer on the fact of her
 5        management style.
 6    Q   Okay.  Do you like Barbara Moyer?
 7    A   It's not a matter of ah -- ah disliking or liking
 8        her as a person, ah I always ah, looked at her as a
 9        ah, supervisor and somebody to work with, I try to
10        keep it on a professional basis.  Um, I -- I never
11        went out to dinner with her, but ah, again, I always
12        try to approach people, even if they were difficult
13        as a -- as professional as possible because I knew
14        if I created this major dislike or made it -- my
15        students would suffer and, so I know if somebody
16        disliking you back, at times would deny you things,
17        ah so again, I try to keep it as professional as
18        possible.
19    Q   Okay, um how are you improperly denied interviews
20        for the Dean's position and President's position?
21    A   In July -- or May, in that time frame, I applied for
22        the Dean's position?  Um--
23    Q   The Dean of?
24    A   Dean of, it changed its title, the one Jack Sablan
25        was given the position after he had resigned
```

-158-

1   abruptly?  In 2002?  I think it was?  And then ah, a

2   few months later there was a Dean's position open

3   and I applied for this position um, and I've been an

4   acting Dean on a few occasions before and I felt

5   qualified and I was qualified except for one factor,

6   they wrote back a letter to me saying I did not have

7   the necessary three years of post-secondary teaching

8   and I knew I had ah, in the area of seven years of

9   post-secondary teaching?

10 Q What is post-secondary teaching?

11 A Teaching at the college level.

12 Q Okay, and you need to have three years for those

13   positions?  According to your understanding?

14 A Yeah, the JVA, job vacancy announcement, ah required

15   three years of ah, this post-secondary teaching.

16 Q Can you give me your years of post-secondary

17   teaching?  Your experience in that?

18 A I believe it's in a document that I supplied ah,

19   it's teaching when I was in Tinian as the principal

20   of the high school, I taught part time at the

21   college campus.

22 Q And, part time ah, is sufficient?

23 A Ah it's equated as, I think it's given half credit,

24   ah in the -- in the calculation of ah, time.  Then I

25   taught ah--

```
 1    Q    How long was that that you taught on Tinian?

 2    A    Over a span of two years.

 3    Q    Okay, so did you get a full year?  Or just a portion

 4         of the year?

 5    A    I think I was -- they evaluated from the courses I

 6         taught and time, they checked my records, I believe

 7         a year.

 8         MR. SMITH:  Okay.

 9    A    Normally, if you adjunct part time, it's half.

10    Q    Okay, what other post-secondary teaching experience

11         do you have?

12    A    At the college, ah I taught for University of Guam,

13         the course -- ah the courses that were taught there

14         at Guam -- I mean, at the campus.

