# JOHN (JACK) ANGELLO

v.

# NORTHERN MARIANAS COLLEGE

# U.S. DISTRICT COURT FOR THE NMI

# CV03-0014

# EXHIBITS LIST



EXHIBIT A

## JOHN (JACK) ANGELLO
v.
## NORTHERN MARIANAS COLLEGE

### IN THE U.S. DISTRICT COURT FOR THE NMI
### CV03-0014

### LIST OF PLAINTIFF'S EXHIBITS

1. Copy of a NMC memo, dated February 4, 1997: "Recommendation for Jack Angello for Step Increase."
2. Copy of NMC memo, dated August 26, 1998: "Transfer of Voc tech Department."
3. Copy of NMC letter, dated October 19, 1998: "Director of School of Education's letter commending Dr. Jack Angello."
4. Copy of NMC memo, dated October 28, 1998: "EEO Complaint."
5. Copy of Governor's Directive, dated July 17, 1998: "Policy of the Commonwealth of the Northern Mariana Islands Regarding Equal Employment Opportunity."
6. Copy of NMC Board of Regents Policy, adopted 07/27/1994: Equal Employment Opportunity & Affirmative Action."
7. Copy of NMC Board Policy, adopted 08/31/1993 and amended 11/17/94: "Sexual Harassment."
8. Copy of NMC memo, dated March 11, 1999: "EEO Complaint and Grievance."
9. Copy of NMC memo, dated March 9, 1999: "Notification of Grievances."
10. Copy of NMC memo, dated March 16, 1999: "VPI and Vocational Trades Department."
11. Copy of NMC memo, dated March 26, 1999: "Grievances Against VPI (Barbara Moir."
12. Copy of CNMI Department of Public Health letter, dated April 6, 1999.
13. Copy of NMC e-mail, dated April 14, 1999: "Medical Leave Status."
14. Copy of NMC e-mail, dated November 12, 1999: " Recommendation for Settlement – Grievance for Dr. Jack Angello."
15. Copy of NMC e-mail, dated December 13, 1999: "Resolution of Personnel Matters."
16. Copy of Dr. John Angello's letter to EEOC, dated December 7, 1999: "EEOC Charge #378980336."
17. Copy of NMC Board of Regents Chairman letter, dated October 8, 1999.
18. Copy of NMC & Pacific Rim's lease, dated October 8, 1999.
19. Copy of NMC's Film & Video Production Program Concept, dated 1999.
20. Copy of NMC's (Dr. Angello to Governor) letter, dated April 27, 2000.
21. Copy of NMC's (Dr. Angello to Scholarship Office) letter, dated May 3, 2000.
22. Copy of NMC memo, dated June 8, 2000: "Pacific Rim Academy."
23. Copy of NMC's (Dr. Angello to Scholarship Office) letter, dated June 26, 2000.
24. Copy of NMC memo, dated July 18, 2000: "CEU Course & Instructor Approval."

