Northern Marianas College
Ad  , Continuing and Technical Education

MEMORANDUM

February 4, 1997

To:       President

From:    Dean, Adult, Cont., & Technical Education
Thru:    Academic Vice President

Subject:  Recommendation of Jack Angello for Step Increase

Since coming on board at the College, Dr. Angello has performed above and beyond the call of duty. Through long hours and hard work he has improved the operations of the Vocational Technical Division, taken key action to establish an Apprenticeship Program, and started the Adult School.

Since assuming his position in June of last year, one of the first things he did was to improve the appearance of the vocational classrooms. With the help of the janitor, the instructors, the counselor and other college staff, he physically cleaned up both shops, the Welding Lab and the fenced in area behind the V-Building. Truckloads of trash were hauled to the dump. The Welding Lab had been unuseable because it had been used as a dumping place for P & S stuff. It is now used for classes, and all the classrooms look clean and professional.

Over the years many tools had disappeared from the vocational area. They had been borrowed and not returned, until no one knew anymore where they were. He retrieved and repaired them. Some electricity classes had been hampered by a shortage of meters because private contractors doing work for the College had borrowed them. This was quickly rectified.

When the College embarked upon a new venture, the Adult School, Dr. Angello did everything necessary to have it operational by the start of the Spring Semester. Using available materials he fixed up the Z Building, located staff to adapt curriculum materials, got the books printed, advertised the program, and put adjunct instructors in place. To accomplish this in such a short time required working evenings and weekends, which he did, and still does.

Dr. Angello is always on campus in the evenings, monitoring Voc. Tech. and Adult School classes. He works on weekends as well, in order to keep up with the demands of starting the apprenticeship effort and the Adult School. He doesn't sit around waiting for other to do things; he takes charge and gets them done.

PLAINTIFF'S EXHIBIT 1

page 2
Angello's Step Incr. Request

I feel very strongly that Dr. Angello deserves to be rewarded for these extra efforts. An "attaboy" letter, though nice, is not sufficient reward; a monetery reward of a step increase is called for. This would fully compensate him for all the extra evenings and weekend hours he has put in.

cc: J. Angello




cc:   J. Angello
      Dean, Voc. Tech. & Cont. Educ.

# NORTHERN MARIANAS COLLEGE
## PROFESSIONAL, ADULT & TECHNICAL EDUCATION

### AUGUST 26, 1998

TO: NMC PRESIDENT

FROM: DIRECTOR OF VOCATIONAL TRADES

SUBJ: TRANSFER OF VOC TECH DEPARTMENT

Please consider the following request for the best interests of the students, staff and administration at NMC:

1. Transferring the Voc Tech Department under the VPSS. This transfer would better accommodate the needs of VT, which coordinates most of its program activities with the Continuing Education Department (under the VPSS).
2. The Voc Tech Department would have more freedom to run non-traditional programs with the Continuing Education Program.
3. Enrollment restrictions could be alleviated by the pool effect of NMC fees collected. NMC/PSS 2+2 fees are mostly in favor of NMC, which helps our continuing VT programs.

Thank you for your consideration of this request.

CONCURRED BY:

_____  08/26/98
Randall Nelson  VT Coordinator    Date

_____  6/26/98
Lino Santos  VT Instructor    Date

_____  8/26/98
Ignacio Masga  VT Adjunct Instructor  Date

cc: BOR Chairman


PLAINTIFF'S EXHIBIT 2



# NORTHERN MARIANAS COLLEGE

October 19, 1998

To whom it may concern,

Dr. Jack Angello taught the course ED 451 Audio-Visual Methods, an instructional technology methods course, for the Northern Marianas College-University of Guam articulated BA degree program this past Summer 1998 semester. As Director of NMC's School of Education, I am more than willing to write this letter of recommendation and commendation for Dr Angello for the job that he did.

On an evaluation submitted by all students, Dr Angello received a rating of 3.65 on a four point scale. Student feedback, both from the evaluation and from personal interviews with students, found Dr. Angello to be both effective and accessible. He provided personal attention to individual needs while ensuring clear access to content knowledge for all.

