# NORTHERN MARIANAS COLLEGE
## WORKFORCE DEVELOPMENT & TRAINING DEPARTMENT
### AKA
### ADULT, CONTINUING AND VOCATIONAL EDUCATION

MARCH 9, 1999

RECEIVED
09 MAR 1999

TO:       PRESIDENT

FROM:    DIRECTOR OF APPRENTICESHIP & VOC TRADES

SUBJ:    NOTIFICATION OF GRIEVANCES

Please be advised that I'm officially requesting an inquiry (BOR Policy 4360) into several incidents involving the Vice President for Instruction and myself, which have been very disturbing, demoralizing and, possibly, contrary to BOR policy and employee contractual rights and obligations. I regret the incidents have risen to a height of professional and personal intolerability, and remedial intervention is now necessary.

### OVERVIEW

The predominant theme of these grievances center around the complete lack of support for Voc Ed programs, belittling the goals and objectives of Voc Ed programs, racist and insensitive comments concerning indigenous participants of Voc Ed/Adult High School programs and NMC employees, demeaning comments and gender harassment of myself and other male employees, and nepotism.

I will provide a chronological listing to present my grievances:

1.    Spring, '98:    VPI Barbara Moir takes over for ex-VPI Jack Sablan. No meetings are called with Voc Ed Department. No support extended to Voc Ed whatsoever. VPI says in conversations and other group sessions that Voc Ed/ Adult programs are not a priority within NMC, and after informing her that majority of students are at-risk indigenous students, VPI would make sarcastic faces and make racist innuendoes about their unworthiness.

2.    Summer, '98:    No meetings or support from VPI. A series of disturbing incidents occur from 8/5/98 to



PLAINTIFF'S EXHIBIT
9

**page two**

8/24/98 (see Tab #1). Furthermore, 2+2 teacher certifications sit on the VPI's desk for two months without any action. Our department signs a memo requesting a transfer from VPI (see Tab #2). VPI later refers to Jack Sablan as "VPISS."

3.  <u>Fall. 98:</u>     **a.** <u>Purchase Orders/Instructor's Pay:</u> We are always told that there is no money for Voc Ed programs. No VPI help (see Tab #3).
**b.** <u>2+2 Accounts & Directorship:</u> 2+2 leadership is made confusing. I am given no information to why Melody considers herself the new 2+2 Director. 2+2 Accounts in Cont. Ed. are in a mess. 2+2 information becomes confusing from Cont. Ed. office (see Tab #4).
**c.** <u>STW:</u> No help from VPI with STW (see Tab #5).
**d.** <u>Adult School:</u> No help from VPI, only premature closure of program (see Tab # 6).
**e:** <u>Xerox Machine:</u> Xerox machine is taken from Voc Ed (w/o justification) and given to Melody (VPI's sister) by VPI (see Tab #7).

4.  <u>Spring '99</u>     **a.** <u>2/12/99 meeting:</u> First meeting ever with VPI (BM) and our unit/department heads. I am completely left out of the unit's organizational chart by the VPI. I submit my own later. Randall Nelson, Lino Santos and myself are confused and bewildered by the VPI's lack of regard for the my position & Voc Ed Department (see tab # 8).
**b.** <u>Ike's Contract:</u> After Fall '98 fiasco about not paying Ike Masga on time for his work, the VPI again lectures me about no Voc Ed money and why should I send this problem to her office. We have no Dean and no Voc Ed money, so do we do?? The VPI is the only place to solve this problem (see tab #9).
**c.** <u>2+2 Emergency tires for Van:</u> Again, the VPI sarcastically inquires about why I sent her the P.O. We later get the assistance of Upward Bound. Then Annie Santos calls and

page three

says Ed Camacho got us some money, and the VPI now wants Annie to check and see what money we have in Voc Ed. (see TAB D)

d.   Academic Council:  The VPI keeps Vince Riley "busy," and the Academic Council is virtually shut down for lack of support from the VPI.  I am the Chairman for the Academic Council. (sec TAB 11)

e.   Sick Leave Denial:  Annie Santos relays to me that Barbara Moir does not want to sign my sick leave (the only leave slip not signed).

g.   BOR Pay Raise:  I was eligible for the BOR-approved pay raise (12/13/97), but accepted no raise due to austerity measures.  However, if anyone else received the raise at that time, my raise status should be clarified.  Furthermore, it has been reported that 2+2 grant tuition monies from Spring '98 covered some of the alleged raises at that time.

The above matters are a direct attempt to undermined and destroyed my leadership efforts at NMC.  I cannot tolerate them anymore and request a face-to-face inquiry to remedy this situation.  I'll support the above allegations with testimony and additional proof, when necessary.

Our program growth has been very satisfactory (see Tab #12), even with the ongoing attempts to weaken our program's existence.  Frankly, I'm tired and distressed due to the negative effects that the VPI's personal attacks and vindictive management style have had on my professional career and personal well being.

Dr. Jack Angello
Director of Apprentice & Voc Trades

attachments

# Tinian Incident
## August, 1998

## CHRONOLOGICAL LIST OF EVENTS

1.   August 5:   I visit Tinian at my expense to initiate 2+2 Program.

2.   August 12:  I visit Tinian High School again at my expense.  This is a follow-up to the 8/5/98 visit.  My superiors are informed of my travel and the 2+2 importance.

3.   August 18:  The VPI's office removes all my "student" office chairs that we had repaired, after they were discarded by another department.

4.   August 21:  This is a planned 2+2 Tinian visit to finalize the program.  Regular NMC registration is covered by our support staff.  We enroll ten (10) more Tinian High School student sin the NMC/PSS 2+2 Program.  Rota High School is also notified and the RHS Principal is eager to join in 1999.

5.   August 22:  I work on Saturday to plan and prepare for Fall 2+2 programs.  During this time I am lectured by Dean Tony Guerrero that I abandoned my Voc program on Saipan the previous day (8/21).  I counter that this is not true, but the Dean said that the Vice President of Instruction accused me of leaving Friday and causing problems on Saipan.  It was also said that the 2+2 program is not a priority and not a regular college program.  I object and request a meeting with the President, since both the BOR and President approved the 2+2 Program.  I am told that the VPI needs to approve my contacting the President.  Furthermore, the VPI cancels only Voc Ed classes on Friday (8/21).  This is in retaliation and hurts the students who are still enrolling in classes.

6.   August 24:  I make a tentative appointment with the President, but I'm warned again by the VPI (via Dean) that I need her approval first before seeing the President.

