# NORTHERN MARIANAS COLLEGE
## WORKFORCE DEVELOPMENT & TRAINING
### 3/16/99

TO:      DIRECTOR OF HUMAN RESOURCES

FROM:    DIRECTOR OF APPRENTICESHIP & TRADES

SUBJ:    VPI AND VOCATIONAL TRADES DEPARTMENT

Please be informed that we, the undersigned, agree on the following issues concerning the Vice President of Instruction (VPI), Ms. Barbara Moir:

The VPI has continually shown a negative attitude towards the Vocational Trades Department. There have been repeated occurrences of lack of support and respect for Voc Trades staff (all male). She refers to Randall Nelson as some kind of coordinator or whatever, showing a disdain for his position and responsibilities. She repeatedly refers to Lino Santos as a carpenter, when in fact, Mr. Santos is an instructor. Ike Masga has had his pay delayed by the VPI, and Voc Trades has had to make special attempts to get Mr. Masga paid on time. In a 2/12/99 meeting the Director of Voc (Apprenticeship) Trades (J. Angello) was not even listed as a part of the Workforce & Training Unit. This was a direct attempt to humiliate the Director of Voc Trades. The only directors listed by the VPI in the 2/12/99 meeting were female.

The VPI has said in statements that the Voc Trades' programs are not a priority and are "unworthy." When told that the majority of Voc Trades students are indigenous (and male), Ms. Moir has shown insensitivity and a racist attitude in disregarding their importance to the Northern Marianas College.

The lack of any budget (students' supplies) for over a year has soured the morale and objectives of the Voc Trades programs. The VPI has shown no concern for this miserable situation, and she relishes in the idea that the Voc Trades Department suffers.

_____  3/16/99         _____  3/16/99
Dr. Jack Angello                            Lino Santos
Director of Voc (Apprenticeship) Trades     Trades Instructor



PLAINTIFF'S EXHIBIT 10

# NORTHERN MARIANAS COLLEGE
## WORKFORCE DEVELOPMENT & TRAINING DEPARTMENT
### AKA
### ADULT, CONTINUING & VOCATIONAL EDUCATION
### 3/26/99

TO:     HRO DIRECTOR

THRU:   DEAN OF WORKFORCE DEVELOPMENT, ET AL
FROM:   DIRECTOR OF APPRENTICESHIP/TRADES

SUBJ:   GRIEVANCES AGAINST VPI (BARBARA MOIR)

The following grievances are still unresolved:

1. The lack of VPI support for Apprenticeship/Vocational Trades. VPI bias against department and its participants. VPISS remarks.
2. Minimal purchase orders still not processed. VPI says no Voc Ed money.
3. 2+2 accounts not in order. 2+2 directorship to VPI's sister.
4. School-to-Work Program not being helped at all.
5. No VPI support for Adult School.
6. Xerox machine given to VPI's sister by VPI, according to Dean Tony Guerrero.
7. 2/12/99 meeting disclosures.
8. Continued confusion and disinterest in the simple paying of Voc Ed staff.
9. 2+2 van tires.
10. Academic Council.
11. Sick Leave denial. VPI accuses me of lying about this matter.
12. Bias against men and local participants in programs. VPI denies any bias at all.

Since these matters remain unresolved after meeting with my supervisor (VPI) and immediate supervisor (Dean Camacho), and the matters were already presented to the President and discussed by her appointed mediator (HRO Director), I'm requesting in writing, pursuant to BOE Policy 4360, Part D, a review of these matters with the Employee Appeals Committee. I do appreciate the efforts of the HRO Director, Deans Camacho and Guerrero, and other NMC staff in this proceeding.

Dr. Jack Angello



PLAINTIFF'S EXHIBIT 11



# Commonwealth of the Northern Mariana Islands
## Department of Public Health
### Division of Mental Health & Social Services

Tuesday, April 06, 1999

John Angello
BD: 8/27/46

Dear Mr. Angello:

You are currently under my care. I am recommending a leave from work from April 6 until May 4, 1999.

Sincerely,

Anthony Andrew Bottone, M.D.

---

P.O. Box 409 KC, Saipan, MAP   96950
Telephone: (670)323-6560/61   FAX: (670) 323-6567/80



PLAINTIFF'S
EXHIBIT
12

**Jack Angello**

| | |
|---|---|
| From: | Jack Angello |
| Sent: | Wednesday, April 14, 1999 4:30 PM |
| To: | Kohne Ramon |
| Subject: | Medical Leave Status |

Dear Kohne:

Due to a work-related situation, I am taking medical leave until 5/5/99. I do check my mail on occasion, but if necesary, my home phone number is 235-8691. Please informed me of the EEO and the VPI grievance matters. Thanks for your kind and continued assistance.

Jack

Page 1



PLAINTIFF'S EXHIBIT 13

Northern Marianas College
Human Resources Office

November 12, 1999

MEMORANDUM

TO:        President

FROM:      Director, Human Resources Office

SUBJECT:   RECOMMENDATION FOR SETTLEMENT - GRIEVANCE FOR DR. JACK ANGELLO

The following issues have been discussed with Dr. Jack Angello and he has concurred by his signature.

1. <u>Item No. 3. One step increase for the new position of Director of Technical Trades/Special Projects.</u> We have concluded our review of the updated job description for the new position (see attached). In comparison with the earlier position description of which his current classification and salary is based, it is in our finding that this new position has not substantially increased in scope or responsibility. However, in the review of the files we found a 2/04/97 approval for a step increase based on work assigned. The attached personnel actions will rectify the situation.

