# PACIFIC RIM ACADEMY

### IN CONJUNCTION WITH

# NORTHERN MARIANAS COLLEGE

### Presents

## A FILM & VIDEO PRODUCTION PROGRAM PROPOSAL CONCEPT

### "CERTIFICATE PROGRAM"

### "ASSOCIATE OF APPLIED SCIENCE DEGREE"

**Prepared by**

**Dr. John Jack Angello**
**Saipan Island**

**Program Approved by the NMC Board of Regents**
**1999**



PLAINTIFF'S EXHIBIT
19

# Table of Contents

Introduction                                                    1

Program Impact                                                  2

Registration, Tuition, Housing and Misc. Items                 3

Certificate Program                                            4

AAS Degree Program  (Future)                                  14

Appendix A  (Lease Agreement)                                 16

i

# Introduction

## A MOVIE & TV PRODUCTION AND EDUCATIONAL FACILITY WITH THE "HOLLYWOOD EDGE"

For many of us, there's a feeling of excitement when experiencing a major Hollywood motion picture. The combination of a stunning visual impact and a lush sound track awakens the senses and makes us believe that we are actually inside the screen action.

In Hollywood movie making there are many outstanding international cinematographers producing exciting visual images, and it is also the sound component of Hollywood pictures that sets them apart. The skillful blending of video, dialogue, sound effects and music produce a video and sound arena, unlike any in the world. It is the synergy of state-of-the-art video and sound facilities, painstakingly acquired film/TV libraries, and experienced production specialists that produces the "Hollywood Edge."

**Pacific Rim Academy**, in conjunction with the WASC accredited Northern Marianas College, will be comprised of working Hollywood professionals, whose desire is to make the "Hollywood Edge" training available to future film and video technicians in the Asian-Pacific Rim areas. The ultimate goal is to provide both production (shooting stages) and post production facilities for educational and professional purposes in the very near future on Saipan. There will be a certificate apprenticeship program offered at the Northern Marianas College campus, and student apprentices will be eventually engaged in production and post production activities. The training and school-to-work philosophy will create a pool of audio/video film and TV technicians that will supply a future film industry in the CNMI, which will have tentacles of market share throughout Asia and the United States. This being all made possible by modern digital and fiber optic technology in this area.

1

## Program Impact

### NMC Effects and Growth
The positive effects for the Northern Marianas College are many fold. There will be added revenue to the NMC coffers in the form of the film program's tuition and fees, plus added fees from other NMC courses. The fees may also provide for a local scholarship program in house, which will benefit deserving CNMI students with student aid. The cost to the college will be minimal. There will be no new hires, since existing staff can handle the program through the NMC Apprenticeship & Trades program. Pacific Rim will provide the equipment and expertise, and instructors will be paid as adjuncts and hired on a as-needed basis.

### CNMI Film and TV Industry Growth
With the training of CNMI people and foreign students, there will be an ample pool of new film & TV technicians, which will provide a supply of workers who will work on new film projects coming to the CNMI.   They will be working for a good and more competitive wage, which in turn will make production and post production work more inviting in the CNMI, especially with its proximity to the fast growing film market in the Asia Pacific Rim area. There are projects already waiting to be sent to the CNMI, so we must act now.

### Tourism Effects
Movie making and production work will naturally draw curious visitors and off-island support staff. Besides, the relatives and friends of the foreign students will be informed of the CNMI islands for future visits. The film & TV industry will also be environmentally friendly for the sake of the fragile islands and its tourism advantages, which is very important for the future well-being of the islands.

### CNMI Student Benefits
The film & TV program will offer CNMI students a chance to break into a fascinating and prosperous field. They will be trained in high tech computer operations, which will benefit them in many modern occupations. Today's students want 21st Century challenges, and it is up to us to provide the opportunities for them.

