# NORTHERN MARIANAS COLLEGE

April 27, 2000

**HAND DELIVERED**

The Honorable Pedro P. Tenorio
Governor
Commonwealth of the Northern Mariana Islands

Dear Governor Tenorio:

It is with great pleasure that I write this letter, regarding the new and promising Pacific Rim Academy Film & TV Program at the Northern Marianas College.

The past two weeks has been open house at NMC, and the response to the Pacific Rim program has been very gratifying. Many sincere and capable young CNMI residents have tentatively signed up for this tremendous training opportunity here in our islands.

There is, however, one major obstacle facing these fine young people---financing, and to this end I propose the following:

> In honor of my recently departed brother, who was a fine educator and a great man, I want to donate 20% of my salary during the first year of Pacific Rim's operations. This will be called the <u>Don Angello Memorial Scholarship Fund</u>.

Please support this worthy project with a commitment of a reasonable percentage of the CNMI scholarship fund. The CNMI is crying out for training of our local youth, and we should heed the need for building a new and exciting audio visual industry here in the CNMI. (Pacific Rim is also providing three free scholarships.)

Sincerely,

Dr. Jack Angello
Director of Vocational Trades/Special Projects

Accredited by the Western Association of Schools & Colleges

PLAINTIFF'S EXHIBIT 20



May 3, 2000

Ms. Hilaria K. Santos
Scholarship Administrator
CNMI Scholarship office
Caller Box 10007
Saipan, MP 96950

Re: Vocational Training Clock Hours & Credit Hours Equivalency

Dear Ms. Santos:

    Thank you for the time and usable information that we shared in our May 1, 2000 meeting in your office. Attached is a copy of the Pacific Rim concept paper that was presented and approved by NMC's Board of Regents. In it you can see the equivalency of clock hours to credit hours. All courses are 6 credit hours (135 clock hours), which will establish two training courses per semester as full-time status as directed by your office's policies.

    As you can also see by the attached, the NMC/Pacific Rim Academy Film & TV Program has the support of many of our leaders, and we wish to make it a success here at NMC for the sake of our students and community.

    To this end, your office plays a vital role in the offering of scholarship money to qualified and deserving residents of the CNMI, and we greatly appreciate your assistance and support.

Thank you

Dr. Jack Angello
Director of Vocational Trades & Special Projects

attachments

Concurred by: _____  5/5/2000
                Hilaria K. Santos    Date

Accredited by the Western Association of Schools & Colleges

PLAINTIFF'S EXHIBIT 21

# NORTHERN MARIANAS COLLEGE
## OFFICE OF CONTINUING EDUCATION & CREES

**JUNE 8, 2000**

TO:       DEAN OF CONTINUING EDUCATION & CREES

FROM:   DIRECTOR OF APPRENTICESHIP/TRADES

SUBJ:    PACIFIC RIM ACADEMY

The Department of Vocational Education has compiled approximately thirty (30) applications for the Fall beginning of the Pacific Rim Academy's training debut.

The initial classes will run as Continuing Education Units, although there will be a request to run these concurrently as conditional academic courses (e.g., AV-100), which has been done in the NMC past for a one semester offering. During its initial offering, further approval will be sought through the Academic Council for permanent status.

The student and class documentation has been generated in the Voc Ed Office, and I request your concurrence, as earlier agreed, that CEU processing and approval can be accomplish in my office with your concurring approval. This will streamline the paperwork process and eliminate unnecessary delays in processing.

Thank you for your continued support and assistance.

Concurred by: _Edward C. Camacho_   8 JUN 00
                   Dean of Continuing Ed & CREES



PLAINTIFF'S EXHIBIT 22

**NORTHERN MARIANAS COLLEGE**

PRA - FYI

June 26, 2000

HAND DELIVERED 6/25/2000
_AHSantos_ 6/26/00

CNMI Scholarship Office
Caller Box 10007
Saipan, MP 96950

Dear Scholarship Office:

Please accept the following applications (w/documentation) for the CNMI EAP Grant, which will be used towards training courses in the Pacific Rim Academy at the Northern Marianas College:

