# NORTHERN MARIANAS COLLEGE
## CONTINUING EDUCATION & CREES

**AUGUST 4, 2000**

TO:     DEAN OF INSTRUCTION

FROM:   DIRECTOR OF VOCATIONAL/SPECIAL PROJECTS

SUBJ:   VOCATIONAL & A/V COURSE SCHEDULES & GUIDES

Please incorporate the following additions to the Fall '00 NMC schedule:

1. CT 112-01 Const Tr II   6   MW   8-12pm     V116  Santos
2. CT 110-01 Const Tr I    6   TTH  8-12pm     V116  Santos
3. CT 110-02 Const Tr I    6   MW   1-4:30pm   V116  Santos
4. EM 110-01 Elect Ins I   6   MW   1-4:30pm   V106  Masga
5. AV 120-01 Audio PP      6   MW   5-7pm      V104  Staff
6. AV 120-01 Audio Lab         TBA             V104  Staff
7. AV 125-01 Video PP      6   TTH  5-7pm      V104  Staff
8. AV 125-01 Video Lab     6   TBA             V104  Staff

Thank you.

cc:  President
     Dean of Cont. Ed. & CREES
     Director of Admissions

**VERIFIED**

XC: PRA 8/7/00


PLAINTIFF'S EXHIBIT 26

## Jack Angello

| | |
|---|---|
| From: | Barbara Moir |
| Sent: | Friday, August 04, 2000 1:33 PM |
| To: | (G) Admissions & Records; Carla Brewer |
| Cc: | (G) School of Education; Ed Camacho; Jack Angello; (G) Business Office; (G) Financial Aid Office |
| Subject: | Changes to the Fall 2000 Class Schedule |

<u>Jan and OAR staff</u>:

1. The following courses are hereby **created for Fall 2000**. Please enter them in the Master Course Listing:

CT 110 01   Construction Trades I   P.L.: 073/074   6 crs.   TTh   08:00—12:00PM   Rm.: V-116   Instructor: L. Santos

CT 110 02   Construction Trades I   P.L.: 073/074   6 crs.   MW   01:00—04:30PM   Rm.: V-116   Instructor: L. Santos

CT 112 01   Construction Trades II   P.L.: 073/074   6 crs.   MW   08:00—12:00PM   Rm.: V-116   Instructor: L. Santos

EM 110 01   Electrical Installation I   P.L.: 073/074   6 crs.   MW   01:00—04:30PM   Rm.: V-106   Instructor: I. Masga

2. Please note the following **changes** to the Fall 2000 schedule:

ED 110 02   Intro to Teaching
    Change Time from 08:00—09:25AM to 08:30—09:55AM

ED 201 02   Human Growth & Development
    Change Time from 08:00—09:25AM to 08:30—09:55AM

<u>Carla</u>: Please enter this information in the first Bulletin of Schedule Changes, and in the DOI database.

Many thanks—

B.

*No Audio/Visual Courses 120/125 ??*

Page 1



PLAINTIFF'S EXHIBIT 27

**Pacific Rim Academy**

**Leonard (Butch) Wolf**
President/CEO

*Tel: 235-2577*  *PMB A-42, P.O. Box 10001*
*Fax: 235-8716*  *Saipan, MP 96950-8901*
E-mail: pacrim@gtepacifica.net
web-page: pacificrimacademy.com

*Scholarship*
*Maria Cruz*
*8/7/01*

President's Office
AUG 07 2000

August 4, 2000

Joaquin Sablan
President
Northern Marianas College
Saipan, MP 96950

Dear Mr. President,

Re:   Pacific Rim Academy - Program Update

I am writing to extend my gratitude to the Administration and Board of Regents of the Northern Marianas College for their continued support of the programs and plans of Pacific Rim Academy. This letter serves as an update to our progress. We would also like to take this opportunity to seek your direction on a couple of issues that are concerning to us.

