# NORTHERN MARIANAS COLLEGE
## CONTINUING EDUCATION DIVISION

3/9/01

TO:     NMC PRESIDENT

FROM:   DIRECTOR OF VOCATIONAL TECHNICAL TRADES

SUBJ:   NMC/PRA REPORT and (BOR) HR 4360 GRIEVANCE

As instructed, I am hereby submitting a comprehensive report to your President's Office, BOR Chairperson, and to the BOR Program Chairperson--by her request. This report and combined HR 4360 grievance details the negative actions that transpired as a result of a NMC/Pacific Rim Academy's (PRA) cooperative agreement, the Northern Marianas College and myself, of which I was designated by the BOR to be the liaison between such a NMC cooperative venture.

Please take the time and read this report, which addresses some major concerns affecting the well being of this community college campus. It is the sincere intention of the author of this report to constructively criticize an unfortunate series of events, which occurred and adversely affected an attempt to assist our island youth in their individual career quests, in order to attain dynamic opportunities in the fast growing multi-media/telecommunications & audio/visual/computer-oriented world.

The author is filing this new grievance (BOR Policy HR4360) against the Dean of Instruction, who was primarily responsible for this adverse situation. Since a previous meeting with the Dean of Instruction was not attended by her, and prior meetings have been fruitless in the past and, furthermore, since she unilaterally tore down all the PRA posters and door signs without permission---and without an official conclusion of PRA's status on-campus, please proceed to step "C" of HR 4360. My personal and professional life has been harmed, and I want to know why a beneficial program has been virtually beaten to death through the use of destructive rumors, a lack of middle-management support, and the apparent mean-spirited acts of academic sabotage.

Dr. Jack Angello

attachment: NMC/PRA Report

MAR 09 2001

PLAINTIFF'S EXHIBIT 41

# A REPORT ON NMC AND PRA

**INTRODUCTION**

In October of 1999, the Northern Marianas College (NMC) and its Board of Regents (BOR) approved and entered into a special lease agreement with the Pacific Rim Academy (PRA). During the course of several discussions with the BOR members, government officials (including the Governor, legislators and private sector leaders), there was an overall consensus that this program was a worthy program and deserved the full cooperation and commitment of all parties, in order to see its successful fruition in the CNMI.

<u>CNMI Government & NMC mission statement</u>: "The mission of the Northern Marinas College shall be to provide the best quality and meaningful post secondary and adult education opportunities for the purpose of improving the quality of life and for the Commonwealth as a whole. **The College shall be responsible for providing** education in the areas of adult and continuing education, post secondary and **adult vocational education, and professional development for the people of the Commonwealth.**"

<u>H.B. 9-442, Public Law No. 53, Section 4. Amendment. 3 CMC Section 1305 (b)(2) is amended to read as follows:</u>
"(2)   **To provide for the residents of the Commonwealth** higher education, community service programs, adult and continuing education, **adult vocational and technical education, professional training programs for the improvement of private employee skills** and training programs of government employees. <u>**To establish a vocational, occupational and technical, training center and professional development institute**</u> (hereinafter referred to as "institute") within the Northern Marianas College."

The people who would benefit most from the Pacific Rim Academy would be the youth of the CNMI. But what has gone

1

wrong? Who derailed this program? What can we do to possibly fix this problem and prevent a repeat? This report will reveal facts that show abuses of power, apparent bias, and academic sabotage.

## CHRONOLOGY OF EVENTS

1. Lease agreement is signed in the Fall of '99, after months of investigation and examination by the NMC Government, Board of Regents and NMC administrators. The program's course structure and course outlines are submitted and approved by the BOR. The BOR instructs the Voc Ed Department to implement a "pilot program" by the Fall of '00. There are also a multitude of support letters and news articles. Furthermore, Public Law 9-53 "Higher Education Act of 1995" mandates that a separate Vocational, Occupational & Technical Training Institute be establish at NMC---where is it?? Eighty percent of CNMI youth are identified as vocationally-minded. Why not serve them?? Moreover, shouldn't this vocational institute have its own Dean (similar to Guam Community College), in order to manage the institute without the debilitating interference from the academic side of NMC's campus (See Appendix 1)

