The Law Offices of
Joseph Aldan Arriola
Attorney at Law
PMB 678 PPP, Box 10000
Saipan, MP 96950-8900
Phone: (670) 233-5501/02
Fax: (670) 233-5503

Edward C. Arriola - Of Counsel






E-mail: jurists@usa.net

July 9, 2001

Jack Sablan, President
Northern Marianas College
P.O. Box 501250
Saipan, MP 96950

**Re: Lease Agreement with PRA / Failure to Institute PRA Instructional Program.**

Dear Mr. Sablan,

I have been retained by Pacific Rim Academy, Inc. (PRA) to address the above matter. As I understand it, the Northern Marianas College (NMC) and the Board of Regents (BOR) entered into a lease agreement with my client, PRA, whereby PRA would occupy a certain space at the college for instructional purposes. Material to the lease agreement was the mutual understanding between the parties that Film and Video Production courses would be offered at the NMC. It is further my understanding that my client was led to believe that the PRA program would be included as part of the NMC's class schedule. Relying to their detriment, my client invested well over $150,000.00 for the purchase of audio and visual equipments, and the setting up of a classroom specifically designed for Film and Video Production instructions.

To date, the NMC has not lived up to its promise to institute a PRA program. As a consequence, my client is presently considering various legal options to make PRA whole again. However, in the spirit of compromise, PRA invites the College to make a proposed resolution to this matter. If we do not hear from the NMC by July 16, 2001, PRA will exercise its legal options in resolving the above matter.

Thank you for your attention and prompt response to this matter.

Very truly yours,

Joseph "Joey" A. Arriola
Attorney at Law

cc: Pacific Rim Academy, Inc.






# Northern Marianas College

## Office of the President

P.O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Phone: (670) 234-5498/99
Fax: (670) 234-1270

October 11, 2001

Mr. Leonard (Butch) G. Wolf, Jr.
President
Pacific Rim Academy

Dear Mr. Wolf:

The purpose of this letter is to document my meeting with Pacific Rim Academy representatives on Tuesday morning, October 2, 2001 in the Board of Regents Conference Room at Northern Marianas College. Pacific Rim was represented at the meeting by you, Les Wolf, and Michael Black. In addition to me, the director of our Technical/Trades program, Dr. Jack Angello, represented Northern Marianas College. Ivan Propst was also present at the meeting to gain information needed for compiling a summary of the session.

As stated at the meeting, activities will begin immediately in pursuit of our mutually established and agree upon goal, which is to begin offering courses in Spring 2002 in an NMC-approved and supported Audio/Video Production program. The program will be carried for one year on a pilot basis, with a formative assessment to be conducted near the end of that period in order to determine whether the program should continue. An attachment lays out a proposed schedule of activities, a timeline, and responsibility assignments for accomplishing the intended goal as stated above. Please review this draft and provide me with comments regarding any modification you may want to propose by Monday, October 15.

In addition to the schedule of activities, I am attaching a copy of the proposed lease agreement which I would like you also to review, along with your legal counsel, and provide me with comments regarding its acceptability as soon as practical.

As you are well aware, there is a great deal of excitement at the College and in the community about this program and considerable effort will be made to see that it does succeed. Our expectation is that this program, offered and marketed in conjunction with our English Language Institute, will prove to be an attraction to international students, particularly from Japan and other countries in this region.

Yours truly,

Joaquin M. Sablan, Jr.
President






NORTHERN MARIANAS COLLEGE

P. O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Telephone: (670) 234-3690 • Fax: (670) 234-0759

March 18, 2002

**HAND DELIVERED**

The Honorable Stanley Torres
Representative
Chairman for Ways & Means
Northern Marianas Commonwealth Legislature
Saipan, MP 96950

APR 2002
RECEIVED

Re: NMC Vocational & Technical Institute

Dear Congressman Torres:

As we earlier discussed and per your request for me to submit the following attached documents:

1. Draft "Resolution" for the NMC Vocational & Technical Institute.

2. A description of the proposed vocational & technical training to be offered at NMC, including budget request.

Please call my office at 234-3690 (ext. 1800) for any further information.

