

**NORTHERN MARIANAS COLLEGE**

P. O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Telephone: (670) 234-3690 • Fax: (670) 234-0759

September 16, 2002

**HAND DELIVERED**

The Honorable Juan N. Babauta
Governor
 and
The Honorable Diego T. Benavente
Lt. Governor
Commonwealth of the Northern Mariana Islands
Saipan, MP 96950

**Re: Senate Joint Resolution No. 13-6**

Dear Governor & Lt. Governor:

Please review the attached documents, which will attest to major problems facing the Vocational Education here at the college:

1. Documents showing that NMC has continually rejected our vocational plans to help CNMI students. One e-mail says it all: "<u>Forget the 10-66.</u>" **This is the plain truth: The NMC College is not in compliance with P.L. 9-53.**

2. Contrary to Public Laws (P.L. 9-53, 10-66), <u>Vocational Education (business training) receives virtually zero monetary support for students and staff.</u>

3. Annual 10-66 monies (approx. 1.1 million) to NMC goes to the School of Education, Nursing and Workforce Development. Although these are worthy programs, they are mainly involved in the training of government workers. **This is not the intent of Public Law 10-66, as detailed in the Public Auditor's 10/16/02 report.** <u>We need to train for the private sector, too.</u>

4. The NMC Vocational Department promises to change the

A Land Grant Institution Accredited by the Western Association of Schools and Colleges


PLAINTIFF'S EXHIBIT 80

page two

dire climate of youthful discontent and the **rising** number of criminal activities in the CNMI. We must act now! **If there is no action now, who will be blamed for the downfall of the CNMI community.** <u>Please take action.</u>

You may call my office at 234-3690 (ext. 1800) for any further information. I stand ready to implement a comprehensive Vocational Program for the CNMI, but how can I with the fiscal and administrative restraints placed on our vocational programs? I need your support for the Senate Joint Resolution No. 13-6, in order to implement the NMC Vocational Institute.

For the immediate rescue of the Fall '02 semester, NMC's Vocational Programs need $35,000, which will be used for training programs on Saipan, Tinian and Rota. This money can be forwarded from 10-66 monies accrued by DOLI, which is collected on a daily basis. Thank you.

Sincerely,

Dr. Jack Angello
Director of Vocational/Technical Education

attachments

cc:   House & Senate

Yahoo! Mail - jacksaipan@yahoo.com                                                                 Page 1 of 11

  Mail                                                    Yahoo! - My Yahoo! - Help  

**Get Hard.** See Results by April 9    FREE FITNESS EVALUATION TODAY!    Fitness REAL SIMPLE. REAL RESULTS.

**Click here for a FREE Fitness Assessment!**

| Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼ |        jacksaipan@yahoo.com [Sign Out]

[Check Mail]   [Compose]                                           Mail Upgrades - Search Mail - **Mail Options**

**Folders** [Add]          Previous | **Next** | Back to Messages              Printable View - Full Headers

📥 **Inbox**              [Delete]  [Reply]  [Reply All]  [Forward]  [as attachment ▼]   [Move to folder... ▼] [OK]
📝 Draft
📤 Sent
🗑 Trash [Empty]

**My Folders** [Hide]     This message is not flagged. [ **Flag Message** - Mark as Unread ]

     **From:** "Larrisa Savares" <LarrisaS@nmcnet.edu> | **This is Spam** | **Add to Address Book**
📁 My Documents           **To:** "'jacksaipan@yahoo.com'" <jacksaipan@yahoo.com>
                          **Subject:** 📄 BOR Minutes of September 23 2002
Check your Credit         **Date:** Fri, 28 Feb 2003 10:45:13 +1000
In Seconds!
                                             Northern Marianas College
Access Your                                    **BOARD OF REGENTS**



http://us.f132.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=7749_1834026_18722_1020_1160_0_111_3676_80792...   2/28/03


Office Files from Home

FREE fax number

for your Yahoo! Mail

View Homes & Find REALTORS®

**Minutes of the Regular Meeting**
NMC – Saipan Campus
9/23/02

Call to Order: 3:35 p.m.

**I. Preliminary Matters**

   A. Roll

   1. **BOR Members:** Kimberlyn K. Hinds, Eloise A. Furey, Margarita Olopai Taitano, Vincent J. Seman, Abelina Cing-Cabrera, and Galvin Deleon Guerrero.

   2. **Legal Counsel:** Jesus C. Borja, Esq.

