VETOED

1  ~~fees and costs in Superior Court Civil Action No. 95-853, subject to the Office~~
2  ~~of the Attorney General's determination that the expenditure is consistent with~~
3  ~~Article X, section 9 of the N.M.I. Constitution.~~
4     (3) All judgments against the government claims, including the
5  remaining claim for attorney's fees and costs submitted by the other third-
6  party defendant in Civil Action 97-486, shall be disbursed upon the Attorney
7  General's approval as expenditure authority.

VETOED

8    ~~(d) First Senatorial District Reserve Fund. Notwithstanding any law to the~~
9  ~~contrary, the Secretary of Finance shall reserve $150,000.00 from the total funds~~
10 ~~appropriated for operations to the First Senatorial District for typhoon disaster relief~~
11 ~~by proportionately reducing each First Senatorial District agency's appropriated funds~~
12 ~~accordingly. The funds reserved herein shall be available for expenditure in~~
13 ~~accordance with Article VI of the NMI Constitution (Amendment 25).~~
14    (e) <u>MVA Field Offices.</u> There is hereby appropriated $100,000 from MVA's
15 appropriation to be allocated equally between the First and Second Senatorial Districts
16 for personnel hiring.
17    (f) <u>Rota and Tinian Public Library.</u> There is hereby appropriated $100,000 to
18 be allocated equally between the First and Second Senatorial Districts to hire
19 personnel for the public libraries on Rota and Tinian.
20   Section 505. <u>Enforcement of Employment Ceilings.</u> No person may be hired on a

VETOED

21 temporary, part-time, probationary, provisional, permanent, or other basis unless a vacant
22 FTE exists for that person ~~and filling the FTE is consistent with the restrictions under section~~
23 ~~519~~, and with Article X, Section 7 of the N.M.I. Constitution. For purposes of this section,
24 the term "vacant" includes new FTEs. In addition to any other penalties or remedies as may
25 be provided by law, any person who hires or approves the hiring of any person, in violation of
26 this provision, shall be personally liable for the costs of employment of the person hired
27 illegally, together with reasonable costs and attorneys fees in any action brought by any
28 taxpayer to recover on behalf of the Commonwealth monies improperly spent, of which
29 spending is hereby declared as not for a public purpose, as a result of such illegal hiring. A
30 right of action is hereby created in every Commonwealth taxpayer to enforce this section, as a

supplement to all other rights and remedies as may already exist at law or in equity. Sections 301 and 401 of this Act are specifically made subject to this section.

Section 506. <u>Legislative Budget Authority</u>.

(a) Expenditure authority for funds appropriated for salaries of members of the Legislature, designated in the budget worksheets as total personnel funds under "Senate" and "House of Representatives," is vested in the Secretary of Finance. Such funds shall not be reprogrammed.

(b) In accordance with Article II, § 16 (b) and (c) of the N.M.I. Constitution, as amended by Legislative Initiative 10-8, the following amounts subject to section 501(b) herein are hereby appropriated as follows:

(1) each member shall receive $155,000 for office and related expenses including all expenses for travel; each member shall be the expenditure authority for such funds unless as provided herein. Members may voluntarily pool all or part of these funds and may designate an expenditure authority pursuant to a pooling agreement. Such funds shall not be reprogrammed for expenditure other than as provided in this paragraph.

(2) Each presiding officer shall also receive $400,000 to support the operations and activities of each house in accordance with its respective rules, and shall have expenditure authority for such funds; provided that the presiding officers shall equally distribute half of that amount among the standing committees for their operations and activities; provided further that expenditure authority for funds distributed to standing committees shall be vested in the chairpersons of the respective standing committees and such funds shall be expended for any lawful purpose but shall not be reprogrammed other than as provided in this paragraph.

(3) No expenditure of funds appropriated under this subsection unless provided by law or authorized under the official rules of the house of which the expenditure authority is a member.

(c) <u>Legislative Bureau Appropriation</u>. There is hereby appropriated $2 million to the Legislative Bureau, in accordance with N.M.I. Const. art. II, § 16(d), as amended,

subject to section 501(b) herein and with the expenditure authority vested in the Director of the Legislative Bureau. The Director of the Legislative Bureau may reprogram funds appropriated to the Bureau without any limitation other than that imposed by 1 CMC § 7402 (c)(3). Funds appropriated to the Legislative Bureau shall not be expended or reprogrammed other than for the activities and operations of the Legislative Bureau.

(d) <u>Retirement contribution</u>. In implementing the mandate of N.M.I. Const. art. II, § 16(a), as amended, relating to employer contributions to the government retirement fund, the Secretary of Finance is designated as expenditure authority for such funds which shall not be reprogrammed.

(e) <u>Limitations on Expenditures</u>. As provided by N.M.I. Const. art. II, § 16, as amended, no part of the appropriations for the Legislature or the Legislative Bureau, other than a member's salary, may be used for personal or political activities. The Legislative Bureau shall not purchase, rent, or lease vehicles for the use of individual members of the legislature or their offices. The Legislative Bureau shall not defray travel expenses of individual members of the Legislature or their personal staff, except as approved by joint resolution.

(f) <u>Employment Ceilings</u>. Pursuant to Article X, § 7 of the Commonwealth Constitution, the following employment ceilings are hereby established with respect to the funds appropriated to the legislative branch by this Act.

(1) Each member of the Legislature may hire not more than ten employees paid from funds appropriated and allocated to each individual member pursuant to subsection (b)(1) of this section.

(2) Provided further that employment ceilings, separate from that set by subsection (f)(1), for funds appropriated under subsection (b)(2) of this section are established as follows:

(i) for the Office of the Speaker and the House standing committees, not more than 20 employees may be paid from subsection (b)(2) funds appropriated to the House Speaker;

(ii) for the Office of the President and the Senate standing committees, not more than 20 employees may be paid from subsection (b)(2) funds appropriated to the Senate President;

(iii) The Speaker of the House and the President of the Senate shall determine the distribution of employees provided under subsection (f)(2) within their respective houses.

