## OPERATING EXPENDITURE WORKSHEET

| Department | GOVERNMENT AGENCY |
|---|---|
| Activity | Northern Marianas College |
| Bus. Unit | 1605 |

| Class Code | Object Classification | FY 2002 Cont. Resol. Level | FY 2003 Budget Level P.L. 13-24 | FY 2004 Department's Request | Governor's Budget Proposal | Inc./(Dec.) from FY2003 Budget | % change from FY2003 Budget |
|---|---|---|---|---|---|---|---|
| 61090 | Wages/Salaries - CSC | 4,645,257 | 4,421,105 | 4,454,692 | 4,334,780 | | |
| 61100 | Wages/Salaries - Ung | 220,000 | 797,400 | 640,500 | 640,500 | | |
| 61110 | Overtime Compensation | | | | | | |
| 61120 | Standby Compensation | | | | | | |
| 61130 | Hazardous Compsation | | | | | | |
| 61140 | Night Differential | | | | | | |
| 61150 | Typhoon Differntial | | | | | | |
| 61180 | Personnel Insurance | 194,610 | 208,740 | 205,608 | 199,011 | | |
| 61190 | Retirement Contribution | 1,167,662 | 1,252,441 | 1,233,646 | 1,194,067 | | |
| 61200 | Subsistance | | | | | | |
| 61220 | Medicare Contribution | 70,546 | 75,668 | 74,533 | 72,142 | | |
| 61240 | Workmen's Compensation | | | | | | |
| 00000 | Early Ret Bonus Liability | | | 45,000 | 45,000 | | |
| 00000 | Land Grant Ret. Contribution | | 20,034 | 334,761 | 289,211 | | |
| | **Total Personnel Costs** | 6,298,075 | 6,775,388 | 6,988,740 | 6,774,711 | (677) | -0.01% |
| | Number of Positions | 156 | 156 | 156 | 156 | 0 | 0.00% |
| 62050 | Official Representation | | | | | | |
| 62060 | Professional Services | | | | | | |
| 62070 | Public Auditor's Fee ( 1%) | | 67,754 | | 72,431 | | |
| 62080 | Advertising | | | | | | |
| 62090 | Recruitment/Repatriation | | | | | | |
| 62100 | Boards and Other Comp. | | | 30,000 | | | |
| | **Total Professional Services** | 0 | 67,754 | 30,000 | 72,431 | | |
| 62250 | Communications | | | | | | |
| 62260 | Dues and Subscriptions | | | | | | |
| 62280 | Insurance | | | | | | |
| 62290 | Licenses and Fees | | | | | | |
| 62300 | Printing and Photocopying | | | | | | |
| | **Total Office Expenses** | 0 | 0 | 0 | 0 | | |
| 62420 | Rental Vehicles | | | | | | |
| 62430 | Rental Housing | | | | | | |
| 62440 | Rental Offices | | | | | | |
| 62480 | Rental Others | | | | | | |
| | **Total Rentals** | 0 | 0 | 0 | 0 | | |
| 62500 | Travel | 0 | 0 | 0 | 0 | | |
| 62660 | Repair & Maintenance | | | | | | |
| 62680 | Freight & Handling | | | | | | |
| 62690 | Personnel Training Cost | | | | | | |
| 62700 | Storage and Handling | | | | | | |
| 62710 | Utilities - Power | | | 700,000 | 396,000 | | |
| 62750 | Cleaning Services | | | | | | |
| | **Total Others** | 0 | 0 | 700,000 | 396,000 | | |
| 63010 | Books and Library Materials | | | 70,000 | | | |
| 63020 | Food Items | | | | | | |
| 63030 | Fuel and Lubricate | | | | | | |
| 63040 | Supplies Office | | | | | | |
| 63050 | Supplies Operations | | | | | | |
| | **Total Supplies** | 0 | 0 | 70,000 | 0 | | |
| 64510 | Buildings | | | | | | |
| 64520 | Improvements | | | 200,000 | | | |
| 64550 | Computer Systems & Equip. | | | | | | |
| 64560 | Office Equipment | | | | | | |
| 64570 | Office Furniture & Fixtures | | | | | | |
| | **Total Capitalized Fixed Asset** | 0 | 0 | 200,000 | 0 | | |
| | **Total All Others** | 0 | 67,754 | 1,000,000 | 468,431 | 400,677 | 591.37% |
| | **Total Personnel & All Others** | 6,298,075 | 6,843,142 | 7,988,740 | 7,243,142 | 400,000 | 5.85% |



PLAINTIFF'S EXHIBIT PP

PERSONNEL SERVICE WORKSHEET

| Dept. | GOVERNMENT AGENCY |
|---|---|
| Activity | Northern Marianas College |
| Bus. Unit | 1605 |