15    Q    At the campus?  University of Guam?

16    A    They were -- prior to the college receiving its four

17         year accreditation?  Ah they had a four-year program

18         School of Education, but it was in conjunction with

19         the University of Guam.  So, after my doctorate, ah

20         I was contacted by University of Guam people if I

21         was interested in teaching courses ah, and I said I

22         would and I taught courses, ah for the University of

23         Guam.

24    Q    Okay, and did you do that on a full-time basis?

25    A    Part time.
```

1    Q    Part time, and how long did you do that?

2    A    Over a span of -- because there was also regular

3         School of Education courses that I taught and I

4         taught at the Adult School, college courses there at

5         the Adult School, so just, you know period of from

6         '97 through 2002?

7    Q    Did your teaching at the Adult School count as post

8         secondary teaching education experience?

9    A    I'd have to check the document because they ah --

10        because I put in, I requested about eight years of

11        credit for post secondary?  And I was given six

12        point three.

13   Q    It was -- now, that's -- you requested eight?  Ah

14        this includes like your two years on Tinian and then

15        they melted it down to -- to six point--

16   A    I -- I just submitted approximately eight years of

17        experience and ah -- and it was explained because we

18        had a meeting ah, with Human Resources and they

19        explained that some of that would be cut down, and I

20        agreed, ah with their evaluation.  It's a universal

21        type of grading or evaluation system and it shrank

22        down to ah, six point three.

23   Q    Who was that discussion with Human Resources with?

24   A    The Director of Human Resources and the evaluator of

25        my ah, time.

-161-

1   Q   Who are those?

2   A   Elsie Dela Cruz and Bobby Hunter.

3       MR. SMITH: Okay.

4   A   And, again, that's why I contested the fact that I

5       was not allowed to interview for the President's

6       position when President Wright was selected because,

7       again, they said I did not have the necessary five

8       years teaching experience, that was the only reason

9       that was listed on their letter of my being

10      ineligible.

11  Q   Okay.  Um, you -- you state in paragraph 50 that you

12      met with Dr. Wright on September 3ʳᵈ, 2002, ah and

13      presented him with discussion points.  What were

14      your discussions points?  What -- which ones did you

15      raise with him?

16  A   Ah, support of the film and TV program which ah,

17      there was a lease that I brought with me that had

18      this international program factor and I explained

19      shortly the ah, what I -- my dream was and then the

20      overall vocational program, especially the prison

21      programs.  Ah there was criticism I was receiving

22      that we weren't charging them tuition from the

23      management of NMC?  And I tried to explain to him

24      that it's pretty difficult having prisoners pay

25      tuition and ah, so they ah -- I wanted his ah, you

1               know commitment.  Um, I listed the various programs,

2               Corrections, DYS, ah film and TV regular courses and

3               ah--

4        Q      Is this basically the same list of programs that you

5               -- that we earlier discussed that you--

6        A      No, the 2 -- I can say the 2+2 was out of my

7               department at the time.  Ah, and the Adult School?

8               They both had moved on?  So, mainly concentrated on

9               the vocational and certain special projects that I

10              had started up?  Film and TV and ah -- ah I was

11              beginning to ah -- the international, you know

12              factor, you know having students come in ah, so ah,

13              again, I went over these points and he said he

14              supported vocational programs, ah and that was

15              pretty much the gist of it.  And, then ah, I asked

16              him what he had planned, he said, well, he had a

17              plan for vocational programs, you know like to

18              support for them and I said, good.  Ah that's all I

19              wanted to hear because my complaint was for lack of

20              support and I figured that if he made a commitment

21              being the president, I wouldn't have to deal with

22              the non-support from Barbara Moyer.

23       Q      So -- so when you say you had this discussion with

24              him, it was to present a complaint?

25       A      Well, we met because of the grievance hearing on

```
 1            August 27th when he walked in and only been on board

 2            for a week.  And I consulted with ah, my counsel at

 3            the time, Mr. Aguilar, and he -- he agreed that we

 4            offer a, you know good faith suspension of the

 5            hearing to allow a new president to come in on a

 6            management level and have these things resolved.  Um

 7            and then that was agreed upon and then we went to

 8            this meeting on September 3rd and it seemed to be

 9            everything was agreed upon and ah, there's --

10            there's a letter to that effect, but--

11     Q      From who?

12     A      Ah Dr. Wright, President Wright.  He wrote the Board

13            a letter because they asked, the Board asked ah, him

14            what happened in that meeting?  Because I said it

15            was--

16     Q      Meeting with you?

17     A      Yes.

18            MR. SMITH:  Okay.

19     A      Because I made a statement that it seem to be

20            successful and they wanted it in black and white so

21            then he wrote a letter to that effect, ah that the

22            meeting was successful.

23     Q      Okay, and then, but ah -- then one month later or

24            less than a month later you were terminated?