25. Copy of NMC e-mail, dated July 18, 2000: "NMC and Pacific Rim Luncheon Meeting on Wednesday (7/19/2000)."
26. Copy of NMC memo, dated August 4, 2000: "Vocational & A/V Course Schedules & Guides."
27. Copy of NMC e-mail, dated August 4, 2000: "Changes to Fall 2000 Class Schedule."
28. Copy of Mr. Leonard (Butch) Wolf's letter to NMC, dated August 4, 2000.
29. Copy of Official NMC's Web page (Vocational Education Department), dated October 10, 2000.
30. Copy of NMC Fax to Mr. Butch Wolf, dated October 24, 2000.
31. Copy of NMC letter to Mr. Leonard (Butch) Wolf, dated October 24, 2000.
32. Copy of NMC memo, dated October 24, 2000: "Spring '01 Class Schedule (Tech Trades)."
33. Copy of NMC e-mail, dated October 24, 2000: "Spring '01 Class Schedule."
34. Copy of NMC e-mail, dated November 26, 2000: "New Courses."
35. Copy of NMC e-mail, dated December 3 & 4, 2000: "Spring Schedule."
36. Copy of excerpt from Official NMC Spring 2001 Class Schedule.
37. Copy of NMC memo (Tinian Administrator to NMC President), dated January 19, 2001.
38. Copy of NMC memo, dated January 22, 2001: "Removal of PRA Property."
39. Copy of Mr. Butch Wolf's letter to BOR and NMC President, dated January 22, 2001.
40. Copy of NMC (Dr. Angello to Scholarship Office) letter, dated March 9, 2001.
41. Copy of NMC memo, dated March 9, 2001: "NMC/PRA Report and (BOR) HR 4360 Grievance."
42. Copy of NMC Board of Regents' Policy #4360.
43. Copy of NMC e-mails, dated 5, 6, and 11, 2001: "Tinian Visit."
44. Copy of CHC Illness Certification Slip, dated 4/2/01.
45. Copy of CHC prescriptions, dated April 4, 2001.
46. Copy of J. Angello's prescriptions, dated March 1 and 7, 2001.
47. Copy of J. Angello's prescriptions, dated April 7 and 12, 2001.
48. Copy of J. Angello's prescriptions, dated June 21 and September 15, 2001.
49. Copy of J. Angello's prescription, dated March 27, 2001.
50. Copy of Employee Time Sheet (John Angello), dated April 1, 2001.
51. Copy of Application for Leave (John Angello), dated April 3 & 4, 2001.
52. Copy of Application for Leave (John Angello), dated April 5 & 6, 2001.
53. Copy of Employee Time Sheet (John Angello), dated April 20, 2001.
54. Copy of Application for Leave (John Angello), dated April 20, 2001.
55. Copy of Application for Leave (John Angello), dated April 20, 2001.
56. Copy of NMC memo, dated April 10, 2001: "For My File (J. Angello): On-The-Job Injury."
57. Copy of Dr. Angello's letter to Attorney Joseph Arriola, dated April 25, 2001.
58. Copy of NMC memo, dated June 20, 2001: "NMC/PRA Report and BOR HR 4360 Grievance."
59. Copy of NMC e-mail (Kohne Ramon to J. Angello), dated July 2, 2000: "Your June 20, 2001 Memorandum to the President."

60. Copy of NMC memo (J. Angello to HRO), dated July 9, 2001: "Your July 2, '01 E-Mail."
61. Copy of Attorney Joseph Arriola's letter to NMC President, dated July 9, 2001.
62. Copy of NMC President's letter to Mr. Leonard (Butch) Wolf, dated October 11, 2001.
63. Copy of NMC (J. Angello) letter to Rep. Stanley Torres, dated March 18, 2002.
64. Copy of NMC e-mail, dated April 11, 2002: "Revised Vacancy Announcement No. 02-021 (President)."
65. Copy of J. Angello's application for NMC President's position (VA No. 02-021), dated May 10, 2002.
66. Copy of NMC memo (BOR Special Assistant to J. Angello), dated May 15, 2002.
67. Copy of NMC letter (Kohne Ramon to BOR Chairperson of President Search Committee K. King-Hinds), dated May 29, 2002.
68. Copy of NMC letter (Kohne Ramon to Dr. Angello), dated May 30, 2002, referencing denial for vacant Dean's position (VA No. 02-023).
69. Copy of NMC (Lino Santos) memo, dated June 3, 2002: "Statement for Dr. Jack Angello."
70. Copy of NMC (J. Angello to HRO) memo, dated June 3, 2002: "3/9/01 Grievance."
71. Copy of NMC e-mail, dated June 4, 2002: "Interim President B. Moir to NMC Campus: Appointment of new Dean of Continuing Education."
72. Copy of Dr. Angello's letter to Attorney Danilo Aguilar, dated June 17, 2002.
73. Copy of NMC e-mails (between J. Angello, Kohne Ramon and HRO), dated June 17, 2002.
74. Copy of Attorney Danilo Aguilar's facsimile letter to NMC Board of Regents, dated June 18, 2002.
75. Copy of NMC memo (J. Angello to HRO File), dated June 24, 2002: "HRO's Evaluation Process."
76. Copy of NMC letter (Kohne Ramon to Dr. Angello), dated July 22, 2002, referencing denial for vacant President's position (VA No. 02-023).
77. Copy of NMC Qualification Evaluation Worksheet (for Dr. Angello), dated May 23, 2002.
78. Copy of Senate Joint Resolution No. 13-6, dated September 3, 2002.
79. Copy of NMC memo (J. Angello to President Wright), dated September 3, 2002: "Vocational Education."
80. Copy of Dr. Angello's letter to CNMI Governor and Lt. Governor, dated September 16, 2002.
81. Copy of NMC (2/28/03) e-mail (BOR Special Assistant to J. Angello), referring to September 23, 2002 Board of Regents' Meeting.
82. Copy of BOR minutes of Executive Session of September 23, 2002.
83. Copy of NMC president's 9/19/02 memo, which was passed around in 9/23/02 BOR Executive Session.
84. Copy of NMC's New Organizational Design, which was passed around in 9/23/02 BOR Executive Session.
85. Copy of NMC termination memo (President to J. Angello), dated September 24, 2002.