The students with whom Dr. Angello worked in this course were all speakers of English as a second language. They were culturally diverse and represented the gamut of learning styles. Dr. Angello consistently taught in a manner that was sensitive to differences and inclusive of mode.

Dr. Angello's approach to course content was focused on examining current IT knowledge, theories, methods, and practice, on adapting and applying available information in local settings, and on developing methods for continued access of technology.

Dr. Angello's performance was outstanding. The School of Education would certainly avail of his services were the need to arise again , and I would recommend him to anyone.

Sincerely,

Chas J. Algaier
Director
School of Education

PLAINTIFF'S EXHIBIT 3

Accredited by the Western Association of Schools & Colleges

# NORTHERN MARIANAS COLLEGE
## PROFESSIONAL, ADULT & VOCATIONAL EDUCATION

### 10/28/98

TO:      DIRECTOR OF HUMAN RESOURCES

FROM:      DIRECTOR OF VOCATIONAL TRADES

SUBJ:      EEO COMPLAINT

    Please process this as my initial step in the EEO complaint procedure. I am filing a gender-based complaint against the Vice President of Instruction, Ms. Barbara Moir, for the following reasons:

1. The VPI's past and present pattern of harassment of male employees at NMC.

2. The VPI's direct harassment of me in my work here at NMC.

    I'll await the next step in this process, which I believe is an intake meeting with you. At that time I will provide my evidence and make my complete statement for your records.

    Thank you.



PLAINTIFF'S EXHIBIT

COMMONWEALTH OF THE NMI

OFFICE OF THE GOVERNOR
Capital Hill
Saipan, MP 96950

# DIRECTIVE

DATE: JUL 17 1998
No. 203

TO:     All Department and Activity Heads

FROM:   Governor

SUBJ.:  Policy of the Commonwealth of the Northern Mariana Islands Regarding Equal Employment Opportunity

The laws of the United States and of the Commonwealth of the Northern Mariana Islands require that equal opportunity be provided to all U.S. Citizens and legal resident workers in government employment. It also requires that nondiscrimination be exercised in all government employment practices. Statements of the Commonwealth's policy of nondiscrimination can be found in Title 1, §8102 of the Commonwealth Code and Parts 1.B1 and V.E1 of the Personnel Service System Rules and Regulations. To ensure full compliance with these requirements, the Commonwealth has established a systematic, government-wide program, known as the *CNMI Equal Employment Opportunity Program*, to implement our legal and moral obligations. I personally and officially support this program, and will ensure continued compliance with its tenets with the full force of executive authority.

As the Governor and Chief Executive Officer of the Government of the Commonwealth of the Northern Mariana Islands, I am, also, the Equal Employment Officer for the Commonwealth, with the authority to institute and maintain a legally compliant Equal Employment Opportunity (EEO) program and to require all departments and activities to ensure full and fair implementation of the program's principles. I am appointing the Director of Personnel as the Deputy EEO Officer for the Commonwealth, with the authority to develop EEO policies, implement the program, and oversee its operation. The Director of Personnel will appoint an EEO Coordinator in the Office of Personnel Management to provide me, the Director of Personnel, and other key government management and EEO officials with expert advice, analysis and evaluation on EEO matters. The Director of Personnel will also appoint EEO Coordinators in the Office of Personnel Management on both Rota and Tinian. Additionally, the EEO Coordinator will monitor the program government-wide and will assist department and activity EEO staff in the fair and consistent application of EEO laws and policies.

Each department, activity and autonomous agency within the Executive Branch of the Commonwealth Government will create a similar organization, issue a formal EEO policy statement similar to this directive, and establish implementation procedures. Any department, activity or autonomous agency with less than fifty (50) total staff may request to the Director of Personnel that it join with another department or activity in establishing its EEO program and structure. The Chief Executive of each department, activity and autonomous agency will serve as the Equal Employment Opportunity Officer for his or her organization. In turn, the Chief Executive will appoint either the organization's Deputy or a senior member of management, at a level reporting directly to the Chief Executive, as the organization's Deputy EEO Officer. Similarly, the Chief Executive of each organization will appoint an EEO Coordinator to manage the organization's EEO program. I recommend that the coordinator be a permanent employee with advanced administrative and analytical abilities.