By: _____

Dr. Jack Angello / NMC Director of Voc Ed

**1**

**Subject:**   Social Sciences & Humanities; (G) Upward Bound; (G) Vocational Education; Abner Weed; Vince Riley; 'nmacisco@itecnmi.com'
988schchng#6.xls



988schchng#6.xls

*Debbie*

## Jack Angello

**From:**    Randall Nelson
**Sent:**    Friday, August 21, 1998 12:04 PM
**To:**    Tony Guerrero
**Cc:**    Jack Angello; Barbara Moir
**Subject:**    Enrollment

Below are the Fall 98 Technical Programs course enrollment estimates:

| Course Code | Titthe | Number of Students |
|---|---|---|
| BP 100 01 | General Blueprint Reading | 3 |
| CT 110 01 | Construction Trades I | 0 |
| CT 130 01 | Basic Plumbing | 0 |
| CT 190 01 | Special Projects Construction Trades | 2 |
| | | |
| EM 110 01 | Electrical Installation I | 5 |
| EM 131 01 | NTNL Electric Code I | 1 |
| EM 150 01 | A.C./D.C. SYSTMS & Equipment | 1 |
| EM 190 01 | Special Projects Residential | 0 |
| | | |
| ET 150 01 | DC CRCTS & Elect Meas | 0 |
| ET 152 01 | Digital Comp Principles | 0 |
| ET 190 01 | Special Projects Electronics | 0 |

These numbers may not be exact. They were taken off the Chaplain system at approximately 11:20 am, Friday August 21.

Please note that because of their design, the special projects courses do not have a minimum enrollment.

It has been rumored that courses lacking the minimum required enrollment maybe canceled today, August 21, 1998. We feel that this could be a mistake. Many new students (and NMC employees) may be confused as to exactly when new students can register. It was stated that new students could register this week. It was also rumored that new students must wait until next Monday, August 24, 1998.

The printed schedule states that late registration will end August 28. To cancel any class before then because of lack of enrollment would be misleading to the public. 

Also, concerning the printed schedule, it was noticed that it contains new course abbreviations. This department endeavors to be consistent with the rest of the NMC organization concerning such matters. We believe that consistency is important in achieving the quality characteristics organizations strive for. With this in mind, could we please have an updated version of these new course abbreviations so that we may be conforming with the new course abbreviation code. We are still using the old, obviously outdated course abbreviations that were issued in May of this year.

Thank you

Randall Nelson

Page 80

## Jack Angello

| | |
|---|---|
| **From:** | Barbara Moir |
| **Sent:** | Friday, August 21, 1998 6:52 PM |
| **To:** | (G) Admissions & Records; Debbie Diaz |
| **Cc:** | (3) Rota Campus; (G) Business & Hospitality; (G) Continuing Education; (G) Counseling; (G) English; (G) Sciences, Math, Health, Physical Education; (G) Social Sciences & Humanities; (G) Vocational Education; Tony Guerrero; Vince Riley |
| **Subject:** | Closed and canceled courses; other changes |

**1.   IN ADDITION TO COURSES CLOSED PREVIOUSLY, THE FOLLOWING COURSES/SECTIONS ARE NOW CLOSED TO ENROLLMENT:**

AC 220 02
CS 103 08
EN 094 05
JA 100 01
MA 090 01
MA 090 02
MG 231 01
MG 231 02
PI 201 01

**2.   THE FOLLOWING COURSES/SECTIONS ARE NOW CANCELED:**

BI 100 21   (RTA)
CT 110 01
CT 130 01
EM 131 01
EM 150 01            ) *SAIPAN CAMPUS*
EM 190 01
ET 150 01
ET 152 01
ET 190 01
GE 201 21   (RTA)
HI 255 21   (RTA)
MG 239 01
PS 110 21   (RTA)

**3.   PLEASE NOTE THE FOLLOWING ADDITIONAL CHANGES TO THE MASTER COURSE LISTING AND/OR SCHEDULE:**

EN 094 01   Writ. & Grammar Study III:   Instructor to **D. Wyatt**
EN 094 04   Writ. & Grammar Study III:   Instructor to **T. Colton**
NU 210 01   Adult Health Nursing II:   Lecture instructor to **J. Dellamanna**
                                  Lab instructor to **G. Blau**
                                  **(Note:  these changes are for the**
**Master Course Listing)**
PY 101 03   Gen. Psychology:   Instructor to **M. Wright**

**OAR staff:  Please enter this information in the Master Course Listing.**

**Debbie:  Please enter this information in the appropriate columns of the next BULLETIN.**

Many thanks—

B.

# NORTHERN MARIANAS COLLEGE
## PROFESSIONAL, ADULT & TECHNICAL EDUCATION

### AUGUST 26, 1998

TO:       NMC PRESIDENT

FROM:    DIRECTOR OF VOCATIONAL TRADES

SUBJ:    TRANSFER OF VOC TECH DEPARTMENT

Please consider the following request for the best interests of the students, staff and administration at NMC:

1. Transferring the Voc Tech Department under the VPSS. This transfer would better accommodate the needs of VT, which coordinates most of its program activities with the Continuing Education Department (under the VPSS).
2. The Voc Tech Department would have more freedom to run non-traditional programs with the Continuing Education Program.
3. Enrollment restrictions could be alleviated by the pool effect of NMC fees collected. NMC/PSS 2+2 fees are mostly in favor of NMC, which helps our continuing VT programs.

Thank you for your consideration of this request.

CONCURRED BY:

_____  08/26/98  _____
Randall Nelson  VT Coordinator        Date

_____  8/26/98  _____
Lino Santos   VT Instructor            Date

_____  8 26 98  _____
Ignacio Masga  VT Adjunct Instructor    Date

cc:   BOR Chairman

2

*U-ED:*

*10/12/98*

*There is no available fund for the amount indi-cated.*

**OFFICE**
**NDUM**

*cuz*

/our review and signature:

Type of Action

1.  masga, Ike _____    PS# 2544 _____
2.  _____    _____
3.  _____    _____

You are kindly asked to **review** and **sign** on the appropriate space(s) on the attached documents and **forward** the same to the next signatorial authority **no later than three days** after you receive these documents. Must you need more time for review and decision making we kindly ask that you inform Lucy at Human Resources Office of this delay. If you need help regarding our human resource policies to help with your decision, please contact Donna or Kohne Ramon.

## ROUTING:

| SIGNATORY | DATE REC'D | INITIALS |
|---|---|---|
| 1. Ike masga | 9-30-98 | |
| 2. Jack Angello (initial Acct) | 9/24/98 | |
| 2a. TONY P GUERRERO | 10/1/98 | |
| 3. Harris Lawrence | | |
| 4. President | | |
| 5. Legal Counsel | | |
| 6. | | |
| 7. | | |

Thank you for your cooperation.