2. <u>Item no 5. Teaching NS301 during Spring 1999 nearly half of the semester before requesting to be relieved due to "unnecessary administrative pressure and personal problems that I had to endure."</u> Upon review of the matter in detail, including review of medical records and discussion with relevant department of education personnel it is our recommendation that he be compensated for the portion of the semester that he actually taught. While we agree with the Dean of Education's recommendation of 3/15/99 that this type of sudden drop of classes should have no place in the institution we have medical documents to show that he was having back problems. He is requesting and we are in support of the payment of 45% of the class or $900.00. He is requesting that this amount be applied to his outstanding account for the Lab School Spring 1999 tuition for his son Tony.



PLAINTIFF'S EXHIBIT 14

3. In our recent discussions with Dr. Angello, he re-iterated his concern for two issues to be included in this settlement: a) that the above actions are done based on mutual agreement and should not be used in any way to retaliate against him, b) that there is a need to conduct training on sexual harassment for both male and female employees of the College. We agree and support his concerns and would like to recommend immediate action on the latter concern.

We feel the above recommendations have been made to comply with current policies of the Board and is fair and equitable. Dr. Angello has been appraised of this communication and has affixed his signature on this memorandum to signify his full agreement to the actions being taken.

Please indicate your approval on the line provided below.

_____
Kohne K. Ramon

Approved: _____  11/15/99
          Agnes M. McPhetres, President      Date

Concur:   _____  11/12/99
          Dr. Jack Angello Director, VT& SP, CE   Date

# NORTHERN MARIANAS COLLEGE
## ADULT & CONTINUING EDUCATION

### DECEMBER 13, 1999

TO:       DIRECTOR OF HUMAN RESOURCES

FROM:     DIRECTOR OF APPRENTICESHIP/TRADES

SUBJ:     RESOLUTION OF PERSONNEL MATTERS

Please peruse the following for the amicable resolution of my personnel grievance/EEO/EEOC claims against the NMC.

The attached fax was sent on 12/7/99, and I hope this matter has come to a complete close. However, I have stated future NMC concerns, and residual effects of this ordeal need to be considered, e.g., I am still suffering from insomnia and a semi-burnout sensation.

In closing, I extend my appreciation to your office for finally bringing together the documents and evidence, which were favorable to my position in these matter.

attachment

Received by HRO: _____



PLAINTIFF'S EXHIBIT 15

December 7, 1999

<u>VIA FAX #(808) 541-3390</u>
<u>pages: 4</u>

**Mr. George Chun**
EEOC Investigator
EEOC Hawaii Office
Prince Kuhio Federal Building
P.O Box 50082
300 Ala Moana Dr. Room 7123A
Honolulu, HI 96850-0051

Re:   <u>EEOC Charge #378980336</u>

Dear Mr. Chun:

  Please be advised that the Northern Marianas College (NMC) and I have come to an amicable agreement---with certain reservations about my future protections---concerning my EEOC Charge filed with your office.

  Therefore, at this time, I kindly ask your office and Director to prepare a "Withdrawal of Charge with Benefits" in the above matter.

  In the attached agreement, items 1 and 2 have been accomplished with the payment of $5708.01+ in backpay; however, item 3 has not been fully realized. To wit, the training for sexual harassment (<u>including training for females</u>) has not been scheduled, but I plan to contact our Human Resources Officer and ask him to request your office for assistance if this is not carried out in a timely fashion. In regards to retaliation, my contract will be scheduled for renewal next August (eight months away), and the fact that my June, 1999 evaluation has not even been scheduled to this date has me already wondering about my status here at NMC.

  Please be advised that the President Emerita of our college, Ms. Agnes McPhetres, was most gracious and fair in the handling of the aforementioned agreement and, furthermore, she has recently retired on December 4, 1999. In this regard, let it be known that some NMC administrators here at the college tried to adversely affect the attached agreement, and this rancor will surely carry over to next year.

  In closing, I sincerely appreciate your support and expeditious handling of this EEOC matter. All I ever was after was fairness in this


PLAINTIFF'S EXHIBIT 16

page two

situation, and your understanding and decisive measures did ensure that fairness became the prevailing ingredient of the outcome of this matter. I will also hold you to your promise that my NMC future is handled in a fair manner, too.

Thank you,

*John A. Angello*

John A. Angello, Ed.D.
P.O. Box 501149
Saipan, MP 96950

attachments



# NORTHERN MARIANAS COLLEGE

## BOARD OF REGENTS
P.O. Box 1250 Saipan, MP. 96950
Tel. (670) 234-5499/98
FAX (670) 234-1270

October 8, 1999

**CHAIRMAN**
Ramon G. Villagomez

**VICE CHAIRMAN**
Fermin M. Atalig

**MEMBERS - SAIPAN**
Abelina Cing-Cabrera
Manuel A. Sablan
Vincent J. Seman
Teresa I. Taitano
Ramon G. Villagomez

**MEMBERS - TINIAN**
Helen H. Abayare

**MEMBERS - ROTA**
Fermin M. Atalig

Mr. Leonard "Butch" Wolf, Jr.
President
Pacific Rim Academy
P.O. Box 5081 CHRB
Saipan, MP 96950

Dear Mr. Wolf, Jr.:

The sincere cooperative efforts of both parties has culminated in today's signing of the lease agreement between the Northern Marianas College and Pacific Rim Academy, which will now usher both entities into an exciting venture of Film and TV production and training.

The new millennium offers many high tech opportunities and this program will afford our students, both from here and abroad, a chance to train for future jobs in a high profile and dynamic industry.

The Northern Marianas College appreciates your time and future investment into this endeavor, and we stand ready to assist you in whichever way we can, in order to ensure a successful program for both you and our CNMI community at large.

Sincerely,

Ramon G. Villagomez
Chairman

A LAND GRANT INSTITUTION ACCREDITED BY THE WESTERN ASSOCIATION OF SCHO...

PLAINTIFF'S EXHIBIT 17