### CNMI Image Enhancement
It is a known fact that the CNMI has suffered some major media damage in recent years. The film and TV industry offers a change for something more positive for the islanders and the islands, too. The industry can make changes for the better even in the film industry itself, thereby creating a thriving and dynamic change in the CNMI.

2

# Admissions, Tuition, Housing and Miscellaneous

## NMC/Pacific Rim Admissions (subject to change & suggestion)
Admissions Fee:      $25.00 = resident    $50.00 = non-resident
Registration Fee:    $20.00 = resident    $20.00 = non-resident

** A special fee for off-island, non-residents will be applied, which will include a portion to be set aside for an in-house scholarship program. CEU's don't require admissions fee at this time.

## Tuition Costs
NMC Fees:         Continuing Education Units (CEUs):
                    Administrative Indirect Costs (Pac Rim's Costs)
                    Approximate Cost = $15.00 per CEU

                    Academic Credit Fees:
                    $65.00 per credit (resident)
                    $130.00 per credit (non-resident)

Pacific Rim Academy Fees: $135.00 per credit*
Includes course materials and handouts.
*Special training rate for U.S. CNMI residents and special cases

## Housing Costs for Off-island Students
Plan A:    Student takes complete care of housing package.

Plan B:    Pacific Rim offers housing to foreign students. Current site is available. 50 rooms at adjacent hotel to the college Two students per room for $300-350 per month.

## Food and Extracurricular Activities
This can be provided in a variety of packages.

All Tuition and Fees are Subject to Change
Any Statements or Conditions are Subject to Change

3

# Film and Audio/Video Production Certificate Program

The NMC/Pacific Rim's Film and Audio/Video Production (CEU) Certificate Program provides students with an intense, comprehensive and well-rounded education in fundamental areas of film and audio/video production. The program covers film, television and audio/video production and editing, analog recording, digital recording, sound for multimedia, the entertainment business, the audio engineer's role, studio maintenance and an introduction to live event production.

The Film and Audio/Video curriculum provides extensive hands-on experience that is needed in order to feel comfortable in a studio environment after a student's graduation. The students' exposure over an extended period of time to NMC/Pacific Rim faculty, industry guests and studio operations prepares them to enter an audio/video-related career. Class hours are spent in preparation for success before and after graduation. The first year prepares the student for actual production-post production work that will be available after an instructor's approval for real-time apprenticeship experience (with pay!) Classes will be offered through the NMC's Continuing Education Units (CEUs) program.

| Program Outline | | Credit Hrs | CEUs | Clock Hrs |
|---|---|---|---|---|
| AV100 | Introduction to Media Arts | 6 | 13.5 | 135 |
| AV105 | Introduction to Screenplays, Acting & Directing | 6 | 13.5 | 135 |
| AV120 | Audio Post Production | 6 | 13.5 | 135 |
| AV125 | Video Post Production | 6 | 13.5 | 135 |
| AV210 | Film Production/Special Effects | 6 | 13.5 | 135 |
| AV220 | Video and Television Production | 6 | 13.5 | 135 |
| AV230 | Recording Engineering | 6 | 13.5 | 135 |
| AV240 | Advanced Filmmaking and Recording | 6 | 13.5 | 135 |
| Total Credit Hours | | 48 | 108 | 1080 |

## Film and Audio/Video Production Certificate Program Objective

The program objective is to provide students with the specialized knowledge required to perform the wide variety of tasks encountered in the professional world of advanced audio/video production-post production. In addition, students learn skills that will allow them to be more practical and professional in their film/TV careers. Credit hours include a majority of hands-on lab time.

Completion of the Film and Audio/Video Production Certificate Program enhances opportunities for graduates to qualify for entry level positions, including assistant sound and recording engineers, post production audio/video engineers, studio assistants, dialog editors, production assistants, and assistant maintenance technicians. The time of the program is two years and involves an apprenticeship component. The credits will be registered as NMC Continuing Education Units (CEUs) and, later, as and option, academic credit courses, which can be later applied to an upcoming Associate of Applied Science (AAS) Degree.