*MHS Transcripts to NMC Admissions*

1. • Lani Lorraine Deleon Guerrero
2. • Glenn W. Dikito
3. • Nadine T. Lizama w/Application
4. • Crispin F. Deleon Guerrero
5. • Mitchell T. Duenas
6. • Christiana C. Duenas
7. • Rodney V. Aldan
8.   Rima Miles
9. • Valeria Ann Babauta
10.  Carlo D. Sablan
11. • Gina C. Thorne
12. • Rodney M. Castro
13.  Melissa B. Castro
14. • Jo Yvette T. Camacho
15. • Jesusa L. Seki
16. • Vincente N. Camacho
17.  Christine S. Lely
18. • Matthew San Nicolas
19.  Ayessa Davis
20.  Jerry McVicar
21.  Bryan Jones
22.  Ann Quick
23.  Dale Roberts
24.  Michael Murphy
25.  Matthew Wertz
26.  Lino Santos
27.  Ramon Kaipat
28.  Ambrose Bennett
29.  Kenneth McKinney
30.  Troy Williams
31.  Oscar Takai

Other documents are incoming, but we are following your requirements to submit the applications to your office prior to July 1, 2000. Moreover, please inform us of any other supplemental documents to be supplied to your office. Thank you.

Dr. Jack Angello
Director of Vocational Trades & Special Projects

attachments

X _Admissions_

Accredited by the Western Association of Schools & Colleges

PLAINTIFF'S EXHIBIT 23

# NORTHERN MARIANAS COLLEGE
## OFFICE OF CONTINUING EDUCATION & CREES

**JULY 18, 2000**

TO:      DEAN OF CONTINUING EDUCATION & CREES

FROM:    DIRECTOR OF VOCATIONAL/SPECIAL PROJECTS

SUBJ:    CEU COURSE & INSTRUCTOR APPROVAL

    Please read the attached documents for the Pacific Rim Academy Program and concur at the bottom with your approval for the following:

1. Instructor Certification (Vocational/Developmental)

2. (AV120) Audio Post Production

3. (AV125) Video Post Production

Thank you.

CONCURRED BY: _Edward C. Camacho_   20 July 00
                         DEAN EDWARD CAMACHO   Date



PLAINTIFF'S EXHIBIT 24

## COURSE/ACTIVITY PROPOSAL SHEET

| | |
|---|---|
| Name of Continuing Education Provider: | PACIFIC RIM ACADEMY |
| Affiliated Institution/Organization: | NORTHERN MARIANAS COLLEGE |
| Mailing Address: | c/o NMC P.O. Box 501250 Saipan, MP 96950 |
| Telephone and Fax Numbers: | (670) 235-2577 (Fone) 235-8716 (Fa |
| Title of Course or Activity: | (AV120) Audio Post Production |
| Course Description: | See attached |
| Proposed Dates and Time: | Fall '00 Semester  M/W  5:30-7:00 p |
| Proposed CEUs: | 13.5 |

**Statement of the Specific Completion Requirements for this CE Course or Activity:**
A. Predetermined Level of Attendance:     YES(XX)  NO( )
B. Learning to be Measured:                YES(XX)  NO( )
C. Will a formal assessment be used?       YES(XX)  NO( )
If YES, please describe and give completion date:

   Assessment will be made through testing, obervation and final project.

If NO, what are the requirements for satisfactory completion of this course?

D. Will a combination of A and B be used?   YES( )  NO( )
                                             n/a

**Statement of Needs Identification for your target audience:**

   The CNMI is lacking in a diversified economy to meet the 21st c
   Students of Film & TV will gain the necessary "tools" to compet
   a high tech, multi-media future.

**Statement of Intended Learning Outcomes:**

   See attached

**Statement of Various Instructional Methods to be used:**

   Lecture, film presentations, A/V multi-media techniques, the us
   of I.T. principles of instruction.

Describe the facility required for this activity:

> Veteran film & TV technicians and production/post production personnel.

Describe materials, equipment, etc..you will provide:

> Digital video & audio equipment, G-3 & G-4 I-Macs, Pro Tools, course handouts, sample projects, stock A/V materials

Describe materials, equipment, etc..that you need Continuing Education to provide:

> Backup Xeroxing and miscellaneous office equipment

Check List of documents included with this proposal:
Resume or Curriculum Vitae (less than two years old)     YES(XX) NO( )
Course Outline                                           YES(XX) NO( )
Participant Handouts Attached:                           YES( ) NO( )  Future

The Audio Post Production Course provides an in-depth study of analog and digital recording, FM synthesis, sound effects design, foley, dialogue editing, automated dialogue replacement (ADR), music editing, mixing to picture, linear and non-linear editing techniques, editing options, and multi-format dubbing. The course provides extensive hands-on experience in the audio post production environment while exposing students to various digital editing systems.