To date the Pacific Rim Academy, in cooperation with the Northern Marianas College, has successfully attracted numerous local students to its program. While more than 20 students have been offered acceptance letters to Pacific Rim Academy, we have been informed that all of the local participants are relying on funding from the Scholarship Office in order to facilitate their payment of tuition and fees. We further understand that, as of this date, the Scholarship Office have not made a commitment of scholarship funding to students aiming to enroll in the NMC/Pacific Rim Academy program. Our original plan was to open the program to students on August 21, 2000, in conjunction with the start date of the first semester for the NMC 2000-2001 school year. At this point in time we are not certain that interested students will have the



PLAINTIFF'S EXHIBIT
28

financial resources available to them by this date. As a result we would like to propose the following two contingency plans:

(1)  In the event the Scholarship Office will commit scholarship funds to Pacific Rim Academy students <u>on or before Friday, August 11, 2000</u>, we respectfully request an extension of our program start date to early September, tentatively Tuesday, September 5, 2000.

(2)  In the event the Scholarship Office <u>decide they will not commit</u> scholarship funds to Pacific Rim Academy students, we respectfully request an extension of our program start date to mid-January 2001, the start of the second semester of NMC's 2000-2001 school year. During the period of August -November 2000, executives of the Pacific Rim Academy will be travelling to the Philippines, Singapore and Hong Kong in an effort to recruit foreign students for enrollment in NMC/Pacific Rim Academy. The additional 16 weeks should also provide adequate time for local students to organize their own funding for tuition and fees, should they continue to be interested in the program, notwithstanding a lack of support from the Scholarship Office.

We look forward to your guidance and approval on these the contingency plans that we have proposed.

Regards,

Leonard Wolf
President
Pacific Rim Academy

cc: Governor's Office
cc: Scholarship Office

*HAFA ADAI AND WELCOME TO...*

Dr. Jack Angello
Director

## Vocational Education Departm
**NORTHERN MARIANAS COLLEGE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISL**

Vocational Education Department

**Special Projects:** The NMC Vocational Department is involved in several on-campus and off-campus special projects, including instructional classes at the Department of Corrections and the Youth Services Adult High School, and an advanced Audio Visual Film & TV Production & Post Production Program.

**ASSOCIATE IN APPLIED SCIENCE: CONSTRUCTION TRADES -** In this degree program, the basics of carpentry, masonry, plumbing, refrigeration, and electricity are presented in conjunction with practical laboratory and real-world experiences with emphasis on standard as well as local building codes. Laboratory and real-world experiences reinforce materials covered in the classroom and also provide practical knowledge on how to renovate the home or make routine everyday repairs to the home. The inclusion of local building codes provides students with the latest information on local laws as they apply within the CNMI.

**CERTIFICATE OF ACHIEVEMENT IN CONSTRUCTION TRADES -** In this certificate program, the primary topics of carpentry, masonry, plumbing, and electricity are presented in conjunction with practical laboratory and real-world experiences, with emphasis on standard and local building codes.

**ASSOCIATE IN APPLIED SCIENCE: ELECTRICAL INSTALLATION AND MAINTENANCE -** Theory and practical experience with emphasis on the National Electrical Code provide the focus of this degree program. Students gain practical experience in solving electrical problems such as replacing the heating elements of hot water heaters, installing electrical wiring in home renovations, and installing or replacing electrical fixtures of all kinds. Knowledge of the National Electrical Code gained in this program gives students the technical advantage needed for employment or advancement in critical jobs such as Electrical Inspector or Electrical Foreman. The program emphasizes wiring installation and maintenance.

**ASSOCIATE IN APPLIED SCIENCE: ELECTRONICS -** Maintenance of high-tech equipment requires well-trained technicians, and this degree program provides the foundation needed to get started in this challenging field. The theoretical and mathematical emphasis of the curriculum is supported by practical experiences such as bread-boarding, and use of the latest test equipment gives students the technical advantage needed in today's electronics industry.

**ASSOCIATE IN APPLIED SCIENCE: REFRIGERATION & AIR CONDITIONING -** The primary objective of this degree program is to help individuals acquire the knowledge and experience needed to make routine repairs to air conditioners and refrigerators, to enter the technical field of Refrigeration and Air Conditioning, or to achieve the technical expertise necessary to start their own business in this area. In addition to theoretical principles, emphasis is placed on practical laboratory experience such as adding freon to air conditioners and changing thermostats.