2. Many students and class instructors are identified and processed for SY 2000/2001. All equipment (nearly 75K) is in place. The PRA Program is ready to begin in the Fall of 2000. There are also many more students ready for 2001/2002. (See Appendix 2)

3. The CNMI Scholarship Office and Office of the Public Auditor agree to the PRA Program, but NMC needs to list the NMC/PRA Audio/Visual ("A/V") classes in official schedule. (See Appendix 3)

4. PRA information is provided to NMC President and Dean of Instruction for the official inclusion of new Audio Visual classes into the Fall '2000 schedule, which can be offered as pilot classes without Academic Council approval. This will satisfy the EAP Office and allow students to apply for CNMI grant money. (See Appendix 4)

2

5.   The Dean of Instruction intentionally leaves out the A/V classes for the Fall '00 schedule. The EAP Office, which is actively processing students' EAP applications for Film & TV, reportedly contacts the NMC Admissions and they are told the A/V classes are not official classes at NMC and, consequently, letters of NMC acceptance have not been issued. The Fall PRA program is sabotaged, and due to time constraints, PRA plans to meet any "objection" to the program, in order to included in the Spring '01 schedule. (See Appendix 5)

6.   During the Fall of 2000, PRA and NMC Voc Ed complete every request of the NMC Administration for the Spring 2001 Semester. A special luncheon meeting was scheduled for the President, Dean of Instruction, Dean of Continuing Education, PRA, and NMC/PRA Liaison Dr. Jack Angello. The President advised us of a meeting elsewhere and could not attend. <u>The Dean of Instruction failed to call or attend the meeting,</u> which would discuss any PRA problems.

During the Fall of 2000, it was reported that the Academic Council needs to approve all the A/V courses before the first A/V course is taught. This is not a valid policy, since new courses may be taught on a one-time semester trial basis. The BOR approved the PRA program--with course offerings--and the Academic Council can't rescind that. According BOR ED 3008, the Academic Council's purpose is to assist the Deans and make recommendations to the President. Again, the Academic Council does not make policy and unilaterally eliminate course offerings and/or programs (see DPS Certificate Program in item #9 below), it can only refer opinions and recommendations to the President's office--after a campus wide input session. I should know, I was the Academic Council Chairperson for two years (98/99). Besides, the current Academic Council has not approved even <u>one</u> of the myriad of Voc Ed courses when they were next in line in 1999, which have not been approved since 1992-94, except one---the one Voc Ed course has been approved (ET151) during my last days as Chairperson.

Therefore, the Academic Council, now chaired by Ms. Actouka, needs to re-examine BOR policies and procedures, and then sit in an

3

advisory and facilitating posture for the betterment of our school's growing and diversified culture and curricula. (See Appendix 6)

7. After PRA corrected every concern created, Dr. Jack Angello met with the President and Dean of Continuation Education and requested a letter be written to guarantee that the AV courses be placed in the Spring '01 class schedule. The letter was drafted and approved by the president's office, guidelines were stipulated, and the official letter was signed 10/24/00. It was then delivered to the necessary PRA parties in October of 2000 to plan for Spring '01.
    Unbelievably, PRA is again denied inclusion in the class schedule for the Spring semester 2001. The Dean of Instruction unilaterally decides to omit the A/V classes again, without any explanation to the Director of Vocational Education. The Dean of Instruction, without proper authority, also had all the PRA posters, signs and miscellaneous property removed from their leased rooms. The reported and repeated reason that the new A/V classes are omitted is because they have not been approved by the Academic Council, which is chaired by the Dean of Instruction's sister. Please read for other unusual situations here at NMC. (See Appendix 7)