Sincerely,

Dr. Jack Angello
Director of Vocational/Technical Education

PLAINTIFF'S EXHIBIT 63

# HOUSE OF REPRESENTATIVES

**RESOLUTION NO._____**

**DRAFT**

---

---

**A HOUSE RESOLUTION**

Requesting that the Northern Marianas College and its Board of Regents acknowledge and implement the mandate of Public Law 9-53, Section 4., Part (2) "...To establish a vocational, occupational and technical training center and professional development institute (hereinafter referred to as "institute) within the Northern Marianas College."

WHEREAS, the UNDERSIGNED REPRESENTATIVES have identified the overwhelming need for a Vocational and Technical Institute for the CNMI island residents; and

WHEREAS, the Northern Marianas College (NMC) has been given the task to provide this training through the mandates of the CNMI Constitution and Public Law 9-53, i.e., "The Higher Education Act of 1995;" and

WHEREAS, the UNDERSIGNED REPRESENTATIVES are in full support of this concept of modern training for all CNMI residents, which is mandated via the college vocational institute and its working affiliation (2+2 Program) with the Public School System; and

WHEREAS, the NMC Vocational & Technical Institute will cater to off-island students and form cooperative business arrangements in order to foster and stimulate the CNMI business community; and

WHEREAS, the NMC Vocational & Technical Institute, which will be administered by a Director of Vocational & Technical Education, report to the Board of Regents through the NMC President, and will have a separate budget derived from and not less than 25% of the fees collected from the stipulations of P.L. 5-32, as amended by P.L. 10-66; and

WHEREAS, the Vocational & Technical Institute will submit an annual report to the legislature, detailing the fiscal year's activities; and

THEREFORE, be it resolved that the UNDERSIGNED REPRESENTATIVES urgently requests that the CNMI Board of Regents adhere to the CNMI Constitution and adopt the mandate of Public Law 9-53, which officially legislates the implementation of the NMC Vocational & Technical Institute . The NMC Vocational & Technical Institute shall be organized within sixty days receipt of this resolution.

DATE:__________

**SIGNATORIES**

# NMC VOCATIONAL TECHNICAL INSTITUTE

## SAIPAN CAMPUS--ROTA CAMPUS--TINIAN CAMPUS

INTRODUCTION

There is no question that the CNMI faces a very challenging future, which demands that we take action NOW. The key to our economic growth and stability lies with our island leaders, and how they will legislate meaningful and appropriate laws to encourage business opportunities that will include the employment and ownership of such businesses by CNMI residents. In view of this future strategy, it is of utmost need that the island residents be afforded state-of-the-art vocational training. The Northern Marianas College has been mandated by the CNMI Constitution and by public laws to provide this training. BUT HOW CAN IT? When funding for Vocational training is almost nothing, and the Vocational Training Institute has not been created, as described in P.L. 9-53, "The Higher Education Act of 1995." A House Resolution will jump-start our success.

## TRAINING AREAS

CONSTRUCTION TRADES

To fundamentally train people in the art of the construction trades, i.e., carpentry, electrical, plumbing, masonry, in order to seek possible employment, to enrich one's life with self-reliant knowledge, and to provide transferable, hands-on skills in the field of construction.

COMPUTER & ELECTRONIC TRADES

To train people in the various areas of computer and electronic occupations, e.g., software applications, hardware maintenance and repair, networking, computer design and management, electronic background knowledge, maintenance and repair, and chip/component manufacturing. In addition, the immersion of students into the modern world of cyberspace, via virtual reality, whereby students can learn various occupations in a virtual world of computer-driven scenarios.

AUTOMOTIVE SERVICE

To fundamentally train people in the art of the automotive service trades, i.e., basic tune-up and repair, light to heavy mechanics, small engine and boat engine maintenance and repair, etc., in order to seek possible employment, to enrich one's life with self-reliant knowledge, and to provide transferable, hands-on skills in the field of automotive services.