   3. **NMC Staff and Faculty:** Rose Igitol, Chas Algaier, Kohne Ramon, Janice Tenorio, Barbara Moir, Susan Satur, Sallie Sablan, Jack Angello, Melody Actouka, Al Johnson, George Pangelinan, Stanley Mar, David Atalig, Josephine Camacho, John Griffin, Eric Plinske, Vince Merfalen.

   4. **Other community members and guests:** Dan Nielsen, Mayumi Aguon (ASNMC), Jack Kiyoshi (ASNMC), Herman Sablan, Jesus Taisague, Amy Bartlett, Gemma Casas, Agnes McPhetres.

   B.   Agenda: The proposed agenda was approved with the following changes:

   1. New Business was moved to Item 5

   2. Old business was moved to item 4

   C. **Minutes of July 10, 2002** – Minutes were reviewed and approved with the following changes:

   1. Legal Counsel Jesus C. Borja was present during meeting of July 10, 2002.

   2. Item 8, page 4 – Regent Seman will follow up with Board of Education (BOE) and set up a meeting with BOE Chair.

Case 1:03-cv-00014   Document 119-15   Filed 12/21/2005   Page 5 of 16

Yahoo! Mail - jacksaipan@yahoo.com                                                                 Page 3 of 11

    **D. Minutes of July 22, 2002** - Minutes were reviewed and approved with the following changes:

      1. Legal Counsel Jesus C. Borja was present during meeting of July 22, 2002.

      2. Item 5, section c -- Dr. Kenneth Wright is from La Jolla, California

**II. Miscellaneous – Public Input** Chair opened the floor to the public for input.

**A. President Wright** – Item for Miscellaneous section of agenda. President has had conversations with legal counsel regarding board policies conflicting and feels the need to review the entire set. He has contacted several people in the States and has received recommendations to use Tarrant County Community College policies as a model especially because there is a legal foundation for each section of the policies – ready access for why we have each policy. Distributed copy of first set for BOR review.

**B. Tony Guerrero – HANMI resolution** -- Amended the agenda to include on the agenda HANMI Resolution as Item D under new business.

**III. REPORTS**

**A. Programs Committee Chairman's Report – Regent Guerrero reports**

    All items of report will be dealt with under old business (student representative to board, licensure policy, and 3 licensure applicants – IBPC, Joy Pacific University, Tinian University)

**B. Fiscal Committee Chairman's Report – Regent Seman reports**

    NMC is still getting finances organized. Under new the president, action is being taken to get accurate picture of NMC. The 8% budget cut was restored to NMC and NMC should meet remaining payroll obligation for remainder of fiscal year.

**C. Personnel Committee Chairwoman's Report – Regent Hinds reports**

    A number of policies have reached the personnel committee level. The committee has decided that they will not address the proposed changes until Ken makes presentation to avoid "band-aid" cover-ups.

**D. President's Report – President Wright reports**

1. To appoint a student representative, the Board must get formal authority approval to get a formal appointment. BOR can invite student, but cannot appoint.
2. Licensing will be covered later
3. Any policy changes made have a posting notice and process by which we do that.
4. Other matters discussed under reorganization and redesign

**E. Faculty Senate's Report – Vince Riley reports**

1. Skip first page at recommendation of committee, as it will be addressed later
2. Faculty assembly and faculty senate made a resolution regarding fees in July and have not heard anything regarding accounting for fees.
3. Faculty concerns about participation in governance, inequities in contracts, implementation of 1997 salary classification schedule, liability for accidents where cars are parked in hazardous sites, childcare for student parents, professional development program

**F. ASNMC's Report – Vice President Mayumi Aguon reports**

1. Written report will be submitted later.
2. Because the constitution does not set a limit, ASNMC held an inauguration of fifteen honorary members to assist ASNMC in its work.
3. Several successful activities were conducted including: a painting party to clean and paint Student Center, student forum between ASNMC and students, an ice cream social,
4. Upcoming events include: Haunted House, a meeting with the NMC president, ping pong, table

tennis, ice cream social, and haunted house.

**IV. Old Business:**

**A. Student Representative on the BOR** – Regent Guerrero presented the report and recommendations of the Program Committee.

*Motion:*

To establish a non-voting honorary member to be appointed by ASNMC through a very thorough process whereby ASNMC will consider students of Tinian and Rota.

*Discussion:*

a. Recommend that board number one invite the faculty or a student representative to sit immediately on the board and to put forward a resolution requesting that the appointing authority formally establishes.

b. Committee favorably considers establishing a non-voting member on BOR and tasks President to research and develop recommendation for full board.

c. If you do want that student to be a representative, a voting member and an official member of this board then it has to be done through a statutory amendment.

d. Because student representative will be an honorary member, the governor's approval is not needed.