(3) The Legislative Bureau may have not more than 35 employees paid from funds appropriated under this section.

Section 507. <u>Legislative Staff Exemption</u>. Legislative staff employed by individual legislators may be compensated out of each legislator's allotment share, or out of any joint account established by several legislators, pursuant to section 506 of this Act. The restriction on reprogramming from nonpersonnel to personnel pursuant to 1 CMC § 7402 (c)(3) shall not be applicable to the personnel costs associated with employing such staff or staff paid from accounts established pursuant to section 506 of this Act. 1 CMC § 1272 shall not apply with respect to employment funded by this act or continuing appropriations budget authority based on this Act.

Section 508. <u>Expenditure Authority of Appropriated Funds</u>. The funds appropriated pursuant to this Act shall be expended by the expenditure authority provided in 1 CMC § 7401 (a), (b), (c)(4) and (d) through (r), except as provided below:

(a) The Mayor and the Chairpersons of the Municipal Councils of the respective Senatorial Districts shall have the expenditure authority for appropriations for their respective offices. Each Municipal Council chairperson shall allocate, and provide for the expenditure of, the funds appropriated to the Council in accordance with the Official Rules of the Council. Additionally, in accord with the Superior Court's decision in the case of *Inos v. Tenorio*, the Mayors shall also have expenditure authority over resident government departments in the First and Second senatorial districts respectively unless the Governor revokes expenditure authority in a manner consistent with the Superior Court's holding in *Inos v. Tenorio*, to wit: expenditure authority over resident departments that are primarily concerned with the delivery of public services can be revoked only on a prior showing of just cause, but the Governor

has discretion to revoke expenditure authority over those departments that are primarily concerned with enforcing the law.

(b) For the Ground Water Management and Protection Act Fund, expenditure authority is vested in the director of the Division of Environmental Quality.

(c) For the Flame Tree Arts Festival, expenditure authority is vested in the executive director of the Commonwealth Council for Arts and Culture.

(d) For the NMI Protection and Advocacy System, expenditure authority is vested in the chairperson of the board of directors or his or her designee.

(e) For the Northern Mariana Islands Youth Congress, the expenditure authority is vested in the Director of the Legislative Bureau with the concurrence of the Speaker of the Northern Mariana Islands Youth Congress.

(f) For the Developmental Disabilities Planning Agency, the expenditure authority is vested in the executive director of the agency.

(g) For the Marianas Bound (KARIDAT), the expenditure authority is vested in the chairperson of the board of directors.

(h) For the Micronesian Legal Services Corporation, the expenditure authority is vested in the executive director of the corporation.

(i) For the Ayuda Network, the expenditure authority is vested in the chairperson of the board of directors.

(j) For all government agencies receiving appropriated funds for personnel or staff housing, administrative and expenditure authority over housing and accompanying funds, including but not limited to approval of lease agreements, is vested in the appropriate agency officials designated by law as having expenditure authority.

(k) For the Cops Universal Hiring Program, the expenditure authority is vested in the Commissioner of Public Safety with the concurrence of the executive director of the Criminal Justice Planning Agency.

(l) For the Joeten-Kiyu Public Library, expenditure authority is vested in the chairperson of the Commonwealth Library Council.

(m) For the Commonwealth Museum, expenditure authority is vested in the chairperson of the Board of Governors of the Commonwealth Museum or designee, notwithstanding 2 CMC § 4880 (d).

(n) For the Board of Education, expenditure authority is vested in the chairperson of the Board of Education. Expenditure authority for the Public School System is vested in the Commissioner of Education or designee. Pursuant to the constitutional autonomy of the Public School System mandated by Article XV, Section 1(b) and (c) of the N.M.I. Constitution and notwithstanding subsection (a) of this section, the provisions of this subsection apply to all senatorial districts.

(o) For the Chamorro--Carolinian Language Commission, the expenditure authority shall be vested in the executive director of the commission.

(p) For the Domestic Violence Task Force, expenditure authority is vested in the Family Violence Task Force chairperson with concurrence of the FVTF coordinator.

(q) For Judgments Against the Government, the expenditure authority shall be vested in the Attorney General.

(r) For the public libraries on Rota and Tinian, the mayor of the respective municipalities shall have expenditure authority.

(s) For the Public Assistance Program on Matching Funds, expenditure authority shall be the Governor or his designee.

(t) For Crime Stoppers International, the Commissioner of the Department of Public Safety shall have expenditure authority.

(u) For Section 103 (b) Independent Programs, unless otherwise provided herein or in any other provision of law, expenditure authority shall be vested in the Secretary of Finance.

(v) For the Supreme Court, the Chief Justice shall be the expenditure authority.

(w) For the Superior Court, the expenditure authority shall be vested in the Presiding Judge.

(x) For the Northern Marianas College, the president shall have expenditure authority over its appropriated funds.

Section 509. <u>Management of Funds</u>. The Secretary of Finance shall regulate and control the expenditure of public funds that are appropriated and allocated by this Act so that no activity may expend appropriated funds contrary to the law or fiscal management policies and practices of the Commonwealth. Provided that, in addition to the report required under 1 CMC § 7209, the Secretary of Finance shall submit at the end of each quarter, an itemized report on the expenditures for personnel and operations of each executive branch departments and agencies for the quarter ended and, if applicable, year-to-date totals as of the close of the reporting period.

Section 510. <u>Reprogramming Authority</u>. Except as otherwise provided herein, reprogramming of funds appropriated under this act shall be in accordance with 1 CMC § 7402. Provided that the Governor shall be the reprogramming authority for any government activity or program without a designated reprogramming authority.