| Job Code | Position Title | Incumbent | FY'03 Emp Stat. | FY'03 Grade Step | FY'03 Base Salary | Allow | FY'04 Emp Stat. | FY'04 Grade Step | FY'04 Base Salary |
|---|---|---|---|---|---|---|---|---|---|
| 1 | President | Wright, Kenneth E. | UNG | UNG | $80,000 | | UNG | UNG | 80,0 |
| 2 | Dean of ED/VP for Programs & Sciences | Algaier, Charles L. | UNG | UNG | 55,000 | | UNG | UNG | 70,0 |
| 3 | Dean, Cont.ED/Dean of Acad Prog & Svcs. | Sablan, Joaquin (Camacho, E. C.) | UNG | UNG | 50,000 | | UNG | UNG | 60,0 |
| 4 | Dir., Small Bus. Development Center | Plinske, Eric. L. | UNG | UNG | 50,000 | | UNG | UNG | 50,0 |
| 5 | Dir.Inst Dev/Dean of Com.Progrms&Servcs. | DLeon Guerrero, Antonio V. | UNG | UNG | 50,000 | | UNG | UNG | 60,0 |
| 6 | Dir.II, Rota Campus Administrator | Ogo, Severina A. (Igitol, R. L.) | UNG | UNG | 50,000 | | UNG | UNG | 50,0 |
| 7 | Dir.II, Tinian Campus Administrator | Wedding, James M. | UNG | UNG | 50,000 | | UNG | UNG | 50,0 |
| 8 | Dir., Administrative Services | Johnson, Alfred J. | UNG | UNG | 47,500 | | UNG | UNG | 47,5 |
| 9 | Budget Offcr/Dir, Fin.& Admin Services | Atalig, David DLG | S | 35/11 | 47,032 | | UNG | UNG | 58,0 |
| 10 | Dept Chair,Health&PE/Dean of Stud Dev. | Barnes, Kurt C. | F-12 | 34/12 | 49,356 | | UNG | UNG | 60,0 |
| 11 | Account Tech.I/Accountant I (Cashier) | Blas, Shirley-Ann G. (Atalig, A.) | S | 22/06 | 20,361 | | S | 26/04 | 22,3 |
| 12 | Account Technician I (Bookstore) | Bundoc, Lorpina P. | S | 22/05 | 19,428 | | S | 22/05 | 19,4 |
| 13 | Acctant I (A/P)/Acctant II (Certification) | Tudela, Tricialyn R. (Leong A., D. U.) | S | 26/05 | 23,436 | | S | 26/05 | 23,4 |
| 14 | Accountant II /Acctant III (Bank Recon) | Barnes, Solita K. | S | 28/09 | 31,049 | | S | 32/07 | 33,98 |
| 15 | Accountant IV (Payroll)/Acctant III | Palacios, Katherine T. | S | 28/10 | 32,539 | | S | 32/07 | 33,98 |
| 16 | Accountant IV/Acctant III (Accts Rec'ble) | Sablan, Evelyn J. | S | 28/07 | 28,270 | | S | 28/07 | 28,27 |
| 17 | Acctant IV/Acctant III (FEDS) | Salas, Florentina | S | 34/12 | 47,032 | | S | 34/12 | 47,03 |
| 18 | Admin Assistant III/Acct. Tech.(A/R) | DelaCruz, Arlene C. (Castro, D.B.) | S | 19/07 | 18,609 | | S | 22/07 | 21,33 |
| 19 | Admin Assistant III/Acct Tech (A/P) | Ngewaki, Timberley T. (Cheng-C. Kui) | S | 19/08 | 19,521 | | S | 22/07 | 21,33 |
| 20 | Clerk III/Admin Assistant | Tenorio, Josephine P. | S | 14/12 | 18,609 | | S | 14/12 | 18,60 |
| 21 | Secretary II/Admin Assistant II | Ogo, Hera | S | 18/08 | 18,609 | | S | 18/08 | 18,60 |
| 22 | Administrative Assistant III/II | Kapileo, Lenice DLR | S | 19/11 | 22,534 | | S | 19/11 | 22,53 |
| 23 | Library Technician II/Admin Assist. III | Diaz, Lucila N. (Newport,L.) | S | 26/01 | 19,428 | | S | 22/09 | 23,43 |
| 24 | CIP Coordinator/ Admin Assistant III | Iglecias, Velma M. (Sablan, H. P.) | S | 35/08 | 12,100 | | S | 19/04 | 16,12 |
| 25 | Admission Officer/ Admin Assistant III | Songsong, Tanya M. (Chargualaf, T.DLG) | S | 28/06 | 29,627 | | S | 19/06 | 17,74 |
| 26 | Administrative Manager I | Cabrera, Betty Ann | S | 26/09 | 21,481 | | S | 20/09 | 21,481 |
| 27 | Administrative Manager I | Babauta, Linda S. (Yamauchi, R.T.) | S | 20/08 | 20,478 | | S | 20/08 | 20,478 |
| 28 | Administrative Manager II | Sablan, Raquel S. | S | 26/05 | 23,436 | | S | 26/05 | 23,436 |
| 29 | Administrative Manager II | Kingzio, Lolitha S. | S | 26/02 | 20,361 | | S | 26/02 | 20,361 |
| 30 | Admin Officer I/Admin Manager II | Yoshida, Anemary | S | 20/12 | 24,796 | | S | 20/12 | 24,796 |
| 31 | Admin Offcr I/Admin Manager II | Prater, Margarita T. | S | 20/11 | 23,638 | | S | 20/11 | 23,638 |
| 32 | Dir., Auxiliary Servs./Admin Mgr II | Deblois, Susan T. (Sablan, F. A) | S | 32/12 | 42,864 | | S | 24/06 | 22,362 |
| 33 | Inst'l Research Assist.I/Admin Mgr. II | Camacho, Josephine M. (DLGuerrero, C.) | S | 26/08 | 26,975 | | S | 24/04 | 20,361 |
| 34 | Admissions Counselor/Admin Mgr. III | Kannely, Eloise A. (Sablan, D.B.) | F-12 | 27/10 | 36,064 | | S | 30/08 | 32,539 |
| 35 | Accountant II (Treasury)/Admin Mgr III | Dela Cruz, Josephine S. | S | 28/03 | 23,436 | | S | 28/03 | 23,436 |
| 36 | Exec. Secretary I (VP)/Admin Mgr. III | Prather, Lourdes C. (Smith Magiel) | S | 30/04 | 26,975 | | S | 30/04 | 26,975 |
| 37 | Bus.Dev.Cons'ltant/Exec Assist to the Pres. | Savares, Larrisa L. | S | 34/08 | 33,984 | | S | 35/08 | 40,920 |
| 38 | Admin Mgr. II/Executive Sec.I (VP) | Villazon, Lourdes C. | S | 26/08 | 25,740 | | S | 26/07 | 25,740 |
| 39 | Instr, Eng./Exec Sec II(Fin. & Admin Servs.) | Pangelinan, Vera T. (Ascencio, F.L.) | F-10 | 34/12 | 44,917 | | S | 30/07 | 31,049 |
| 40 | Administrative Officer I | Crisostomo, Franklin S. | S | 20/11 | 23,638 | | S | 20/11 | 23,638 |
| 41 | Administrative Officer II/III | Palacios, Jesusa A. | S | 26/07 | 25,740 | | S | 26/07 | 25,740 |
| 42 | Administrative Officer II | Santos, Ana B. | S | 24/07 | 22,362 | | S | 24/06 | 22,362 |
| 43 | Administrative Officer II/IV | Susuki, Robert C. | S | 24/05 | 20,361 | | S | 24/04 | 20,361 |
| 44 | Administrative Officer III | Cing, Priscilla P. | S | 26/12 | 32,539 | | S | 26/12 | 32,539 |
| 45 | Administrative Officer IV | Coleman, Thomasa T.P. | S | 30/12 | 39,251 | | S | 30/12 | 39,251 |
| 46 | Inst. Research Assist./Admissions Spec. | Taro, Joyce R. (Ngirbabul, I.E.) | S | 22/08 | 22,362 | | S | 22/08 | 22,362 |
| 47 | Archivist Technician | Goobaad, Tonny Y. | S | 22/12 | 26,975 | | S | 22/12 | 26,975 |
| 48 | Budget Analyst II | Diaz, Deborah M. (Wuttayagon, P.) | S | 32/04 | 29,570 | | S | 32/04 | 29,570 |
| 49 | Budget Technician | Blobaum, Brenda A. | S | 26/07 | 25,740 | | S | 26/07 | 25,740 |
| 50 | Dir., Human Resources/Career Counselor | Ramon, Khone K. | S | 35/12 | 49,266 | | F-12 | 34/12 | 49,356 |
| 51 | Coordinator for NRM | Greenough, Dina R. (Pladevega,D.C.) | F-12 | 35/12 | 51,330 | | F-12 | 35/12 | 51,330 |
| 52 | Counselor III - (International) | Satur, Mary S. | F-12 | 30/12 | 42,190 | | F-12 | 30/12 | 42,190 |
| 53 | Counselor / Disabilities Service COORD | Cabrera, Eleanor T. (Arriola, K. H.) | F-12 | 32/08 | 39,007 | | F-12 | 32/08 | 39,007 |
| 54 | Instructor / Counselor (Talent Search) | Skang, Ruthie E. (3) | F-12 | 29/04 | 28,803 | | F-12 | 29/04 | 14,402 |
| 55 | SBDC Business Coord./Counselor | Sharer, Dirk D. | S | 35/12 | 49,266 | | S | 35/12 | 49,266 |
| 56 | Data Base Administrator | Nelson, Randall M. (Roberto, D.) | S | 32/09 | 37,293 | | S | 32/09 | 37,293 |
| 57 | Dept. Chair, Languages & Humanities | Wyatt, Danny O. | F-12 | 32/11 | 43,877 | | F-12 | 32/11 | 43,877 |
| 58 | Dept. Chair, Soc.Sci., Fine Arts & Hum'ties | Rowe, Lynda G. | F-12 | 35/12 | 51,330 | | F-12 | 35/12 | 51,330 |
| 59 | Dept. Chair, Sciences & Mathematics | Oney, Larry (Filatov, G. N.) | F-12 | 35/10 | 47,458 | | F-12 | 33/12 | 47,748 |
| 60 | Instr.,H.& P.E./Dept,Human Perf.&Athletes | Ierome, Jerome | F-10 | 32/10 | 42,190 | | F-12 | 32/12 | 45,632 |
| 61 | Con.Early Ad'sions/Dir,Coun Prog & Servs. | Villagomez, Daisy M. | F-12 | 32/12 | 45,633 | | F-12 | 35/11 | 49,356 |
| 62 | Dir., CNMI Archives | Del Rosario, Herbert S. | UNG | UNG | 44,900 | | S | 33/12 | 44,900 |
| 63 | Dir., Adult Basic Education | Calixterio, Fe Y. | S | 35/12 | 49,266 | | S | 35/12 | 49,266 |
| 64 | Dir., School of Education | Sablan, Solo S. VACANT | S | 34/12 | 47,458 | | F-12 | 34/11 | 47,458 |
| 65 | Dir., Fin.Aid/Dir.,Adm,Records & Fin.Aid | Basa, Ramon S. | S | 35/12 | 49,266 | | S | 35/12 | 49,266 |
| 66 | Dir., Special Collections | Garbens, Martin I. | F-12 | 35/12 | 51,330 | | F-12 | 35/12 | 51,330 |
| 67 | Dir., Library Services | Bull, Christopher E. | F-12 | 35/08 | 43,877 | | F-12 | 35/08 | 43,877 |
| 68 | Prog Mgr II (Stud Act)/Dir,Stud Act & Lead. | Propst, Edwin K | S | 30/06 | 29,627 | | F-12 | 31/07 | 36,064 |
| 69 | Lib.,Cat'gm/Dir,, Info & Learning Tech. | Smith, Gerald F. (Rosamond,R.) (1) | F-12 | 32/09 | 40,567 | | S | 35/12 | 24,633 |
| 70 | Executive Secretary II (Pres. Office) | Camacho, Daisie (Tudela, M. A. C.) | S | 32/10 | 39,064 | | S | 30/07 | 31,049 |
| 71 | Financial Aid Specialist II / III | Manglona, Daisy P. | S | 25/07 | 24,561 | | S | 25/07 | 24,561 |
| 72 | Fin. Aid Spec.II/Financial Aid Officer | Cepeda, Cynthia DLG | S | 25/07 | 24,561 | | S | 28/08 | 29,627 |
| 73 | Instructor, Adult Basic Education | Swett, Frank P. (2) | F-12 | 32/11 | 21,939 | | F-12 | 32/12 | 22,681 |
| 74 | Dean of Inst'ion/Instr.,English | Johnson, Bruce T. | UNG | UNG | 50,000 | | F-10 | 34/12 | 44,917 |
| 75 | Instructor, English | Colton, Thomas J. | F-10 | 32/12 | 41,528 | | F-10 | 32/12 | 41,528 |
| 76 | Instructor, English | Holan, James W. | F-10 | 34/11 | 43,189 | | F-10 | 34/11 | 43,189 |
| 77 | Instructor, English | Riley, Paul V. | F-10 | 35/12 | 46,713 | | F-10 | 35/12 | 46,713 |
| 78 | Instructor, English | Scholewski, Frank A. | F-10 | 34/08 | 38,395 | | F-10 | 34/08 | 38,395 |
| 79 | Instructor, English | Algaier, Poonsri W. | F-10 | 32/10 | 38,395 | | F-10 | 32/10 | 38,395 |