25     A      Ah 21 days later, three weeks later.
```

1    Q    Okay, um can you explain for me, or just describe
2         for me your termination and -- and ah, the portions
3         that you deem were improper?
4    A    Okay, the meeting on the 3rd left me with the feeling
5         that there was support, ah I knew limited, ah you
6         know get your head up in the clouds.  Ah, there was
7         a financial situation that we had to discuss, I had
8         virtually no budget.  Ah, this was reviewed by the
9         Lt. Governor's office because I had submitted this
10        plan ah, to him and asked for support, ah then we
11        had a meeting about the financial situation and I
12        got permission to approach the Governor then for
13        hard money and he reviewed my budget and even wrote
14        in his ah, memo or letter to me ah, that they're
15        very underfunded programs.  He was concerned about
16        these programs.

17             So, he ah -- I felt with the September 3rd
18        meeting and the follow up that had Mr. Wolfe and ah,
19        President Wright that we were getting in the
20        direction of support and some money and then ah, on
21        September 24th, I came to work and ah, I was called
22        by the Governor's Office to report to the Lt.
23        Governor's Office, there's very good news for me?
24        And, I left the -- actually I told the secretary
25        that I was -- for the other business department

1       because I had no secretary that I'd running up to
2       the hill to get the good news and everything, so I
3       was leaving, going out the door, but then I forgot
4       something in the office, I came back in the office
5       and then I picked up what I needed and as I turned
6       around um, President Wright was standing on the
7       doorway with Barbara Moyer behind him and I said
8       good morning and he said, ah here.  He just handed
9       me ah, this letter and I sort of, you know speed
10      read and I looked at Barbara Moyer and she had a
11      kind of a smirk on her face and he said ah,
12      basically, ah what do you plan to do and I said, ah
13      I plan to get this to an attorney.  Now, could you
14      excuse me, I wanna go up to the Lt. Governor's
15      Office, I have some money for the college.

16          So, I went to the Lt. Governor's Office.  He
17      came out, there was like a little celebration, but I
18      had to advise him that I could not accept the check
19      because I had been terminated and told to leave the
20      ah, campus within four hours and that the locks
21      would be changed.  So, there was ah, like a feeling
22      of ah, they didn't trust, you know wondering why
23      have the locks changed, so I told the Lt. Governor
24      the circumstances, ah keep the check, please don't,
25      you know take it back.

1        MR. SMITH: Yeah.

2    A   Just please hold it until the next person can accept

3        it and I believe Eric Plinsky went up later and ah,

4        picked it up for the college.

5            So, it was a very traumatic morning.  My

6        daughter was there and she broke down crying.

7    Q   She was there when you received the notice?

8    A   When I came back from the Lt. Governor's Office she

9        came over to check me and I was filling up a box and

10       ah, she said what's going on and I said that I had

11       been asked to leave the college, so.

12   Q   What kind of disruption did your termination have to

13       your programs and to your students?

14   A   Um, the type of students I had were half risk

15       students?  A lot of them?  Ah, because I had the

16       film and TV.  Film and TV, of course, attracted some

17       top notch students and, but they too, took a lot of

18       man -- people hours ah, because they're in to a very

19       professional program, you know a very challenging

20       program and dealing with the professionals.  I mean

21       it's a shock to some people, so I was like a buffer?

22       Um in that I constantly talk with them?  Ah, counsel

23       them?  Explain that, hang in there because you're

24       learning from pros and you're gonna get a good, you

25       know work ethic ah, and it showed later with several

-167-

1       of them.

2              And then the course with the prisoners and DYS,
3       the importance of my being there, it was mentioned
4       several times of how I leave my office and go visit
5       the jails, incarceration, go right inside and speak
6       with them, ask them about their families, um if
7       they're getting released?  I would ah, start the
8       paperwork on -- well, they're already in college, I
9       said you're already registered and ah, they would
10      come to my office for ah, to be shown around the
11      campus, make them feel at ease, to break that ah,
12      fear of ah -- because you know most prisoners ah, do
13      have self esteem problems at times and so just
14      getting back on track.

15             So, ah -- so the prisoner program, DYS, um I
16      co-taught these programs with Lino because he had
17      two programs?  There's transportation issues?  And I
18      would drive my own truck, pick up students, you know
19      drop them off ah--

20  Q   Is that part of the requirements of that program?
21  A   Well, our adult program that we had ongoing in our
22      ah -- we had seminar programs that we gave.  See,
23      the adult program you had to work or take vocational
24      training as a part of the requirement to graduate
25      and we had an agreement with the Adult Department,

-168-

```
 1              Education Department that we'd provide training, and
 2              we did, and a lot of the students, when we were
 3              signing them up, I would hear people not signing up
 4              because of transportation problems ah, and I would
 5              go to their homes and tell them they had chauffeur
 6              service ah, back and forth to the college, so--
 7    Q    Meaning you?
 8    A    Me.  And, so I think Lino would take the school
 9              truck and pick up several people, but I'd take my
10              own truck and ah, pick up people and drop them off.
11    Q    So, when you were terminated, did that stop?  Or had
12              you already ceased the practice prior to being
13              terminated?
14    A    It was still ongoing.  Ah, September being the
15              first, yeah we're still in the beginning of the
16              semester.  Ah, then I just started programs on Rota?
17              An automotive program that was ah, deemed successful
18              and -- and very well liked.  Tinian?  I had
19              construction--
20    Q    Did that program fold after you--
21    A    I don't -- I don't believe so, I don't -- ah, I knew
22              it was continued into like a 2+2 program even on
23              Tinian?  Ah, it was, you know turned into like a 2+2
24              program so I had the support of the high school?  In
25              the other islands, you know they help each other,
```

-169-

```
 1          you know small places, so ah, and plus, the

 2          administrators, I'd always work with them that they

 3          could run the programs, not my being there.

 4     Q    Did -- did the students not complete classes because

 5          of your termination?

 6     A    There was one class, um that never -- because I did

 7          most of the registration, I'd hand carry documents

 8          to make sure that they were fully registered?

 9          MR. SMITH: Uh-huh.

10     A    Ah and then ah, signed off?  And I believe Lino, at

11          the time, he had a memo he showed me and I believe

12          something to the effect that one class was stopped

13          and in the process the students received all F's?