86. Copy of NMC Personnel Action, dated October 3, 2002, terminating J. Angello.
87. Copy of Governor's letter to the CNMI Legislature, with attached Public Law 13-24: CNMI Budget Act for FY 2003, signed on September 10, 2002.
88. Copy of FY 2002, 2003, & 2004 CNMI Government's Operating Expenditures Worksheet: Northern Marianas College Operations Budget (1605).
89. Copy of FY 2002, 2003, & 2004 CNMI Government's Operating Expenditures Worksheet: Northern Marianas College Apprentice-P.L. 10-66/P.L. 5-32 Budget (3450).
90. Copy of 1 CMC § 7402, 7403, 7404, and 7405: "Reprogramming Authority."
91. Copy of Petition and Declaration, dated October 3, 2002.
92. Copy of NMC Annual Evaluation (J. Angello), dated June 3, 1997.
93. Copy of NMC Annual Evaluation (J. Angello), dated July 13, 1998.
94. Copy of NMC Annual Evaluation (J. Angello), dated May 23, 2000.
95. Copy of NMC Administrator's Evaluation (J. Angello), dated October 9, 2002.
96. Copy of Mr. Butch Wolf's letter to the Office of the Public Auditor, dated October 31, 2002.
97. Copy of Lt. Governor's letter to Dr. Angello, dated November 8, 2002.
98. Copy of NMC President's letter to BOR Chairman, dated November 25, 2002.
99. Copy of NMC's Qualification Evaluation Worksheet (J. Angello), dated November 27, 2002.
100. Copy of NMC Employee Appeals Committee's Decision (re: 01-001, J. Angello), dated December, 2002.
101. Copy of NMC President's letter to Representative Stanley Torres, dated January 14, 2003.
102. Copy of Attorney Jesus Borja's facsimile letter to NMC President, dated January 15, 2003.
103. Copy of NMC President's letter to CNMI Joint Legislature, dated February 6, 2003.
104. Copy of CNMI House Bill 13-229, pre-filed on December 4, 2002.
105. Copy of NMC Employee Appeals Committee's Decision (re: 02-004, J. Angello), dated February 14, 2003.
106. Copy of the Office of the Public Auditor's Executive Summary AR-03-03, dated February 19, 2003.
107. Copy of Declaration of Leonard (Butch) Wolf, dated July 11, 2003.
108. Copy of NMC letter to Ms. Lenice Kapileo, dated August 11, 2003.
109. Copy of NMC Employee Appeals Committee's Decision (re: 03-003, Lenice Kapileo), dated August 8, 2003.
110. Copy of NMC memo (HRO to BOR), dated July 14, 2004: "President's Eligibility List."
111. Copy of NMC's Vacancy Announcement No. 04-029 for President's Position, dated June 11, 2004.
112. Copy of NMC's Qualification Evaluation Worksheet (J. Angello), dated July 15, 2004.
113. Copy of Plaintiff's First Request for Admissions, dated February 20, 2005.
114. Copy of Defendant NMC's Answers and Objections to Plaintiff's First Request for Admissions, dated April 22, 2005.