PLAINTIFF'S EXHIBIT 5

The EEO Program will provide an administrative procedure for settling complaints of discrimination with regard to government employment or personnel practices. It will, also, pending analysis of need by the Office of Personnel Management, include requirements for affirmative recruiting and upward mobility programs. This administrative process for resolving discrimination complaints will be open to all government employees and all applicants for government employment. It will include three successive venues for fact finding and conciliation: a counseling stage, an investigative stage and a hearing stage. Each organization will appoint a number of EEO Counselors throughout the divisions/sections of the organization, to include divisions/sections on Rota and Tinian, who will fill this role as a collateral duty. Employees who have previously received EEO training should be continued in their position, if their service and commitment to the program have been satisfactory.

The EEO Program Coordinator at the Office of Personnel level will establish an investigative capability, utilizing existing CNMI staff trained in investigative skills, that will respond to requests for investigation from the organizational EEO Coordinators. If the complaint is not resolvable at the organizational level, the Civil Service Commission will serve as the ultimate hearing panel for EEO complaints in lieu of the EEO Commission, both for civil service and excepted service employees. EEO discrimination complaints, which are initiated by the employee or applicant as a result of perceived discrimination, should not be confused with adverse actions, which are initiated by the employer as a result of conduct or performance problems. By law, the ultimate authority for resolving those discrimination complaints that could not be resolved at the hearing level or lower will be the U.S. District Court.

With regard to affirmative action, the Office of Personnel Management's EEO Coordinator will tabulate the current government employment levels in the categories of Chamorros, Carolinians, and other U.S. citizens, by sex, by occupation, and by salary levels. These findings will then be compared against the figures for CNMI's adult U.S. Citizen civilian labor force. If it is determined that a conspicuous absence of one of the three categories of U.S. Citizens, or a manifest imbalance of representation of any of these categories, exists in any organization or occupation, then hiring or promotion goals will be set, for accomplishment by the Appointing Authorities.

The Commonwealth government must play a major role in the educational and skills development of its most valuable resource, its citizen employees, both young and old. To ensure the continuing development of its citizen workforce, the Office of Personnel Management will work with the various departments, activities and autonomous agencies to implement an upward mobility plan. This upward mobility program will consist of a systematic process for filling positions at the entry level, where possible, with new hires with the lowest feasible qualifications. The government will then provide training, staff development and promotion programs to prepare them for advancement over a period of time into the higher skill levels of government employment.

The Office of Personnel Management and all departments, activities and autonomous agencies will establish program evaluation and reporting procedures to keep me informed of the status of the Commonwealth's Equal Employment Opportunity Program. This program is not just a matter of complying with federal and local laws. It is a vitally important step in ensuring fair and equal treatment in government employment to all citizens of the Commonwealth. It will repay our efforts tenfold and provide a legacy of equality for citizens yet to come.

All departments, activities and autonomous agencies are directed to comply with the guidance provided herein, which supplements, in more detail, the Equal Employment Opportunity provisions found in Part V.E1 of the *Personnel Service System Rules and Regulations*. Individual EEO policy statements are to be immediately prepared and published, with copies forwarded both to my attention and to the Director of Personnel. EEO staffing structures will be established and employees will be trained in coordination with the Office of Personnel Management.

I expect all management staff to support this program fully and wholeheartedly in all hiring and employment processes. Your participation in this program must not be just minimal compliance with Federal and Commonwealth EEO laws; it must be the daily fulfillment of an obligation of fair treatment to all of the citizens of the Commonwealth.