**3**

VOC-ED  9/17/98
NO money-
Pls.

Dec. 9/19/98

**NORTHERN MARIANAS COLLEGE**
P.O. Box 1250
Saipan, MP 96950
Telephone: (670) 234-0758  FAX: (670) 235-7601

**PURCHASE ORDER NO.**

PAGE 1 OF 1

HARDWARE
37
96950

**SHIP TO:**
Northern Marianas College
Procurement and Property Management Office
As Terlaje Campus
Saipan, MP 96950-1250

| SHIP VIA: local p.u. | FOB: | CIF: | Other: | MARK FOR: Voc Tech |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY | UNIT | UNIT $ | EXTENDED $ | Do Not Write Below This Line |
|---|---|---|---|---|---|---|
| 1. | OPEN P.O. FOR CLASS SUPPLIES | | | | $500.00 | Jack, Pls hold on to this P.O. because our Unit Budget has not been resolved to date. Thx |
| | AUTHORIZED PERSON TO SIGN | | | | | |
| | Jack Angello        7/7/98 | | | | | |
| | Lino Santos        7/7/98 | | | | | |

☐ PREPAY   ☐ CHARGE   ☐ PICKUP   ☐ DELIVER          SUB•TOTAL

| CHARGE ACCOUNT NO. VOC-63045-S-E200-VOC8 | SHIPPING AND HANDLING CHARGES | | See Reverse Side For Applicable NMC Procurement Regulations |
|---|---|---|---|
| ORDERING DEPARTMENT Voc Tech | GRAND TOTAL | $500.00 | Expiration Date: |
| EXPENDITURE AUTHORITY          DATE | CERTIFICATION OF FUNDS | DATE | PROCUREMENT & PROPERTY OFFICER          DATE |

# Northern Marianas Colleg

**BUSINESS OFFICE**
P.O. Box 1250, Saipan, MP 96950
Telephone: (670) 234-5498 • Fax: (670) 234-(

## CHECK REQUEST

*VOC-ED    9/17/*
*NO Money-*
*Plo. ↗*

TO:    NMC Business Office

FROM:   Dean Tony Deleon Guerrero

DATE:   10/6/98

As per attached Invoices, payment is requested In the amount of:

forty dollars*************************************************** $ 40.00

To be Issued to:
    NAME:   Computerland of Saipan

    ADDRESS:  P.O. Box 167    Saipan, MP 96950

For Activity (Description):

    (1) One 5164A Black Ink Cartridge

To be charged to:

| ACCOUNT NUMBER | AMOUNT |
|---|---|
| POS-63050-S-E200-UPS9 | $40.00 |
| | |
| | |

| Tony Deleon Guerrero | Dean | |
|---|---|---|
| REQUESTED BY: (Print and Sign Name) | TITLE | DATE |

## FUND CERTIFICATION BY BUSINESS OFFICE

| | | |
|---|---|---|
| AVAILABILITY OF FUNDS CERTIFIED BY: (Print and Sign Name) | TITLE | DATE |
| | | |
| APPROVED BY: (Print and Sign Name) | TITLE | DATE |

### For Business Office Use Only

Check No.: _____    Check Date: _____

Note: Supporting Document(s) must accompany Check Request for processing at Business Office.

NMC-BO-CR-1.30.94    Original-Business Office • Green-BPMO • Yellow-Requesting Office

ERATION, INC.
Saipan, MP 96950
Fax No. (670) 234-9305
itecnmi.com

# NORTHERN MARIANAS COLLEGE
# PETTY CASH VOUCHER

Nº 5032

DATE: October 6, 1998

AMOUNT: $47.00

CHARGED TO: OPS-63050-S-E200-UPS9

FOR: Van Air Con Repair Supplies,

2+2 cement, tire patch, van wash.

RECEIVED BY:

APPROVED BY:

Dean Tony Deleon Guerrero

(670) 234-5498
(670) 234-0759
90 GMC       VAN
In    0 Out-    0 VIN#2GJGG39KXM4503827

36792                    Date- 08/12/98
ON

25.00

VOC-ED    9/17/8
NO money-
Pls.

NEEDS SERVICE:

| PART NUMBER | DESCRIPTION | QTY. | PRICE | TOTAL | PART NUMBER | DESCRIPTION | QTY. | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

**PARTS DESCRIPTION**

PAID
CK NO          DATE

NOTE: All appliances not picked-up after 30 days of notification and completion of services will automatically become the property of Torres Refrigeration and will be sold at the required price.

TERMS: This account is due and payable within 30 days from invoice date. Overdue accounts will be charged 1.5% per month on the total outstanding amount plus Attorney's fees and other related expenses incurred in case of default in payment.

WARRANTY: 60 Days Labor & Materials

Received the above articles in good order and condition

RECEIVED BY: _____ PRINT NAME: Lino Santos

CASH ☒    CHARGE ☐

P.O. # _____

Prepared by _____

Approved by _____

| | |
|---|---|
| Access | 0.00 |
| Inspection | 0.00 |
| Services | 25.00 |
| PARTS | 0.00 |
| Sub-total | 25.00 |
| Tax | 0.00 |
| TOTAL $ | 25.00 |

# PURCHASE ORDER

**NORTHERN MARIANAS COLLEGE**
P.O. Box 1250
Saipan, MP 96950
Telephone: (670) 234-0758  FAX: (670) 235-7601

**PURCHASE ORDER NO.**

PAGE __1__ OF __6__

DATE: 07/29/98

| VENDOR: | SHIP TO: |
|---|---|
| National Office Supply<br>Garapan<br>Saipan, MP 96950 | Northern Marianas College<br>Procurement and Property Management Office<br>As Terlaje Campus<br>Saipan, MP 96950-1250 |

| SHIP VIA: local | FOB: | CIF: | Other: | MARK FOR: Professional Programs |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY | UNIT | UNIT $ | EXTENDED $ | Do Not Write Below This Line |
|---|---|---|---|---|---|---|
| | Executive Medium Back Chairs<br>   Model #4561-531 (Brown)............. | 6 | | $196.00 | $1,176.00 | |
| | Executive Medium Back Chairs<br>   Model #4561-530 (Black)............. | 4 | | $196.00 | $784.00 | VOC # ?? |
| | Stacking Chairs<br>   Model #SP 870-4................... | 24 | | $39.95 | $958.80 | |
| | | | | | $2,918.80 | |
| | | | | less 5% | ($145.94) | |
| | | | | | $2,772.86 | **DO NOT WRITE**<br>**INSIDE THIS BLOCK** |
| | Wooden Bookshelf<br>   Model #2682................... | 3 | | $185.00 | $555.00 | |
| | | | | TOTAL........... | .$3,327.86 | |