4

# Course Outlines

## AV100    Introduction to Media Arts

Introduction to Media Arts is designed to introduce students, regardless of their chosen program of study, to all aspects of the media arts. This course provides the foundation of terminology, history, and the basic fundamentals of multimedia. The audio section introduces the science of sound, basic audio equipment, digital recording, audio post-production, and MIDI. The film and video section covers script writing, lighting, set design, video production, post production, motion picture cameras, and critical viewing. The digital media segment deals with the topics of computer file types, the science of communication protocols, animation, multimedia assembly and authoring, and virtual reality.

Course Outline
Analysis of Interactive Media
Essential Skills
Design Techniques
Documentation
The Production Model
Total Clock Hours: 135
Total Credit Hours: **6**  (Lecture **3**x15 hrs. + Lab **3**x30 hrs. = 135)  ( 13.5 CEUs)
Course Length:  10 weeks

## Introduction to Media Arts Course Objective

To give students the essential foundation and confidence needed to successfully complete any of the core courses in any of the NMC/Pacific Rim's Certificate and Degree Programs. Students renew study habits, cover basic subjects to prepare for media arts and acquire an understanding of computers necessary for entering the worlds of audio, video, film, show production and digital media.

## AV105    Introduction to Screenplays, Acting and Directing

The Introduction to Screenplays, Acting and Directing Course offers an introduction to the three major components in front of the camera. In the screenplay section the student will study the fundamentals of writing, basic screenplay writing, and the ability to evaluate and work on previous scripts. Students will also gain insight into storytelling, as stressed from concept to a finished product, and create a script breakdown and production schedule. Next, basic acting techniques will be discussed and played out in mini-scenes, and students will evaluate the importance of the actors' roles in various film types. Lastly, the students will learn the fundamentals of directing techniques, shot selection, camera placement and blocking, and performance of the actors. Budget breakdowns will be analyzed for students' insight into producing films.

Course Outline
Screenplay Development and Structure
Writing Styles and Technique
Plot and Character Development
Story Elements and Writing Workshops
Acting Techniques
Scenes and Dialog
Performance of Actors
Role of Director and Producer
Directing Workshops
Total Clock Hours:  135 (Lecture: 3 hrs. & Lab: 3 hrs.)  (13.5 CEUs)
Total Credit Hours:  6
Course Length:  10 weeks

## Introduction to Screenplays, Acting and Directing Course Objective

To teach the students the creative thought processes and technical aspects related to the art of writing and analyzing scripts. To understand acting techniques and be able to stand in front of the camera in basic scenes with dialog. To also have a working knowledge of the producer/director responsibilities. Students will understand the importance of integrating artistic elements of the production with the technical side, thereby creating a cohesive working environment with the different departments of a film crew. Successful completion of this course as a component of a NMC/Pacific Rim Certificate program greatly enhances the students' opportunities to qualify for entry level as assistant dialog editors, actors' assistants, production and directors' assistants, and other related positions to script writing, acting, and production planning.

6

## AV120   Audio Post Production

The Audio Post Production Course provides an in-depth study of analog and digital recording, FM synthesis, sound effects design, foley, dialogue editing, automated dialogue replacement (ADR), music editing, mixing to picture, linear and non-linear editing techniques, editing options, and multi-format dubbing. The course provides extensive hands-on experience in the audio post production environment while exposing students to various digital editing systems.

Course Outline
Introduction to Editing
Hard Drive Recording & Storage
Foley
Automated Dialogue Replacement
Dialogue Editing
Film Music Editing
Mixing
Basic Computerized Editing
Post Production Projects
Total Clock Hours:  135
Total Credit Hours:  6 (Lecture: 3 hrs. & Lab: 3 hrs.)  (13.5 CEUs)
Course Length:  10 weeks

## Audio Post Production Course Objective
To train students in computer technology as it relates to music, sound effects, sound design and overall audio post production. Completion of this course as a component of a NMC/Pacific Rim Certificate Program enhances opportunities for graduates to qualify for (entry level) professional industry positions running digital audio workstations for post production.