Course Outline
Introduction to Editing
Hard Drive Recording & Storage
Foley
Automated Dialogue Replacement
Dialogue Editing
Film Music Editing
Mixing
Basic Computerized Editing
Post Production Projects
Total Clock Hours:  135
Total Credit Hours:  6 (Lecture: 3 hrs. & Lab: 3 hrs.)  (13.5 CEUs)
Course Length:  10 weeks

## Audio Post Production Course Objective
To train students in computer technology as it relates to music, sound effects, sound design and overall audio post production. Completion of this course as a component of a NMC/Pacific Rim Certificate Program enhances opportunities graduates to qualify for (entry level) professional industry positions running digital audio workstations for post production.

## COURSE/ACTIVITY PROPOSAL SHEET

| | |
|---|---|
| Name of Continuing Education Provider: | PACIFIC RIM ACADEMY |
| Affiliated Institution/Organization: | NORTHERN MARIANAS COLLEGE |
| Mailing Address: | c/o NMC P.O. Box 501250 Saipan, MP 96950 |
| Telephone and Fax Numbers: | (670) 235-2577 (Fone) 235-8716 (Fax) |
| Title of Course or Activity: | (AV125) Video Post Production |
| Course Description: | See attached |
| Proposed Dates and Time: | Fall '00 Semester   M/W   5:30-7:00 pr |
| Proposed CEUs: | 13.5 |

**Statement of the Specific Completion Requirements for this CE Course or Activity:**
A. Predetermined Level of Attendance:     YES(xx)  NO( )
B. Learning to be Measured:               YES(xx)  NO( )
C. Will a formal assessment be used?      YES(xx)  NO( )
If YES, please describe and give completion date:

   Assessment will be made through testing, obervation and final project.

If NO, what are the requirements for satisfactory completion of this course?


D. Will a combination of A and B be used?    YES( )  NO( )
                                             n/a
**Statement of Needs Identification for your target audience:**

   The CNMI is lacking in a diversified economy to meet the 21st ce
   Students of Film & TV will gain the necessary "tools" to compete
   a high tech, multi-media future.

**Statement of Intended Learning Outcomes:**

   See attached


**Statement of Various Instructional Methods to be used:**

   Lecture, film presentations, A/V multi-media techniques, the us
   of I.T. principles of instruction.

The Video Post Production Course provides 2" in-depth study of hard drive procedures, video design & procedures, video editing, capturing and assemblir clips, filters and motion settings, creating superimpositions and titles, mixing wit audio, linear and non-linear editing techniques, video formats, editing options, digital video effects, and print to video procedures. The course provides extensive hands-on experience in the video post production environment while exposing students to various digital editing systems.

Course Outline
Introduction to Picture Editing
Hard Drive Loading and Setting Presets
Capturing Video and Audio
Editing
Capturing and Assembling Clips
Transitions
Motion Settings and Filters
Creating Superimpositions and Titles
Post Production Projects
Total Clock Hours: 135
Total Credit Hours: 6 (Lecture: 3 hrs. & Lab: 3 hrs.) (13.5 CEUs)
Course Length: 10 weeks

**Video Post Production Course Objective**
To train students in computer technology as it relates to video, sound design w film and video post production, and video project completion. Completion of th course as a component of a NMC/Pacific Rim Certificate Program enhances opportunities for graduates to qualify for (entry level) professional industry positions running digital video workstations for post production.

# NORTHERN MARIANAS COLLEGE

P. O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Telephone: (670) 234-3690 • Fax: (670) 234-0759

## INSTRUCTOR CERTIFICATION

The Director of the Vocational Education Department of the Continuing Education Unit has reviewed the qualifications of ____LESLIE WOLF____ and hereby certifies this individual to teach __Vocational A/V Courses__ for Northern Marianas College credit.

This certification is for the period of __8/21/00 to 8/21/01__, at which time it may be reviewed and renewed.