Vocational Education Department

©opyright NMC Vocational Trade Department. For more information, please see the new NMC Catalog or call 234-5498 Ext. 1800. You can also come by and visit us at the Saipan, Tinian or the Rota Campus or

http://www.nmcnet.edu/Voced_default.htm

**PLAINTIFF'S EXHIBIT 29**

10/18/0(

# NORTHERN MARIANAS COLLEGE
P.O. BOX 1250
SAIPAN, MP 96950
FONE: (670) 234-3690 // FAX: (670) 235-4966

## ****FAX****

DATE 10/24/00

TO: Butch Wolf

FROM: Jack Angello

SUBJ: Pac Rim / 2001     PAGES 3

MESSAGE:

Attached is the letter from NMC to "seal the deal." I also included the Spring 2001 class schedule.

See you on Saipan.



PLAINTIFF'S EXHIBIT 30



# NORTHERN MARIANAS COLLEGE

P. O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Telephone: (670) 234-3690 • Fax: (670) 234-0759

October 24, 2000

Mr. Leonard (Butch) Wolf
President
Pacific Rim Academy
PMB A-42 P.O. Box 10001
Saipan, MP 96950

Dear Mr. Wolf:

In a recent meeting with the Northern Marianas College President and Director of Technical Trades/Special Projects, the following matters were discussed:

1. Two A/V courses by the Pacific Rim Academy are to be included in the Spring 2001 semester class schedule.

2. The tuition charged for the A/V courses will be the same as the other courses offered by NMC. However, a lab fee of $870 will be charged for each course and listed in the Spring 2001 class schedule. The lab fee will be used to cover Pacific Rim Academy expenses and will be placed in a special account under the NMC Continuing Education unit. The lab fees are to be transferred to Pacific Rim Academy within fifteen (15) business days upon receipt by the Business Office.

We look forward to having these courses offered soon. Please do not hesitate to contact the Director of Technical Trades/Special Projects or myself if you have any questions regarding these or any other matters.

Sincerely,

Edward C. Camacho
Dean, Continuing Education

xc:   NMC President
      NMC Director, Technical Trades/Special Projects

A Land Grant Institution Accredited by the Western Association of Schools a[nd Colleges]



PLAINTIFF'S EXHIBIT 31

# NORTHERN MARIANAS COLLEGE
## CONTINUING EDUCATION

### OCTOBER 24, 2000

TO:     DEAN OF INSTRUCTION

FROM:   DIRECTOR OF VOCATIONAL/SPECIAL PROJECTS

SUBJ:   SPRING '01 CLASS SCHEDULE (TECH TRADES)

    Please insert the following Voc Ed classes in the Spring '01 Class Schedule:

1. CT110-01  Const. Trades I  6cr  MW8-12pm  V116  Santos
2. CT110-02  Const. Trades I  6cr  MW1-4pm  V116  Santos
3. CT112-01  Const. Trades II  6cr  TTH8-12pm  V116  Santos
4. BP100-01  Blueprint Read  3cr  TTH1-2pm  V116  Santos
5. EM110-01  Elect. Inst. I  6cr  MWF5-7pm  V106  Masga
6. AV120  Audio Post Pro  6cr  MW5-6:30pm  V104  Staff
7. AV120  Audio Post Pro  6cr  TBA  V104  Staff
8. AV125  Video Post Pro  6cr  TTH5-6:30pm  V104  Staff
9. AV125  Video Post Pro  6cr  TBA  V104  Staff

Thank you.

cc:    President
       Dean of Continuing Education


PLAINTIFF'S EXHIBIT 32

## Jack Angello

**From:** Jack Angello
**Sent:** Tuesday, October 24, 2000 5:15 PM
**To:** Bruce Johnson
**Cc:** Ed Camacho; Barbara Moir
**Subject:** FW: Spring '01 Class Schedule