8. It is curious to note that another new program under the supervision of the Dean of Instruction (Dr. Moir), which has taken root here at NMC, called Computer Technology, has had its courses taught since the Fall of 1998---<u>without any Academic Council approval!</u> Since not one new computer course has had Academic Council approval, I inquired about this in the Instructional Unit. The e-mail contained in Appendix 8 (first entry) sums up the dilemma here at NMC. It is written by Dr. Fred Hill, who works under the direction of Dr. Barbara Moir, who repeatedly omits Voc Ed classes with questionable reasons of Academic Council "non-approvals," or other unjustifiable reasons. Believe me, Computer Technology is a fine program, and I applaud Dr. Hill's hard work to create a new opportunity for our young students, but why did the PRA program get sabotaged for no justifiable reason--other than contrived excuses,

4

unprofessional jealousy, and vindictive behavior of the Dean of Instruction. (See Appendix 8 and 12)

9. The Department of Public Safety's Basic Officer Certificate & Combined Law Enforcement Academy Certificate Program is another example of an Academic Council opinion gone awry. The BOR Program's minutes of 3/28/00 provides details on page two of how the BOR needs to hastily approve an unofficial and ongoing NMC/DPS Certificate program. The BOR's Program Committee approves the program, but on 5/30/00 the Academic Council <u>disapproves</u> the Basic Officer Certificate & Combined Law Enforcement Academy Certificate Program "proposals." <u>However, in July of 2000, twenty-two people receive Certificates of Completion.</u> It's curious to note, that in the same BOR minutes (page two) of 3/28/00, the approved PRA gives a "well-received" update and an unwritten BOR blessing to proceed. (See Appendix 9)

10. Besides the troubling actions taken against PRA, the Director of Vocational Education reports that another vocational program was intentionally sabotaged by the Dean of Instruction. After traveling several times to Tinian in the Fall of 2000 at his own expense, the Director of Voc Ed established a beginning Voc Ed program, which complied with the wishes of many Tinian educators and leaders. This start-up program was properly planned and ready for implementation. The program was timely submitted to the Dean of Instruction for inclusion in the Spring '01 class schedule, but it was blatantly omitted. The Tinian Campus Administrator has written a letter about this omission, and the Director of Vocational Education officially protests this pattern of abuse against his programs. (See Appendix 10)

11. In September of 2000, Regent Cing-Cabrera asked me to place the PRA situation on the next BOR Program Committee meeting. I attempted to do this, but a meeting never took place. Again, on 2/23/01, there was a PRA agenda item for a BOR Program meeting, but I was asked not to attend. Later, Regent Cing-Cabrera asked me

5

why I didn't attend. Furthermore, the agenda for the full BOR meeting for 2/28/01 excluded PRA, which was promised a meeting with the full BOR. (See Appendix 11)

12. Currently, there is another unresolved matter her at NMC, involving the Dean of Instruction. In the past, the Director of Vocational Education filed a grievance and EEOC complaint against Barbara Moir, and the matter was favorably resolved for the Director of Vocational Education---with stipulations---on 11/15/99.

The stipulations had included no retaliation against the Director of Vocational Education (J. Angello), and that B. Moir receive sexual harassment training. To date, B. Moir continues to retaliate against J. Angello and his programs, and I don't believe Ms. Moir has received her sexual harassment (against male workers) training. Please advise. (See Appendix 12).

**CURRENT STATUS**
1. Pacific Rim Academy still deserves a meeting with the Board of Regents, President, and NMC Legal Counsel.
2. Computer Technology is still ongoing without Academic Council approval.
3. DPS Programs are somewhere in the Academic Council.
4. NMC Tinian Campus still wants Voc Ed Programs.
5. J. Angello has suffer professional and personal harm, and seeks protection from retaliation and wants a mutually-beneficial remedy.

**CONCLUSIONS AND RECOMMENDATIONS**
Anyone who reads this report can easily draw their own conclusions. The problem is--will these problems be properly addressed, or will they be swept into the back storage bin of status quo complacency and status suffering complainers. I can only recommend that someone at least record these documentations for the next island generations, who will note that there were people who lived in the islands that did care about their futures, or lack thereof.