FILM & TV PRODUCTION AND POST PRODUCTION

To train people in the exciting arena of audio/visual---film & TV production and post production. The student will become "professional" in an environment that is "Hollywood in the CNMI." There will be an overview of the multi-media arts, directing--writing--acting courses, audio & video production and post production. music recording, live TV production, film-making in the CNMI and abroad. The opportunities are many, and NMC Vocational Institute will deliver the right training for the righteous people of the CNMI.

OPEN AREAS OF SPECIALIZED TRAINING

To keep our program current and adaptable, the NMC Vocational Institute will always entertain new areas of training scenarios.

ANNUAL BUDGET REQUEST

**25% of the fees collected by virtue of P.L. 5-32, as amended by P.L. 10-66. This will sustain a viable and do-able program, which will provide real world working & training environments. A generous portion of the budgetary money will also be used to aid our residents in tuition and fees.**

Submitted by:

Dr. Jack Angello
NMC Director of Vocational Education
March 18, 2002

2002

**From:** Polly Deleon Guerrero
**Sent:** Thursday, April 11, 2002 4:34 PM
**To:** (1) Saipan Campus; (2) Tinian Campus; (3) Rota Campus
**Subject:** REVISED: VA#02-021

# REVISED

## VACANCY ANNOUNCEMENT

Announcement No. 02-021

It is the policy of Northern Marianas College that equal opportunity be given to all qualified applicants without regard to age, race, gender, marital status, place of origin, religion, disability status, political affiliation or family relationship. The College is an Equal Opportunity Employer.

POSITION TITLE: **PRESIDENT**
Pay Level & Step: **Ungraded**
Annual Salary: **$80,000.00**
Location: **As Terlaje Campus, Saipan**
Opening Date: **4/11/02** Closing Date: **5/10/02**

**Nature of the Position:**

I. The President is the chief executive officer of the Northern Marianas College, and in this capacity is charged with full administrative responsibility for the College. The Board of Regents judiciously recognizes and supports the President as the major line of communication between the Board and the internal and external College community. In this capacity as the Board's Liaison, the President informs the Board of such communications, and is guided by the policies, general directions, and financial guidelines established by the Board.

II. The President's fundamental responsibility is to develop and maintain an institution that fulfills the mission and achieves the goals of the Northern Marianas College in accordance with the Mission Statement set forth in Article XV of the CNMI Constitution and in accordance with the Postsecondary Education Act of 1984, as amended, and in the Postsecondary Education Amendment Acts of 1992 and 1995. This implies a commitment to the philosophy of a comprehensive community college and an understanding that the President's energies must be directed towards the realization of such.

III. The President is an educational leader of the Commonwealth, and as such represents the College in the community. The President recommends policies to the Board, and is authorized by the Board to exercise broad discretionary powers according to the policies, goals, and general directions established by the Board for the College.

**Duties and Responsibilities:**

1) Being responsible for the organization and administration of the College and for the coordination of its entire instructional program;
2) Providing direction and leadership in the development and implementation of a research, planning, and evaluation system to assure institutional effectiveness and that the results of such activity will be used for institutional improvement and the establishment of priorities;
3) Ensuring that various entities of the College have a substantive and clearly-defined role in institutional governance;
4) Overseeing institutional adherence to the Standards of the Accrediting Commission so as to assure continuing accreditation of the College;
5) Recommending to the Board new and revised policies and establishing administrative procedures for
    1. Board operations
    2. Finance and procurement
    3. Educational programs
    4. Human resources
    5. Student services
    6. Administrative services
6) Developing an effective program of staff evaluation and improvement;
7) Preparing a budget in line with the needs of the College, and approving expenditure of funds appropriated to the College by the federal or Commonwealth government or donated to the College by any other entity;