*Action:* Motion made and carried unanimously.

**B. Licensing of International Business and Professional College** – Regent Guerrero

*Motion:* The program committee recommends granting a full "3 Year" license to the IBPC. Committee also recommends the license to allow for 2-year certification programs, computer user certification and hotel operations certification and limited ongoing professional development courses. Condition of

Case 1:03-cv-00014   Document 119-15   Filed 12/21/2005   Page 8 of 16

Yahoo! Mail - jacksaipan@yahoo.com                                            Page 6 of 11

licensure is that IBPC must pursue accreditation.

*Discussion:* First post-secondary college to receive full license in CNMI.

*Action:* Motion made and carried unanimously.

C. **Application for Licensure by Joy Pacific – Regent Guerrero**

The committee has not received adequate information to properly decide whether or not to grant or deny a provisional or full license. The committee will continue to correspond and work with applicant and keep the board updated on status of application.

D. **Tinian University – Regent Guerrero**

The committee has not received adequate information to properly decide whether or not to grant or deny a provisional or full license. The committee will continue to correspond and work with applicant and keep board updated on status of application.

E. **Post-Secondary Licensure Policies and Procedures**

I. **Change in Licensure Fees**

*Motion:* Committee recommends that board amend current postsecondary licensure policy to increase application fees to $10,000 based on committees research into applications since the implementation of the of the policy last year, the application process has taxed the finances and human resources of NMC the committee determined that it is inappropriate that NMC resources be utilized for the applications of other potential colleges and post-secondary institutions. The $10,000 fee would fit the current policies identification of administrative costs involved in the application process.

*Discussion:*

a. Licensing procedure went through the publication provisions in the commonwealth register and any

Yahoo! Mail - jacksaipan@yahoo.com                                              Page 11 of 11



**Minutes of the Regular Meeting**
NMC – Saipan Campus
9/23/02

Page 6 of 66
Page 1 of 66

Delete | Reply | Reply All | Forward | as attachment | Move to folder... OK

Previous | Next | Back to Messages                                  Save Message Text

Check Mail | Compose                          Mail Upgrades - Search Mail - **Mail Options**

Mail - Address Book - Calendar - Notepad

Address Book · Auctions · Autos · Briefcase · Calendar · Careers · Chat · Classifieds · Finance · Games · Geocities · Greetings · Groups · Kids ·
Mail · Maps · Member Directory · Messenger · Mobile · Movies · Music · My Yahoo! · News · PayDirect · People Search · Personals · Photos ·
Radio · Shopping · Sports · TV · Travel · Warehouse · Weather · Yellow Pages · more...

Copyright © 1994-2003 Yahoo! Inc. All rights reserved. Terms of Service - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Northern Marianas College Board ᴏ. ᴋegents
**MINUTES of Executive Session of the Regular Meeting**
September 23, 2002
Board of Regents Conference Room

**Executive Session**

Present:
    Board of Regents: Kimberlyn Hinds, Eloise Furey, Margarita Olopai-Taitano, Vincent J. Seman, Abelina Cing-Cabrera, Galvin Deleon Guerrero

    Legal Counsel: Jesus Borja

    NMC Staff: President Kenneth Wright

Regent Chair passed the floor to President Wright as he requested for the executive session.

President Wright stated that there are 64 employees earning $50,000 or more. He will be carrying out reassignments and 11 terminations.

A listing of the individuals to be affected was passed around. A chart of the re-designed organization was also passed around for the Regents to review. Copies of the memo dated September 19, 2002 was also passed to the members to review. After a question and answer period, the Board members returned the memo and chart to President Wright.

Regent Chair ended the executive session and reconvened the regular meeting of the Board.



PLAINTIFF'S EXHIBIT 82

To: BOR
From: Ken
Subject: Organizational Redesign
Date: September 19, 2002

I accepted those issues you raised during my employment interview as a very clear mandate to find ways to improve the efficiency and productivity of the college.

I would generalize on what I have found to be widespread tendencies in our organization as a lack of focus. Lacking an overall sense of direction, individuals within the college have selected courses action according to the dictates of their individual consciences, insufficiently guided by cohesiveness. Some individual choices comport well neither with the college mission nor with Board direction. I hasten to add that I do not impugn these individuals. They have responded to the best of their ability to an intolerable circumstance. In some cases, individuals with unquestioned ability floundered because of lack of support from other parts of the organization. In other cases, staff pursued (and in some cases accomplished) goals that simply did not happen to fit within NMC's mission. In still other cases, as many as three professionals are responding to the same responsibility as if it were theirs alone.