Section 511. <u>Restriction on Charging Multiple Accounts</u>. No employee of any branch of government may receive salaries from more than one FTE, nor from more than one local account except as provided in sections 506 and 507 of this Act; provided, that this section shall not apply with respect to teachers, substitute teachers, or teacher aides.

Section 512. <u>Earmarked Funds</u>. The earmarking provisions of Public Laws 10-66 and 11-25 are hereby suspended for Fiscal Year 2003, such that monies earmarked under these laws that are not explicitly appropriated by this Act with reference to those laws for their earmarked purposes are hereby transferred to the general fund for general appropriation under this Act. The earmarking and automatic appropriation of funds under Public Law 10-1 is not affected or amended by this Act. Provided further that notwithstanding any law to the contrary the following amounts from the specific funds so listed shall be transferred to the general fund for general appropriation under this Act:

| | | |
|---|---|---|
| (a) | Tobacco License Fund | $ 40,878 |
| (b) | Agricultural Revolving Fund | $ 80,974 |
| (c) | Probation Services Fund | $ 45,982 |
| (d) | Animal Health Fund | $ 63,820 |

Public Law No. 13-24
HOUSE BILL NO. 13-170, HD1

1  Section 513. <u>Retroactive salary adjustment</u>. No employee shall receive a retroactive
2  salary adjustment for any period earlier than 30 days prior to the effective date of this Act,
3  provided that this limitation shall not be applicable to civil service within-grade increases,
4  and provided further that employees who were paid less than 5% on their annual increment
5  pursuant to Public Law 7-31 shall receive equivalent to 5% but shall not exceed 15%
6  retroactive to the date of the employee's within-grade increase.

7  Section 514. <u>Salary Exemption</u>. Nothwithstanding 1 CMC §§ 8245 (f) and 8248 and
8  or any contrary provision in this act, U.S. certified public accountants, attorneys, and
9  engineers who are employees of the CNMI Government, whose primary responsibilities
10  consist of the practice of their profession, and who have been admitted to practice in a U.S.
11  jurisdiction for at least one year, may receive an annual salary in excess of $50,000 but not
12  more than $70,000.

13  Section 515. <u>Maximum Salaries</u>.

14  (a)  Notwithstanding 1 CMC § 8245 (a), the Secretary of Community and
15  Cultural Affairs, the Secretary of Commerce, the Secretary of Lands and Natural
16  Resources, and the Secretary of Labor and Immigration shall each receive an annual
17  salary of not more than $52,000.

18  (b)  Notwithstanding 1 CMC § 8245 (c), the annual compensation for resident
19  department heads shall not be more than $45,000.

20  (c)  Notwithstanding 1 CMC § 8245 (d), the annual compensation for
21  unclassified ~~division~~ directors ~~of the principal executive departments~~ shall be not
22  more than $45,000, except that the director of the customs division shall receive an
23  annual salary of not more than $48,000, and that unclassified directors who are
24  considered essential services personnel and are receiving $45,000 shall be entitled to
25  receive differentials on top of their base salaries. Provided further that a deputy
26  secretary for a principal executive department may receive an annual salary not to
27  exceed $50,000.

28  Section 516. <u>Ph.D., J.D., C.P.A. Exemption</u>. Notwithstanding sections 514 and 515,
29  of this Act and 1 CMC §§ 8245 and 8248 (a), a department secretary or activity head
30  (including the Commissioner of Education) who holds either a Ph.D., or a J.D. degree, or is a

VETOED

VETOED

1  U.S. certified public accountant, may receive an annual salary in excess of $50,000 but not
2  more than $80,000.
3  ~~Section 517. Salary Ceilings. Public Laws 7-31, 8-15, 8-6, 9-25, 10-35, and 10-85~~
4  ~~with reference to salaries of graded or ungraded positions, shall be strictly adhered to. All~~
5  ~~salary classification and compensation outside the above laws shall be first sanctioned by the~~
6  ~~Legislature before implementation.~~
7  Section 518. <u>Medical Referral Program</u>.
8  (a) <u>Appropriation from 1 CMC § 7831 funds</u>. Notwithstanding any other
9  provision of law, and given the Public Auditor's budget submission indicating that
10  $2,228,824 is sufficient funding for the Office of the Public Auditor for FY 2003, the
11  excess of those funds that would otherwise be allotted to the Public Auditor pursuant
12  to 1 CMC § 7831 above $2,228,824 is hereby instead appropriated to pay for medical
13  referral and for renal, bone marrow, and heart transplant expenditures of the
14  Department of Public Health.

VETOED

15  ~~(b) Expenditure of DPH lapsed funds. Funds available at the end of the fiscal~~
16  ~~year from lapsed salaries of new or vacant positions for the Department of Public~~
17  ~~Health Services shall be reprogrammed to pay for medical referral expenditures. The~~
18  ~~Secretary of Finance shall report to the Legislature the full accounting of all lapsed~~
19  ~~salary funds no later than 10 days after the end of each quarter. Provided, further that~~
20  ~~funds appropriated for Department of Public Health Services operations but not~~
21  ~~obligated as of the last day of FY 2003 shall also be reprogrammed to pay for medical~~
22  ~~referral expenditures.~~
23  ~~(c) Hotel accommodations for acute care patients. Subject to availability of~~
24  ~~funding, an acute care patient referred by the Department of Public Health for off-~~
25  ~~island treatment shall be accommodated at hotel room with a bedroom separate from~~
26  ~~the living quarters.~~
27  ~~(d) Patient escort. In addition to any statute, rule or regulation governing~~
28  ~~DPH's medical referral program and subject to availability of funding, the Department~~
29  ~~of Public Health Health shall provide a family escort for a patient referred off-island~~
30  ~~for major surgery.~~

(e) <u>Inter-island medical referral housing allowance.</u> Notwithstanding any other provision of law, the Secretary of Public Health shall pay reasonable housing allowance, from funds appropriated for the Department of Public Health's operations budget, of not less than $50 per day to a medical patient referred from the other islands to Saipan, if there is no government quarters available for such patients. This allowance shall be in effect while a patient remains in Saipan under referral status.