PERSONNEL SERVICE WORKSHEET 

| Dept. | GOVERNMENT AGENCY |
|---|---|
| Activity | Northern Marianas College |
| Bus. Unit | 1605 |

| Job Code | Position Title | Incumbent | Emp Stat. | FY'03 Grade Step | FY'03 Base Salary | Allow | Emp Stat | FY'04 Grade Step | FY'04 Base Salary |
|---|---|---|---|---|---|---|---|---|---|
| 80 | Instructor, English | Wicksman, Barry M. | F-10 | 34/07 | 36,918 | | F-10 | 34/07 | 36, |
| 81 | Instructor, English | Nurmi, Michael K. (Roach, L.) | F-10 | 32/11 | 39,931 | | F-10 | 32/11 | 39, |
| 82 | Instructor, English | Manibusan, Elizabeth M. (Rowe,L.) | F-10 | 34/08 | 38,395 | | F-10 | 34/08 | 38, |
| 83 | Assistant Professor/Instr., English | Newport, Reginald M. | F-10 | 32/12 | 45,632 | | S | 32/12 | 45, |
| 84 | Instructor, Fine Arts | Wonenberg, Barry A. | F-10 | 29/12 | 36,918 | | F-10 | 29/12 | 36, |
| 85 | Instructor, Health & P.E. | Satur, Antonio N. | F-10 | 30/10 | 39,007 | | F-10 | 30/10 | 39,0 |
| 86 | Dir., Student Dev./ Instructor | Erickson, Robert A. (Mesta, V.) (4) | S | 35/12 | 49,266 | | F-12 | 33/11 | 22,8 |
| 87 | Instructor, Japanese | Yasukata, Hiroko | F-10 | 30/06 | 30,055 | | F-10 | 30/06 | 30,0 |
| 88 | Instructor, Mathematics | Johnson, Eric | F-10 | 32/09 | 36,918 | | F-10 | 32/09 | 36,9 |
| 89 | Instructor, Mathematics | Gugliotta, Samuel G. | F-10 | 34/12 | 44,917 | | F-10 | 34/12 | 44,9 |
| 90 | Acad. Adv. Coord./Instr. Mathematics | Keaton, Glenn D. (Flood, N.C.) | F-12 | 35/09 | 45,633 | | F-10 | 32/09 | 36,9 |
| 91 | Instructor, Social Sciences | Vincent, James M. | F-10 | 34/12 | 44,917 | | F-10 | 34/12 | 44,9 |
| 92 | Instructor, Social Sciences | Jesse-Jones, Deane | F-10 | 32/08 | 35,498 | | F-10 | 32/08 | 35,4 |
| 93 | Instr.,Soc.Sci/Instr., Humanities | Bingham, William L | F-10 | 35/12 | 46,713 | | F-10 | 35/12 | 46,7 |
| 94 | Instructor, Sciences | Sills, Angelyn (Sherbo, J.W.) | F-10 | 34/12 | 44,917 | | F-10 | 34/12 | 44,9 |
| 95 | Instructor, Social Sciences | Cabrera, Debra T. (Zehr, A.E.) | F-10 | 35/12 | 46,713 | | F-10 | 35/12 | 46,7 |
| 96 | Instructor, Sciences | Furey, John F. (Oney, L.) | F-10 | 32/08 | 39,007 | | F-10 | 32/08 | 39,00 |
| 97 | Instructor, Social Sciences | MCpheters, Samuel P. (Steere, P.K.) | F-10 | 34/08 | 38,395 | | F-10 | 34/08 | 38,39 |
| 98 | Instructor, Voc.Trades/Instr.Tech Trades | Santos, Lino B. | F-10 | 26/12 | 33,136 | | F-10 | 26/11 | 33,1 |
| 99 | Dir., Coun. Progs & Svcs/Instl. Researcher | Hacskaylo, Lisa | F-12 | 35/12 | 51,330 | | S | 35/12 | 49,26 |
| 100 | DECoord./Inst.,Interptr.(Am. Sign Lang.) | Nilmodian, Anita P. (Hegwood, R. W.) | F-12 | 32/10 | 42,190 | | F-12 | 33/12 | 47,45 |
| 101 | Library Technician II | Sablan, Gregorio P. | S | 26/05 | 23,436 | | S | 26/05 | 23,43 |
| 102 | Library Technician II | Smith, Magiel A. | S | 26/01 | 19,428 | | S | 26/01 | 19,42 |
| 103 | Librarian/Cataloguer -(Tinian) | Creecy, Richard Bland L. | F-12 | 32/09 | 40,567 | | F-12 | 32/09 | 40,56 |
| 104 | Librarian, Academic Services | Mackay, Elaine M. | F-12 | 32/09 | 40,567 | | F-12 | 32/09 | 40,56 |
| 105 | Librarian, Public Services | Towe, Susan J. (Jenck/C.Plinske) | F-12 | 34/06 | 39,007 | | F-12 | 34/06 | 39,00 |
| 106 | Manager,,Administrative Operations | Sablan, Dolores DLG | S | 35/12 | 49,266 | | S | 35/12 | 49,26 |
| 107 | Manager, Marketing (PR) | Lee, Lawrence A. | S | 30/09 | 34,101 | | S | 30/09 | 34,10 |
| 108 | Radio St'ion Mgr/Mgr. Public Radio Station | Pogue, Carl A. | S | 35/08 | 40,920 | | S | 35/08 | 40,920 |
| 109 | Network Specialist II | Santos, James R. | S | 33/05 | 32,446 | | S | 33/05 | 32,446 |
| 110 | Network Specialist III | Atalig, Adrian M. | S | 34/07 | 37,293 | | S | 34/07 | 37,293 |
| 111 | Network Specialist III | Dela Cruz, Edward M. | S | 34/08 | 39,064 | | S | 34/08 | 39,064 |
| 112 | Personnel Officer | Dela Cruz, Elsie Lynn M. | S | 35/08 | 40,920 | | S | 35/10 | 44,900 |
| 113 | Personnel Specialist I | Deleon Guerrero, Polly B. | S | 22/05 | 19,428 | | S | 22/05 | 19,428 |
| 114 | Personnel Specialist II | Hunter, Barbara C. | S | 27/12 | 34,101 | | S | 27/12 | 34,101 |
| 115 | Plant Facilities Maintenance SPEC | Charfauros, Albert U. | S | 26/12 | 32,539 | | S | 26/12 | 32,539 |
| 116 | Procurement Officer | Borja-Villaluz, Ignacia B. | S | 32/12 | 42,864 | | S | 32/12 | 42,864 |
| 117 | Prog.Coord.I(Gym.Mgr. Gym) | Aguon, Rufino S. | S | 24/08 | 24,561 | | S | 24/08 | 24,561 |
| 118 | Program Coord. II (Tinian Campus) | Cing, Thelma M. | F-12 | 29/07 | 33,343 | | F-12 | 29/07 | 33,343 |
| 119 | Program Manager I ( Media) | DLGuerrero, James P. (Diaz, R.) | S | 24/08 | 24,561 | | S | 24/08 | 24,561 |
| 120 | Program Coord. III (Rota Campus) | Mendiola, Martin T. (Mendiola, F.T.) | S | 32/08 | 39,007 | | F-12 | 32/08 | 39,007 |
| 121 | Spec. Asst.to the Pres/Prog Coord/Instr. | Merfalen, Vincent C. | S | 35/12 | 49,266 | | F-12 | 34/12 | 49,356 |
| 122 | Dir., Adm.& Rec./Prog. Coord III (CDI) | Attao, David J. (Tenorio, J.A.) | S | 35/12 | 49,266 | | S | 28/08 | 29,627 |
| 123 | Registrar | Aldan-Atalig, Doris Ann H. | S | 24/09 | 25,740 | | S | 28/12 | 35,736 |
| 124 | Research Assistant II (Archieves) | Sarmiento, Joseph C. | S | 22/07 | 21,338 | | S | 22/07 | 21,338 |
| 125 | Supply Specialist I | Sablan, Duane T. | S | 20/09 | 21,481 | | S | 20/09 | 21,481 |
| 126 | Music Historian/Instr, SOE | Schultz, Robert (D.P.,B.) (Fr VOC ED) (6) | F-12 | 32/12 | 45,632 | | F-12 | 30/11 | 40,567 |
| 127 | Dir., CREES/Instr., Spec. ED Prog.Dev. | Liberman, Edward J.(S.C.R)( Fr VOC ED) (5) | UNG | UNG | 50,000 | | F-12 | 32/08 | 49,356 |
| 128 | Dir.,Stud Sup.Svcs./Instr., Comp. Sc. | Mauwi, Wilhelm (B.,N.) (Fr VOC ED) (5) | F-12 | 33/12 | 22,450 | | F-10 | 33/12 | 43,189 |
| 129 | H'20 Irrig.Spec./Bus. Dev Con II (Woman B | VACANT (Mucduff, R.S. (Fr VOC ED) (5) | F-12 | 29/12 | 40,567 | | S | 34/05 | 33,987 |
| 130 | Agric Ext Agent I/Lib.,Curr. Resource Ctr. | VACANT (Romolor, M.) (Fr VOC ED) (5) | F-12 | 27/12 | 37,507 | | F-12 | 32/08 | 39,007 |
| 131 | Spec Asst Instl Effect/Instr.,Bus./Tourism. | VACANT (Moir, B.G.) (Fr. VO ED) (5) | UNG | UNG | 70,000 | | F-12 | 32/08 | 39,007 |
| 132 | SAssist.to the Pres./Bus.Dev.Con.II (YE) | VACANT (Mar, S. L.) (Fr VOC ED) (5) | S | 35/12 | 49,266 | | S | 34/05 | 33,987 |
| 133 | Dir., Work Dev/ Instr.,Tourism | VACANT (Igitol, R.L.) (Fr VOC ED) (5) | S | 35/12 | 49,266 | | F-12 | 32/08 | 39,007 |
| 134 | Bookstore Manager/Instr.,College Lab.Sch. | VACANT (Fr VOC ED) (5) | | | 0 | | F-12 | 30/08 | 36,064 |
| 135 | Comptroller/Acctant IV (Chief Acctant) | VACANT (Ablog, Nestor R.) | UNG | UNG | 50,000 | | S | 35/12 | 49,266 |
| 136 | Dir., L'ng Res/Dir, Human Resources | VACANT (Ellis, Jimmie L.) | UNG | UNG | 50,000 | | S | 35/12 | 49,266 |
| 137 | Dn Stud Srvs/Prog Coord II (Stud Act & Lea | VACANT (Pangelinan, G.) | UNG | UNG | 50,000 | | | | |
| 138 | Pint Fac & Pro'ty Mgr/Prog Coord II (Srvs Le | VACANT (Diaz, V. DLG.) | S | 32/12 | 42,864 | | | | |
| 139 | Dir., Ext'nd Prog/Instr., English | VACANT (Actouka, M. L. M). | F-12 | 35/12 | 51,330 | | | | |
| 140 | Ass'te Dir, Fly Cons.Sc./Counselor | VACANT (James, F. P.) (100% FEDS) | F-12 | 34/12 | 49,356 | | | | |
| 141 | Aquaculturist/Instr., H.& P.E. | VACANT (Benevente, A.) (100% FEDS) | F-12 | 26/09 | 33,343 | | | | |
| 142 | Admin Manager II (DFAS)/Bookstore Assist. | VACANT | | | | | | | |
| 143 | Dir., Fin.& Admin.Servs/Lib. Gen Coll-Rota | VACANT (Santos, A. A.) | | | | | | | |
| 144 | Instructor, Mathematics | VACANT (Jenck, M. P.) | | | | | | | |
| 145 | Instructor, Japanese | VACANT (Kinoshita, E.) | | | | | | | |
| 146 | Admin. Offcr. II (Dean of Instruction) | VACANT (Brewer, C.M.) | | | | | | | |
| 147 | Assist. to VP (Academic Affairs) | VACANT (Sablan, J. M.) | | | | | | | |
| 148 | Database Administrator/Instructor | VACANT (Oliver, F.O.) | | | | | | | |
| 149 | Librarian, Public Services | VACANT (Ballain, C.) | | | | | | | |
| 150 | Library Technician II | VACANT (Mafnas, R.C.) | | | | | | | |
| 151 | Network Specialist II | VACANT (Ellis, A. L.) | | | | | | | |
| 152 | Retention Coordinator / Instructor | VACANT (Kosaka, N.L.) | | | | | | | |
| 153 | Spec Assist.for Inst'l Effect'ness | VACANT (Ulloa-Heath, J. M.) | | | | | | | |
| 154 | Supply Specialist I | VACANT (Camacho, R.T.) | | | | | | | |
| 155 | Instr. American Signs Language | VACANT | | | | | | | |
| 156 | Instructor, Health & P.E. | VACANT | | | | | | | |