14          For grades?  And I--

15     Q    It was stopped strictly because you were terminated?

16     A    Ah, it -- from the standpoint it had to -- it

17          related somehow to my termination, um and then Lino

18          not being an administrator, ah he was an instructor,

19          asked me ah, what -- how to go about because he felt

20          sorry for these ah, students and I explained to him

21          that, please, who's the supervisor and he said he

22          didn't really know.  Ah eventually, they put the

23          math and science chairperson sort of like in charge

24          of this department and he always, I guess referred

25          it to somebody else to take care of, but I just said
```

1      you have to have those students' names brought into
2      Admissions and make sure it's corrected because the
3      F could hurt them eventually and after that, I don't
4      know what happened to it.
5          Then I have eighty -- because the Admissions,
6      when I was checking out, they came up and wished me
7      well and they provided me a list of my students?
8      And, ah because President Wright had come out in the
9      newspapers that I had zero students in my classes?
10     So they provided me a -- they provided me a list ah,
11     of students and I had approximately 75 to 90, you
12     know in that area?  Of students?  Um, which I
13     thought was ah, a good semester and ah, you know
14     from the standpoint of ah, the fact that most of my
15     students were need -- and -- and most -- you know
16     vocational students, a lot of people don't realize,
17     they didn't receive counseling from, you know our
18     Counseling Department, all counseling was done by
19     vocational staff, Lino and myself, because we're the
20     only two ah, in our department.  So, ah I'm not
21     saying I'm the greatest counsel in the world, but I
22     do ah -- I am effective in certain ways, helping
23     people.  Ah, I think you're knowledgeable in that,
24     so that -- that was a personal hurt for me and also
25     professional the fact that they ah, lost this ah,

1                  activity.  I'm proud of Lino hanging in there and

2                  he's still hanging in there with the prison programs

3                  and I think he's done a lot of good work with those

4                  programs.

5   Q    Um, was your ah, termination any more disruptive

6                  than any typical termination or resignation would

7                  be?

8   A    Normally, it's non-traditional or unheard of that a

9                  instructor or director is terminated in mid

10                semester?  Normally, these are done ah, at the ends

11                of semesters?  I mean, ah I've been a principal and

12                you -- resignations are always in educational -- in

13                the field of education are always done in the off

14                season?  Ah, so to me, that was, I felt it was

15                malicious the fact that ah, it was done right in the

16                middle of a semester and that's unheard of ah, that

17                I know of in education.  Any -- any decent educator

18                would never do that.

19   Q    What about the fact that your contract terminated in

20                the middle of a semester?

21   A    Actually, it was the end of November?  So, ah and

22                the semesters normally end the first week of

23                December?  So, it would have been a matter of one

24                week?  Um, and from ah, like I say, the meetings I

25                had and ah -- ah my evaluations, everything was

-172-

```
 1           satisfactory and ongoing, so ah, that's the last
 2           thing that entered my mind was ah -- the morning of
 3           the 24 .
 4    Q      Did anyone ever complain to you ah, directly about
 5           the disruption your termination caused?
 6    A      Yes.
 7    Q      Who's that?  And what did they say?
 8    A      It would be, ah Lino Santos, ah Ike Masga?  People
 9           that work for me?  In the department?
10    Q      What did they say?
11    A      Um, they just thought it was a shame and that they
12           are hanging on barely.  Ah, Lino was told to do all
13           the administrative work and he said that was not
14           his, ah -- he's an instructor and a lot of things he
15           couldn't really do?  Um, and ah, so he asked for
16           help and then when he found out that Jack Sablan was
17           made director.  Um, it was sort of ah, ironic that
18           Sablan didn't even know he was made director until
19           two weeks after he was appointed.  By then,
20           basically he just relegated everything or delegated
21           to ah, Larry Omni (ph.), I believe his name was and
22           I know that he was not really happy about being the
23           chair of vocational because he had no, really
24           background and he was the chair of math and science,
25           he had a full load already.  And, then the secretary
```

-173-

1        for math and science approached me and said that she
2        was having problems trying to take care of Lino
3        because this is a whole new department like, you
4        know and again, vocational programs take -- they
5        take a lot of man hours, people hours, ah getting
6        things done.  You know like I say you're dealing
7        with adverse students in special circumstances,
8        prisoners, DYS, and ah, of course, Mr. Wolfe ah,
9        wasn't happy at all because he knew that he lost a
10       ah, major supporter and comrade in this project that
11       was ongoing and ah, then he was given a lot of
12       administrative work, especially after they made it a
13       department.

14   Q   That you would have handled otherwise?
15   A   Yes.  Yeah, I did all the ah -- to me, their
16       position were instructors and leaders of this
17       program and not to be bogged by the tons of
18       paperwork that are involved in ah, a college
19       operation, especially when it's a government
20       operations and the follow up.

21           So, again, ah -- ah yeah, just from the
22       standpoint of a, just you know, lack of leadership
23       that was removed and the fact that I did work with a
24       lot of people and ah, had a fairly good rapport with
25       ah, almost everybody except a few people in

-174-

```
 1              management at the college that I made public through

 2              grievances to make it sure that it was open and if I

 3              was in the wrong, then I should be then reprimanded

 4              for filing, like I said before, a frivolous, ah

 5              grievance.