PEDRO P. TENORIO

**NORTHERN MARIANAS COLLEGE**
**ADMINISTRATIVE PROCEDURE**

| HUMAN RESOURCES | 4072 |

## Equal Employment Opportunity & Affirmative Action

I. Definitions

For purposes of the College's Equal Opportunity and Affirmative Action (EOAA) policy, the following definitions are set forth.

A. Race

1. WHITE (not of Hispanic origin): All persons having origins in any of the original peoples of Europe, North Africa, the Middle East or the Indian subcontinent.

2. BLACK (not of Hispanic origin): All persons having origins in any of the Black racial groups.

3. HISPANIC: All persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race.

4. ASIAN: All persons having origins in any of the original peoples of the Far East and Southwest Asia. This category includes, but is not limited to, persons with origins in China, Japan, Korea and the Philippine Islands.

5. PACIFIC ISLANDERS: All persons having origins in any of the original peoples of the Pacific Islands including Polynesia, Melanesia and Micronesia.

B. Age: Those who range in age from 40 to 70 years old are a protected group on the basis of age.

C. Disabled: Any person who has a physical or mental impairment which substantially limits employability, has a record of such impairment, or is regarded as having such an impairment.

ADOPTED: 07/27/94

AMENDED:

page 1 of 10


PLAINTIFF'S EXHIBIT 6

| NORTHERN MARIANAS COLLEGE ADMINISTRATIVE PROCEDURE | HUMAN RESOURCES | 4072 |
|---|---|---|

### Equal Employment Opportunity & Affirmative Action

The words *"has a record of such impairment"* in the preceding definition refer to an individual who may be completely free from physical or mental impairment, but whose previous impairment may cause difficulty in securing, retaining, or advancing in employment because of societal attitudes toward the impairment. (Examples: someone who has recovered from a nervous breakdown, heart attack, cancer, epilepsy, etc.)

The words *"is regarded as having such an impairment"* in the preceding definition refer to anyone who is *perceived* as having a handicap, regardless of whether an impairment actually exists.

D. <u>Veteran:</u>  Disabled, or of the Vietnam era.

*Disabled Veteran:* A person entitled to disability compensation under laws administered by the Veterans Administration for disability rated at 30% or more, or a person discharged or released from active duty due to a disability incurred or aggravated in the line of duty.

*Vietnam era Veteran:* A person who served on active duty for a period of more than 180 days, a part of which occurred between August 5, 1964 and May 7, 1975 and who was released with other than a dishonorable discharge.

E. <u>National origin:</u> A person may choose to be identified with any ethnic group from which he/she has inherited at least one-quarter bloodline.

**ADOPTED:** 07/27/94

**AMENDED:**

page 2 of 10

| NORTHERN MARIANAS COLLEGE ADMINISTRATIVE PROCEDURE | HUMAN RESOURCES | 4072 |
|---|---|---|

# Equal Employment Opportunity & Affirmative Action

## II. Dissemination of NMC's EOAA Policy and Program

The effectiveness of a policy is directly related to the degree to which it is known and understood by all. In order to enhance the effectiveness of Northern Marianas College's Equal Opportunity and Affirmative Action Policy, the following steps will be taken to ensure understanding of and respect for the policy.

A. Internally

1. To ensure understanding and continuing implementation of affirmative action programs, the College's EOAA policy will be explained at administration and supervisory meetings and during faculty and staff orientation and self-improvement programs.

2. The statement of Policy will be contained in the College's Human Resources Manual.

3. Each new employee will be provided with a statement of the College's EOAA policy.

4. The measurable results of these efforts will be compiled annually by the College's Director of Human Resources (DHR) who will review them for compliance and report his/her findings to the President. Members of the Human Resource Committee will also receive a copy of the report.

B. Externally

1. The College will remind its recruiting sources annually that they, veterans and handicapped individuals for all vacant positions listed by the College.

ADOPTED: 07/27/94

AMENDED:

page 3 of 10

| NORTHERN MARIANAS COLLEGE ADMINISTRATIVE PROCEDURE | HUMAN RESOURCES | 4072 |
|---|---|---|

## Equal Employment Opportunity & Affirmative Action

2. The College will incorporate the Equal Employment Opportunity (EEO) clause in all purchase orders, leases and contracts.