| ☐ PREPAY   ☐ CHARGE   ☐ PICKUP   ☐ DELIVER | SUB•TOTAL | $3,327.86 |
|---|---|---|

| CHARGE ACCOUNT NO. ~~XXXXXXXXXXXXXXXXXX~~<br>VOC-63070-S-E200-VOC8 | SHIPPING AND HANDLING CHARGES | | See Reverse Side For Applicable NMC Procurement Regulations |
|---|---|---|---|
| ORDERING DEPARTMENT Professional Programs | GRAND TOTAL | $3,327.86 | Expiration Date: |
| EXPENDITURE AUTHORITY _____ DATE<br>Antonio V. DLGuerrero, Dean of Prof. Programs | CERTIFICATION OF FUNDS         DATE<br>~~Christy Schweizer~~<br>LUZ D. MENDIOLA | | PROCUREMENT & PROPERTY OFFICER    DATE<br>Ignacia Villaluz |

Original-Vendor • Orange-Acknowledgment • Pink-Control (PPMO) • Yellow-Receiving (PPMO) • Blue-Originating Dept. • Green-Business Office

# NATIONAL OFFICE SUPPLY

**DIV. OF SUN & SURF, LTD.**
P.O. BOX 5779, SAIPAN, MP 96950
STORE PHONE: 234-3198; 234-3199
OFFICE PHONE: 234-3341; 234-3197
FAX NO. (670) 234-3549; 235-3373

**CHARGE SALES INVOICE**

SF - Nº 4037

DATE: 7-20-98

SOLD TO _NMC_

ADDRESS: _Susy_

TEL. NO.:

| SALES REPRESENTATIVE | | PICK UP / DELIVERY | PURCHASE ORDER NO. DATE | CREDIT MEMO NO. AMOUNT $ | WHOLESALE $ RETAIL $ |
|---|---|---|---|---|---|

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1  10 | ea | Executive Chair Med. Back | 186 80 | 1802 - |
| 2 | | Model 9561-531/537 | | |
| 3 | | - nothing follows - | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

Term: **NET 30 DAYS**  |  TOTAL  |  $ 1802 -

### TERMS AND CONDITIONS

The undersigned, by accepting the goods listed above, hereby agree to the terms and conditions as follows:

1. Any returns or exchanges shall not be allowed unless presented within 7 days of sale and accompanied by invoice.
2. Returned merchandise is subject to a 10% handling fee.
3. Customer shall pay a $20.00 charge for each of their check that are returned by the bank.

Purchaser agrees to pay interest at the rate of 1-1/2% per month on all accounts remaining unpaid after 30 days from the date of original purchase. If said accounts are placed in the hands of an attorney or collector for collection or suit is brought on same, purchaser agrees to pay an additional amount of 33-1/3% of the amount found due (including interest as aforesaid) as attorney or collector fees, plus any costs of suit.

Voc.Ed

RECEIVED THE ABOVE ARTICLES IN GOOD ORDER

_____
Authorized Signature

NO P.O. YET  9-7-98  Pat

# NATIONAL OFFICE SUPPLY
### DIV. OF SUN & SURF, LTD.
P.O. BOX 5779, SAIPAN, MP 96950
STORE PHONE: 234-3198; 234-3199
OFFICE PHONE: 234-3341; 234-3197
FAX NO. (670) 234-3549; 235-3373

**CHARGE SALES INVOICE**

SF - № 4043

DATE: _7-31-98_

SOLD TO: *NMC*
*Lucy / Gino*

ADDRESS: _____    TEL. NO.: _____

| SALES REPRESENTATIVE | PICK UP | PURCHASE ORDER NO.: | CREDIT MEMO NO.: | WHOLESALE: $ _____ |
|---|---|---|---|---|
| *Tat* | DELIVERY | DATE: | AMOUNT: $ | RETAIL: $ _____ |

| | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 14 | ea | *Stacking Chair - Vinyl* | $ 37 95 | 531 30 |
| 2 | | | *10 Blk / 4 Brown* | | |
| 3 | | | *- nothing follows -* | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| Term: | NET 30 DAYS | | | TOTAL | $ 531 30 |

### TERMS AND CONDITIONS
The undersigned, by accepting the goods listed above, hereby agree to the terms and conditions as follows:
1. Any returns or exchanges shall not be allowed unless presented within 7 days of sale and accompanied by invoice.
2. Returned merchandise is subject to a 10% handling fee.
3. Customer shall pay a $20.00 charge for each of their check that are returned by the bank.

Purchaser agrees to pay interest at the rate of 1-1/2% per month on all accounts remaining unpaid after 30 days from the date of original purchase. If said accounts are placed in the hands of an attorney or collector for collection or suit is brought on same, purchaser agrees to pay an additional amount of 33-1/3% of the amount found due (including interest as aforesaid) as attorney or collector fees, plus any costs of suit.

RECEIVED THE ABOVE ARTICLES IN GOOD ORDER

_____
Authorized Signature

*No. P.O. yet  9-7-98*

# NATIONAL OFFICE SUPPLY

### DIV. OF SUN & SURF, LTD.
P.O. BOX 5779, SAIPAN, MP 96950
STORE PHONE: 234-3198; 234-3199
OFFICE PHONE: 234-3341; 234-3197
FAX NO. (670) 234-3549; 235-3373

**CHARGE SALES INVOICE**

**SF ₌ № ₌ 4040**

SOLD TO: *NAJC*

ADDRESS: *Tulcy*

DATE: *7 30 98*

TEL. NO.:

| SALES REPRESENTATIVE | | ☐ PICK UP | PURCHASE ORDER | CREDIT MEMO | |
|---|---|---|---|---|---|
| *Pat* | | ☐ DELIVERY | NO.  DATE: | NO.:  AMOUNT: $ | WHOLESALE: $  RETAIL: $ |

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | *3* | *e* | *Worden Bookshelf* | *$ 185* | *$ 555 —* |
| 2 | | | *Model 2082* | | |
| 3 | | | *nothing yellows* | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| **Term:** NET 30 DAYS | | | **TOTAL** | **$ 555 —** |

## TERMS AND CONDITIONS

The undersigned, by accepting the goods listed above, hereby agree to the terms and conditions as follows:

1. Any returns or exchanges shall not be allowed unless presented within 7 days of sale and accompanied by invoice.
2. Returned merchandise is subject to a 10% handling fee.
3. Customer shall pay a $20.00 charge for each of their check that are returned by the bank.