7

## AV125   Video F _st Production

The Video Post Production Course provides an in-depth study of hard drive procedures, video design & procedures, video editing, capturing and assembling clips, filters and motion settings, creating superimpositions and titles, mixing with audio, linear and non-linear editing techniques, video formats, editing options, digital video effects, and print to video procedures. The course provides extensive hands-on experience in the video post production environment while exposing students to various digital editing systems.

Course Outline
Introduction to Picture Editing
Hard Drive Loading and Setting Presets
Capturing Video and Audio
Editing
Capturing  and Assembling Clips
Transitions
Motion Settings and Filters
Creating Superimpositions and Titles
Post Production Projects
Total Clock Hours:  135
Total Credit Hours:  6 (Lecture: 3 hrs. & Lab: 3 hrs.)  (13.5 CEUs)
Course Length:  10 weeks

## Video Post Production Course Objective
To train students in computer technology as it relates to video, sound design with film and video post production, and video project completion. Completion of this course as a component of a NMC/Pacific Rim Certificate Program enhances opportunities for graduates to qualify for (entry level) professional industry positions running digital video workstations for post production.

8

# AV210   Film Production & Introduction To Special Effects

The Film Production/Special Effects Course examines the entire film process from scripting to modern post production. Students in this course become familiar with the positions involved in a professional film production and special effects, by participating in labs that allow them to get hands-on experience in most film production jobs. Subjects covered include directing, cinematography, shooting styles, lenses, audio for film, working with talent, the film producer, documentary films, special effects, digital special effects, film editing, lighting for film, film transfers to video, studio maintenance, and an introduction to non-linear editing.

Course Outline
Film Production Process
Directing and Producing
Film Equipment
Special Skills
Special Effects (Intro to Digital Special Effects)
Labs
Film Shoot and Production of Short Film
Total Clock Hours:  135
Total Credit Hours:  6 (Lecture: 3 hrs. & Lab: 3 hrs.)  (13.5 CEUs)
Course Length:  10 weeks

## Film Production/Special Effects Course Objective

To give students an understanding of the professional world of filmmaking and special effects. Completion of this course as a component of a NMC/Pacific Rim Certificate Program enhances opportunities for graduates to qualify for entry level in professional industry positions as assistant camera operators, grips, production assistants, utility grips, electrical assistants, lighting assistants, and positions in production departments such as camera, sound, special effects and editing.

# AV220   Video and Television Production

The Video and Television Course teaches students how to operate cameras, direct, edit and fill all the positions necessary to a video production. Both video field production and studio production techniques are emphasized. Students progress through the study of camera operation, lighting, audio-for-video, floor directing, technical directing, producing, machine operation and basic editing.

Course Outline
Video Production Process
Field Production
Studio Production
Editing and Post Production
Total Clock Hours: 135
Total Credit Hours: 6 (Lecture: 3 hrs. & Lab: 3 hrs.)  (13.5 CEUs)
Course Length: 10 weeks

## Video and Television Production Course Objective

To teach students the jobs, protocol and technology involved in the creation of video projects. Completion of this course as a component of a NMC/Pacific Rim Certificate program enhances opportunities for graduates to qualify for entry level in professional industry positions as grips, camera operators, script coordinators, assistant camera operators, filed audio technicians, assistant editors, utility grips, dolly grips, production assistants and other positions related to video and digital media production.

10

## AV230    Recording Engineering

The Recording Engineering Course is designed to introduce basic recording principles and techniques. Beginning with an introduction to recording industry careers, students are taught the principles of sound, the operation of studio equipment and protocol for the jobs found in recording environments. Labs are held in a variety of studio settings in order to provide a universal understanding of basic audio recording.