Department Director    :   _DR. JACK ANGELLO_

Dean                   :   _EDWARD C. CAMACHO_

President              :   _JOAQUIN M. SABLAN, JR._

Date of Issuance       :   AUGUST 21, 2000

A Land Grant Institution Accredited by the Western Association of Schools and Colleges

# Leslie Wolf

4013 Belleshire Way
Palmdale, CA 93552
(661) 285-5598

I.A.T.S.E. Member (LOCAL 700) since 1985
Sound Editor

| 1987 | Horta Editorial & Sound (Film/Tape) | |
|---|---|---|
| Foley/Dialog | Garfield Goes to Hollywood | T.V. Special |
| | Lion of Africa | Mini Series |
| | Conspiracy of Love | Movie of the Week |
| | Thousand Chains | HBO Special |
| | Hit and Run | Movie of the Week |
| | Vice Queen of Sunset Strip | Movie of the Week |
| | The Hidden | Movie Feature |
| | Side by Side | Movie of the Week |
| | Kenya | Movie of the Week |
| | Home Free | Movie of the Week |
| | Baby M | Movie of the Week |
| | Three of a Kind | Movie of the Week |
| | WIOU | T.V. Series |
| | Eerie Indiana | T.V. Series |
| | The Muffin Man | Movie of the Week |
| | Sisters | T.V. Series |
| | Doogie Howser | T.V. Series |

| 1988 | Horta Editorial & Sound (Film) | |
|---|---|---|
| Sound Editing | Nitti the Enforcer | Mini Series |
| | Shoot Down | Movie of the Week |
| | No Holds Barred | Movie Feature |

| 1990 | Horta Editorial & Sound (Tape) | |
|---|---|---|
| Animation Foley/Dialog | Ren & Stimpy | T.V. Series |
| | Bobby's World | T.V. Series |
| | Darkwing Duck | T.V. Series |
| | Garfield | T.V. Series |

| 1991 | Horta Editorial & Sound (Tape) | |
|---|---|---|
| Dialog | L.A. Law | T.V. Series |
| | Doogie Howser | T.V. Series |
| | Sisters | T.V. Series |

| | | |
|---|---|---|
| 1992 | Horta Editorial & Sound (Tape) | |
| Foley/Dealog | L.A. Law | T.V. Series |
| | Doogie Howser | T.V. Series |
| | Sisters | T.V. Series |

Paramount (Film)

| | | |
|---|---|---|
| Foley Supervisor | | |
| Foley | Captain Ron | Movie Feature |
| | Boomerang | Movie Feature |
| | The Temp | Movie Feature |
| | Aspen Extreme | Movie Feature |
| | School Ties | Movie Feature |
| | Thing Called Love | Movie Feature |
| | Perfect World | Movie Feature |
| | Patriot Games | Movie Feature |
| 1993-95 | Horta Editorial & Sound (Tape) | |
| Dialog | Sisters | T.V. Series |
| 1995-96 | Horta Editorial & Sound (Digital) | |
| Dialog | Sisters | T.V. Series |
| | Deadly Desception | Movie of the Week |
| | Detention | Movie of the Week |
| 1995-97 | Horta Editorial & Sound (Digital) | |
| Animation | | |
| Dialog/FX's | Ren & Stimpy | T.V. Series-Nick |
| | Bruno the Kid | T.V. Series-Fox |
| | Bobby's World | T.V. Series-Fox |
| | Life with Louie | T.V. Series-Fox |
| | Fat Head | (Pilot) Nick |
| | Planet Kate | (Pilot) Nick |
| 1995-99 | Horta Editorial & Sound (Digital) | |
| Animation | | |
| Dialog/FX's | Hey Arnold | T.V. Series-Nick |
| | Angry Beavers | T.V. Series-Nick |
| | CatDog | T.V. Series-Nick |
| | Cow and Chicken | T.V. Series-Hanna |
| | I.R. Weasle | T.V. Series-Hanna |
| 1998-99 | Horta Editorial & Sound (Digital) | |
| Animation | Brave | |
| Little Toaster | | Direct to video |
| Independent Film | Atomic Blue--Mexican Wrestler | Salasar Prod. |
| | Men in Scoring Position | Tim Ryes Prod. |

# NORTHERN MARIANAS COLLEGE

P. O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Telephone: (670) 234-3690 • Fax: (670) 234-0759

## INSTRUCTOR CERTIFICATION

The Director of the Vocational Education Department of the Continuing Education Unit has reviewed the qualifications of ___MICHAEL PAXTON___ and hereby certifies this individual to teach ___Vocational A/V Courses___ for Northern Marianas College credit.

This certification is for the period of ___8/21/00 to 8/21/01___, at which time it may be reviewed and renewed.