In reference to the previous e-mail for the Voc Ed classes for the next semester, please disregard the mistake "Fall '01 class schedule." It should read **Spring '01 class schedule.**

Jack

---

**From:** Jack Angello
**Sent:** Tuesday, October 24, 2000 5:06 PM
**To:** Bruce Johnson
**Cc:** Ed Camacho; Barbara Moir
**Subject:** Spring '01 Class Schedule

Dear Acting Dean of Instruction:

Please insert the following Voc Ed classes in the Fall '01 class schedule:

| # | Course | Title | Cr | Days/Time | Room | Instructor |
|---|---|---|---|---|---|---|
| 1. | CT110-01 | Const. Trades I | 6 cr | MW 8-12pm | V116 | L. Santos |
| 2. | CT110-02 | Const. Trades I | 6 cr | MW 1-4pm | V116 | L. Santos |
| 3. | CT112-01 | Const. Trades II | 6 cr | TTH 8-12pm | V116 | L. Santos |
| 4. | BP100-01 | Blueprint Read | 3 cr | TTH 1-2pm | V116 | L. Santos |
| 5. | EM110-01 | Elect. Inst I | 6 cr | MWF 5-7pm | V106 | I. Masga |
| 6. | AV120 | Audio Post Pro | 6 cr | MW 5-6:30pm | V104 | Staff |
| 7. | AV120 | Audio PP Lab | | TBA | V104 | Staff |
| 8. | AV125 | Video Post Pro | 6 cr | TTH 5-6:30pm | V104 | Staff |
| 9. | AV125 | Video PP Lab | | TBA | V104 | Staff |

Thank you.

Jack


PLAINTIFF'S EXHIBIT 33

# Jack Angello

**From:** Fred Hill
**Sent:** Sunday, November 26, 2000 5:05 PM
**To:** Jack Angello
**Subject:** RE: New Courses

Dear Jack,

At the moment, I have no tactical plan of any type in the works. For nearly six years now, I've been developing and teaching new courses that have never made it through the AC, and I'm still teaching them, so it doesn't seem like it's worth expending much energy on getting them through the AC. The same thing can be said about the new programs. I got them approved in concept by the BOR, and whether or not the AC ever moves on them is not of any concern to me at this point, since they are now being offered. I know this sounds like a cop-out, but a long time ago I found out that some boulders were simply to big for me to move. Remember the story about the little boy asking the priest, "Can God do anything?" The priest, of course, said "Most certainly my son. Nothing is impossible with God." The boy then asked, "Then can He make a stone so big he can't move it?" To my knowledge, the priest is still trying to answer that question. Well, the AC is my stone, and I've figured out it's simply too big to move, so I'm going to leave it where it is.

Fred

>   -----Original Message-----
>   **From:** Jack Angello
>   **Sent:** Monday, November 27, 2000 10:28 AM
>   **To:** Fred Hill
>   **Subject:** New Courses
>
>   Dear Fred--
>
>   Following our last conversation in the matter of new NMC courses and their delay and/or lack of Academic Council approvals, please advise me on your tactics to finally get Academic Council approval (or the alternative) on the computer courses you have delivered over the past 3-4 semesters. Thanks.
>
>   Jack

Page 1


PLAINTIFF'S EXHIBIT 34

## Jack Angello

**From:** Jack Angello
**Sent:** Tuesday, December 04, 2001 4:11 PM
**To:** Larry Lee
**Cc:** Barbara Moir; Tony Guerrero; Rose Igitol
**Subject:** RE: Spring Schedule

Can't you run this by the VP? I think it adds to the schedule when we can list the instructor.