## ACTIONS REQUESTED

1. NMC resolve their differences with PRA.
2. Create a Vocational Training Institute (separate from the Dean of Instruction), as mandated by P.L. 9-53.
3. Identify funding sources within and without NMC for future training programs.
4. Notify the CNMI public that subsidized training programs are ongoing.
5. Allow the Director of Vocational Education to implement his BOR and NMC approved programs.
6. Reprimand and/or counsel appropriate NMC staff for interfering and disrupting the Vocational programs.
7. Re-visit previous EEOC agreement and satisfy the stipulations, including a filing of a new EEO violation against Ms. Moir (repeat offender).
8. Do not retaliate against J. Angello and reach a fair settlement with him.

Submitted by: _[signature]_

_____
Dr. John (Jack) Angello       Date  3/9/01
NMC Director of Vocational Education

| NORTHERN MARIANAS COLLEGE ADMINISTRATIVE PROCEDURE | HUMAN RESOURCES | 4360 |
|---|---|---|

## Employee Grievances Not Related to Suspension or Termination

The following procedures in reviewing and settling an employee's grievance. The employee may be assisted by a representative of his choice.

A. The employee must first try to resolve his/her grievance with the supervisor, fellow employee or organizational official concerned.

B. Should the employee not be satisfied with the result of resolution reached through such discussion, he/she may take up the matter with his immediate supervisor, or, if his/her immediate supervisor is the person with whom the employee has the disagreement, he/she should follow step "C" below.

C. Should the employee be dissatisfied with the resolution reached through consultation with his immediate supervisor, the employee may submit his /her grievance within five (5) working days in writing to the President. The President is to consult with the employee and other others concerned, in order to try to resolve the grievance. Such consultation may be by mail or in person.

D. Should the employee be dissatisfied with the efforts of the President, he/she may inform the President and request in writing a review of the matter by the Employee Appeals Committee. The Employee Appeals Committee must meet within fifteen (15) days after the employee's request for a hearing is received by the Committee unless the employee agrees to a longer period.

E. The Employee Appeals Committee shall settle grievances by a two-third vote. The decision of the Appeals Committee shall be final.

ADOPTED: 12/08/87

AMENDED:

page 1 of 1


PLAINTIFF'S EXHIBIT 42

# Jack Angello

**From:** Jack Angello
**Sent:** Sunday, March 11, 2001 2:14 PM
**To:** Jack Sablan
**Subject:** FW: Tinian Visit

Dear President---

If you read below, it will advise you of another case of my program effectiveness being derailed and interferred with. Frankly speaking, I'm trying my best to tolerate and manage the workplace politics here, but at this time I am being distracted by my mother's failing health.

I was granted leave to tend to my mother and father in California, and I'll be back on 3/19/01. If you so desire, I will discuss any matter with you upon my return.

For your information, I worked extra hours with Kit Porter twenty years ago, getting NMC on its feet (this was while I was the Governor's PIO), and I am currently very saddened by the course of events surrounding my work here at NMC. Take care.

Jack

p.s. Congratulations on the NMC BA program, but don't forget the at-risk local students I deal with in Voc Ed.

---

**From:** Jim Wedding
**Sent:** Tuesday, March 06, 2001 7:32 AM
**To:** Jack Angello
**Subject:** RE: Tinian Visit

-----Original Message-----
**From:** Jack Angello
**Sent:** Monday, March 05, 2001 3:09 PM
**To:** Jim Wedding
**Subject:** Tinian Visit

Dear Jim W.---

Nobody here on Saipan invited me to attend the Tinian Vocational Training session today, and my supervisor (Dean) left for Tinian early in the morning for another matter. Anyway, I hope you had a good session and please send me any info that I could use to help support your programs. Thanks.

Jack
*[Jim Wedding]* –
dear jack:

your letter of invitation was sent back here to tinian. i have it right in front of me. i am confused as to why it came back here and not given to you. the biggest echo throughout the whole day was "regionalize" specific programs. many times it was mentioned as voc-ed, technical trades, electrical tech, and nursing was mentioned quite often as well. and yes, on the island of tinian as the regional center. this does fall right in line with what we are proposing and i've spoken to senator adriano, he's keen on the idea and even willing to convince other delegation members to obligate cip funding. not holding my breath or planning on that at this stage. but am certain that the delegation will support and back the "institute" on tinian. when data compiled from sessions, will forward results for your info. also later today will send overview of presentation to delegation, for review and suggestions. detailed information will be forth coming once concept sold to delegation.

see ya.