8) Guiding capital improvement activities and ensuring safe and adequate facilities and grounds in order to maintain a quality learning environment;
9) Representing the College to the community and maintaining an adequate public information service;
10) Maintaining open and adequate channels of communication with the internal and external College community;
11) Entering into contracts, cooperative agreements, and such other transactions as may be helpful to conduct the business of the College;
12) Appointing and terminating staff and faculty consistent with applicable Human Resources rules and regulations;
13) Accepting gifts, grants, donations, bequests, or other contributions on behalf of the Board and depositing the same in a College Trust Fund for the exclusive use and expenditure of the College, as approved by the Board;
14) Formulating reports required by local and federal agencies;
15) Approving regulations and activities of groups and organizations functioning within the College; and
16) Subject to prior review and approval by the Board, establishing respective faculties and staff for the various departments and other divisions of the College, approving their programs and courses of studies, and modifying or disestablishing the same as the President may deem most appropriate to carry out the policies, goals, and general directions established by the Board for the College.

**Minimum Qualifications:**
Masters degree in Education, Business, or Public Administration or related field from U.S. recognized institution; plus five (5) years of progressively responsible education administration experience preferably in a community college or similar higher education and five (5) years of post secondary teaching experience.

**How to Apply:**
Employment application forms are available at the Human Resources Office of the College. To be submitted to the HR Office together with official school transcripts, copy of diploma or certificates, police clearance and a copy of a valid passport no later than the closing date of the Announcement.







**Northern Marianas College**
**Office of Human Resources**
**P.O. Box 501250 CK, Saipan, MP 96950**
**Phone: (670)234-5498 Fax: (670)234-0759**

**GENERAL INSTRUCTIONS**: READ THE CERTIFICATION AT THE END OF THIS APPLICATION BEFORE FILLING IT IN. TYPE OR PRINT ALL ANSWERS CLEARLY WITH A DARK BALLPOINT PEN. ANSWER ALL QUESTIONS FULLY AND ACCURATELY. FILL IN, SIGN AND RETURN TO THE NORTHERN MARIANAS COLLEGE HUMAN RESOURCES OFFICE.

DO NOT WRITE IN THIS SPAC

1. POSITION YOU ARE APPLYING FOR: PRESIDENT
2. ANNOUNCEMENT #: 02-021
3. OTHER POSITIONS WHICH YOU ARE INTERESTED IN APPLYING FOR: Dean of Continuing Education
4. NAME (Last, First, Middle): Angello, John (Jack) Anthony
5. MAILING ADDRESS: P.O. Box 501149
   CITY: Saipan STATE: MP ZIP CODE: 96950
6. PHONE NUMBERS
   HOME 235-8691
   WORK 234-3690
7. DO YOU HAVE LEGAL RIGHT TO BE EMPLOYED IN THE CNMI OR U.S.? ☒ YES ☐ NO
8. PERSON ABLE TO CONTACT YO (Name, Address, Phone Number)
   Len Angello
   Saipan MP
   235-8691
9. LIST THE LANGUAGES YOU KNOW:

| | SPEAK | READ | WRITE | UNDERSTAND |
|---|---|---|---|---|
| ENGLISH | ☒ | ☒ | ☒ | ☒ |
| CHAMORRO | ☒ | SOME ☒ | ☒ | ☒ |
| SPANISH | ☐ | SOME ☒ | ☐ | ☐ |

10. WITHIN THE LAST FIVE YEARS HAVE YOU:
    a) BEEN FIRED FOR ANY REASON? Yes ☐ No ☒
    b) QUIT A JOB TO AVOID BEING FIRED? Yes ☐ No ☒
    c) BEEN CONVICTED OF AN OFFENSE OR FORFEITED BAIL? Yes ☐ No ☒

*If you have answered "yes" to any of these questions, please explain in box 11* → →

11. SPACE FOR ANSWER:

12. LOWEST PAY YOU WILL ACCEPT: $ 80,000 per annum
13. WHEN YOU WILL BE AVAILAE

PLAINTIFF'S EXHIBIT 65

May 10, 2002

NMC Board of Regents
NMC Human Resources
P.O. Box 501250
Saipan MP 96950

Re: Letter of Relevant Experience (NMC 02-021 President)

Dear BOR/NMC HR:

The following experience is listed to comply with the above referenced NMC Vacancy Announcement #02-021:

Educational Administration

1. 1989 Vice Principal at Marianas High School
2. 1990-92 Principal at Tinian High School
3. 1993-96 Doctorate Program in Instructional Technology and Administration (Secondary and Post Secondary Projects)
4. 1997-98 NMC Chairman of Academic Council
5. 1996-02 Director of Apprenticeship Trades, Director & Chairman of Vocational Education 1997/98: Acting Dean of Continuing Education for two substitute sessions (NMC)

Post Secondary Instruction

1. 1982 Cooperative Education Instructor Oregon State University & CNMI Governor's Office
2. 1988 Instructional Technology Lab Assistant – Instructor at San Jose State University
3. 1990-92 NMC Instructor at Tinian Campus

page two

4. 1998-00 NMC Instructor at Adult School
5. 1998-99 NMC & University of Guam Instructor
6. 2000-02 NMC Co-Instructor/Counselor DYS/DOC/ADI
7. 1996-02 NMC Counselor in Vocational Education
8. 1990-02 United States Coast Guard Auxiliary Public Education Officer and 1989 Vice Flotilla Commander
9. NOTE: Five (5) years of secondary teaching in California and the CNMI. 1970-72/1986-89

I have had an extensive career in educational instructional and administrative experience, which has been enhanced by the several traditional & innovative programs that I have planned and implemented at NMC, e.g., NMC/PSS 2+2 Program, NMC Adult School, NMC/DOC Program, NMC/DYS Program, NMC/ADI Program, and the NMC/PRA Film & TV Program.

Sincerely,

Dr. John Jack Angello
P.O. Box 501149
Saipan, MP 96950

15 May 2002

MEMORANDUM

FROM: Vince Merfalen, Special Assistant, BOR Affairs

TO: Dr. Jack Angello

Subject: Grievance

The grievance letter, dated 6/20/01, that you sent to the NMC President is hereby returned to you.

A review of the BOR files and records indicate that no action on this matter has been officially raised to the level of the BOR. In a prior meeting with former NMC President, Jack Sablan, he stated that the matter was to be settled at the Dean's level.

If you feel this is in error, please visit the Director of Human Resources for guidance on the grievance process.






NORTHERN MARIANAS COLLEGE

P. O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Telephone: (670) 234-3690 • Fax: (670) 234-0759

May 29, 2002

Ms. Kimberlyn King-Hines
Chair, President Search Committee
NMC Board of Regents
Northern Marianas College
As Terlaje Campus
Saipan, MP 96950

Dear Regent King-Hinds:

I write to transmit copies of the application packages for the President position which closed on May 10, 2002. Copies of the seven application packages are enclosed for each of the Board of Regent members on the Search Committee.

Numerous inquiries were received and HRO responded in providing direction and information. Eighteen (18) application packages were received or post-dated within the announcement period. Based on HRO's preliminary review of applicants' qualifications against minimum qualification requirements stipulated in the vacancy announcement, seven (7) candidates met these requirements. Their names are alphabetically listed below for your further review and selection purposes:

1. Larry Griffin
2. James Mason
3. Barbara Moir
4. Chigbo Ofong
5. Billy Potter
6. Mark Schulman
7. Kenneth Wright

Copies of the local vacancy announcement as well as the abbreviated ad for the Chronicle of Higher Education are enclosed for your information.

I wish you the best in your deliberations. If you have any questions or need further assistance from HRO please let me know.

Sincerely,

Kohne K. Ramon
Director, Human Resources Office

Cc: members of the President Search Committee w/ package



Rcvd 6/4/02




Northern Marianas College
Office of Human Resources
P.O. Box 501250 Saipan, MP 96950
(670) 234-5498 Fax: (670) 234-0759
Email: HRO@nmcnet.edu
Website: http://www.nmcnet.edu

May 30, 2002

Dr. Jack Angello
Northern Marianas College – Saipan Campus
Division of Continuing Education

Dear Dr. Angello,

Thank you for your application for the position of Dean, Continuing Education for NMC's Division of Continuing Education (VA#02-023).