One recurring theme I have uncovered in the reaction of staff is the tendency to seek to hire additional staff members in order to cope with problems that were created by lack of coordination. Ironically, rather than solve the problem that approach compounds the difficulty of coordination by creating new levels of bureaucracy. In such a circumstance, the *addition* of staff actually *reduces* effectiveness. We are overstaffed.

After first struggling with an appropriate response to our dilemma by attempting to adjust our current table of organization, I have concluded that what makes sense is to wipe the slate clean and completely redesign our organization from the ground up. Board Policy 4061 gives to the President responsibility for assigning and reassigning duties of the staff. I have devised a coordinated set of reassignments that I will share with you at Monday's meeting that, I am confident, will accomplish two objectives: It will improve the efficiency and effectiveness of our current operations and, at the same time provide for the flexibility to meet the changing demands that are inevitable in meeting the fresh challenges that lie just ahead. The latter part is important because some of those demands will be extraordinary as we develop the international business program that we have agreed to pursue.

The redesigned organization I am recommending contains 120 non-instructional positions compared to 135 at present. This is a reduction of 15 positions or 12.5%. Because the positions being eliminated are in the higher salaried positions, the impact on salary savings is greater than that. The gross savings of salary costs will be $631,130 annually. That will be partially offset by the need to compensate seven individuals who will be asked to take on additional duties. These increases will amount to a total of $49,000 distributed to seven individuals.

Included in your information packet is comparative data regarding a number of staffing, physical space, and financial characteristics among community colleges. These


PLAINTIFF'S EXHIBIT 83

comparisons are presented on the basis of various characteristics *per thousand students*. These ratios are to be viewed with suspicion. They raise questions; they do not answer them. Notwithstanding the foregoing qualification, we are significantly overstaffed by any reasonable comparison. Furthermore, it is the very overstaffing that is making us less effective as an organization. Note the following comparisons to 252 community colleges:

NMC Staffing Compared to the Mean of 252 Community Colleges

|  | Mean of 252 | NMC | NMC % of Mean |
|---|---|---|---|
| All Staff | 113 | 199 | 195% |
| Credit Instruction | 52 | 62 | 119 |
| Other Instruction | 11 | 2 | 18 |
| Academic Admin | 13 | 40 | 307 |
| Student Services | 13 | 22 | 169 |
| Institutional Support | 14 | 66 | 471 |
| Plant Op. & Main. | 9 | 7 | 78 |

As noted, the comparative data is presented as a percentage of the mean in all of the characteristics. Since we are a small college, it is to be expected that we will be on the high side of the mean. And, I have deliberately left some positions that would otherwise be superfluous in order to accommodate the growth from the international business program. With that as caveat, note the following comparisons that will prevail when the redesign of the organization is implemented.

NMC Staffing Compared to the Mean of 252 Community Colleges (New)

|  | Mean of 252 | NMC | NMC % of Mean |
|---|---|---|---|
| All Staff | 113 | 184 | 162% |
| Credit Instruction | 52 | 62 | 119 |
| Other Instruction | 11 | 2 | 18 |
| Academic Admin | 13 | 38 | 292 |
| Student Services | 13 | 18 | 138 |
| Institutional Support | 14 | 58 | 414 |
| Plant Op. & Main. | 9 | 6 | 67 |

Naturally, as we redesign the organization by eliminating positions, we will be asking some positions to take on more responsibility than they now believe their respective positions entail. For the most part, these additional duties truly represent a clarification of what should have already existed and, perhaps, did exist before job descriptions were usurped by our tendency to solve many problems by throwing new positions at them. I will welcome your discussion of these changes at Monday's meeting.

I am certain that the proposed changes will make us a more effective organization at the same time they will realize a net savings for taxpayers more than half a million dollars ($582,130).

The unfortunate side of this proposal is, of course, that 15 capable people will lose their positions through no fault of their own. There is no way to console these employees and I will not tolerate any inference that I am suggesting they were deficient in any way. Though it will be small consolation to them, let us recall that the problem we have confronted is not with them or the manner in which they approached their responsibilities. Rather, we are now paying the price for an organization that grew in an undisciplined manner, creating false positions that were unsustainable. That price is not distributed in any equitable manner. Nonetheless, I am powerless to suggest any solution other than the one that yields the greatest possibility for the future of NMC.