Section 519. ~~Other Employment Authority.~~ [VETOED]

~~(a) Any limited term position or appointment which has exceeded one year on the effective date of this Act or thereafter shall be converted to a full time equivalent position.~~

~~(b) No reclassification to a higher position or pay level is effective unless authorized by law.~~

~~(c) Notwithstanding any provision of law, an FTE position for which funding has been reprogrammed shall be considered "zero funded" and shall not be filled during the fiscal year.~~

~~(d) No FTE for a special assistant position shall be created and filled under the Office of the Governor or any executive branch agency unless provided by law.~~

Section 520. ~~30% Bonus and Lump-Sum Payment of Annual Leave for Executive, Judicial and Legislative Branch Employees. There is hereby appropriated $90,000 to pay for the 30% retirement bonus and lump sum payment of unused annual leave. All agency heads shall ensure equal treatment of all government employees who elect to retire and are qualified to receive the 30% bonus and their unused annual leave as a lump sum payment. The Secretary of Finance shall be the expenditure authority over this appropriation and shall process such payments upon request of the appropriate agency and based on the chronological order the requests were received by the Department of Finance.~~ [VETOED]

Section 521. <u>Deficit Reduction.</u> The Secretary of Finance shall reserve at least 2% of the total fiscal year appropriation for the purpose of retiring the government's accumulated deficit. Provided further that notwithstanding any provision of law, in the event of a continuing appropriation, this 2% requirement shall remain in effect until the passage of appropriation act(s) providing budget authority for a subsequent fiscal year.

20

Section 522. <u>Continuing Appropriations</u>. Until the annual appropriation act(s) for a subsequent fiscal year is (are) enacted into law superseding budget authority based on this Act, the appropriation levels, criminal penalties, and administrative provisions for government operations and obligations provided under this Act shall continue to apply with respect to any continuing budget authority.

Section 523. <u>Criminal Penalties</u>. The criminal penalties set forth in the Planning and Budgeting Act of 1983, as amended (1 CMC § 7701 et seq.), shall apply to this Chapter.

CHAPTER VI. SUPPLEMENTAL ADMINISTRATIVE PROVISIONS

Section 601. ~~Amendment. The following provision shall be inserted into the NMI Retirement Act of 1988, as amended, shall remain in effect until subsequently amended or repealed:~~

~~"Late Payment of the 30% Bonus and Lump-sum Payment of Unused Annual Leave. Notwithstanding any provision of law, all payments of unused annual leave and 30% early retirement bonus shall be used in calculating a government employee's retirement benefits, including annuities if applicable, notwithstanding that such payments were actually paid to the employee in the year following the effective date of retirement from government service."~~

Section 602. <u>Independent services contractors, consultants, and professional services contractors</u>.

(a) Consistent with section 307 (b)(3) of Executive Order 94-3, which excluded independent service contractors, consultants, and professional services contractors from the definition of "employee" under 1 CMC § 8243(a) and which shall have no legal effect upon this Act's effective date, the following amendments so indicated shall be incorporated into 1 CMC § 8243 (a) and shall remain in effect until subsequently amended or repealed:

"§ 8243.    Definitions.

(a) "Employee" includes full-time and part-time personnel, and employees of federal programs who receive their paychecks from the Commonwealth government. "Employee" does not include a fund custodian pursuant to 1 CMC § 8352, an investment agent pursuant to

Public Law No. 13-24
HOUSE BILL NO. 13-170, HD1

1 CMC § 8353, or an independent services contractor, a consultant, or a professional services contractor."

(b) The following sentence is inserted at the end of 1 CMC § 7404(a) and shall remain in effect until subsequently amended: "Provided however that this section shall not apply to the procurement of independent services contractors, consultants, and professional services contractors by any of the mayors or municipal councils, and by the Legislature."

(c) <u>Sanction</u>. Any independent contract, involving consulting or any professional or nonprofessional services, in excess of any applicable salary ceiling and executed prior to the effective date of this Act is hereby approved for purposes of compliance with section 526 of Public Law 11-41.

Section 603. ~~Solid Waste Management Revolving Fund.~~

~~(1) The following provisions shall be inserted into the Commonwealth Code, subject to codification by the Law Revision Commission and shall remain in effect until subsequently amended or repealed:~~

~~"Section 101. Establishment of the Solid Waste Management Revolving Fund.~~

~~(a) There is hereby established with the commonwealth treasury a solid waste management revolving fund ("revolving fund") which shall be accounted for separately from the general fund.~~

~~(b) All monies received either as payment of fees from legislative appropriations or other laws, or as federal grants or loans proceeds shall be deposited into the revolving fund. Expenditure authority over the revolving fund is vested in the Secretary of Public Works. Once appropriated revolving fund monies shall be available for expenditure without fiscal year limitation.~~

~~(c) The Secretary of Finance shall allocate the Solid Waste Management Revolving Fund into sub-accounts for each of the three senatorial districts respectively with 10% of the revolving fund reserved for the First and Second Senatorial Districts respectively.~~

~~(d) The Saipan sub-account shall be further divided to ensure that adequate funding is reserved to cover the costs of the closure of Puerto Rico~~