Case 1:03-cv-00014    Document 119-18    Filed 12/21/2005    Page 4 of 16

## PERSONNEL SERVICE WORKSHEET

| Dept. | GOVERNMENT AGENCY |
|---|---|
| Activity | Northern Marianas College |
| Bus. Unit | 1605 |

| | | | | FY'03 PAY LEVEL | | | FY'04 PAY LEVEL | | |
|---|---|---|---|---|---|---|---|---|---|
| Job Code | Position Title | Incumbent | Emp Stat. | Grade Step | Base Salary | Allow | Emp Stat | Grade Step | Base Salary | Allow |

(1) FTE is 50% OPS-50% FED (Title III-Strengthening Institution)
(2) FTE is 50% OPS-50% FED (Adult Basic Education)
(3) FTE is 50% OPS-50% FED (Student Support Services)
(4) FTE is 50% OPS-50% FED (Abilities Center)
(5) FTE is 100% FEDERAL FUNDED & FR VOC ED
(6) FTE is FR VOC ED

| | | | | | |
|---|---|---|---|---|---|
| Civil Service | | 141 | $4,421,105 | 146 | $4,359,060 |
| Excepted Service Contracts | | 15 | 797,400 | 10 | 585,500 |
| | | | $5,218,505 | | $4,944,560 |

**WAGES & OTHERS:**
| | | |
|---|---|---|
| Wages | $5,218,505 | 4,944,560 |
| Overtime | 0 | 0 |
| Adjustment(Rep.diff. of total wages approved per PL 13-24 & current Actual) | 0 | 0 |
| | 0 | 0 |
| Total Wages & Others | $5,218,505 | $4,944,560 |

**BENEFITS:**
| | | |
|---|---|---|
| Health Insurance - 4% | $208,740 | $197,782 |
| Retirement - 24% | 1,252,441 | 1,186,694 |
| Medicare - 1.45% | 75,668 | 71,696 |
| Early Retirement Bonus Liability (3 FTE) | 0 | 45,000 |
| Land Grant Ret.Contribution | 20,034 | 328,978 |
| Total Personnel Benefits | $1,556,884 | $1,830,151 |

| | | | | |
|---|---|---|---|---|
| TOTAL FTEs, PERSONNEL COMPENSATION, & BENEFITS | 156 | $6,775,388 | 156 | $6,774,711 |

263

OPERATING EXPENDITURE WORKSHEET

| Department | NORTHERN MARIANA COLLEGE |
|---|---|
| Activity | Apprentice - P.L. 10-66 (P.L. 5-32) |
| Bus. Unit | 3450 |

| Class Code | Object Classification | FY 2002 Cont. Resol. Level | FY 2003 Budget level P.L. 13-24 | FY 2004 Department's Request | Governor's Budget Proposal | Inc./(Dec.) from FY2003 Budget | % change from FY2003 Budget |
|---|---|---|---|---|---|---|---|
| 61090 | Wages/Salaries - CSC | 832,314 | 912,475 | 1,269,738 | 915,568 | | |
| 61100 | Wages/Salaries - Ung | | | | | | |
| 61110 | Overtime Compensation | | | | | | |
| 61120 | Standby Compensation | | | | | | |
| 61130 | Hazardous Compsation | | | | | | |
| 61140 | Night Differential | | | | | | |
| 61150 | Typhoon Differntial | | | | | | |
| 61180 | Personnel Insurance | 33,293 | 36,823 | 50,790 | 36,623 | | |
| 61190 | Retirement Contribution | 199,755 | 220,937 | 304,737 | 219,736 | | |
| 61200 | Subsistance | | | | | | |
| 61220 | Medicare Contribution | 12,069 | 13,348 | 18,410 | 13,276 | | |
| 61230 | Lump Sum Payment A/L | 1,440 | | | | | |
| 00000 | Adjunct Faculty | | 8,097 | 0 | 6,358 | | |
| | Total Personnel Costs | 1,078,871 | 1,191,680 | 1,643,675 | 1,191,561 | (119) | -0.01% |
| | Number of Positions | 62 | 62 | 62 | 62 | 0 | 0.00% |
| 62050 | Official Representation | | | | | | |
| 62060 | Professional Services | | | | | | |
| 62070 | Public Auditor's Fee (1%) | | 11,917 | | 12,036 | | |
| 62080 | Advertising | | | | | | |
| 62090 | Recruitment/Repatriation | | | | | | |
| 62100 | Boards and Other Comp. | | | | | | |
| | Total Professional Services | 0 | 11,917 | 0 | 12,036 | | |
| 62250 | Communications | | | | | | |
| 62260 | Dues and Subscriptions | | | | | | |
| 62280 | Insurance | | | | | | |
| 62290 | Licenses and Fees | | | | | | |
| 62300 | Printing and Photocopying | | | | | | |
| | Total Office Expenses | 0 | 0 | 0 | 0 | | |
| 62420 | Rental Vehicles | | | | | | |
| 62430 | Rental Housing | | | | | | |
| 62440 | Rental Offices | | | | | | |
| 62460 | Rental Office Equipment | | | | | | |
| | Total Rentals | 0 | 0 | 0 | 0 | | |
| 62500 | Travel | 0 | 0 | 0 | 0 | | |
| 62660 | Repair & Maintenance | | | | | | |
| 62680 | Freight & Handling | | | | | | |
| 62690 | Personnel Training Cost | | | | | | |
| 62700 | Storage and Handling | | | | | | |
| 62710 | Utilities - Power | | | | | | |
| 62750 | Cleaning Services | | | | | | |
| | Total Others | 0 | 0 | 0 | 0 | | |
| 63010 | Books and Library Materials | | | | | | |
| 63020 | Food Items | | | | | | |
| 63030 | Fuel and Lubricate | | | | | | |
| 63040 | Supplies Office | | | | | | |
| 63050 | Supplies Operations | | | | | | |
| | Total Supplies | 0 | 0 | 0 | 0 | | |
| 64510 | Buildings | | | | | | |
| 64520 | Improvements | | | | | | |
| 64550 | Computer Systems & Equip. | | | | | | |
| 64560 | Office Equipment | | | | | | |
| 65800 | Transfer Out - Gov't Agency | 17,284 | 0 | 0 | 0 | | |
| | Total Capitalized Fixed Asset | 17,284 | 0 | 0 | 0 | | |
| | Total All Others | 17,284 | 11,917 | 0 | 12,036 | 119 | 1.00% |
| | Total Personnel & All Others | 1,096,155 | 1,203,597 | 1,643,675 | 1,203,597 | 0 | 0.00% |