 6      Q      What um, can you explain for me how you suffered

 7              public humiliation and emotional distress as a

 8              result of your termination?

 9      A      Well, when you're in the hallway and people walk by

10              and they see people changing the locks on your

11              doors?  Ah--

12      Q      Were you there when that was happening?

13      A      Yes.  And, of course, Rose Igitol and ah, I heard

14              wailing next door and ah, it was -- it was a

15              shocking ah, you know hours that day.  When I walked

16              in there, I thought I was the only one terminated

17              when I was in there packing, but I heard this

18              wailing next door and Rose and Edith, they were

19              crying and ah, broken down on the floor and other

20              people are walking by and they saw us and they were

21              -- a lot of people in shock, I mean it was -- then

22              with the fact of, you know changing locks, it's like

23              they thought that we were -- we were caught, you

24              know maybe financial problems--

25      Q      Why were they changing locks in front of you?
```

```
1    A    Ah, you ask Mr. Wright.

2    Q    They were doing this while you were inside?  Or you

3         were standing in the hallway, or?

4    A    I was -- we had until the end of the day to get our

5         stuff out and I had twisted my knee on the steps

6         outside?  There were some moss?  And, ah I had water

7         in my knee and I had, you know like a bucket drained

8         I think the previous day from my knee, so ah, it was

9         quite com -- you know, and they're watching me with

10        these boxes, they -- they were just shaking their

11        head and ah, then when the locks were--

12   Q    Who's they?

13   A    Staff.  Other people in the Business Department next

14        door and I think the Community Programs are the

15        next, the other side, so then the ah, matter of --

16        of having them, you know changing the locks while

17        you're doing this ah, is very upsetting and ah, the

18        fact that ah, there was -- ah they asked, ah was I

19        in trouble and I go, I don't know what, to tell you

20        the truth, ah -- ah what they have or they just --

21        later on they said it was they -- they feared that

22        we'd go back in the office and destroy the computers

23        and things, made up these wild situations and none

24        of us did that, all 11 of us, ah you know--

25   Q    Was that because there were locks on the doors and
```

1      you couldn't?

2   A   That place is always unlocked, ah B -- especially B

3      Building.  Um, because I would make it a rule to

4      lock doors a lot because students and late night

5      instructors and there are so many different keys. Ah

6      people are available, they borrow the key to get in

7      and -- and ah, of course, people have to get in my

8      office ah, to get stuff and eventually they ah, just

9      took all my stuff because they turned it real fast

10     into a conference room for ah, Tony Guerrero, I

11     believe.  They just took all my documents and stuff

12     that Lino needed and just threw them down in the

13     basement ah, the bottom floor somewhere, just in a

14     big pile, so he had a major problem, you know trying

15     to find documentation and, you know registration

16     forms, these things, because I showed him where I

17     left them and he saw where they were, but then ah --

18     so, again, I knew people can get in and out, in and

19     out, and I was there ah, after ah, on different

20     occasions because my daughter was still a student

21     there and I'd visit and she was in the Business

22     Department right next door.

23   Q   And, what -- what happened then?

24   A   Just take care of her business and then ah, leave.

25   Q   I mean, how -- how else besides just standing there

-177-

```
 1            and watching them change your locks and having the
 2            staff look at you, did you suffer this emotional
 3            distress or this--
 4       A    And your daughter break down in front of you.
 5       Q    And that happened the day that you came back from
 6            the--
 7       A    Yeah.
 8       Q    A meeting with the Lt. Governor?
 9       A    Yeah.  So, that showed me the gravity of the
10            situation.
11       Q    And she broke down, just -- you explained to her you
12            didn't know what was going on?  And--
13       A    No, I explained to her that I was told to leave the
14            college within four hours and -- and, ah she said
15            what could she do and I said, well, I gotta get the
16            stuff out so she helped me with the boxes, but she
17            was crying up and down the stairs.
18       Q    How old was she?
19       A    Ah she just turned 16 I believe.
20       Q    At that time?
21       A    Fifteen.
22       Q    Fifteen at that time?
23       A    She just turned -- I think she was 16 at the time.
24       Q    Um--
25       A    And of course, then when it went in the newspapers,
```

-178-