3. The College will communicate its policy to any community leaders, local organizations or community agencies which may be involved in the placement of minorities, women, Vietnam era or disabled veterans and the handicapped.

4. The College will communicate to prospective employees the existence of the EOAA Policy statement on all vacancy announcements and recruitment advertising.

5. In College publications, help-wanted notices and advertisements depicting people, pictures of women, minorities and disabled persons will be included whenever appropriate.

6. The College will send written notification of the College's EOAA policy to all its subcontractors requesting that similar action be taken on their part. Notification of the College's Policy will be included in all agreements with new subcontractors.

III. Assignment of Responsibility

A. Director of Human Resources

The NMC Director of Human Resources (DHR) is the College officer primarily responsible for setting up and maintaining the effectiveness of the College's EOAA program. The DHR ensures compliance with EOAA laws, Executive Orders, their implementing regulations and the EOAA policy of the College. The DHR is also responsible for reporting such compliance (or lack thereof) to the President.

ADOPTED: 07/27/94
AMENDED:

page 4 of 10

| NORTHERN MARIANAS COLLEGE ADMINISTRATIVE PROCEDURE | HUMAN RESOURCES | 4072 |
|---|---|---|

## Equal Employment Opportunity & Affirmative Action

In particular, the DHR is responsible for the following activities:

1. Developing policy statements and action programs along with internal and external avenues of communication.

2. Assisting NMC Administration with the identification of problem areas.

3. Assisting NMC administration to set up data gathering and reporting systems that will:

- Measure the effectiveness of the College's EOAA program,
- Indicate any need for appropriate remedial action and
- Determine the degree to which the College's EOAA goals and objectives have been met.

4. Serving as the primary liaison between subcontractors and enforcement agencies.

5. Acting as a liaison to community action groups concerned with employment opportunities of minorities, women, veterans and the disabled.

6. Advising NMC administration on current developments in areas of equal opportunity and affirmative action.

7. Reviewing employee qualifications to ensure that all have equal opportunities for promotion.

8. Providing career counseling opportunities for all employees.

**ADOPTED:** 07/27/94

**AMENDED:**

page 5 of 10

**NORTHERN MARIANAS COLLEGE
ADMINISTRATIVE PROCEDURE**

| HUMAN RESOURCES | 4072 |

### Equal Employment Opportunity & Affirmative Action

9. Ensuring that minorities, women, veterans and disabled individuals are encouraged and afforded the opportunity to participate in college-sponsored educational, training, recreational and social activities.

10. Ensuring that all supervisors take action to prevent harassment of employees placed by affirmative action efforts.

11. Ensuring that EOAA policies are properly publicized, and that non-segregated College facilities are maintained.

B. <u>Responsibility of Administrators</u>

1. The President, Deans, Associate Deans, Directors, Associate Directors, Coordinators and Supervisors are responsible for the on-going success of the College's EOAA plan. They must be aware of this responsibility and realize that one element included in the evaluation of their performance will be how conscientiously they promoted equal opportunity through affirmative action.

2. The President, Deans, Associate Deans, Directors, Associate Directors, Coordinators and Supervisors will additionally assist in identifying problem areas, in resolving problems and in preventing harassment of employees placed by affirmative action efforts.

C. <u>Audit Procedure</u>

1. The President shall direct the internal auditor, the DHR or other designee to perform an annual audit of the progress toward meeting the goals of the College's Affirmative Action policy.

**ADOPTED:** 07/27/94

**AMENDED:**

page 6 of 10

| NORTHERN MARIANAS COLLEGE ADMINISTRATIVE PROCEDURE | HUMAN RESOURCES | 4072 |
|---|---|---|

## Equal Employment Opportunity & Affirmative Action

D. <u>Affirmative Action Committee</u>

1. An Affirmative Action Committee composed of six (6) persons and with equal representation from administrators, faculty and classified personnel will be formed to monitor the Director of Human Resources' responsibilities for affirmative action.