Purchaser agrees to pay interest at the rate of 1-1/2% per month on all accounts remaining unpaid after 30 days from the date of original purchase. If said accounts are placed in the hands of an attorney or collector for collection or suit is brought on same, purchaser agrees to pay an additional amount of 33-1/3% of the amount found due (including interest as aforesaid) as attorney or collector fees, plus any costs of suit.

RECEIVED THE ABOVE ARTICLES IN GOOD ORDER

_____
**Authorized Signature**

*No P.O. yet 9-7-98 Patt*

VO c-ED

*Need a comparative quotation from vendore —*
*— It's a policy —*
*— See attached*
*luz*

998 10:12 PM

2) Tinian Campus; (3) Rota Campus

Ray,
Kindly put out this reminder in "The Word"

Documentation needed to accompany Purchase Order:

$1,000 - $4,999.........need comparative quote representing three (3) vendors.  It means that the requesting dept. must call three
                        vendors and get their quotes (verbal quote accepted) and write the quotes in paper, attach it to the po.

$5,000 - $24,999........need three (3) written quotes from three (3) vendors.  (verbal not accepted)

25,000 and up ......... formal Bid or RFP procedures.

Three sets of documentation is  needed to be attached to the Purchase Order.
   One set is for the Business Office
   One set is for Procurement
   One set is for the Vendor

A lot of time, only one set is attached to the PO.  This slows down the processing of your PO because then Procurement would have to make copies.

From now on,  if only one set of documentation is provided, Procurement will return your PO.

*— Open P.O. is only $1,000 maximum.*

*\* fund w/ only gunnery stipend — max amt. A 60.~1,*

Page 1

## Jack Angello

**From:**       Jack Angello
**Sent:**       Monday, December 21, 1998 1:04 PM
**To:**         Melody Actouka; Tony Guerrero; Barbara Moir
**Cc:**         Randall Nelson; Lino Santos
**Subject:**    RE: Proposed meeting with the Finance Office on accounts

Dear Melody:

Our generic Voc Ed account # is VOC-00000-S-E300-VOC8.  The CE account numbers for the Voc Ed monies
from 2+2 are in your office, of which we have not received any information.  The type of revenues to be deposited
again are in your office (standard tuition & lab fees).  Our question still remains:  "Show us the money," or an
official explanation of its whereabouts, dating back to January of 1998.

Thank you.

Jack

---

**From:**       Melody Actouka
**Sent:**       Thursday, December 17, 1998 1:31 PM
**To:**         Abner Weed; Debbie Raumakita; Jack Angello
**Cc:**         Tony Guerrero
**Subject:**    Proposed meeting with the Finance Office on accounts

Dear Folks:

Please provide the following information in preparation for the meeting we discussed last week:

    Account number(s) for your program, which you wish to discuss
    Type of revenues which are to be deposited, about which you may
    have questions.

I have this information for the CE accounts which pertain.

I will inform you of the meeting date/time.  This week was not possible.

Thanks.

Melody

4

**Northern Marianas College**
**Professional, Adult & Vocational Education Programs Unit**

Department: Vocational Technical

Submitted By: Dr. Jack Angello

Semester & Year: Fall, '98

Date: 9/30/98

## Course Revenue & Costs Analysis Report

| Course No. | Enrollment | | Tuition | | Fees | | Total Course Revenue | Instructor's Salary | | Supplies | Others | Total Course Expenditures | Total Income "+" or "-" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Res. | N-R | Res. | N-R | Lab | Other | | F. Time | Adjunct | | | | |
| BP100-1 | 3 | 0 | 585 | | | | 585 | 2500 | | 0 | | 2500 | 1915 (-) |
| EM110-1 | 6 | 0 | 2740 | | 210 | | 2550 | | 1998 | 0 | | 1998 | 552 (+) |
| CT190-1 | 2 | 0 | 130 | | | | 130 | 0 | | 0 | | 0 | 130 (+) |
| 2+2 | | | | | | | | | | | | | |
| EM100-2 | 3 | 0** | 1170 | | 105 | | 1275 | | 0 | 0 | | 0 | 1275 (+) |
| EM100-3 | 4 | | 1560 | | 140 | | 1700 | | 0 | 0 | | 0 | 1700 (+) |
| EM100-4 | 8 | | 3120 | | 240 | | 3360 | | 0 | 0 | | 0 | 3360 (+) |
| EM100-6 | 5 | | 1950 | | 175 | | 2125 | | 0 | 0 | | 0 | 2125 (+) |
| ET150-2 | 4 | | 1040 | | 140 | | 1180 | | 0 | 0 | | 0 | 1180 (+) |
| ET150-3 | 3 | | 780 | | 105 | | 885 | | 0 | 0 | | 0 | 885 (+) |
| ET150-4 | 3 | | 780 | | 105 | | 885 | | 0 | 0 | | 0 | 885 (+) |
| ET153-1 | 8 | | 2080 | | 280 | | 2360 | | 0 | 0 | | 0 | 2360 (+) |
| CT110-2 | 3 | | 1170 | | 225 | | 1395 | | 0 | 0 | | 0 | 1395 (+) |
| CT110-3 | 5 | | 1950 | | 375 | | 2325 | | 0 | 0 | | 0 | 2325 (+) |
| CT110-4 | 11 | | 4290 | | 825 | | 5115 | | 0 | 0 | | 0 | 5115 (+) |
| CT112-1 | 6 | | 2340 | | 450 | | 2790 | | 0 | 0 | | 0 | 2790 (+) |
| CT112-2 | 3 | | 1170 | | 225 | | 1395 | | 0 | 0 | | 0 | 1395 (+) |
| Tinian | | | | | | | | | | | | | |
| CT110-21 | 3 | | 1170 | | 225 | | 1395 | | 0 | 0 | | 0 | 1395 (+) |
| CT110-22 | 7 | | 2730 | | 525 | | 3255 | | 0 | 15 | | 15 | 3240 (+) |
| | | | | | | | | | | | | | |
| TOTAL: | 87 | | 30,355 | | 4,350 | | 34,707 | 2,500 | 1,998 | 15 | | 4,513 | 34,705(+) |

**NOTE: Non-Resident Students in the 2+2 are not obligated to pay the NMC tuition/lab fees.

# NORTHERN MARIANAS COLLEGE
OFFICE OF PROFESSIONAL & TECHNICAL PROGRAMS
**MONTHLY REPORT FOR AUGUST, 1998**
VOCATIONAL TECHNICAL TRADES

SEPTEMBER 3, 1998

## 1.0  ACCOMPLISHMENTS

1.1  The NMC Voc Tech department had another successful (SP98) registration with the PSS and the 2+2 Program.  There are 80+ students involved in the program.  Tinian High School joined the 2+2 program this fall, and 10 new students signed up for the program.  The director went to Tinian three times for program implementation (at his expense). Rota High School was officially contacted in August and will join in 1999.