Course Outline

Recording Engineering Studies
Audio Signal Flow
Physics and Psycho acoustics
Musicians and Their Instruments
Studio Design and Construction
Recording and Mixing
Signal Processing
Multitrack Recorders
Microphones and Placement Techniques
Total Clock Hours:  135
Total Credit Hours:  6 (Lecture: 3 hrs. & Lab: 3 hrs.)  (13.5 CEUs)
Course Length;  10 weeks

**Recording Engineering Course Objective**
To teach students the basic skills necessary to operate the wide variety of equipment found in a modern recording studio. Completion of this course as a component of a NMC/Pacific Rim Certificate Program enhances opportunities for graduates to qualify for entry level, professional industry positions as assistant engineers and engineers in recording studios, broadcast and post production facilities.

11

**AV240   Advan   d Filmmaking and Record   g**

The Advanced Recording Course is designed to continue honing recording skills through a project-oriented lab curriculum and in-depth classroom studies of modern recording practices and concepts. This course elevates students to the advanced topics of automated mixing, specialized engineering techniques, signal processing equipment, mastering, digital recording, analog tape machine calibration and alignment, music production and post production. Time is spent learning the various facets of professional audio by discussing and experiencing projects from pre-production to completion.

Course Outline
Advanced Recording Studies and Techniques
Analog Techniques and Tape Machine Calibration
Computer Automation
Digital Recording
Mastering
Music Production
Post Production
Recording and Mixing Sessions
Signal Processing
Total Clock Hours:  135
Total Credit Hours:  6 (Lecture: 3 hrs. & Lab: 3 hrs.)  (13.5 CEUs)
Course Length: 10 weeks

**Advanced Filmmaking and Recording Course Objective**
To refine students' audio skills with emphasis on recording and production techniques, working in Advanced Recording the studio environment, automated mix-down and digital recording. Completion of this course as a component of a NMC/Pacific Rim Certificate Program enhances opportunities for graduates to qualify for entry level, professional industry positions as assistant audio engineers, recording engineers and audio post production engineers.

# Film and Audio/Video Production Degree Program

The NMC/Pacific Rim's Film and Audio/Video Production Degree Program will provide students with an intense, comprehensive and well-rounded education in the fundamental areas of film and audio/video production. Furthermore, the degree program will offer the student further scholastic achievement in acquiring an academic degree and will expose the students to post secondary liberal arts, which will create a more empowered student. **This program will be offered later.**

| Degree Program Outline | | Credit Hours |
|---|---|---|
| AV100 | Introduction to Media Arts | 6 |
| AV105 | Introduction to Screenplays, Acting and Directing | 6 |
| AV120 | Audio Post Production | 6 |
| AV125 | Video Post Production | 6 |
| AV210 | Film Production & Intro to Special Effects | 6 |
| AV220 | Video and Television Production | 6 |
| AV230 | Recording Engineering | 6 |
| AV240 | Advanced Filmmaking and Recording | 6 |
| **Total Credit Hours** | | **48** |

| NMC Core Course Requirements | | |
|---|---|---|
| C0210 | Fundamentals of Speech Communication | 3 |
| EN101 | English Composition I | 3 |
| HE150 | Personal Health | 3 |
| MA132 | Intermediate Algebra | 4 |
| SO297 | Current Issues in the CNMI | 3 |
| **Total Credit Hours** | | **16** |

| NMC General Education Requirements | |
|---|---|
| Fine Arts (one course) | 3 |
| Social Sciences (one course) | 3 |
| Sciences (one course) | 4 |
| **Total Credit Hours** | **10** |

| **Total Degree Hours** | **74** |
|---|---|

### Film and Audio/Video Production Degree Program Objective
To provide students with the specialized knowledge required to adeptly perform the wide variety of tasks encountered in the professional world of advanced audio/video production and post production. NMC core and general education requirements will add to a well-rounded education with the AAS in Film and Audio/Video Production.