Department Director : _____
DR. JACK ANGELLO

Dean : _____
EDWARD C. CAMACHO

President : _____
JOAQUIN M. SABLAN, JR.

Date of Issuance : ___AUGUST 21, 2000___

A Land Grant Institution Accredited by the Western Association of Schools and Colleges

# MICHAEL PAXTON
## (Page 2)

## THEATER EXPERIENCE

**DIRECTOR, WRITER - October to December 1991**
IDEAL PRODUCTIONS/*ANTHEM*
Adapted and directed a dramatic presentation of this futuristic novelette. Ran to sold-out houses at Hollywood's Lex Theater.

**DIRECTOR, WRITER - October to December 1989**
IDEAL PRODUCTIONS/*IDEAL*
Adapted and directed the World Premier of this play at the Melrose Theater in Hollywood. Named one of the 10 best plays of 1989 by KCRW Los Angeles.

> *AWARDS:* Drama-Logue Award and Drama Critics Circle Award Nomination for Best Actress (Janne Peters).

## LITERARY EXPERIENCE

**WRITER - December 1997**
WALT DISNEY COMPANY/MOUSEWORKS CLASSIC STORYBOOKS
Adapted Disney animated features for the Classic Storybook series: *Cinderella, The Rescuers Down Under* and *The Aristocats*. Publication date: 1999.

**WRITER - May 1998**
GIBBS SMITH PUBLISHER/*AYN RAND: A SENSE OF LIFE*
A companion book to the Oscar nominated feature-length documentary on author Ayn Rand (*The Fountainhead* and *Atlas Shrugged*). Includes the narration script, interviews with Mike Wallace, Phil Donahue and others, vintage photographs and animated drawings from the film. 192 pages, 32 color photographs, 125 halftones.

# MICHAEL PAXTON
## (Page 3)

## ANIMATION EXPERIENCE

**DIALOGUE COORDINATOR - December 1996 to Present**
CREATIVE CAPERS ENTERTAINMENT/*DISNEY INTERACTIVE*
Coordinate dialogue for CD-ROM animation from the recording sessions to the X-sheets for the animators. *The Little Mermaid, Aladdin, Hercules, Mr. Magoo*

**ASSISTANT DIRECTOR - April 1992 to May 1994**
TURNER PICTURES/*THE PAGEMASTER*
Assistant Director to Maurice Hunt for the combination live-action/animated feature with Macaulay Culkin, Whoopie Goldberg and Christopher Lloyd.

**WRITER - January 1994**
QUEEN OF THE UNIVERSE PROD./*INTERVIEW WITH TALLULAH*
Co-wrote this animated short directed by Cynthia Wells.

**PRODUCTION COORDINATOR - February 1990 to August 1991**
WARNER BROS./*ROVER DANGERFIELD*
Coordinated the production for this animated feature starring Rodney Dangerfield. Included tracking all scenes (storyboards to color) and production reports.

**STAFF COORDINATOR - April 1989 to February 1990**
DISNEY FEATURE ANIMATION/*THE LITTLE MERMAID*
Created and wrote the Feature Animation newsletter (weekly), "The Twilight Bark." Also, coordinated staff parties and industry events for the department.

REFERENCES AVAILABLE UPON REQUEST

**Jack Angello**

From: Jack Angello
Sent: Tuesday, July 18, 2000 11:09 AM
To: Jack Sablan; Ed Camacho; Barbara Moir; Tony Guerrero
Cc: Annie Santos
Subject: NMC and Pacific Rim Luncheon Meeting on Wednesday (7/19/00)

Dear President & Fellow Staff--

This is a follow-up to the Office of Dean Camacho's invitation to attend a luncheon meeting tomorrow at 11:30 in Dean Camacho's Conference Room (Former Police Academy "Y" Building).

The lunch is being provided by Pacific Rim and the agenda will include: Program Update; Program Review; Program "MOA"; Potential Program Students; Open Discussion.

Thanks in advance for your attendance and subsequent advice and consent for the program's future.

Jack

NOTE: PRESIDENT + DEAN OF INSTRUCTION WERE NO-SHOWS FOR THE MEETING. THE PRESIDENT CALLED AND SAID HE HAD ANOTHER MEETING AT THE LAST MINUTE. THE DEAN OF INSTRUCTION (B. MOIR) DIDN'T EVEN CALL.

7/20/00



Page 1



PLAINTIFF'S EXHIBIT 25