Jack

> **From:** Larry Lee
> **Sent:** Tuesday, December 04, 2001 9:38 AM
> **To:** Jack Angello
> **Cc:** Barbara Moir; Tony Guerrero
> **Subject:** RE: Spring Schedule
>
> hi jack,
>
> vacation was great. sorry to trouble you but i would rather not make any changes to the schedule without barbara's approval. she is the one responsible for providing me with the final schedule and all info for the course schedule booklet. thanks.
>
> larry
>
> > **From:** Jack Angello
> > **Sent:** Monday, December 3, 2001 2:36 PM
> > **To:** Larry Lee
> > **Cc:** Rose Igitol
> > **Subject:** Spring Schedule
> >
> > Larry--
> >
> > Hope you had a nice break. If the Spring schedule has not gone to printing yet, could you change the "Instructor" entry (Staff) for AV120 & AV125 (under Saipan--Tech Trades Department) to "L. Wolf".....Thanks.
> >
> > Jack


PLAINTIFF'S EXHIBIT 35



# NORTHERN MARIANAS CO[LLEGE]

A Land Grant Institution Accredited by the Western Association of Schools
P.O. Box 501250, Saipan, MP 96950
Saipan Campus: (670) 234-3690 Fax (670) 234-0759
Rota Campus: (670) 532-9477; Tinian Campus: (670) 433-06…

## SPRING 2001 CLASS SCHED…

### Sciences

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BI 100 | 01 | Environmental Science | 093/094 | 4 | MW | 08:00 | 09:25am | B-4 | J. Furey |
| BI 100 | 01 | Lab | | | F | 08:00 | 10:55am | B-4 | J. Furey |
| BI 101 | 01 | Principles of Biology | 093/094 | 4 | MW | 08:00 | 09:25am | B-2 | G. Filatov |
| BI 101 | 01 | Lab | | | T | 08:00 | 10:55am | B-2 | G. Filatov |
| BI 101 | 02 | Principles of Biology | 093/094 | 4 | MW | 09:30 | 10:55am | B-2 | G. Filatov |
| BI 101 | 02 | Lab | | | Th | 08:00 | 10:55am | B-2 | G. Filatov |
| BI 103 | 01 | *Marine Biology | 093/094 | 4 | MW | 05:00 | 06:25pm | B-4 | Staff |
| BI 103 | 01 | *Lab | | | Sat | 08:00 | 10:55am | B-4 | Staff |
| BI 201 | 01 | *Ntrl Hist of the Marianas | 093/094 | 4 | MW | 02:00 | 03:25pm | B-4 | J. Furey |
| BI 201 | 01 | *Lab | | | F | 02:00 | 05:55pm | B-4 | J. Furey |
| BI 225 | 01 | *Microbiology | 093/094 | 4 | TTh | 08:00 | 09:25am | B-3 | Staff |
| BI 225 | 01 | *Lab | | | W | 08:00 | 10:55am | B-3 | Staff |
| BI 252 | 01 | *Human Antmy & Phys II | 093/094 | 4 | MW | 12:30 | 01:55pm | B-2 | G. Filatov |
| BI 252 | 01 | *Lab | | | T | 12:30 | 03:25pm | B-2 | G. Filatov |
| CH 100 | 01 | Basic Chemistry | 093/094 | 4 | TTh | 09:30 | 10:55am | B-3 | Staff |
| CH 100 | 01 | Lab | | | F | 08:00 | 10:55am | B-3 | Staff |
| NS 100 | 01 | *Intro to Earth Sciences | 093/094 | 4 | MW | 09:30 | 10:55am | B-1 | Staff |
| NS 100 | 01 | *Lab | | | T | 09:30 | 12:25pm | B-1 | Staff |
| NS 101 | 01 | *Intro to Physical Sciences | 093/094 | 4 | MW | 11:00 | 12:25pm | B-1 | Staff |
| NS 101 | 01 | Lab | | | Th | 11:00 | 01:55pm | B-1 | Staff |

"No AV Courses Included"

### Technical Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BP 100 | 01 | Gen Blueprint Reading | 073/074 | 3 | TTh | 01:00 | 02:25pm | V-116 | L. Santos |
| CT 110 | 01 | Construction Trades I | 073/074 | 6 | MW | 01:00 | 03:55pm | V-116 | L. Santos |
| CT 112 | 01 | Construction Trades II | 073/074 | 6 | TTh | 08:00 | 12:00pm | V-116 | L. Santos |
| CT 130 | 01 | Basic Plumbing | 073/074 | 6 | MW | 08:00 | 12:00pm | DYS | L. Santos |
| EM 110 | 01 | Electrical Installation I | 073/074 | 6 | MWF | 05:00 | 08:00pm | V-106 | L. Manga |