/s/ jim



PLAINTIFF'S EXHIBIT 43

# COMMONWEALTH HEALTH CENTER

## ILLNESS CERTIFICATION SLIP

Patient Name: __D'Angello, John Jade__

The above named patient was examined by me at

_____ A.M./P.M. on
(Time)

__04/02/01__ and was found fit for:
(Date)

No Duty ☐   Light Duty ☐
Regular Duty ☐   School ☐
No School ☐

Recommend ½ d work × 2d

May return to (duty)/school on:
__4/03/01 (½d × 2d)__
(Date)

Return to clinic on: __1 month__
(Date)

Diagnosis: __Medical reason__

Physician's Signature: _____

CHC 62-0234 1186


PLAINTIFF'S EXHIBIT 44

**COMMONWEALTH HEALTH CENTER**
Hospital Division

Diagnosis

Hospital ID # 113967                    Date 4/2/01
For Angello, John Jack                  Age 54
(Patient's Name)

Rx    Ativan 1mg #
      Sig: 1 tab q HS

SIGNATURE [signature]     DEA # BC0603w8-17-18

Do not Refill ☐  Refill ☐ 1 2 3 4 5 6 7 8 9 10
CHC 62-0390 1156 REV 12/94

CONTROLLED SUBSTANCE PRESCRIPTION WILL NOT BE FILLED UNLESS DEA# INDICATED

---

**COMMONWEALTH HEALTH CENTER**
Hospital Division

Diagnosis

Hospital ID # 113967                    Date 4/2/01
For Angello, John Jack                  Age 54
(Patient's Name)

Rx    Paxil 10mg (HS)
      Sig: 1 tab q AM

SIGNATURE [signature]     DEA #

Do not Refill ☐  Refill ☐ 1 2 3 4 5 6 7 8 9 10
CHC 62-0390 1156 REV 12/94

CONTROLLED SUBSTANCE PRESCRIPTION WILL NOT BE FILLED UNLESS DEA# INDICATED



PLAINTIFF'S EXHIBIT 45

BKI PHARMACY
PMB 933 BOX 10006 SAIPAN, MP 96950
323 5000

RX # 4430508 DR.HUSSAIN,H. 03/07/01
-ANGELLO, JOHN J LORAZEPAM 1MG TABLET
GENERIC COPAY 3.00
P.O. BOX 1149 CK
SAIPAN, MP 96950
202 30TAB

ORG DT-03/07/01
52544-0333-10

..MAY CAUSE DROWSINESS
..ALCOHOL ADDS DROWSINESS
..BEST TO AVOID ALCOHOL
..CONSULT PHARMACIST BEFORE
..USING WITH OTHER DRUGS

PAID MAR 07 2001

BKI PHARMACY
PMB 933 BOX 10006 SAIPAN, MP 96950
323 5000

RX # 4430415 DR.HOFSHNEIDER 03/01/01
-ANGELLO, JOHN J LORAZEPAM 1MG TABLET
GENERIC COPAY 3.00
P.O. BOX 1149 CK
SAIPAN, MP 96950
202 10TAB

ORG DT-03/01/01
52544-0333-10

..MAY CAUSE DROWSINESS
..ALCOHOL ADDS DROWSINESS
..BEST TO AVOID ALCOHOL
..CONSULT PHARMACIST BEFORE
..USING WITH OTHER DRUGS

PAID

BKI PHARMACY
PMB 933 BOX 10006 SAIPAN, MP 96950
323 5000

RX # 6888421 DR.HOFSHNEIDER 03/01/01
-ANGELLO, JOHN J PRILOSEC 20MG CAPSULE DR
COPAY 3.00
P.O. BOX 1149 CK
SAIPAN, MP 96950
202 30CAP