After a review of your credentials relative to the requirements of the position, we are sorry that you did not make the eligibility list. The position specifically states that a minimum requirement of three (3) years of postsecondary teaching is required.

However, we encourage prospective employees to continue looking out for vacancies on our website and inform our office of specific positions in which you are interested.

Your application will be kept in our active files for consideration for future vacancies for which you may qualify.

Sincerely,

Kohne K. Ramon
Director, Human Resources



PLAINTIFF'S EXHIBIT 68

# NORTHERN MARIANAS COLLEGE
## DIVISION OF INSTRUCTION
**6/3/02**

RECEIVED JUN 0 6 2002

TO: HUMAN RESOURCES OFFICE

FROM: VOCATIONAL EDUCATION INSTRUCTOR

SUBJ: STATEMENT FOR DR. JACK ANGELLO

This memo is written for Dr. Jack Angello, Director of Vocational Education, who acts as both a counselor and co-instructor for our special programs, involving prisoners, youth offenders, and adult (high) school students. We do our own counseling in Vocational Education, and Dr. Angello and myself handle all our at-risk programs, which require constant instructional teamwork and two-way cooperation.

Since February of 2000, Dr. Angello has traveled extensively to off-campus sessions and has also been on-campus for counseling and instructing of our at-risk students. Our vocational "training" programs require both hands-on knowledge and job knowledge skills. Dr. Angello spends numerous hours in the instruction of job attitude, job performance and extra matters concerning the unique situations of our prisoners, youth offenders and adult students. Since February, 2000 we have had an average of two 6-credit classes per semester, plus special project classes, and Dr. Angello's contributions to the instruction of the classes have been very valuable.

Submitted by: [signature] 6/4/02
Lino Santos Date
Vocational Education Instructor



# NORTHERN MARIANAS COLLEGE

## DIVISION OF INSTRUCTION

6/3/02

TO: HUMAN RESOURCES OFFICE

FROM: DIRECTOR OF VOCATIONAL EDUCATION

SUBJ: 3/9/01 GRIEVANCE

Please be advised of the following:

1. BOR Special Assistant memo dated 5/15/02, which directs me to seek guidance from your office regarding the adjudication of my 3/9/01 (cited as 6/20/01) grievance involving then Vice President Barbara Moir.

2. My 7/9/01 memo, which is in response to HRO's request for information detailed in HRO's e-mail 7/2/01. This same e-mail verifying that the above-mentioned grievance is at Step "C" of BOR HR 4360.

Concerning the above correspondence, there is an erroneous statement by the former President Jack Sablan in the BOR memo of 5/15/02, i.e., "...he (Sablan) stated that the matter was to be settled at the Dean's level." As clearly stated by the HRO e-mail of 7/2/01, this matter was, and still is, at the "C" step of BOR HR 4360, which says: "The President is to consult with the employee..."

Currently, the object of the grievance, Barbara Moir, is the Interim President, and this presents a conflict of interest. Moreover, it is still a conflict of interest if the next step is instituted, since the NMC President picks the Employee Appeals Committee.

Therefore, I officially request that HRO notify the Board of Regents that this grievance needs a hearing before the combined BOR and NMC hearing committee, which is selected by the BOR's



Chairperson of the Personnel Committee. Furthermore, it is fitting that the Board of Regents hear this matter, since they have direct supervision of the Interim President and her actions.

In a somewhat related matter, it has also come to my attention that a new Dean of Continuing Education has been selected. I find this interesting since I officially applied for the vacant position of Dean of Continuing Education in a timely manner and, subsequently, I was determined not qualified---lacking three years of post secondary teaching---when I was qualified in 1997 (see attached 10/6/97 Eligibility List for VPI). Furthermore, after review of my personnel file, there are no document prior to 1995 (application papers, personnel information, etc.) Please advise.

Dr. Jack Angello

attachments

cc: BOR Regent Kimberly K. Hinds
BOR Special Assistant