I look forward to discussing my proposed reorganization at Monday's meeting.





# Northern Marianas College
## Office of the President
P.O. Box 501250 • Saipan, MP 96950 U.S.A. • Phone: (670) 234-5498
Fax: (670) 234-1270 • Web Site: www.nmcnet.edu

To:        John J. Angello

From:      Kenneth E. Wright, President

Subject:   Organizational Redesign

Date:      September 24, 2002

At the time I was asked by the Board of Regents to assume the duties of the presidency at Northern Marianas College, the Board charged me with the responsibility to examine our operations to improve productivity, efficiency, and the quality of our programs. Over the first four weeks of my work here I have conducted an inquiry into these matters. In order to accomplish the three things the Board directed me to do, I have decided that a significant redesign of our organization is essential in order to eliminate overlap and gaps in responsibilities discharged by various offices.

The redesigned organization will clarify several previously confusing aspects of our operations. Clear direction will be provided as to who is responsible for what. As a consequence, a number of personnel at the college have had their assignments change. One unfortunate aspect of those changes is that the duties that you formerly discharged have been divided among several other offices and the position that you have heretofore occupied has been eliminated.

Accordingly, you are hereby notified that your employment with Northern Marianas College is terminated effective immediately in accordance with provision VII.C in your contract pertaining to early termination without cause. Provided there are no outstanding obligations to the college and that by September 25, 2002 you complete the attached clearance sheet your salary and benefits will continue for 60 days up to and including November 23, 2002. However, your duties are discharged immediately and you have until the close of business today to remove your personal belongings and return all college property.

It is with considerable regret that I must inform you of this turn of events. Your service to the college is much appreciated. I assure you that the decisions that led to the organizational redesign obviating your former position were neither related to your performance of your duties nor of your loyalty to the college. To the contrary, while I have personally had insufficient time to assess your work, your peers and colleagues have had nothing but appreciation for your work at Northern Marianas College. I would be willing to send a letter of reference to this effect to any potential employer of yours.



PLAINTIFF'S EXHIBIT 85

A Land Grant Institution accredited by the Accrediting Commission for Community and Juni[or]
the Senior Commission for Colleges and Universities of the Western Association of Scho[ols]

# Northern Marianas College

PO Box 501250, Saipan MP 96950

Human Resources Office

## PERSONNEL ACTION

| 1. NAME (last, first, mi.) ANGELLO, JOHN J. | 2. Social Security No. | 3. Birth Date |
|---|---|---|
| 4. Type of Action | | 5. Effective Date 11/23/02 |
| ☐ Contract Renewal  ☐ Appointment  ☒ Separation | | 6. Employment Status |
| ☐ Transfer  ☐ Limited Term  ☐ Resignation | | ☒ Full - Time |
| ☐ Promotion  ☐ Temporary  ☐ End of Contract | | ☐ Part - Time |
| ☐ Other (see remarks)  ☐ Intermittent  ☒ Termination | | 9. Location |
| ☐ Acting  ☐ Other (see remarks) | | ☒ Saipan |
| 7. Department: Instruction | 8. Position | ☐ Tinian |
| | | ☐ Rota |

| 10. | From | To |
|---|---|---|
| Title: | Dept. Chair, Vocational Education | |
| Schedule, Grade, Step: | 35/12 | |
| Bi-weekly Base Salary: | $1,974.24 ($51,330.37 p/a) | |
| Account Number: | VOR02-51010-S-E150 | |

| 11. Life Insurance | | | 12. Health Certificate Code |
|---|---|---|---|
| ☐ Acc. Death Benefit | | | |
| ☒ Covered | ☐ Ineligible | ☐ Waived | WAIVED |
| ☒ Dependent | ☐ Supp. Life | ☐ Supp Annuity | |

13. Remarks     8 hours annual leave; 4 hours sick leave
Per attached letter signed by the President on 9/24/02, employee's position has been eliminated and the employment is terminated. Salary and benefits will continue for 60 days up to and including November 23, 2002. Employee is entitled to withdraw 100% of accrued annual leave in accordance with BOR Policy # 4301 and Procedure 4301, Section I. C. Employee is entitled to withdraw retirement contributions.

_____    10·01·02
Elsie M. Dela Cruz           Date
Acting Director, Human Resources

_____    10/1/02
David DLG. Atalig            Date
Director of Finance &
Administrative Services

_____    10/3/2
Kenneth E. Wright, Ph.D.     Date
President



PLAINTIFF'S EXHIBIT 86