VETOED

22

VETOED

1  ~~Dump and to provide for capital purchase of equipment. Provided that funds~~
2  ~~necessary to manage any debt incurred in closing Puerto Rico Dump and to~~
3  ~~purchase replacement equipment shall be set aside first.~~
4  ~~(e) The Solid Waste Management Revolving Fund and any sub-~~
5  ~~accounts thereof shall be audited on an annual basis.~~
6  ~~(2) Amendment. 2 CMC § 3520 is hereby repealed and reenacted to read as~~
7  ~~follows and remaining effect until subsequently amended or repealed:~~
8  ~~"§ 3520. Deposits. All tipping fees or other solid waste disposal or~~
9  ~~collection fees collected by the Division of Solid Waste Management shall be~~
10 ~~deposited into the Solid Waste Management Revolving Fund."~~
11 ~~(3) Reservation of excise tax. The following provision shall be inserted into~~
12 ~~the tax code codified in Title 4 of the Commonwealth Code and shall remain in effect~~
13 ~~until subsequently amended or repealed: "The portion of 10% of excise taxes~~
14 ~~collected under § 1402 shall be reserved for the solid waste management program and~~
15 ~~shall be deposited into the Solid Waste Management Revolving Fund."~~

16  Section 604. <u>Amendment</u>. The following new subsection (g) shall be inserted into 1
17  CMC § 8402 and shall remain in effect until subsequently amended or repealed:
18  "(g) he or she has been exempted by the Governor with the concurrence of the
19  Retirement Fund Board pursuant to 1 CMC § 8392(a)(5)."
20  Section 605. <u>Special Provision</u>. Notwithstanding section 5 of Public Law 13-1,
21  employees of the Rota Municipal Council and employees of the Tinian Municipal Council,
22  who lost their civil service status as a result of Public Law 13-1, shall be given, for a period
23  of three years from the effective date of Public Law 13-1, first priority for reemployment or
24  transfer, within the First Senatorial District and Second Senatorial District, respectively, to
25  any civil service position for which he or she is qualified, as the Civil Service Commission
26  may determine in accordance with N.M.I. Const. art. XX, § 1.

27  **CHAPTER VII. GENERAL PROVISIONS**
28  Section 701. <u>Severability</u>. If any provision of this Act, or its application to any
29  person or circumstance, is held invalid, the invalidity does not affect other provisions or

Public Law No. 13-24
HOUSE BILL NO. 13-170, HD1

1 applications of the Act which can be given effect without the invalid provision or
2 applications, and to this end the provisions of this Act are severable.
3 Section 702. <u>Savings Clause</u>. This Act and any repealer contained herein shall not
4 be construed as affecting any existing right acquired under contract or acquired under statutes
5 repealed or under any rule, regulation or order adopted under the statutes. Repealers
6 contained in this Act shall not affect any proceeding instituted under or pursuant to prior law.
7 The enactment of this Act shall not have the effect of terminating, or in any way modifying,
8 any liability civil or criminal, which shall already be in existence at the date this Act becomes
9 effective.
10 Section 703. <u>Effective Date</u>. This act shall become law upon its approval by the
11 Governor or it becoming law without such approval.

CERTIFIED BY:                                    ATTESTED TO BY:

_____            _____
HEINZ S. HOFSCHNEIDER                            EVELYN C. FLEMING
SPEAKER OF THE HOUSE                             HOUSE CLERK

Approved this 10th day of September, 2002

_____
JUAN N. BABAUTA
GOVERNOR
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

24

Public Law No. 13-24

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## SUMMARY OF APPROPRIATIONS
### FISCAL YEAR 2003

| BRANCH / DEPARTMENT / AGENCY | FTE CELING | PERSONNEL | OPERATIONS | TOTAL APPROPRIATION |
|---|---|---|---|---|
| **A) Judicial Branch** | | | | |
| 1) Supreme Court | 27 | 1,331,145 | 271,743 | 1,602,888 |
| 2) Superior Court | 86 | 2,880,314 | 256,924 | 3,137,238 |
| 3) Law Revision Commission | 6 | 276,328 | 35,894 | 312,222 |
| **Sub-total** | **119** | **$ 4,487,787** | **$ 564,561** | **$ 5,052,348** |
| **B) Legislative Branch** | | | | |
| 1) Senate | 110 | 367,800 | 1,795,000 | 2,162,800 |
| 2) House of Representative | 200 | 735,700 | 3,190,000 | 3,925,700 |
| 3) Legislative Bureau | 35 | 1,787,785 | 212,215 | 2,000,000 |
| 4) Northern Marianas Youth Congress | 2 | 54,369 | 40,536 | 94,905 |
| 5) Retirement Benefit Contributions | - | 900,000 | - | 900,000 |
| **Sub-total** | **347** | **$ 3,845,654** | **$ 5,237,751** | **$ 9,083,405** |
| **C) Office of the Washington Rep.** | **16** | **$ 851,974** | **$ 859,832** | **$ 1,711,806** |
| **D) Executive Branch** | | | | |
| 1) Governor | | | | |
| a) Governor's Office | 31 | 1,505,650 | 316,016 | 1,821,666 |
| b) Governor's Disc. Fund | - | - | 201,500 | 201,500 |
| c) Lt. Governor's Office | 16 | 676,959 | 133,164 | 810,123 |
| d) Lt. Governor's Disc. Fund | - | - | 127,774 | 127,774 |
| e) Administration Services | 24 | 808,149 | 143,408 | 951,557 |
| f) Management & Budget | 18 | 870,269 | 155,661 | 1,025,930 |
| g) Program & Leg. Review | 4 | 170,581 | 6,716 | 177,297 |
| h) Public Info. & Protocol | 4 | 155,340 | 100,787 | 256,127 |
| i) Guam Liaison | 4 | 165,554 | 102,078 | 267,632 |
| j) Honolulu Liaison | 8 | 430,366 | 93,864 | 524,230 |
| k) Emergency Mngt Office | 36 | 1,349,739 | 137,964 | 1,487,703 |
| l) Scholarship Office | 3 | 128,803 | 4,102,552 | 4,231,355 |
| m) Personnel Management Office | 34 | 1,430,697 | 181,770 | 1,612,467 |
| n) Carolinian Affairs Office | 14 | 432,178 | 18,310 | 450,488 |
| o) Indigenous Affairs Office | 4 | 188,215 | 16,364 | 204,579 |
| p) Board of Parole | 6 | 194,062 | 69,560 | 263,622 |
| r) Youth Affairs Office | 2 | 80,259 | 9,044 | 89,303 |
| s) Woman's Affairs Office | 10 | 334,302 | 57,743 | 392,045 |
| t) Public Defender | 12 | 625,506 | 66,584 | 692,090 |
| u) Criminal Justice Planning Agency | 7 | 310,033 | 3,100 | 313,133 |
| v) DEQ / Litter Control | 5 | 123,234 | 121,220 | 244,454 |
| w) Ground Water Prot. Act | 5 | 127,438 | 1,274 | 128,712 |
| x) Environmental Prot. Act | 5 | 101,770 | 1,018 | 102,788 |
| **Total** | **252** | **$ 10,209,103** | **$ 6,167,471** | **$ 16,376,574** |