PLAINTIFF'S EXHIBIT 89

264

## PERSONNEL SERVICE WORKSHEET

| Dept. | Northern Marianas College |
|---|---|
| Activity | Apprentice - P.L. 10-66 (P.L.) |
| Bus. Unit | 3450 |

| Job Code | Position Title | Incumbent | Emp. Stat. | FY'03 Grade Step | FY'03 Base Salary | Allow. | Emp. Stat. | FY'04 Grade Step | FY'04 Base Salary | All |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Assist.Principal, College Lab. School | Leong-Aguon, Donna U. | F-12 | 30/10 | 39,007 | | F | 30/12 | 38,395 | |
| 2 | Computer Lab. Supervisor III | Johnson, Delia B. | S | 32/06 | 32,446 | | S | 32/06 | 32,446 | |
| 3 | Dept. Chair., Nursing | Gage, Lois A. (Nubile, B.) | F-12 | 35/12 | 45,632 | | F-12 | 32/12 | 45,633 | |
| 4 | Instrr,Comp. Appl'tion/Dept Chair, Bus. | Griffin, John (Watson, Paul F.) | F-10 | 35/11 | 44,917 | | F-12 | 35/12 | 51,330 | |
| 5 | Instructor, Business | Sablan, Bernadita P. | F-10 | 30/11 | 36,918 | | F-10 | 30/11 | 36,918 | |
| 6 | Instructor, Business | Comer, Perry (Tan, Scott) | F-10 | 34/12 | 44,917 | | F-10 | 33/12 | 43,189 | |
| 7 | Chair.Bus.Hosp&CompTech/Instr. Bus. | Villegas, Daniel R. (Basa, R. S.) | F-12 | 35/12 | 51,330 | | F-12 | 35/11 | 44,917 | |
| 8 | Instructor, College Lab.School | Folta, Julianne K.(Hewitt, Denise W.) | F-10 | 26/08 | 28,624 | | F-10 | 30/12 | 38,395 | |
| 9 | Instructor, College Lab School | Plaza, Kathleen S.(Newell, Benedicto E.) | F-10 | 30/08 | 32,820 | | F-10 | 30/09 | 34,133 | |
| 10 | Instructor,College Lab.School | Crawford, Angela R. | F-10 | 34/03 | 31,558 | | F-10 | 34/03 | 31,558 | |
| 11 | Instructor,College Lab School | Davis, John H. | F-10 | 29/06 | 28,624 | | F-10 | 29/07 | 30,055 | |
| 12 | Instructor, Comp. Appl'tion/Math. | Cole, Howard W. (McAlister, C.A.) | F-10 | 34/12 | 44,917 | | F-10 | 34/12 | 44,917 | |
| 13 | Instr.Comp. Bus Math/Instr. Comp.Sci. | Ewing, Thomas M. (Folta, J.K.) | F-10 | 35/11 | 44,917 | | F-10 | 35/11 | 44,917 | |
| 14 | Instructor, Education | Willis ,Geri L. (Susuki, C.C.) | F-10 | 34/10 | 41,528 | | F-10 | 34/10 | 41,528 | |
| 15 | Instructor, Education | Layne, Patsy (Hill, F.R.) | F-10 | 35/08 | 39,931 | | F-10 | 35/08 | 39,931 | |
| 16 | Instructor, Education | Osborn, Sarah M.P. | F-10 | 35/12 | 51,330 | | F-10 | 35/12 | 51,330 | |
| 17 | Instructor, Education | Asper, Mary K. | F-10 | 34/11 | 43,189 | | F-10 | 34/11 | 43,189 | |
| 18 | DE/Media Tech (SOE)/Instr., SOE | Whitt, Debra  (VACANT) | | | 0 | | F-12 | 31/08 | 37,507 | |
| 19 | Teacher Aide II | Teregeyo, Melvin J. (Tafoya-S. P.) | | | 0 | | S | 22/08 | 22,362 | |
| 20 | Instructor, Nursing | Teregeyo, Melvin J. (Tafoya-S. P.) | | | 0 | | F-10 | 32/11 | 39,931 | |
| 21 | Instructor, Nursing | Tice, Cynthia S. | | | 0 | | F-10 | 32/12 | 41,528 | |
| 22 | Instructor, Nursing | Tatum, Janice L. | | | 0 | | F-10 | 32/11 | 39,931 | |
| 23 | Instructor, Computer Science | Wilden, Jeffrey | | | 0 | | F-10 | 32/12 | 41,528 | |
| 24 | CLS Principal/Instr.,SOE | Schultz, Robert J. | F-10 | 30/11 | 40,567 | | F-12 | 30/11 | TO OPS | |
| 25 | Instr.,Bus./Instr.,Spec ED Prog Dev. | Liberman, Edward J. (C, D. H.) (1) | F-12 | 35/11 | 49,356 | | F-12 | 34/12 | TO OPS | |
| 26 | NtwkSpec III-Comp.Lab./Instr.,Comp.Sc. | Mauwi, Wilhelm (1) | | | 0 | | F-10 | 33/12 | TO OPS | |
| 27 | Lib.,Curr.Resource Center | VACANT (Matson, Christine B.) (1) | | | 0 | | F-12 | 32/08 | TO OPS | |
| 28 | Business Dev. Consultant II (Woman Bus.) | VACANT (Savares, Larrisa L.) (1) | | | 0 | | S | 34/05 | TO OPS | |
| 29 | Dir., Voc. Prog./Instr., Bus./Tourism | VACANT (Angello, John A.) (1) | F-12 | 35/12 | 51,330 | | F-12 | 32/08 | TO OPS | |
| 30 | Media Tech. (SOE)/Bus.Dev.Con.II (YE) | VACANT (1) | S | 24/06 | 22,362 | | S | 34/05 | TO OPS | |
| 31 | Admin. Mgr I (CDI)/Instr.College Lab Sch. | VACANT (DL Guerrero, Edith E.) (1) | S | 20/09 | 21,481 | | F-12 | 30/08 | TO OPS | |
| 32 | Admin. Mgr II (SOE)/Instr., Tourism | VACANT (Camacho, Josephine M.) (1) | S | 24/05 | 21,338 | | F-12 | 32/08 | TO OPS | |
| 33 | Admin. Officer III/Mgr. II | VACANT (Diaz, Lucila N.) | S | 22/09 | 23,436 | | | | | |
| 34 | Administrative Officer II | VACANT (Santos, Anna B.) | | | TO OPS | | | | | |
| 35 | Administrative Officer II | VACANT (Susuki, Robert C.) | | | TO OPS | | | | | |
| 36 | Dir.,Sch of ED/Intr., Education | VACANT (Sablan, Salle S.) | | | TO OPS | | | | | |
| 37 | Dean of ED/ Instr., Education | VACANT (Algaier, Charles J.) | | | TO OPS | | | | | |
| 38 | Dean, Cont. ED/Instr., Education | VACANT (Camacho E.) | | | TO OPS | | | | | |
| 39 | Instr., Voc.Tds/Instr., Mentor Tech. Spec. | VACANT (Santos, Lino R.) | | | TO OPS | | | | | |
| 40 | Dir., Ext Prog/Instr., Nursing | VACANT (Actouka, Melody Lynn M.) | | | TO OPS | | | | | |
| 41 | Admin. Mgr. II/ Instr., Nursing | VACANT (Villazon, Lourdes C.) | | | TO OPS | | | | | |
| 42 | Dir., Work Dev./ Instr., Tech. Trades | VACANT (Igitol, Rose L. ) | | | TO OPS | | | | | |
| 43 | SBBC Bus.Coord./ Counselor | VACANT (Sharer, Dirk D.) | | | TO OPS | | | | | |
| 44 | Dir.,Bus. Dev. Ctnr./Ntwk III (Comp. Lab.) | VACANT (Plinske, Eric L.) | | | TO OPS | | | | | |
| 45 | Prog. Mgr. III (PT3-Tech.)/Instr., Comp. Sci | VACANT (Smith, Gerald F.) | | | | | | | | |
| 46 | Pgrm.Co.(WkDev.)/Instr., Fac.Tech.Spec. | VACANT (Benavente, Tricia I.) | | | | | | | | |
| 47 | UCE Coord./Instr., Mentor Tech. Spec. | VACANT (Joyner (1) , John B.) | | | | | | | | |
| 48 | Bus.Con.Spn/Tn/Bus. Dev. Cons. II (YE) | VACANT | | | | | | | | |
| 49 | Instructor, Business / Tourism | VACANT | | | | | | | | |
| 50 | Instructor, College Lab School | VACANT | | | | | | | | |
| 51 | Instructor, Business / Tourism | VACANT | | | | | | | | |
| 52 | Business Consultant (Saipan) | VACANT | | | | | | | | |
| 53 | Business Consultant (Tinian) | VACANT | | | | | | | | |
| 54 | Business Consultant (Rota) | VACANT | | | | | | | | |
| 55 | Instructor, ED/Instr., Accounting | VACANT | | | | | | | | |
| 56 | Instructor, Business Management | VACANT | | | | | | | | |
| 57 | Instr., Voc.Trades/Instr., College Lab. Sch. | VACANT | | | | | | | | |
| 58 | Instr., Fac. Tech. Spec./Instr., Coll. Lab. Sc | VACANT | | | | | | | | |
| 59 | Instr.,Spc. ED. Prgrm .Dev./Instr., Col. Lab | VACANT | | | | | | | | |
| 60 | Instr., Men.Tech Spec./Instr., Fac Tech Sp | VACANT | | | | | | | | |
| 61 | Instructor, Nursing | VACANT | | | | | | | | |
| 62 | Program Coord III/Instr., Prog Coord | VACANT | | | | | | | | |