```
 1            ah you know headlines, 11 people terminated, ah
 2            reasons why?  Not needed.  Unnecessary.  Ah and what
 3            was necessary was ah, purchase the La Fiesta, so.
 4      Q     Did ah -- did you ever see a doctor over this?
 5      A     Ah, on and off?  In the past year I've had to ah, go
 6            to a doctor for stress and ah, receive ah,
 7            medication to keep my stomach from boiling over and
 8            just stress.
 9      Q     That's in the last, ah the year 2003 to 2004?
10      A     Actually, it was it started in 2001 because of the
11            grievance I filed, it caused me ah -- because when
12            you file a grievance against your employer, it
13            doesn't make for a happy situation, especially when
14            not -- they're not -- they'd want to ignore it, you
15            know that it's tension involve until it got resolved
16            and -- and they never did get resolve.  It got
17            resolved ah, prematurely.  Ah the fact that I was
18            terminated before it was resolved in the EEO matter,
19            so.  So, from 2001, then of course 2002 being out of
20            work in over 14 months and applying, I think you
21            have a list of all the jobs that I applied for at
22            the college and then they write you a letter saying
23            you're qualified, you're a good worker, please
24            apply?  Then you apply, it's a big sham.  Yeah, the
25            amount of interviews I went through that's
```

-179-

1      humiliating?  You have to sit there and go through

2      the ah, process and then have them ah, basically ah,

3      say goodbye because of the selection they -- they

4      wouldn't pick anybody...[unintelligible] as the

5      president.

6    Q   So, you saw a doctor for all of the stress?

7    A   Yes.

8    Q   Who, which doctor did you see?

9    A   Pacific Care.

10   Q   Any particular doctor there?

11   A   I think one was Dr. Tan?  I believe?  And,

12      ah...[pause], so ah, another doctor that come and

13      go, I don't really remember--

14   Q   And these doctors prescribed, um what kind of

15      medication?

16   A   Ah, Prilosec (ph.).  It's a stomach relaxer and acid

17      reducer and then ah -- ah Adavin?  Sort of like a

18      tranquilizer I think?  Stomach?  And ah--

19      MR. SMITH: Okay.

20   A   And also the ah -- the stress caused my asthma to

21      flare up and I was -- I've been on -- been given the

22      ah, inhalator?  You know the--

23      MR. SMITH:  Uh-huh.

24   A   And ah--

25   Q   Did they ever diagnose this as being related or

1           caused by your termination from the college?

2    A     Well, I explained to them that I have stress related

3           problems and -- and they'd ask me why because before

4           they would prescribe and I would say I have

5           litigation and they would go, yeah, we can

6           understand, so they would always ah -- ah and, of

7           course, they would watch they wouldn't over

8           prescribed and I would go for a period of time

9           without and, ah just take care of business and then

10          it would fire up again, just to keep my ah -- ah you

11          know health hopefully in tact.

12   Q     So, how long were you on these medications, for

13          instance Prilosec?

14   A     I'm still on it.

15   Q     Okay, when did you start?

16   A     On Prilosec?

17          MR. SMITH: Yeah.

18   A     First had it ah, I believe my first year at the

19          college?  My stomach--

20   Q     What year was that, 19?

21   A     About the second year, '98, '99?

22          MR. SMITH: Okay.

23   A     When I was getting ah, problems with ah, Barbara

24          Moyer?

25   Q     Okay, so from '98 until today?

-181-

1    A    Yes.

2    Q    How about this Ad--

3    A    I've taken antacids and things prior to that, but

4         Prilosec is sort of heavy duty ah--

5    Q    How about this Adam -- the Adavin?

6    A    On and off from that time frame, '98, '99.

7         MR. SMITH:  Okay.

8    A    Even off late, about 10 days ago?  Um, I had an

9         asthmatic attack and I was ah -- I made it to the

10        hospital because I had lost my inhalator in the

11        flood?  So, on the way home I rushed to the hospital

12        and they had to put me in oxygen, ah steroids and

13        they gave me ah, Adavin at the time because they

14        knew ah -- most people know of my litigation, so

15        when they hear my name, they  talk and then they ah

16        -- but I explained to them mainly just to get -- try

17        to get a good night sleep.  I take it normally at

18        night time just to get a good night sleep.

19    Q    Did you ever -- ever need any of this type of

20        medication prior to being employed by the college?

21    A    Yeah, prior ah, off and on I think, ah in the '80s?

22        At one time?

23    Q    Do you consider yourself a stressful person?

24    A    I am workaholic in a way and then ah -- ah I like

25        getting things accomplished and sometimes it's

```
 1              frustrating ah, so I just ah, try my best to ah,

 2              keep it under check from the standpoint, you know

 3              try to not bring it home and ah, being able, you

 4              know to do your job effectively.