2. A chairperson shall be elected by the Committee, and quarterly meetings will be held to discharge the responsibilities of the committee.

IV. <u>Program Implementation</u>

In order to implement the policy of equal opportunity and affirmative action, the following will be done.

A. Northern Marianas College will review and annually update its Affirmative Action plan, and will perform department and job group analyses to determine the utilization of minorities and females. On the basis of identified problem areas, corrective action will be taken and results will be monitored on a regular basis.

B. With respect to affirmative action on behalf of the disabled and of Vietnam era or disabled veterans, Northern Marianas College will do the following:

2. NMC staff involved in recruitment, screening, selection, promotion, disciplinary and other personnel practices will be instructed and trained in the requirements of the College's affirmative action obligations.

**ADOPTED:** 07/27/94

**AMENDED:**

page 7 of 10

| NORTHERN MARIANAS COLLEGE ADMINISTRATIVE PROCEDURE | HUMAN RESOURCES | 4072 |
|---|---|---|

### Equal Employment Opportunity & Affirmative Action

3. Review and revise, as appropriate, all physical and mental job specifications to ensure that they are job related and consistent with necessity and safety, and that they do not screen out otherwise qualified individuals who may be disabled.

4. Review and revise, as appropriate, personnel policies and practices to ensure that they give full consideration to the job qualifications of all applicants for position openings.

5. Annually review the files of all employees to determine their qualifications for promotion.

6. Make known to supervisors, managers, or safety personnel the contents of employee medical examinations only to the extent that they need to be aware of the limited ability of a handicapped or disabled veteran employee to perform certain types of work, or of specific accommodations which these employees may require.

7. Make reasonable accommodations for the physical or mental limitations of an employee or applicant unless such accommodation would pose an undue obstacle to the conduct of business. In determining the acceptability of an accommodation, business requirements and cost will be considered.

When the College adopts an accommodation that makes it possible to place a disabled veteran or handicapped employee on the job, the file of that employee will contain a description of the accommodation.

8. Determine sources of veterans and the handicapped within the labor market, and enlist the assistance of those sources in recruiting, counseling, following up on job placement, technical guidance and advice concerning accommodations to the disabled or handicapped.

**ADOPTED:** 07/27/94

**AMENDED:**

page 8 of 10

**NORTHERN MARIANAS COLLEGE**
**ADMINISTRATIVE PROCEDURE**

| HUMAN RESOURCES | 4072 |

### Equal Employment Opportunity & Affirmative Action

9. Review all salaries to determine if job classifications and compensation of employees performing like work are consistent and fair.

The compensation of a handicapped individual or veteran shall not be reduced because of any pension, disability income or benefit from another source.

V. <u>Reports and Records</u>

A. Application forms for employment at the College will be maintained for a period of two (2) years.

B. Weekly logs of applications for employment and monthly personnel activity reports will contain provisions to monitor the participation of minorities, women, Vietnam era or disabled veterans and the handicapped.

C. Progress reports on the Affirmative Action plan for minorities and women will be submitted on a quarterly basis by the Director of Human Resources to the President and the Dean for Administration.

D. At the end of each reporting year the Director of Human Resources will submit to the Dean for Administration and the President a report on progress made with respect to Affirmative Action. This report will include a summary of the number of such employees at the beginning of the year and the number who were hired, promoted, transferred, enrolled in training or terminated during the year.

E. The College will maintain for a period of at least one year records pertaining to complaints of discrimination and actions taken to rectify them.

**ADOPTED:** 07/27/94

**AMENDED:**

page 9 of 10

| NORTHERN MARIANAS COLLEGE ADMINISTRATIVE PROCEDURE | HUMAN RESOURCES | 4072 |
|---|---|---|

## Equal Employment Opportunity & Affirmative Action

F. Copies of EEO-6 for the College will be retained for five (5) years in order to provide a basis for analysis of the effectiveness of the College's Affirmative Action plan.

**ADOPTED:** 07/27/94

**AMENDED:**

page 10 of 10