1.2  The NMC regular Voc Tech classes experienced a lull in new enrollees (12).  But we have several other (DPW,etc.) students continuing with their degree programs.  We are currently meeting with the NAP Program Director, and the mayor's office has expressed interest in training his staff at NMC Voc Tech, along with CUC, Commonwealth Ports Authority, NAP and DPW.

1.3  As of this date, there has been no meetings or reports of any  School-to-Work activities from PSS.

1.4  Our "Guma Familia" project, which began in mid-April, is still making progress.  Several vendors are willing to help and the MHS staff is eager to begin this project in SY98/99 with the 2+2 program.

1.5  There was one Manager's meetings and departmental problems and solutions were discussed.  All departments will be operating with "zero" materials money and this will be a major hardship on the students again. The lab fee issue needs to be addressed by the NMC administration and policy needs to be establish to guarantee that the students will receive these fees back in the form of classroom supplies.

## 2.0  TRAVEL
The director again went to Tinian for the 2+2 program three times at his own expense.  This contribution to NMC was done willingly for the sake of a good program that shouldn't be handicapped by a lack of travel funding.  Besides, the bodacious buffet at the Dynasty keeps calling the director from across the channel.

**3.0  PERSONNEL**

Everybody is doing fine, although the current budget scenario is causing concern among the staff.  There should be a correction in Voc Tech's personnel listing. Darlene Sablan and Dave Cooper are erroneously placed in our personnel list. This increases our personnel costs from 147K to 239K, and it has been requested several times already to correct this problem.  Voc Tech has to constantly justify a quarter of a million personnel budget when it ain't so. Our student numbers are respectable when comparing to a 147K personnel cost, but when compared to 239K it causes some concern.  This is not fair and should be corrected as soon as possible.

**4.0  PROBLEMS**

School-To-Work Council seems non-existent, and the lack of an active STW council is hurting the NMC and the CNMI.  Apparently, no CNMI STW State Plan is available for further federal funding.  Someday someone might read this and wonder why it's been submitted every month, or maybe WWIII will start and it won't matter anyway...

Submitted By:  s/Dr. Jack Angello                 Date:  September 3, 1998
                Director of Voc Tech/Apprenticeship/Trades



**Career, Education, & Training Associates, Inc.**
1236 Langston Drive • Columbus, Ohio 43220-3930
(614) 292-4353, Ext 6 (office) (614) 457-2878 (nights)
FAX (614) 292-1260

### FAX MEMO
1-670-235-4966

TO:     Jack Agello

FROM:   Harry Drier

DATE:   March 5, 1999

RE:     Phone Conversation with Robert White from DTI (the office that
        handles the $15,000 T.A. fund)

He called to tell me that Sara Jong, STW in Region IX, and the STW national
office are discussing the dollar situation for the CNMI. As you probably know,
monies were left from 1998-99 (unspent) and the Public School (STW
coordinator) didn't request a 1999-2000 roll-over or cost extension. This also
means that "no" additional monies were allocated for the CNMI because they
weren't requested. From a straight legal point of view, the CNMI, by default,
told STW that you didn't want the old monies (unspent) or any new allocation.

Second, regarding the $15,000 T.A. fund, there seems to be question of whether
you are eligible for this if you are no longer an official STW grantee.
Apparently, this issue is being discussed as well.

While, I guess, speaking out of turn, I gave him a history lesson on STW in the
CNMI, problems with coordinator, change of educational leadership, the
leaving of Patuck in January, etc., and said you and others were committed to
do a complete self-assessment, and to do so would need the $15,000.

<u>Recommendation</u>: All could be lost if some real pressure isn't applied. If your
Congressional leader could call Stephenie Powers, STW national office in
Washington, DC, and issue a compassionate plea, it might help. Additionally,
it is Loni Hancock, Secretary's representative in Region IX, that is the top
person to work on.

Good luck — and keep me posted!

I'll hold any plans until I hear from you.

/ch

## Jack Angello

| | |
|---|---|
| **From:** | Fe Calixterio |
| **Sent:** | Friday, September 04, 1998 3:02 PM |
| **To:** | Jack Angello |
| **Subject:** | FW: Cancellation of Adult School classes |

| | |
|---|---|
| **From:** | Barbara Moir |
| **Sent:** | Sunday, August 30, 1998 1:42 AM |
| **To:** | Fe Calixterio |
| **Cc:** | President; Melody Actouka |
| **Subject:** | Cancellation of Adult School classes |

Fe,

This will serve as official notification that the Adult School Program's courses scheduled for Fall 1998 are hereby canceled owing to a lack of funding. At this point we have no way of knowing whether NMC will be in a position to offer such courses in Spring 1999, although we would very much like to do so. We will monitor fiscal developments over the next few months to determine whether a Spring term will be possible. In the meantime, your ideas on alternative sources of funding for the program would be most welcome. Perhaps we could explore the viability of offering the curriculum through the Community Services Program? (The Adult School provides a much-needed community service, after all!)

Please let me know your thoughts in this direction.

Barbara Moir
Vice President for Instruction



# NORTHERN MARIANAS COLLEGE
## PROFESSIONAL, ADULT & VOCATIONAL EDUCATION

### SEPTEMBER 8, 1998

TO:      NMC PRESIDENT

FROM:    DIRECTOR OF ADULT BASIC EDUCATION
         DIRECTOR OF VOCATIONAL EDUCATION

SUBJ:    NMC ADULT SCHOOL

Please be informed that the Directors of ABE and Vocational Education will volunteer to teach free of charge the two sessions of Fall 98 Adult School classes.

This has been a result of the notification from the Vice President of Instruction that the Adult School Fall classes have been canceled, which would create a major hardship and disappointment for the approximately 25 students (10 will be graduating after this session), who are currently in the program.

Both Directors feel strongly about the positive effects that the Adult School has brought to the students and the reputation NMC, and to cancel the program in midstream would be an unfortunate turn of events. We both realize the budget constraints, but the only cost to the college will be instructors' costs, which will be donated by us for the good of our students and program.