## TINIAN CAMPUS

### Behavioral & Social Sciences

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SO 101 | 31 | Intro to Sociology | 093/094 | 3 | MW | 06:30 | 07:55pm | A | J. King |
| SO 297 | 31 | Current Issues/CNMI | 202 | 3 | TTh | 06:30 | 07:55pm | A | D. Farrell |

### Business & Computer Technology

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CS 103 | 31 | Intro to Computers | 083/084 | 3 | MW | 03:30 | 04:55pm | TBA | Staff |
| CS 150 | 31 | *Spreadsheet Applications | 083/084 | 3 | TBA | TBA | TBA | TBA | J. Dela Cruz |
| CS 223 | 31 | *Visual Basic Prgrmng | 083/084 | 3 | MW | 03:30 | 04:55pm | TBA | D. Perez |
| MG 232 | 31 | *Intro to Marketing | 083/084 | 3 | MW | 09:30 | 10:55am | C | R. Villegas |
| OT 206 | 31 | Business Communications | 083/084 | 3 | MW | 02:00 | 03:25pm | TBA | D. Perez |

### Criminal Justice

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CJ 200 | 31 | Criminal Law | 093/094 | 3 | TTh | 06:30 | 07:55pm | E | L. Maratita |
| CJ 250 | 31 | *Police Orgnztnl Theory | 093/094 | 3 | TTh | 05:00 | 08:25pm | E | L. Maratita |

| Course ID | Sec | Course Title | *PL | **CR | Day… |
|---|---|---|---|---|---|
| **Education** | | | | | |
| ED 110 | 31 | Intro to Teaching | 083/094 | 3 | MW |
| ED 192 | 31 | Observn and Particptn | 083/094 | 1 | TBA |
| ID 301 | 31 | *Sec Studies for El Tchrs | 202 | 3 | TTh |
| **College English** | | | | | |
| EN 101 | 31 | English Composition I | | 3 | MW |
| **English Language Institute** | | | | | |
| EN 093 | 31 | Reading & Vocab Dev III | | 4NDU | M-T… |
| EN 093 | 31 | Lab | | | F |
| EN 094 | 31 | Wrtg & Grammar Study III | | 4NDU | M-T… |
| EN 094 | 31 | Lab | | | F |
| **Health & Physical Education** | | | | | |
| HE 150 | 31 | Personal Health | 083/094 | 3 | TB… |
| PE 125 | 31 | Beginning Basketball | 073/074 | 1 | TB… |
| **Humanities** | | | | | |
| LI 150 | 31 | Intro to Literature | 101 | 3 | T… |
| **Interdisciplinary Studies** | | | | | |
| ID 296 | 31 | College Success | 083/084 | 3 | T… |
| **Languages** | | | | | |
| CM 102 | 31 | *Elementary Chamorro II | 083/084 | 4 | M… |
| **Mathematics** | | | | | |
| MA 090 | 31 | Pre-Algebra | 083/084 | 4NDU | … |
| MA 091 | 31 | Beginning Algebra | 083/084 | 4NDU | … |
| MA 132 | 31 | Intermediate Algebra | 083/094 | 4 | … |
| **Sciences** | | | | | |
| BI 100 | 31 | Environmental Science | 083/094 | 4 | |
| BI 100 | 31 | Lab | | | |
| NS 100 | 31 | *Intro to Ea[illegible] | | | |
| NS 100 | 31 | *Lab | | | |

PLAINTIFF'S EXHIBIT 36

**NORTHERN MARIANA COLLEGE**

Date     : January 19, 2001

To       : Jack Sablan; NMC President

From     : Jim Wedding; TC Administrator

Subject  : Omission of Course

CC       : Ms. Kimberly King, BOR Tinian
         : Ed Camacho, Dean
         : Director, Vocational Education

Dear Sir:

After reviewing documentation for setting up Vocational Education programs ( Technical Trades ) at NMC-Tinian, it came to my attention during registration that Construction Trades I was not included on the Master Schedule.