ORG DT-03/01/01
00186-0742-82

..TAKE 30/60 MN BEFORE MEAL
..MAY CAUSE DIZZINESS
..DO NOT CHEW OR CRUSH
..MAY MAKE MOUTH DRY

2001

PLAINTIFF'S EXHIBIT 46

BKI PHARMACY
PMB 933 BOX 10006 SAIPAN, MP 96950
323 5000

RX # 6810867 DR.LINEHAN,P 11/25/
-ANGELLO, JOHN J PRILOSEC 20MG CAPSULE DR
COPAY 3.00
P.O. BOX 1149 CK
SAIPAN, MP 96950
202 30CAP

ORG DT-10/11/99
00186-0742-82

..TAKE 30/60 MN BEFORE MEAL
..MAY CAUSE DIZZINESS
..DO NOT CHEW OR CRUSH
..MAY MAKE MOUTH DRY

PAID NOV 25 2000

```
                                          04/07/01
PMB 933 BOX 1149 SAIPAN, MP 96950
                323 5000

RX # 6894299   DR. HOFSHNEIDER
-ANGELLO, JOHN J    PAXIL 10MG TABLET
                         COPAY      3.00

P.O. BOX 1149 CK
SAIPAN, MP 96950
202                            30TAB
                    ORG DT-04/07/01    52544-0329-10

..MAY CAUSE DROWSINESS
..BEST TO AVOID ALCOHOL
```

```
                                          03/27/01
PMB 933 BOX 1149 SAIPAN, MP 96950
                323 5000

RX # 4430766   DR. A STEARNS MD
-ANGELLO, JOHN J    LORAZEPAM 1MG TABLET
                     GENERIC   COPAY   3.00

P.O. BOX 1149 CK
SAIPAN, MP 96950
202                            30TAB
                    ORG DT-03/27/01    52544-0332-10

..MAY CAUSE DROWSINESS
..ALCOHOL ADDS DROWSINESS
..BEST TO AVOID ALCOHOL
..CONSULT PHARMACIST BEFORE
..USING WITH OTHER DRUGS
```

```
                                          07/06/01
PMB 933 BOX 1149 SAIPAN, MP 96950
                323 5000

RX # 4432232   DR. A STEARNS MD
-ANGELLO, JOHN J    LORAZEPAM 1MG TABLET
                     GENERIC   COPAY   3.00

P.O. BOX 1149 CK
SAIPAN, MP 96950
202                            30TAB
                    ORG DT-07/06/01    52544-0241-10

..MAY CAUSE DROWSINESS
..ALCOHOL ADDS DROWSINESS
..BEST TO AVOID ALCOHOL
..CONSULT PHARMACIST BEFORE
..USING WITH OTHER DRUGS
```

```
                                          04/12/01
PMB 933 BOX 1149 SAIPAN, MP 96950
                323 5000

RX # 4431016   DR. HOFSHNEIDER
-ANGELLO, JOHN J    LORAZEPAM 1MG TABLET
                     GENERIC   COPAY   3.00

P.O. BOX 1149 CK
SAIPAN, MP 96950
202                            30TAB
                    ORG DT-04/12/01    52544-0241-10

..MAY CAUSE DROWSINESS
..ALCOHOL ADDS DROWSINESS
..BEST TO AVOID ALCOHOL
..CONSULT PHARMACIST BEFORE
..USING WITH OTHER DRUGS
```