Case 1:03-cv-00014    Document 119-17    Filed 12/21/2005    Page 16 of 20

Public Law No. 13-24

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## SUMMARY OF APPROPRIATIONS
## FISCAL YEAR 2003

| BRANCH / DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | TOTAL APPROPRIATION |
|---|---|---|---|---|
| **2) Attorney General Office** | | | | |
| a) Attorney General | 45 | 2,520,307 | 84,059 | 2,604,366 |
| b) Consumer Counsel | 2 | 120,405 | 1,204 | 121,609 |
| c) Investigation Unit | 6 | 259,569 | 24,637 | 284,206 |
| d) Special Investigation | 3 | 180,223 | 24,835 | 205,058 |
| **Total** | **56** | **$ 3,080,505** | **$ 134,735** | **$ 3,215,240** |
| **3) Community and Cultural Affairs** | | | | |
| a) Office of the Secretary | 10 | 525,360 | 167,535 | 692,895 |
| b) Sports & Recreation | 13 | 405,818 | 6,551 | 412,369 |
| c) Historic Preservation | 8 | 287,068 | 11,449 | 298,517 |
| d) Office of Aging | 16 | 463,369 | 10,146 | 473,515 |
| e) Council for Arts & Culture | 9 | 232,500 | 9,971 | 242,471 |
| f) Veteran's Affairs Office | 3 | 123,788 | 9,836 | 133,624 |
| g) LIHEAP | 2 | 53,256 | 303,533 | 356,789 |
| h) Cham/Carolinian Lang. Comm. | 5 | 188,928 | 19,774 | 208,702 |
| i) Division of Youth Services | 28 | 759,787 | 340,085 | 1,099,872 |
| **Total** | **94** | **$ 3,039,874** | **$ 878,880** | **$ 3,918,754** |
| **4) Commerce** | | | | |
| a) Office of the Secretary | 20 | 544,324 | 98,318 | 642,642 |
| b) Economic Development | 4 | 135,664 | 15,185 | 150,849 |
| c) Central Statistics | 11 | 347,232 | 14,741 | 361,973 |
| d) Enforcement & Compliance | 10 | 263,775 | 3,935 | 267,710 |
| e) Alcohol Beve. Tobacco Control | 11 | 261,792 | 5,933 | 267,725 |
| **Total** | **56** | **$ 1,552,786** | **$ 138,112** | **$ 1,690,898** |
| **5) Labor and Immigration** | | | | |
| a) Office of the Secretary | 22 | 721,353 | 485,536 | 1,206,889 |
| b) Immigration | 81 | 2,402,069 | 39,784 | 2,441,853 |
| c) Labor | 33 | 970,522 | 50,812 | 1,021,334 |
| d) Employment Services | 14 | 339,066 | 19,763 | 358,829 |
| e) Workforce Investment Agency | 20 | 548,310 | 509,684 | 1,057,994 |
| f) LIIDS | 14 | 357,708 | 217,294 | 575,002 |
| g) Enforcement Fund (PL 5-32) | 16 | 553,227 | 21,715 | 574,942 |
| h) Deportation Fund (PL 5-32) | 11 | 342,749 | 158,107 | 500,856 |
| **Total** | **211** | **$ 6,235,002** | **$ 1,502,695** | **$ 7,737,697** |
| **6) Public Safety** | | | | |
| a) Commissioner's Office | 9 | 526,974 | 134,934 | 661,908 |
| b) Police | 126 | 3,711,082 | 399,589 | 4,110,671 |

Page 2                                              8/16/2002

Public Law No. 13-24

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**SUMMARY OF APPROPRIATIONS**
**FISCAL YEAR 2003**