NOTE:

1) FTE's (9) transferred & funded in #1605-Operation for VOC ED.

265

(m) For the operation of the Northern Marianas Retirement Fund, the chairman of the board or an authorized designee.

(n) For the operation of the Marianas Visitors Authority, the chairman of the board or an authorized designee.

(o) For the operations of the Commonwealth Ports Authority, the chairman of the board or an authorized designee.

(p) For the operation of the Economic Development Loan Fund or its successor, the chairman of the board or an authorized designee.

(q) For all other agencies, and instrumentalities of the Commonwealth of the Northern Mariana Islands, the Governor or as provided by law.

(r) Northern Mariana Islands Social Security Administration, the Social Security Administrator or his designee.

**Source:** PL 3-68, § 401; amended by PL 4-70, § 402; subsection (n) amended by PL 11-15, § 24.

**Commission Comment:** With respect to several officials and agencies referred to in this section, see Executive Order 94-3 (effective August 23, 1994), reorganizing the executive branch, changing agency names and official titles, and effecting other changes, set forth in the commission comment to 1 CMC § 2001.

PL 11-15, § 24 changed "Marianas Visitors Bureau" in subsection (n) of this section to "Marianas Visitors Authority". PL 11-15 took effect on June 17, 1998.

## TITLE 1 GOVERNMENT / DIVISION 7 PLANNING, BUDGETING AND AUDITING § 7101 / PART 1 PLANNING AND BUDGETING ACT / CHAPTER 4. Expenditure and Reprogramming of Appropriated Funds. § 7401 / § 7402. Reprogramming Authority.

§ 7402. Reprogramming Authority.

(a) (1) Except as provided in this section, and in 1 CMC §§ 7302 and 7403, no funds may be reprogrammed, and no obligation or contract for the expenditure of Commonwealth funds shall be made for any purposes other than the public purposes for which the funds are appropriated.

(2) No funds may be reprogrammed to any account which has been zero-funded by the legislature or to any account for which the legislature has not made an appropriation.

(3) No Covenant funds or interest thereon may be reprogrammed or otherwise transferred or borrowed from capital improvement and economic development accounts to government operational accounts.

(b) *Governor's Reprogramming Authority.* The Governor may reprogram funds appropriated by the annual appropriation acts for the operations and activities of departments, agencies, and offices of the executive branch up to 25 percent cumulative and in total; provided, that any reprogramming which increases or decreases the annual appropriations or allocations by the annual appropriation acts for a particular executive office, department, or agency of the Commonwealth by more than 25 percent cumulative and in total shall be subject to prior approval by joint resolution of the legislature pursuant to


PLAINTIFF'S EXHIBIT 90

subsection (d) of this section; and provided further, that any reprogramming pursuant to an executive order issued pursuant to N.M.I. Const. art. III, § 15, which establishes a new position, function, program or duty not otherwise authorized by law, shall be subject to prior approval by joint resolution pursuant to subsection (d) of this section.

Nothing in this section shall authorize the Governor to reprogram funds allocated or appropriated by the annual appropriation acts for Covenant training funds or for the operations and activities listed in 1 CMC § 7401(b) through (p).

(c) *Agency and Department Reprogramming Authority*. The public officials listed in 1 CMC § 7401(b) through (p) may reprogram funds appropriated by the annual appropriation acts for the operations and activities under their jurisdiction up to 10 percent cumulative and in total by line item; provided, that all reprogramming is reported within 30 days to the Special Assistant for Planning and Budgeting, the Chairman of the House Committee on Appropriations, and the Chairman of the Senate Committee on Fiscal Affairs; provided further, that reprogramming shall not be permitted if it will be used for the purposes prohibited by subsections (c)(2) and (3) of this section. The public officials listed in 1 CMC § 7401(b) through (p) may request additional reprogramming authority from the legislature by following the procedures required of the Governor in subsection (d) of this section.

The heads of all executive departments, offices, and agencies of the Commonwealth to which funds are appropriated by annual appropriation acts may, with the written authority of the Governor and subject to such reporting requirements as the Governor may by regulation provide, reprogram funds within their jurisdiction in an amount not greater than 10 percent cumulative and in total by line item of the funds appropriated to the department, agency, or office; provided that departmental reprogramming shall not be permitted if it:

  (1) Changes the total amount appropriated to the department, office, agency, or instrumentality;

  (2) Will be used to fund a new position established by an executive order or a new position not otherwise established by law; or

  (3) Will be used to reprogram funds appropriated for nonpersonnel expenses to personnel expenses, except where necessary to pay unexpected overtime or lump sum annual leave, merit increases or monetary awards for exceptional service.

(d) *Other Reprogramming*. The Governor may request the legislature for authority to reprogram funds other than such reprogramming as is authorized by subsections (a), (b) and (c) of this section in the following manner:

  (1) Such requests shall be submitted in writing by the Governor or his authorized designee to the presiding officers of the House and Senate. Such request shall be subject to approval by joint resolution.

(e) All reprogramming shall be reported in writing to the Chairman of the House Committee on Appropriations and the Chairman of the Senate Committee on Fiscal Affairs within 30 days after the end of each quarter of the fiscal year. Such reports shall include a description of each item reprogrammed, the reason for each reprogramming, the change in the approved budget caused by the reprogramming, the cumulative amount of all reprogramming during the fiscal year, and such other information as may be requested by the chairmen. The Governor shall submit to the chairmen an annual summary of all reprogramming activity within 60 days after the end of a fiscal year.

Source: PL 3-68, § 402; amended by PL 3-93, §§ 2, 3, 12.

**Commission Comment:** With respect to the reference to the "Special Assistant for Planning and Budgeting," see Executive Order 94-3 (effective August 23, 1994), reorganizing the executive branch, changing agency names and official titles, and effecting other changes, set forth in the commission comment to 1 CMC § 2001.

## TITLE 1 GOVERNMENT / DIVISION 7 PLANNING, BUDGETING AND AUDITING § 7101 / PART 1 PLANNING AND BUDGETING ACT / CHAPTER 4. Expenditure and Reprogramming of Appropriated Funds. § 7401 / § 7403. Emergency Powers.

§ 7403. **Emergency Powers.**

(a) Whenever the Governor uses his authority pursuant to N.M.I. Const. art. III, § 10, the Governor shall as soon as practicable transmit to the legislature a report describing in detail the emergency which required exercise of such authority, the measures being taken to deal with the emergency, and a financial plan for meeting the cost of these measures. This plan shall indicate any function, program, or project which will have to be curtailed or deferred during the emergency due to the emergency itself or due to fiscal constraints, any additional revenues which may be needed to ensure sufficient funds, and any additional information which the Governor deems appropriate. This plan shall also include, if a determination can be made at that time, the recommendations of the Governor for any necessary reprogramming, appropriations, or any other statutory changes which the Governor deems advisable to deal with the emergency or to adjust the fiscal position of the government subsequent to the emergency. If this determination cannot be made at that time, the recommendation shall be transmitted to the legislature as soon as practical. A state of emergency shall automatically terminate within 60 days of its proclamation; unless the Governor shall, prior to the end of the 60 day period, notify the presiding officers of the legislature that the state of emergency has been extended, for a like term, and giving the reason for extending the state of emergency.