 5      Q      Yeah.  Okay, um you make the allegation, and this is

 6              paragraph 55, that actually your termination was

 7              discussed in non-public ah, Board of Regent

 8              meetings.  Um, why do you allege that, on what

 9              basis?

10              MR. AGUILAR: I'm just gonna object again as to with

11      regards to requiring a legal opinion.

12      A      It was mentioned in the Public Auditor's report, um

13              that the president met with the Board.

14      Q      So, this allegation comes strictly from the -- based

15              on--

16      A      For the -- yeah, for the most part.  Um because

17              that's when we had first heard about ah, because

18              everything was so mysterious up until September 23rd?

19              Nobody had a clue?  And then ah, after the fact, we

20              got the report and read it and apparently the Board

21              ah, was having meetings with Wright and we felt, you

22              know people terminated and other people that ah,

23              discussions of personnel and reorganization should

24              have been public, ah done in meetings, ah so.

25      Q      You quote actually a provision of the ah, OPA
```

```
 1              report, ah the Board expressed its frustration over

 2              personnel matters, grievances, um why do you think

 3              this was directed at you, personally?  Assuming, of

 4              course, that you're correct.

 5      A       I've seen the ah, legal ah, billings?  I've had

 6              access to them and ah, I don't believe there's a --

 7              were that many grievances filed.

 8      Q       You mean other than yours?

 9      A       Yeah, just ah, in talking to other people ah, on

10              campus?  Because normally you knew when grievances

11              are filed and from what I could gather there ah,

12              weren't that many at all and the fact that I had one

13              in '98 '99 and, again, in 2001, 2002, um and they

14              were, it was like, you know double, you know

15              grievance or EEO matter, um you know you would have

16              to -- you know somebody would have to be really

17              denying the fact that my grievances were not a

18              subject of discussion....