In 1999, they is a good chance that federal funding will be available for the Adult School, but until that time, the Adult School will survive with the moral support of your office and the tenacity of the ABE and Vocational Education offices.


attachment


cc:   VPI

**CONCURRED BY:** _____
                  NMC PRESIDENT        DATE

# NORTHERN MARIANAS COLLEGE
## PROFESSIONAL, ADULT & VOCATIONAL EDUCATION

### OCTOBER 19, 1998

TO:     DEAN OF PAVE

FROM:   DIRECTOR OF VOCATIONAL TRADES

SUBJ:   JUSTIFICATION FOR XEROX MACHINE

Please review the following justifications to keep the Voc Ed Xerox machine in the Voc Ed Department:

1.    The machine is used continually for Voc Ed programs, including regular classes, 2+2 classes.

2.    Our machine is the backup machine in Building "V". We regularly allow PAVE and other people use our machine for reasonable amounts of xeroxing. The big machine in the "V" Building is continually down for weeks.

3.    We've paid two-thirds of our lease, and one more payment of 1300 dollars (approx.) will pay off this item.

4.    We are not asking that the PAVE Unit's Xerox money be used. We recommended that the money come from our surplus in the Cont. Ed./Voc Ed special account. To date, we still haven't received our balance from classes going back to Spring, '98 and the current Fall semester.

5.    In the meanwhile, we request that our 10-66 budget item 68040 (Building Repairs & Maintenance) be used. The amount is $1400.00, which will cover the Xerox payment. The justification is that we are not authorized to repair the "V" Building.

6.    We recommend that Continuing Education procure a larger machine than Voc Ed's small 5614. Their volume of xeroxing is large from our observation, and the 5614 is lightweight and goes through toner rather quickly.

attachment

cc:   Director of Administration  w/attachment.

# Continuing Education
2-19-99

**Workforce Development**

Rose Igitol (Director)
    Government Training
    Custom Training
    Private Sector Training
    Law Enforcement, EMS, Fire and Corrections Training
    Marine Technology Training
    PITI (Pacific Island Training Institute)

    Lino Santos
    Instructor (Construction)
    Advisor/Mentor
    Public Relations

    Randall Nelson
    2+2
    Apprenticeship Program (CUC)
    Building Codes (Public Works)
    Curricula Development and Research
    NAP (Nutritional Assistance Program) Research

**Extended Programs**

Melody Actouka (Director)
    BA and MA Degree Programs (UOG)
    Tinian & Rota Outreach Liaison
    2+2
    Special Outreach Programs

**Community Programs**

Daisy Villagomez (Director)
    Short Language Courses
    Car Maintenance
    Household Maintenance
    Drivers Ed
    Commercial Service Courses
    Special Programs

**Basic Adult Education**

Fe Calixterio (Director)



8

# NORTHERN MARIANAS COLLEGE
## OFFICE OF TRAINING & PROFESSIONAL DEVELOPMENT

### JANUARY 22, 1999

TO:     DIRECTOR OF HUMAN RESOURCES

FROM:   DIRECTOR OF VOCATIONAL TECHNICAL

SUBJ:   ADJUNCT INSTRUCTOR CONTRACT, SPRING-1999

Please process the following adjunct contract based on the instructor's qualifications and credit hours:

1.   Ignacio Masga   EM-111- Electrical Install I    6 credits
                      (@ $333.00 per credit hour)

                      and

                      EM-132 - Nat. Elec. Code    3 credits
                      TOTAL...................................9 credits

The account number for this contract needs to be supplied by the (Acting) Vice President for Instruction.

Thank you.


cc:   VPI Office
      I. Masga
      R. Nelson

9

**Jack Angello**

| | |
|---|---|
| **From:** | Vince Riley |
| **Sent:** | Sunday, January 24, 1999 10:49 PM |
| **To:** | Jack Sablan |
| **Cc:** | Barbara Moir; Janice Tenorio; Jack Angello; Jim Holan; Etsuko Kinoshita; Tony Guerrero |
| **Subject:** | Request to Extend Late Registration/Drop/Add Period for 3 Days |

This is to formally request your office to extend the Late Registration/Drop/Add period through Wednesday, 1/27, at least for a few students on the Saipan Campus, if not all.

Some students in JA 100 02 were notified this weekend that their course had been canceled due to low enrollment, and that they need to complete a Drop/Add form if they want another class. One student, Eizel Mafnas, has not yet been notified, because her phone number "is no longer in service," so she may not get the news until Tuesday morning when she shows up for class.

Also, some more NAP students are expected to register for the CT 110 and CT 130 classes this next week.  If late registration is not extended for them, they may be unable to register this semester.

If you agree that this is in the best interests of our students and NMC, can you please notify Admissions & Records, Financial Aid, the Finance Office and the Counselors to that effect? Or, you may inform Admissions & Records and us, and we will alert the other offices.

Thank you for your consideration.

*Vince Riley*

Page 1

# NORTHERN MARIANAS COLLEGE
## WORKFORCE DEVELOPMENT & TRAINING DEPARTMENT
### AKA
## ADULT, CONTINUING AND VOCATIONAL EDUCATION

### FEBRUARY 16, 1999

TO:        VICE PRESIDENT FOR INSTRUCTION

FROM:    DIRECTOR OF APPRENTICESHIP & VOC TRADES 

SUBJ:     EMERGENCY TIRE PURCHASE

    Please process the attached P.O. as soon as possible.  A rear tire on the Voc Ed Van has a serious break in the sidewall, and we cannot afford to drive the Van for the daily 2+2 program as is.  The spare is also not road worthy, so we need two tires.

    We've arranged an alternate plan for the next 2-3 days to cover the 2+2 classes, in order to give time for this P.O. to be processed. Furthermore, as soon as it's certified, Han's said we could have the tires mounted for no charge.

    Thank you.

10

**Veronica Palacios**

**From:**      Calistro Falig
**Sent:**      Tuesday, February 16, 1999 9:14 PM
**To:**        Jack Angello
**Cc:**        Veronica Palacios; George Pangelinan
**Subject:**   Tires for Van

Hafa Adai Jack,

This is to confirm our commitment to purchase two tires to replace the NMC van's worn-out tires at the price of $231.00. If you could provide the price quotation to our Admin. Officer, Veronica (Cheng) Palacios, we will begin processing the payment.  Please note that this is all that we could obligate for the NMC van.

As we agreed, the tires will be purchased with the understanding that our program will have exclusive use of the vehicle during the Upward Bound Summer Component, beginning June 12, 1999 through July 25, 1999.

Should you have any questions or wish to discuss this further, please call me at extension 1347.

Cal M. Falig



RECEIVED
FEB 2 1 1999

# Northern Marianas College
**BUSINESS OFFICE**
P.O. Box 1250, Saipan, MP 96950
Telephone: (670) 234-5498 • Fax: (670) 234-0759

## CHECK REQUEST

**TO:**     BUSINESS OFFICE

**FROM:**     UPWARD BOUND PROGRAM

**DATE:**     2/17/99

As per attached invoices, payment is requested in the amount of:

Two Hundred Thirty One Dollars and 00/100           $ 231.00

To be issued to:
         NAME:   Han's Corporation

         ADDRESS: P.O.Box 1538, Saipan MP 96950

For Activity (Description):

         Payment for two (2) tires for NMC Van # 29.  Van will be used by

         Upward Bound Program during their Summer Component to transport

         UB Students to and from NMC for their classes.