This was a course offering that was previously planned and anticipated, since Ms. Kimberly King, Tinian BOR had strongly emphasized to me that she would like to have Vocational Trades offered here as an option for our present and future students.

Please review the attachments and advise.

Jim Wedding
NMC-Tinian
Campus Adminstrator

PLAINTIFF'S EXHIBIT 37

# NORTHERN MARIANAS COLLEGE
## CONTINUING EDUCATION

**JANUARY 22, 2001**

TO:     DEAN OF CONTINUING EDUCATION

FROM:   DIRECTOR OF VOCATIONAL/TECHNICAL ED

SUBJ:   REMOVAL OF PRA PROPERTY

    As per your instructions to advise you of the recent incident involving PRA property, please be advised when I entered the "V" Building on Saturday (1/20/01) I noticed that all the Pacific Rim Academy (PRA) posters and signs had been stripped from the walls and doors. Due to the fact that there has been no final resolution, nor official notice of continuation or cancellation of the NMC/PRA lease agreement and program implementation, I found this activity to be both unnecessary and disturbing.

    Until properly notified, both PRA and the Continuing Education Unit had a right to maintain a status quo position, so that if necessary, an orderly removal of PRA's property (innocuous posters and signs) could have been done in a mutually agreeable manner.

cc:    President

received by: [signature]
1/25/01



PLAINTIFF'S EXHIBIT 38



# Pacific Rim Academy

January 22, 2001

JAN 2 2 2001

Dorna Castro

**To:** Acting Chairman Fermin M. Atalig
Board of Regents
Northern Marianas College
NMC President Joaquin Sablan

**From:** Mr. Leonard (Butch) Wolf

**Re:** Emergency Meeting

Due to a lack of communication, I feel that it is urgent for both parties to have a meeting to discuss a future understanding between us. In this emergency meeting I would like to request the following people be present:

Acting BOR Chairman Fermin Atalig
BOR Program Chairperson Abeline C. Cabrera
Other members of the Board of Regents
NMC President Joaquin Sablan
Former NMC President Agnes McPhetres
Dean of Continuing Education Ed Camacho
Dr. Jack Angello

The importance of this meeting would be to dicuss our lease agreement and the NMC/PRA instructional program, in order to see if this matter can be resolved in a business type manner, which will avoid any possible legal situation that may occur from NMC's inability to support the initiation of our program.

This meeting is of the utmost importance for both parties, so that we can resolve these difficulties in an expeditious and fair manner. Please respond in writing within ten (10) days from receipt of this correspondence to the above PRA address.

Butch Wolf- President PRA Inc.


PLAINTIFF'S EXHIBIT 39

Tel: (670) 233-7725
Fax: (670) 235-8716

E-mail: pacrim@gtepacifica.net
web-page: pacificrimacademy.com

PMB A-42, P.O. Box 10001
Saipan, MP 96950-8901



# NORTHERN MARIANAS COLLEGE

P. O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Telephone: (670) 234-3690 • Fax: (670) 234-0759

March 9, 2001

**HAND DELIVERED** 3/9/01

Ms. Meliza Guajardo
Scholarship Coordinator
CNMI Scholarship Office
Caller Box 10007
Saipan, MP 9695

Dear Ms. Guajardo:

During our telephone conversation yesterday it was mentioned that there was concern from your office that the NMC/PRA Film & TV A/V classes were not being placed into the NMC official class schedules, which would indicate something was wrong with why they weren't included in the NMC Fall '00 and Spring '01 schedules.

As we discussed, their exclusion from the NMC official class schedules would prevent interested Vocational Educational Film & TV students from enrolling full-time into the Film & TV classes, thereby interfering with their registration process at NMC and their EAP processing at your office.

Sincerely,

Dr. Jack Angello
Director of Vocational Trades & Special Projects

A Land Grant Institution Accredited by the Western Association of Schools ar



PLAINTIFF'S EXHIBIT 40