PLAINTIFF'S EXHIBIT 47

```
                PMB 933 BOX 10006 SAIPAN, MP 96950
                             323 5000
--------------------------------------------------------------------
RX #  4429021         DR. MACKAY, R              10/31/00
 -ANGELLO, JOHN J      LORAZEPAM 1MG TABLET
                       GENERIC      COPAY         3.00
P.O. BOX 1149 CK
SAIPAN, MP 96950
   202                     24TAB

                   ORG DT-10/31/00
                                           52544-0333-10

..MAY CAUSE DROWSINESS
..ALCOHOL ADDS DROWSINESS
..BEST TO AVOID ALCOHOL
..CONSULT PHARMACIST BEFORE
..USING WITH OTHER DRUGS
```

```
                PMB 933 BOX 10006 SAIPAN, MP 96950
                             323 5000
--------------------------------------------------------------------
RX #  6810867         DR. LINEHAN, P             06/21/00
 -ANGELLO, JOHN J      PRILOSEC 20MG CAPSULE DR
                                    COPAY         3.00
P.O. BOX 1149 CK
SAIPAN, MP 96950
   202                     30CAP

                   ORG DT-10/11/99
                                           00186-0742

..TAKE 30/60 MN BEFORE MEAL
..MAY CAUSE DIZZINESS
..DO NOT CHEW OR CRUSH
..MAY MAKE MOUTH DRY
```

```
                PMB 933 BOX 10006 SAIPAN, MP 96950
                             323 5000
--------------------------------------------------------------------
RX #  2205977         DR. A STEARNS MD           09/15/00
 -ANGELLO, JOHN J      ROXICET 5/325 TABLET
                                    COPAY         3.00
P.O. BOX 1149 CK
SAIPAN, MP 96950
   202                     30TAB

                   ORG DT-09/15/00
                                           00054-4650-29

..MAY CAUSE DROWSINESS
..ALCOHOL ADDS DROWSINESS
..BEST TO AVOID ALCOHOL
..CONSULT PHARMACIST BEFORE
..USING WITH OTHER DRUGS
```

PAID OCT 31 2000

PAID SEP 15 2000

PLAINTIFF'S EXHIBIT 48



```
Zenith
NDC 0172-4390-18

ALBUTEROL
INHALATION
AEROSOL
17 grams

PHI PHARMACY      323 5000
SPS 933 BOX 10006 SAIPAN, MP 96950
6824614 TRP      A STEARNS MD
ANGELLO, JOHN JAC   01/11/00
INHALE 2 PUFF(s) EVERY 4
HOURS

                                    17GM
ALBUTEROL 90MCG INHALER
01/10/01  NO REFILLS  ZENTH
```

```
                PHI PHARMACY
PMB 933 BOX 10006 SAIPAN, MP 96950
                323 5000


RX #  4430766        DR. A STEARNS MD     03/27/01
-ANGELLO, JOHN J       LORAZEPAM 1MG TABLET
                       GENERIC    COPAY      3.00
P.O. BOX 1149 CK
SAIPAN, MP 96950
   EMP                 30TAB

                    ORG DT-03/27/01      52544-0333-10


..MAY CAUSE DROWSINESS
..ALCOHOL ADDS DROWSINESS
..BEST TO AVOID ALCOHOL
..CONSULT PHARMACIST BEFORE
..USING WITH OTHER DRUGS
```



PLAINTIFF'S EXHIBIT 49

# NORTHERN MARIANAS COLLEGE
## CONTINUING EDUCATION
### VOCATIONAL EDUCATION

## EMPLOYEE TIME SHEET

**1. NAME:** JOHN ANGELLO    **2. SS# 554-74 2046**    **3. PAY PER. ENDING:** 4/7/0_

| 4. PAY PERIOD RATES: (Mark a line through the dates the day period encompasses) | 1/16 | 2/17 | 3/18 | 4/19 | 5/20 | 6/21 | 7/22 | 8/23 | 9/24 | 10/25 | 11/26 | 12/27 | 13/28 | 14/29 | 15/30 | 31 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | 4 | 4 | 4 | 4 | 4 | | | | | 8 | 4 | 8 | 8 | 8 | | 56 |
| Annual Leave | | | | | | | | | | | | | | | | | |
| Sick Leave | | 4 | 4 | 4 | 4 | 4 | | | | | | 4 | | | | | 24 |
| Compensation Time | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | |
| Administrative Leave | | | | | | | | | | | | | | | | | |
| Education Leave | | | | | | | | | | | | | | | | | |
| Leave Without Pay | | | | | | | | | | | | | | | | | |
| Total Hours - Voc Education | | 8 | 8 | 8 | 8 | 8 | | | | | 8 | 8 | 8 | 8 | 8 | | 80 |

EMPLOYEE SIGNATURE: _John Angello_    DATE: 4/4/01

SUPERVISOR SIGNATURE: _____    DATE: _____

PLAINTIFF'S EXHIBIT 50