| BRANCH / DEPARTMENT / AGENCY | FTE CELING | PERSONNEL | OPERATIONS | TOTAL APPROPRIATION |
|---|---|---|---|---|
| c) Training & Academy | 1 | 45,324 | 124,983 | 170,307 |
| d) CJIS | - | - | 19,998 | 19,998 |
| e) Administration | 24 | 562,864 | 85,792 | 648,656 |
| f) Bureau of Motor Vehicles | 12 | 266,424 | 141,959 | 408,383 |
| g) Criminal Invest. Bureau | 36 | 1,113,007 | 239,865 | 1,352,872 |
| h) Correction | 63 | 1,709,315 | 399,789 | 2,109,104 |
| i) Fire | 92 | 3,128,507 | 232,477 | 3,360,984 |
| j) Boating Safety | 8 | 243,857 | 18,846 | 262,703 |
| **Total** | **371** | **$ 11,307,354** | **$ 1,798,232** | **$ 13,105,586** |
| **7) Finance** | | | | |
| a) Office of the Secretary | 11 | 467,215 | 195,400 | 662,615 |
| b) Finance & Accounting | 49 | 1,263,507 | 95,744 | 1,359,251 |
| c) Treasury | 13 | 451,853 | 408,925 | 860,778 |
| d) Revenue & Taxation | 84 | 1,574,873 | 271,528 | 1,846,401 |
| e) Procurement & Supply | 21 | 802,761 | 65,759 | 868,520 |
| f) Customs Services | 93 | 2,283,396 | 214,404 | 2,497,800 |
| g) Electronic Data Processing | 22 | 506,350 | 549,167 | 1,055,517 |
| **Total** | **293** | **$ 7,349,955** | **$ 1,800,927** | **$ 9,150,882** |
| **8) Public Health** | | | | |
| a) Office of the Secretary | 21 | 942,645 | 48,855 | 991,500 |
| b) CHC | 429 | 20,524,402 | 3,153,625 | 23,678,027 |
| c) Environ. Quality Sanitation | 26 | 742,924 | 14,944 | 757,868 |
| d) Dental Services | 21 | 799,565 | 13,218 | 812,783 |
| e) Vocational Rehabilitation | 1 | 53,046 | 10,630 | 63,676 |
| f) General Public Health | 26 | 1,269,998 | 28,953 | 1,298,951 |
| g) Medical Supplies | - | - | 1,569,238 | 1,569,238 |
| h) Medical Referral | 21 | 859,822 | 2,925,764 | 3,785,586 |
| i) Medicaid Agency | 7 | 126,398 | 1,264 | 127,662 |
| j) Medical Reimbursement | - | - | 1,999,800 | 1,999,800 |
| k) CNMI C H I P | - | - | 288,730 | 288,730 |
| l) Children's Dev. Asst. Center | 16 | 492,370 | 4,924 | 497,294 |
| m) Mental Health & Social Svc. | 20 | 887,140 | 8,871 | 896,011 |
| n) Transitional Living Center | 6 | 183,328 | 10,283 | 193,611 |
| **Total** | **594** | **$ 26,881,637** | **$ 10,079,099** | **$ 36,960,736** |
| **9) Lands and Natural Resources** | | | | |
| a) Office of the Secretary | 8 | 396,338 | 27,293 | 423,631 |
| b) Agriculture | 42 | 1,241,405 | 101,836 | 1,343,241 |
| c) Fish & Wildlife | 15 | 499,765 | 32,750 | 532,515 |
| d) Land Registration & Survey | 20 | 667,220 | 21,215 | 688,435 |

Public Law No. 13-24

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**SUMMARY OF APPROPRIATIONS**
**FISCAL YEAR 2003**

| BRANCH / DEPARTMENT / AGENCY | FTE CELING | PERSONNEL | OPERATIONS | TOTAL APPROPRIATION |
|---|---|---|---|---|
| e) Parks & Grounds | 24 | 668,866 | 37,084 | 705,950 |
| f) Soil & Water Conservation | 2 | 44,964 | 16,116 | 61,080 |
| **Total** | **111** | **$ 3,518,558** | **$ 236,294** | **$ 3,754,852** |
| 10) Public Works | | | | |
| a) Office of the Secretary | 27 | 1,141,042 | 192,594 | 1,333,636 |
| b) Building Safety Code | 10 | 406,679 | 7,517 | 414,196 |
| c) Technical Service | 44 | 1,693,804 | 34,658 | 1,728,462 |
| d) Operations & Maintenance | 41 | 1,201,972 | 117,011 | 1,318,983 |
| e) Roads & Grounds | 26 | 760,963 | 17,006 | 777,969 |
| f) Trans / Auto Heavy Equipment | 24 | 878,619 | 141,933 | 1,020,552 |
| g) Solid Waste Management | 31 | 996,298 | 1,757,524 | 2,753,822 |
| **Total** | **203** | **$ 7,079,376** | **$ 2,268,243** | **$ 9,347,619** |
| **Sub-total** | **2,241** | **$ 80,254,151** | **$ 25,004,688** | **$ 105,258,839** |
| E) First Senatorial District - Rota | | | | |
| 1) Mayor | 115 | 2,544,340 | 151,051 | 2,695,391 |
| 2) Mayor's Contingency | - | - | 60,608 | 60,608 |
| 3) Municipal Council | 29 | 596,765 | 37,773 | 634,538 |
| 4) Labor and Immigration | 24 | 692,550 | 71,184 | 763,734 |
| 5) Community and Cultural Affairs | 20 | 543,343 | 53,733 | 597,076 |
| 6) Commerce | 8 | 257,167 | 43,002 | 300,169 |
| 7) Public Safety | 59 | 1,819,585 | 132,712 | 1,952,297 |
| 8) Finance | 28 | 831,162 | 95,185 | 926,347 |
| 9) Public Health | 72 | 2,170,858 | 232,528 | 2,403,386 |
| 10) Lands and Natural Resources | 67 | 1,581,131 | 143,629 | 1,724,760 |
| 11) Public Works | 34 | 1,055,069 | 73,327 | 1,128,396 |
| 12) Personnel | 6 | 214,315 | 24,541 | 238,856 |
| 13) Youth ETP (PL 5-32, PL 10-1/66) | - | - | 74,443 | 74,443 |
| 14) Rota Public Library | 1 | 49,505 | 495 | 50,000 |
| **Sub-total** | **463** | **$ 12,355,789** | **$ 1,194,211** | **$ 13,550,000** |
| F) Second Senatorial District - Tinian | | | | |
| 1) Mayor | 161 | 4,680,129 | 119,301 | 4,799,430 |
| 2) Mayor's Contingency | - | - | 60,600 | 60,600 |
| 3) Municipal Council | 9 | 243,674 | 24,022 | 267,696 |
| 4) Labor and Immigration | 28 | 641,672 | 79,376 | 721,048 |
| 5) Community and Cultural Affairs | 10 | 260,927 | 22,032 | 282,959 |
| 6) Commerce | 9 | 252,566 | 46,461 | 299,027 |
| 7) Public Safety | 56 | 1,651,669 | 99,337 | 1,751,006 |