(b) If the legislature is not in session when the Governor prepares the report required by subsection (a) of this section, the Governor shall call the legislature into special session for the purpose of receiving the report, and of taking other action as may be necessary under the circumstances, as soon as it is physically prudent to hold a special session.

Source: PL 3-68, § 403.

## TITLE 1 GOVERNMENT / DIVISION 7 PLANNING, BUDGETING AND AUDITING § 7101 / PART 1 PLANNING AND BUDGETING ACT / CHAPTER 4. Expenditure and Reprogramming of Appropriated Funds. § 7401 / § 7404. Bidding Preference.

§ 7404. **Bidding Preference.**

(a) The requirements in this section are in addition to any other applicable requirements provided by law.

(b) The preference in this section shall not be utilized in combination with any other

preference otherwise available to a bidder under Commonwealth or federal law.

(c) In contracting for capital improvements, public works, or procurement of goods or services, a Commonwealth agency shall give preference for award to a bidder or proposer who is otherwise qualified for award under the particular solicitation and who for three successive years prior to submitting the bid or proposal has:

(1) Continuously possessed a valid Commonwealth business license; and

(2) Filed all required Commonwealth employment, excise tax, business gross revenue tax, and income tax returns and paid all amounts owing on such returns;

Provided, that the bid or proposal is $5,000,000 or less and is not more than 15 percent higher than the amount bid or proposed by any competing contractor not so qualified.

(d) In contracting for capital improvements, public works, or procurement of goods or services involving a contract amount of more than $5,000,000, a Commonwealth agency shall give preference for award to a bidder or proposer who is otherwise qualified for award under the particular solicitation and who for five successive years prior to submitting the bid or proposal has:

(1) Continuously possessed a valid Commonwealth business license; and

(2) Filed all required Commonwealth employment, excise tax, business gross revenue tax, and income tax returns and paid all amounts owing on such returns;

Provided, that the bid or proposal is not more than 15 percent higher than the amount bid or proposed by any competing contractor not so qualified.

(e) Contractors desiring a Commonwealth contractor preference under subsections (c) or (d) of this section who are involved in a joint venture with any contractor not qualifying for the Commonwealth contractor preference must submit certification and evidence that at least 51 percent of the contract will be performed by the local contractor or contractors meeting the criteria set forth in subsections (c) and (d) of this section. Such a preference shall not be granted unless it is determined that at least 51 percent of the contract will in fact be so performed. Determination of whether a contractor will be involved in a joint venture and whether the 51 percent requirement will be met is committed to the reasonable judgment of the contracting authority subject to review by the Attorney General.

(1) Relevant information in determining satisfaction of the requirement of this subsection includes the amount of revenue to be received by each of the parties, the amount of profit expected to accrue to each of the parties, subcontracting plans or arrangements, and other factors.

(2) Prior to granting a Commonwealth contractor preference, the contracting authority shall make an assessment of whether the contractor will be involved in a joint venture, and any significant difference in the manner in which a bidder or proposer anticipates performing the requirements of the contract, which difference involves a business that would not qualify under either subsection (c) or (d) of this section, is a basis for a finding that a bidder or proposer intends to be involved in a joint venture.

(f) If two or more contractors qualifying under subsection (c) or (d) of this section submit bids or proposals, the contract shall be awarded to the lowest responsible bidder/proposer qualifying for the Commonwealth contractor preference.

(g) If any bidder or proposer selects and qualifies for a Commonwealth contractor preference, the Commonwealth agency shall, for evaluation purposes only, adjust the original

amounts bid or proposed by bidders not selecting or not qualifying for the Commonwealth contractor preference upward by 15 percent, but the final contract award shall be based on the actual amount bid or proposed.

**Source:** PL 4-64, § 206; amended by PL 5-31, § 404; PL 6-5, § 303; repealed and reenacted by PL 11-87, § 2.

**Commission Comment:** PL 11-87 which repealed and reenacted this section took effect July 30, 1999. PL 11-87 contained findings and purpose, procurement regulations preserved, regulations, and severability clauses as follows:

> Section 1. <u>Findings and Purpose</u>. The Legislature finds that the current requirement that the Commonwealth government procure goods and services from businesses which are 75% owned by U.S. citizens is not a permanent law as defined by Public Law 3-90 and principles of statutory construction and thus is without force and effect. Further, the grant of preference based on citizenship would be subject to potential constitutional attack. The Legislature, however, endorses the concept of preference in bidding for public contracts to be given to local businesses.
>
> The Legislature notes that the present bidding procedure for government contracts fails to consider whether the bidder is a local business within the Commonwealth of the Northern Mariana Islands. The Legislature further finds that public funds paid to local businesses benefit the local economy in the way of taxes, living expenses, and other expenditures by residents of the Commonwealth. Income remains in the economy and circulates with a multiplier effect instead of being remitted overseas. Local businesses also contribute to the community and support of the government in ways that nonresident firms do not. Moreover, local businesses (1) incur costs and burdens as a result of being resident in the Commonwealth which are not borne by firms which do not maintain offices and staff in the Commonwealth and (2) share the benefits and burdens of the community through the years in difficult times as well as good. It is in the public interest, when possible, to expend public funds in such a manner as to gain the maximum economic benefits from such expenditures within our local economy. In addition, government contracting policy should recognize and where appropriate seek to offset the competitive disadvantages local business may have as a result of being resident in the Commonwealth and independent of megacorporations with a multinational rather than local character. Therefore, it is the purpose of this Act to establish a local preference to bidders on Commonwealth government contracts.
>
> . . .
>
> Section 3. <u>Procurement Regulations Preserved</u>. Notwithstanding Section 2 of this Act, any procurement regulations validated by 1 CMC § 7404(a) as it existed prior to the effective date of this Act shall continue to the same extent to be lawful regulations following the effective date of this Act, subject to subsequent amendment, repeal, or other action according to law.
>
> Section 4. <u>Regulations</u>. The Secretary of Finance shall promulgate rules and regulations for the implementation of this Act within 180 days of this Act becoming law. No local preference shall be granted or available pursuant to 1 CMC § 7404, as enacted by this Act, until valid regulations, duly promulgated in accordance with the Administrative Procedure Act, are in effect.
>
> Section 5. <u>Severability</u>. If any provision of this Act or the application of any such provision to any person or circumstance should be held invalid by a court of competent jurisdiction, the remainder of this Act or the application of its provisions to persons or circumstances other than those to which it is held invalid shall not be affected thereby.

## TITLE 1 GOVERNMENT / DIVISION 7 PLANNING, BUDGETING AND AUDITING § 7101 / PART 1 PLANNING AND BUDGETING ACT / CHAPTER 4. Expenditure and Reprogramming of Appropriated Funds. § 7401 / § 7405. Certification Required Before Appropriated Funds May be Used for Salary Adjustments and

**Reclassifications.**

§ 7405. **Certification Required Before Appropriated Funds May be Used for Salary Adjustments and Reclassifications.**

No person, including the Civil Service Commission, may reclassify or adjust the salary of a government employee whose salary is paid from appropriations from the general funds without first receiving from the Office of Management and Budget and the Department of Finance certification that lawful and sufficient funds for that purpose are available. Likewise, no new or vacant position may be filled without first receiving from the Office of Management and Budget and the Department of Finance a certification that a full-time employee (FTE) and personnel funds for that position are available.

> **Source:** PL 5-9, § 310; amended by PL 8-2, § 408, modified; PL 8-26, § 1, modified; PL 9-66, § 509, modified.

> **Commission Comment:** PL 5-9, the "Government Operations Appropriations Act of 1986," took effect October 1, 1985.

## TITLE 1 GOVERNMENT / DIVISION 7 PLANNING, BUDGETING AND AUDITING § 7101 / PART 1 PLANNING AND BUDGETING ACT / CHAPTER 4. Expenditure and Reprogramming of Appropriated Funds. § 7401 / § 7406. Restriction Upon Use of Government Vehicles.

§ 7406. **Restriction Upon Use of Government Vehicles.**
   (a) *Definitions.*
      (1) "Government vehicle" means a vehicle owned or leased by the Commonwealth government or any of its branches or political subdivisions, including autonomous agencies, government corporations, boards, and commissions.
      (2) "Judge" means those individuals who are serving as justices in the Commonwealth Supreme Court; judges in the Commonwealth Superior Court or in the U.S. District Court for the Mariana Islands; special judges, but only during the period that they are actively serving with the court; and judges from other jurisdictions who have been designated as visiting judges by the Chief Justice of the Supreme Court.
      (3) "Law enforcement vehicle" means police cars and other such government vehicles operated by the Department of Public Safety or Division of Customs and used primarily for the enforcement of Commonwealth or federal laws and regulations.
      (4) "Unmarked law enforcement vehicle" means a law enforcement vehicle which is not marked as such in order that it may more effectively apprehend criminals and otherwise enforce the laws.
      (5) For purposes of this section, "vehicle" means any automobile, motorcycle, truck, tractor, or water craft, but not aircraft, and not specialized equipment used largely or entirely for construction purposes, such as bulldozers, backhoes, and cranes.
   (b) *Vehicles to Be Used Only During Normal Working Hours.*
      (1) No government vehicle shall be operated or otherwise used during any time

Case 1:03-cv-00014    Document 119-18    Filed 12/21/2005    Page 13 of 16

# PETITION & DECLARATION
## OCTOBER 3, 2002

**PURPOSE:** To declare our support for the Vocational Education Programs at Northern Marianas College, and to petition the NMC Administration to reinstate the terminated Director, Dr. Jack Angello, who was individually responsible for the implementation of many programs involving at-risk and low-income students, and who gave continuous support, time and personal money as director, counselor, teacher, bus driver, and friend to all the students in the programs.