19              MR. SMITH:  Uh-huh.

20      A       ....with the Board.

21              MR. SMITH:  Okay.

22      A       And it's frustration over the personnel matters, to

23              me is ah, frustrating the fact that if they would

24              have met with me, we could have resolved it and,

25              again, if I was in the wrong, I would have been
```

```
 1              reprimanded, so ah, the statement they made to the
 2              OPA ah, and again, it's based on the OPA report, I
 3              can't vouch is a hundred percent accurate, but just
 4              from what they reported, that ah--
 5      Q       Okay, your termination, in paragraph 63, you claim
 6              was arbitrary and a retaliatory decision by NMC.
 7              Are you claiming it was not the basis of the
 8              reorganization plan?
 9      A       The reorganization plan has been proved over the
10              past two years, you know from my looking at ah,
11              financial reports, um that there was no money saved.
12              The positions that were removed, they still have
13              them?  I mean they filled, they created 11 new
14              positions?  Um on top of our positions?  And, ah so,
15              all these factors point to that it was done in an
16              arbitrary and my situation, particularly, in a
17              retaliatory manner.
18      Q       So, you think they devise this reorganizational plan
19              just to retaliate against you for your grievances?
20      A       Ah part of it, you know my particular situation, the
21              other 10 ah, I received copies of letters that were
22              sent to the Legislature by ah, NMC employees and it
23              listed the reasons why various people on that 11,
24              list of 11, were terminated and, for the most part,
25              ah we were veterans and we were not confrontational,
```

1          but we were outspoken in meetings?  Meaning the fact
2          that we brought issues up and we discuss them and --
3          and apparently this fell under this, ah system that
4          Wright had about he wanted a star system.
5               In other words, basically ah, everybody had to
6          be on the same page, his page, and so there was a
7          feeling that we were not honest page and he got this
8          information partly from Barbara Moyer.
9     Q    And then concocted a reorganization plan
10         specifically to exclude these -- these people that
11         Barbara Moyer had ah, pointed out to him?
12    A    From the standpoint of ah, this reorganization plan.
13         I mean what -- what did it serve.  I mean ah -- ah--
14    Q    Let me ask you, if -- if ah, the -- if it was shown
15         contrary to your assertion here today that actually
16         money was saved and that actually positions were
17         eliminated, ah would that change your position that
18         this was an arbitrary and ah--
19    A    That money was saved?
20         MR. SMITH: Right, it wasn't--
21    A    Even -- even if some money possibly was saved, ah
22         I'm looking at ah, you know I looked at the
23         financial sheets myself comparing 2002 and 2003 and
24         personnel costs, there's like a one percent change,
25         um--

-186-

1    Q    And that, in your opinion, is not deemed sufficient?

2    A    To ruin 11 lives?  Ah--

3         MR. SMITH:  Well, to take out some of these

4    arbitrary ah, allegation that you -- that you state.

5    A    Again, the people that were in these positions they

6         were needed.  Ah I was -- I was in a needed

7         position.  I had a job.  I had 80 students.  Ah,

8         Dora -- Dora Sablan was in Admissions, in an

9         understaffed office?  I mean ah, Jan Tenorio was a

10        Director of Admissions and they still have a

11        Director of Admissions.  Ah, the comptroller, ah you

12        know Nestor?  They had to go out and get another

13        comptroller?  Ah, I mean every position, the Dean of

14        Student Affairs?  There's still a Dean of Student

15        Affairs.  So, the positions weren't the objective of

16        this, it was people that they wanted, ah removed,

17        that would not be on the star team, I guess,

18        whatever, but ah, this president concocted.

19             So, again, it was done in an arbitrary and

20        retaliatory fashion and I'm only speaking for my

21        position, ah that I can speak of.  The others is

22        just based on, like I say hearsay and ah, the

23        general feel of what people were discussing and

24        letters they sent to the Legislature.

25   Q    So, your allegation, if I'm understanding it right,

-187-

1   is that you were added to that list? Ah, I guess

2   are you saying that the reorganization was proper,

3   it's just that you were added illegally to that

4   reorganization list? Or you're saying the -- the

5   reorganization in general.

6  A I go back, before the reorganization was not done in

7   a proper manner. There was no input from directors,

8   deans. Like I said Agnes did it the proper way.

9   Three months. Ah I mean it's scheduled so it's done

10   in ah, the summer? When it's not disruptive to

11   classes? Ah I mean this was done in a ah -- by a

12   person who had been on the island for only ah, a

13   couple of weeks? Um, I mean it's unheard of in

14   management to do these type of things without

15   knowing what's running the place and who's running

16   it and what's going on, so again, ah -- ah and I --

17   and I know from the standpoint of people wanting to

18   know why it was suddenly rushed at the last minute

19   um, because it was very quickly the last week of

20   September 20th to the 23rd and the fact is that on

21   September 24th was my 60th day, they had to give it to

22   me on the 24th or they would not have given me the 60

23   day notice. So, because they found out that I've

24   been given the wrong contract, I was given a faculty

25   when I was, in fact, an administrator.

-188-

1          MR. SMITH: Hm.

2     A    Because everybody was on a 90 day and they wondered

3          why ah, you know it came up later why they gave me

4          60 days and then, it was kind of ironic that a few

5          of them partly in jest they blamed me that it was

6          done because of my 60-day situation. So, ah you

7          know I'm not clueless to these factors and I knew

8          ah, they did a rush because they found out ah, you

9          know my contract because I, again, from looking at

10         legal invoices um, Mr. Borja reviewed I think our

11         contracts just the day before or two days before and

12         he's a smart enough attorney to be able to point

13         this out to NMC and say you better get something

14         done in a hurry or I would have, ah you know on

15         September 25th I don't think they would have legally,

16         because they just had a recent case, Mr. Freesee

17         (ph.) I believe where they lost, they gave him ah,

18         they missed notice by one day on his termination and

19         they to reinstate him.

20    Q    Okay, um what ah -- you claim to have been eligible

21         for Board of Regent mandated transfers? Um, what

22         basis do you make that allegation?

23    A    Under the RIF policy? On the board policies? Ah

24         concerning reduction in force?

25    Q    Are you aware whether those policies have ever been

-189-

1           used before?

2      A    They have never been used?

3           MR. SMITH:  Are you aware, I'm asking.

4      A    Have they been used?

5      Q    Yeah, have they ever been used.  Are you aware of

6           them having been used at NMC while you were there?

7      A    Ah, in -- from the standpoint, as I earlier said

8           about if there were problems in personnel that there

9           were transfers and people moved?  To get away like

10          maybe personality conflicts?

11     Q    Was that done pursuant to RIF?

12     A    I've never seen the, you know the documentation to

13          the effect, I guess it would ah -- ah, because again

14          in the reorganization in 1998, there were ah,

15          mention of RIF and I was on a list of being RIFed,

16          ah and I think Ed Camacho wrote a letter to that

17          effect to the Dean in that ah, they had somehow

18          overlooked, my position was not even on the

19          organizational chart at the time, it was an

20          oversight, and they created a work force development

21          department and ah -- and they had a vocational

22          department, but so, they ah -- ah went back and did

23          a mini-reorganization or, you know add, you know

24          addendum.

25          MR. SMITH: Uh-huh.

-190-