Note:  Please hold check for Cheng to pick up.
To be charged to:

| ACCOUNT NUMBER | AMOUNT |
|---|---|
| FED 68070 S S200 EUB29 | $ 231.00 |
|  |  |

Calistro M. Falig           Lead Project Director           2/17/99

George K. Pangelinan          Dean Student Services

**REQUESTED BY: (Print and Sign Name)**           **TITLE**           **DATE**

### FUND CERTIFICATION BY BUSINESS OFFICE

Luz Mendiola           Federal Grants Accountant

**AVAILABILITY OF FUNDS CERTIFIED BY: (Print and Sign Name)**           **TITLE**           **DATE**

Harris Lawrence           Comptroller

**APPROVED BY: (Print and Sign Name)**           **TITLE**           **DATE**

### For Business Office Use Only

Check No.: _____          Check Date: _____

Note: Supporting Document(s) must accompany Check Request for processing at Business Office.

## Jack Angello

**From:**      Vince Riley
**Sent:**      Tuesday, February 16, 1999 12:24 PM
**To:**        Jack Angello
**Subject:**   RE: Academic Agenda for 2/19/99

Thanks, Jack.

*Vince Riley*

-----Original Message-----
**From:**      Jack Angello
**Sent:**      Tuesday, February 16, 1999 12:18 PM
**To:**        Debbie Raumakita; Ed Camacho; Ed Zehr; Jim Holan; Kurt Barnes; Vince Riley
**Cc:**        President; Barbara Moir
**Subject:**   RE: Academic Agenda for 2/19/99

The 2/19/99 Academic Council Meeting is cancelled until further notice and/or direction from the VPI's office.

Jack A.
Chairperson

---
**From:**      Vince Riley
**Sent:**      Tuesday, February 16, 1999 8:22 AM
**To:**        Debbie Raumakita; Ed Camacho; Ed Zehr; Jack Angello; Jim Holan; Kurt Barnes; Vince Riley
**Cc:**        President; Barbara Moir
**Subject:**   RE: Academic Agenda for 2/19/99

Jack,

At this point, I have nothing to disseminate.  I have not gotten any course guides proofread since our last meeting, nor have I gotten the minutes of our last meeting done.  I have been working on preparing material for the oversight hearing tomorrow, and will probably be doing so for all of today.

Indeed, I am still trying to get the Nursing courses all revised according to the changes officially approved by the Council over the last few meetings.

Finally, I have not gotten the final minutes of meetings out for at least the last two meetings.

Sorry. Maybe the Council needs someone who can devote more time to the Academic Council as a priority, to serve as its Custodian/Recorder.

*Vince Riley*

-----Original Message-----
**From:**      Jack Angello
**Sent:**      Tuesday, February 16, 1999 8:01 AM
**To:** Vince Riley
**Subject:**   Academic Agenda for 2/19/99

Please inform me of the status of course guides, etc., for dissemination to the group for this Friday's meeting.  Thanks.

Jack



# NORTHERN MARIANAS COLLEGE
## TRADES & TECHNICAL DEPARTMENT

TO:        MelodyActouka
           Office of Continuing Education, NMC
           Ex 1810

CC:        Dr. Jack Angello
           Director of Apprenticeships and Trades
           Ex 1800

FROM:      Randall Nelson
           Vocational Education Coordinator
           Ex 1850

DATE:      02/18/99

SUBJECT:   2+2 Rosters for Business Office


This is in regards to the 2+2 Program and the ability of the NMC Business Office to determine which students have classes in escrow. Attached are all the past 2+2 rosters for the Trades and Technical Department. The rosters included are:

**Spring 98**      J. McVicar      MHS
                   ET 151-01      9 Students
                   ET 151-02      12 Students
                   ET 151-03      9 Students
                   ET 153-01      6 Students
                   ET 153-02      5 Students

**Intersession (Spring 98)**      I. Masga and L. Santos, Instructors
                   EM 100-04      14 Students
                   EM 100-05*     13 Students
                   EM 100-06      11 Students
                   BP 100-02      13 Students

**Fall 98**        J. McVicar      MHS
                   ET 153-01      8 Students
                   ET 150-02      6 Students
                   ET 150-03      4 Students
                   ET-150-04      4 Students
                   ET 150-02      7 Students

12

**Fall 98**        S. Rastguiy    MHS
EM 100-02        3 Students (Two Semester Class)
EM 100-03        5 Students (Two Semester Class)
EM 100-04        8 Students (Two Semester Class)
EM 100-06        6 Students (Two Semester Class)

**Fall 98**        J. Labausa    MHS
CT 110-02        3 Students (Two Semester Class)
CT 110-03        5 Students (Two Semester Class)

**Fall 98**        J. Mallari    MHS
CT 110-04**    11 Students (Two Semester Class)
CT 112-01        7 Students
CT 120-01        3 Students

**Fall 98**        S. Chivers    THS
CT 110-21        3 Students (Two Semester Class)
CT 110-22        7 Students (Two Semester Class)

All the two semester classes are on going. These rosters are list of students who have registered for a 2+2 class. The student may have registered for other, non 2+2, classes in the same semester. Not all of the students have, or will have, completed their respective courses. Some students have dropped out of their classes. However, if a student registered for a class, then the NMC Business Office will bill the student for that class.

EM 100-05*
Two rosters are being submitted for EM 100-05. The Grade Roster is the most complete in that it has 13 students. However the quality of the copy is very poor. Therefore another roster of this same class was found. This second roster is not complete. It is, however, much easier to read. A student by the name Jack Jason (underlined on first) does not appear on the second roster. I believe the last name should be Attao.

CT 110-04**
There was some confusion during the registering of some of these classes. Section numbers were not always observed by the instructors. CT 110-04 is an example of this. For CT 110-04, two rosters are being submitted. The reason being is that, during the registration process, CT 110-4, CT 110-2 and CT 110-03 were all combined into CT110-04. By the time the sections were properly sorted-out, a student (Marby Servila, underlined) had dropped out of the program and may be billed by NMC.

There have been, from Spring 98 to Fall 98, a total of 25 2+2 classes in which 182 students have enrolled. (Some students, in this count, are being counted more then once in that they enrolled in more then one class.)
Thank you.
Attachments