Public Law No. 13-24

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## SUMMARY OF APPROPRIATIONS
## FISCAL YEAR 2003

| BRANCH / DEPARTMENT / AGENCY | FTE CELING | PERSONNEL | OPERATIONS | TOTAL APPROPRIATION |
|---|---|---|---|---|
| 8) Finance | 21 | 599,378 | 32,822 | 632,200 |
| 9) Public Health | 61 | 1,589,606 | 685,011 | 2,274,617 |
| 10) Lands and Natural Resources | 48 | 1,232,140 | 28,381 | 1,260,521 |
| 11) Public Works | 22 | 677,200 | 54,242 | 731,442 |
| 12) Personnel | 9 | 320,628 | 28,125 | 348,753 |
| 13) Youth ETP (PL 5-32, PL 10-1/66) | - | - | 70,700 | 70,700 |
| 14) Tinian Public Library | 1 | 50,000 | - | 50,000 |
| **Sub-total** | **435** | **$ 12,199,590** | **$ 1,350,410** | **$ 13,550,000** |
| **G) Office of the Mayors & Municipal Council** | | | | |
| 1) Saipan | 84 | 1,903,381 | 502,954 | 2,406,335 |
| 2) Northern Islands | 19 | 461,748 | 71,305 | 533,053 |
| 3) Saipan Municipal Council | 5 | 159,250 | 64,179 | 223,429 |
| **Sub-total** | **108** | **$ 2,524,379** | **$ 638,438** | **$ 3,162,817** |
| **H) Government Corporations** | | | | |
| 1) Public School System | 1,111 | 34,713,234 | 2,210,106 | 36,923,340 |
| a) Board of Education | 5 | 286,588 | - | 286,588 |
| 2) Civil Service Commission | 6 | 318,492 | 58,107 | 376,599 |
| 3) Election Commission | 7 | 292,912 | 62,519 | 355,431 |
| 4) Board of Professional License | 3 | 135,167 | 31,185 | 166,352 |
| 5) Marianas Visitors Authority | 72 | 2,217,255 | 4,782,745 | 7,000,000 |
| 6) Board of Public Land | 59 | 2,543,594 | 1,695,299 | 4,238,893 |
| 7) Northern Marianas College | 156 | 6,775,388 | 67,754 | 6,843,142 |
| a) NMC Apprenticeship (PL 5-32) | 62 | 1,191,680 | 11,917 | 1,203,597 |
| **Sub-total** | **1,481** | **$ 48,474,309** | **$ 8,919,632** | **$ 57,393,941** |
| **I) Independent Programs** | | | | |
| 1) Workers Compensation Commission | 5 | 293,056 | 73,233 | 366,289 |
| 2) Special Annuity for Governor/Lt. Gov. | - | - | 102,825 | 102,825 |
| 3) Retirement - P.L. 8-31 | - | - | 2,000,000 | 2,000,000 |
| 4) National Governor's Association | - | - | 29,141 | 29,141 |
| 5) South Pacific Comm. / SPREP | - | - | 21,432 | 21,432 |
| 6) Marianas Bound (Karidat) | - | - | 126,138 | 126,138 |
| 7) Micronesian Legal Services | - | - | 68,184 | 68,184 |
| 8) Agriculture Fair | - | - | 20,815 | 20,815 |
| 9) NMI OICC | 1 | 40,345 | 4,241 | 44,586 |
| 10) Joeten / Kiyu Public Library | 10 | 291,471 | 53,132 | 344,603 |
| 11) Judgement Against Gov't | - | - | 100,000 | 100,000 |
| 12) NMI Prot & Advocacy System | - | - | 20,637 | 20,637 |
| 13) Flame Tree Arts Festival | - | - | 29,432 | 29,432 |
| 14) Ayuda Network | - | - | 62,867 | 62,867 |
| 15) Dev. Disabilities Council | - | - | 38,880 | 38,880 |

Public Law No. 13-24

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## SUMMARY OF APPROPRIATIONS
## FISCAL YEAR 2003

| BRANCH / DEPARTMENT / AGENCY | FTE CELING | PERSONNEL | OPERATIONS | TOTAL APPROPRIATION |
|---|---:|---:|---:|---:|
| 16) Commonwealth Museum | 6 | 235,081 | 74,664 | 309,745 |
| 17) Domestic Violence | - | - | 86,552 | 86,552 |
| 18) Cops Universal Hiring Program | - | - | 9,999 | 9,999 |
| 19) C R M | - | - | 75,600 | 75,600 |
| 20) Free Trade Zone | 2 | 113,916 | 36,069 | 149,985 |
| 21) Government Utilities | - | - | 5,000,000 | 5,000,000 |
| ~~22) 30% Retirement Bonus~~ [VETOED] | | | ~~90,000~~ | ~~90,000~~ |
| 23) Crime Stopper International | - | - | 50,000 | 50,000 |
| 24) APIL / APPU | - | - | 10,000 | 10,000 |
| 25) Public Assistance Program | - | - | 44,000 | 44,000 |
| **Sub-total** | **24** | **$ 973,869** | **$ 8,227,841** | **$ 9,201,710** |
| **Total Appropriation** | **5,234** | **$ 165,967,502** | **$ 51,997,364** | **$ 217,964,866** |