We, the undersigned, do hereby declare that the CNMI community has been well served by the efforts of the NMC Vocational Education Programs, which include the Division of Youth Services (DYS) Program, The Department of Corrections (RSAT) Program, The Adult (High) School & ADI/PSS Program, The NMC/PRA Film & TV Program, and Special Projects Programs. The <u>one person</u> responsible for the implementation and management of these community-based programs, which have successfully served hundreds of local residents, was Dr. Jack Angello. All these responsibilities have been abruptly dumped on the Math & Science Chairperson. Is this fair to the Math & Science Department? NO! Is this fair to the Vocational Education Department? NO! Please reinstate Dr. Jack Angello as Director of the Vocational Education Programs.

| NAME (Print & Sign) | PROGRAM/AGENCY | DATE |
|---|---|---|
| 1. Kelly Camacho | DPS/DOC/RSAT OFCR | 10/3/02 |
| 2. Antonio I. Sablan | RSAT | 10/3/02 |
| 3. Regis Iyekar | RSAT | 10/3/02 |
| 4. Marcelo T Romolor | RSAT | 10-3-02 |
| 5. Aaron S.T. Cabrera | R-SAT | 10-3-02 |
| 6. Anthony Pios | NMC | 10-03-02 |
| 7. Nyok S. Tan | RSAT | 10/3/02 |
| 8. Romendr. Cabrera | R-SAT | 10-3-02 |
| 9. Christopher Taimanglo | RSAT | 10/3/02 |
| 10. Emerson Limes | R-SAT | 10/3/02 |
| 11. Lino Santos | NMC | 10/3/02 |
| 12. Nadia S. Tagabuel | DYS/Juvenile Detention | 10/3/02 |
| 13. Francis I George | DYS/Juvenile Detention | 10.3.02 |
| 14. Ricardo P. Rasa | DYS/Juvenile Detention | 10.3.02 |
| 15. Moses S. Martin | Student NMC | 10.3.02 |
| 16. Glenn Sablan | Student NMC | 10.3.02 |



PLAINTIFF'S EXHIBIT 91

## PETITION FOR NMC VOCATIONAL EDUCATION

| # | NAME (Print & Sign) | PROGRAM/AGENCY | DATE |
|---|---|---|---|
| 17. | DIXON T. COSMES | STUDENT N.M.C. | 10.3.02 |
| 18. | TY C. AIDAN | STUDENT N.M.C | 10.3.02 |
| 19. | Vincent C. Itocos | Student N.M.C | 10.3.02 |
| 20. | Peter Hans | Student | 10/3/02 |
| 21. | SHADEL Daniel | Student N.M.C | 10/3/02 |
| 22. | Franky Eliser | Student | 10/3/02 |
| 23. | RODNEY TARKONG | Student MHS | 10/3/02 |
| 24. | Ramona T. Sablan | DYS Juvenile Det. Program Director (Voc. Ed) | 10/03/02 |
| 25. | Frances M. Sablan | Advanced Development Institute | 10/3/02 |
| 26. | Phyllis M. Atu | ADI - PSS | 10/3/02 |
| 27. | Alden Lee | ADI - PSS | 10-3-02 |
| 28. | Almira Aguino | ADI - PSS | 10-03-02 |
| 29. | [illegible] De Cruz | ADI - PSS | 10-03-02 |
| 30. | Joe Camacho | ADI - PSS | 10-03-02 |
| 31. | [illegible] C. Diokno | ADI - PSS | 10-03-02 |
| 32. | [illegible] | ADI - PSS | 10-03-02 |
| 33. | Rosemarie C. Banjo | ADI - PSS | 10-03-02 |
| 34. | Clarinda B. Camacho | ADI - PSS | 10-3-02 |
| 35. | Alfred Matagnaga | ADI - PSS | 10-03-02 |
| 36. | Ryle Watanabe | ADI - PSS | 10-03-02 |
| 37. | GENTRY WILLIAMS | ADI - PSS | 10/03/02 |
| 38. | Shuji Akanaka | ADI - PSS | 10/03/02 |
| 39. | Clyde Norpet | ADI - P.S.S. | 10-3-02 |
| 40. | Orsamen, Mari | ADI - P.S.S. | 10-3-02 |
| 41. | Pelisamen, Olivia | ADI - PSS. | 10-3-02 |
| 42. | Mercedes Yokoyama | ADI - PSS. | 10.03.02 |
| 43. | Maria Matias Cruz | ADI - PSS | 10-03-02 |
| 44. | Mary Serrano | ADI - P.S.S | 10-03-02 |
| 45. | SONGAO, JASON | ADI - PSS | 10-03-02 |

# PETITION & DECLARATION
## OCTOBER 3, 2002

**PURPOSE:**   To declare our support for the Vocational Education Programs at Northern Marianas College, and to petition the NMC Administration to reinstate the terminated Director, Dr. Jack Angello, who was individually responsible for the implementation of many programs involving at-risk and low-income students, and who gave continuous support, time and personal money as director, counselor, teacher, bus driver, and friend to all the students in the programs.

We, the undersigned, do hereby declare that the CNMI community has been well served by the efforts of the NMC Vocational Education Programs, which include the Division of Youth Services (DYS) Program, The Department of Corrections (RSAT) Program, The Adult (High) School & ADI/PSS Program, The NMC/PRA Film & TV Program, and Special Projects Programs.  The <u>one person</u> responsible for the implementation and management of these community-based programs, which have successfully served hundreds of local residents, was Dr. Jack Angello.  All these responsibilities have been abruptly dumped on the Math & Science Chairperson.  Is this fair to the Math & Science Department?  NO!  Is this fair to the Vocational Education Department?  NO!  Please reinstate Dr. Jack Angello as Director of the Vocational Education Programs.

| NAME (Print & Sign) | PROGRAM/AGENCY | DATE |
|---|---|---|
| 1. Kelly Camacho | DPS/DOC/RSAT OFR | 10/3/02 |
| 2. Antonio I. Sablan | RSAT | 10/3/02 |
| 3. Regis Iyekar | RSAT | 10/3/02 |
| 4. Marcelo T Romolor | RSAT | 10-3-02 |
| 5. Aneon Sr T. Cabrera | R-SAT | 10-3-02 |
| 6. Anthony Rios | NMC | 10-03-02 |
| 7. Nyok S. Tun | RSAT | 10/3/02 |
| 8. Romuar Jr. Cabuan | RSAT | 10-3-02 |
| 9. Christopher Taimangh | RSAT | 10/3/02 |
| 10. Emerson Limes | R-SAT | 10/3/02 |
| 11. Lino Santos | NMC | 10/3/02 |
| 12. Nadia S. Tagabuel | DYS/Juvenile Detention | 10/3/02 |
| 13. Francis I George | DYS/Juvenile Detention | 10-3-02 |
| 14. Ricardo R Rasa | DYS/Juvenile Detention | 10-3-02 |
| 15. Moses S Martin | Student NMC | 10-3-02 |
| 16. Glenn Sablan | Student NMC | 10.3.02 |

# NORTHERN MARIANAS COLLEGE
## ANNUAL EVALUATION FORM

**ORIGINAL**

Name: John Jack Angello

Evaluator's Name: Imants E. Klingbergs  *[signature] 6/3/9*

Section: Adult, Continuing & Technical Education

Period Covered: From: 06/03/96  To: 06/02/97

| Evaluation Variable | Outstanding | Above Average | Average | Below Average | Not Acceptable |
|---|---|---|---|---|---|
| 1) Program Management Effectiveness | X | | | | |
| 2) Personnel Management Effectiveness | | X | | | |
| 3) Community/Committee Work | | X | | | |
| 4) Interpersonal Relationships and Cooperation | X | | | | |

RECOMMENDATIONS (i.e. salary step, promotion, new contract, etc.)

| Critique Variable | Outstanding | Above Average | Average | Below Average | Not Acceptable |
|---|---|---|---|---|---|
| 5) Timeliness of Reports | | X | | | |
| 6) Quality of Reports | | X | | | |
| 7) Compliance with BOR Policies and Regulations | | X | | | |
| 8) Section Financial Record Keeping | | X | | | |

AREAS OF STRENGTH.

AREAS NEEDING IMPROVEMENT.

This completed form has been discussed with me: *[signature]*  Date: 6/3/97

Evaluated by: n/a  Date: n/a
Academic Vice President



PLAINTIFF'S EXHIBIT 92