# ANNUAL STAFF PERFORMANCE EVALUATION

Employee's Name __John Jack Angello__     Evaluator's Name __Antonio DeLeon Guerrero__

Position __Director of Technical Trades__     Department/Division __Prof. Adult Voc. & Tech. Pr__

Period Covered: From __6/3/97__   To __6/2/98__

| Evaluation Elements | (4) Out-Standing | (3) Above Average | (2) Satisfactory Acceptable | (1) Limited | (0) Not Acceptable | Points |
|---|---|---|---|---|---|---|
| 1. PERSONAL APPEARANCE<br>Grooming, Cleanliness, Dress, Manners, Posture, Bearing | | | X | *Hard /SOMETIMES, due to nature of running Voc-Ed programs. | | |
| 2. ATTENDANCE<br>On time, Full 8 hours<br>No excess absences | | | X | *Puts in extra hours after work & on weekends. | | |
| 3. DEPENDABILITY<br>Reliable, Responsible, Careful, Follows orders | X | | *No. 3,7,9 & 10 = does outstanding work as evident from program improvement in his direct | | | |
| 4. JUDGMENT<br>Mature, Common sense, Practical, Realistic | | | X | *WANTS to be more sensitive & maintaining composure. | | |
| 5. LEARNING ABILITY<br>Open to suggestions, Intelligent, Eager to learn | | X | | *Personally believes in being a lifelong learner. | | |
| 6. ATTITUDE<br>Wholesome, Genuine, Honest, Sincere | | | X | *Good attitude, needs to be more open with others. | | |
| 7. APPLICATION TO JOB<br>Interested, Industrious, Diligent, Enthusiastic | X | | | | | |
| 8. RELATION TO OTHERS<br>Courteous, Helpful, Friendly, Communicates well | | | X | *Feels and wants to improve his interpersonal relationships. | | |
| 9. QUALITY OF WORK<br>Neat, Complete, Accurate, Doesn't depend on others | X | | | | | |
| 10. QUANTITY OF WORK<br>Productive, Done on time, Does his/her share | X | | | | | |

PLAINTIFF'S EXHIBIT 93

POINT TOTAL __34__

NOTE:   A point total of 20 or higher is basis for a one step increase.

SIGNATURES: _____ 7/13/98   _____ 7/13/
                    EVALUATOR              DATE              EMPLOYEE        DAT

Note:   See attached "Additional Performance Evaluation Elements

NORTHERN MARIANAS COLLEGE

ANNUAL EVALUATION FORM - ADMINISTRATORS

Name: John Jack Angello

Evaluator's Name: Ed Camacho

Section: Continuing Education

Period Covered: From: 11/24/98    To: 11/23/99

| Evaluation Variable | Outstanding (4) | Above Average (3) | Average (2) | Below Average (1) | Not Acceptable (0) |
|---|---|---|---|---|---|
| 1.) Program Management Effectiveness | 4 | | | | |
| 2.) Personnel Management Effectiveness | | 3 | | | |
| 3.) Community/Committee Work | 4 | | | | |
| 4.) Interpersonal Relationships and Cooperation | | 3 | | | |

| Critique Variable | Outstanding | Above Average | Average | Below Average | Not Acceptable |
|---|---|---|---|---|---|
| 5.) Timeliness of Reports | | 3 | | | |
| 6.) Quality of Reports | | 3 | | | |
| 7.) Compliance with BOR Policies and Regulations | | 3 | | | |
| 8.) Section Financial Record Keeping | | 3 | | | |
| TOTAL | | | | | |

**RECOMMENDATIONS**(i.e. salary step, promotion, new contract, etc.)

   *Renew Contract
   *Due for a salary increase

**AREAS OF STRENGTH.**

   *Program Design and Implementation
   *Jack possesses visionary qualities--assets all good leaders should have.

**AREAS NEEDING IMPROVEMENT.**

   *Coping with certain lack of support, i.e. resources, and the austerity
    measures imposed on program.

This completed form has been discussed with me: [signature]   Date 5/22/00
Employee's Signature

Evaluated by: [signature]   Date 23 MAY 00
Evaluator's Signature

PLAINTIFF'S EXHIBIT 94

# NORTHERN MARIANAS COLLEGE
## ADMINISTRATOR'S EVALUATION FORM

Administrator's name: _____John J. Angello_____

Evaluator's name: _____Bruce Johnson_____

Department, Program, or Office: __Vocational Education_____

Period covered:   From: __11/24/01__   To: __11/23/02__

Rating Guide: E = Excellent   S = Satisfactory   U = Unsatisfactory

| PROFESSIONAL COMPETENCIES<br>Summary Rating: _S_ | INTERPERSONAL SKILLS<br>Summary Rating: _S_ |
|---|---|
| Individual Ratings for Defining Activities<br><br>_S_ 1. Understands, promotes, and supports the vision, mission, and goals of the institution and the program.<br><br>_S_ 2. Promotes and sustains a professional atmosphere of openness, trust, innovation, and collaboration.<br><br>_S_ 3. Makes decisions within a reasonable time.<br><br>_S_ 4. Seeks appropriate input from others in formulating decisions.<br><br>_S_ 5. Fosters and promotes continuous improvement of institutional and program policies, processes, and systems.<br><br>_S_ 6. Links program budgets to the institutional master plan and assessment plan, program goals and objectives, and past program evaluations.<br><br>_S_ 7. Submits and disseminates budget justifications and appropriates allocated budget funds in a timely and responsible manner.<br><br>_S_ 8. Assesses defined program goals and objectives.<br><br>_S_ 9. Uses assessments to set or redefine program goals and objectives. | Individual Ratings for Defining Activities<br><br>_S_ 1. Works with superiors, colleagues, subordinates, and stakeholders towards accomplishing department goals and objectives.<br><br>_S_ 2. Communicates information clearly and in a timely manner.<br><br>_S_ 3. Creates a working environment that is open and conducive to the free exchange of information and views.<br><br>_S_ 4. Inspires colleagues, subordinates, and stakeholders to do their best work.<br><br>_S_ 5. Articulates a clear vision and mission for his or her program.<br><br>_S_ 6. Enables his or her program to establish professional working relationships with local community and national groups and organizations. |


PLAINTIFF'S EXHIBIT 95

| SERVICE TO COLLEGE AND COMMUNITY<br><br>Summary Rating: _S_ | PROFESSIONALISM AND PROFESSIONAL GROWTH<br><br>Summary Rating: _S_ |
|---|---|
| **Individual Ratings for Defining Activities**<br><br>_S_ 1. Participates as appointed or directed in relevant inter-department activities and committees.<br><br>_S_ 2. As applicable, participates in relevant community service, inter-agency, and professional/trade association activities.<br><br>_S_ 3. Coordinates with colleagues, presents problems and recommendations to colleagues and supervisor, and fulfills other institutional responsibilities.<br><br>_S_ 4. Prepares program evaluation plans and participates in the institutional planning process.<br><br>_S_ 5. *Follows College policies, regulations, and procedures.<br><br>_U_ 6. *Attends and participates in annual commencement exercises and other institutional/College functions.<br>*I WAS ASKED TO ASSIST THE GRAD COMMITTEE IS THE EVENING* | **Individual Ratings for Defining Activities**<br><br>_S_ 1. Maintains a positive and cooperative working relationship with others at the College and in the community.<br><br>_S_ 2. Participates in professional development activities.<br><br>_S_ 3. Stays current in professional field.<br><br>_S_ 4. *Applies methods/ideas learned during workshops and other professional development activities. |

> Noted. BTJ

*The highest rating for these activities is S.

This completed form has been discussed with me and I (circle one) **concur** do not concur:

Administrator's signature: _____   10/9/02
                                                        (Date)

Evaluated by: _____   10/9/02
           (Supervisor's name and signature)             (Date)

RECEIVED OCT 0 9 200

Received by HRO: _____   _____
           (HRO Director's signature)                    (Date)

# PACIFIC RIM ACADEMY
### SAIPAN ISLAND

October 31, 2002

**<u>HAND DELIVERED</u>**

Mr. Jack Kempke
CNMI Office of the Public Auditor
Saipan, MP 96950

Re:   Northern Marianas College (NMC)

Dear Mr. Kempke:

Having knowledge of the investigation that your office has undertaken, regarding the questionable terminations of eleven NMC employees in September of this year, I feel compelled to write to you about the adverse effects that have currently plagued the joint NMC & Pacific Rim Academy Film & TV Program.

This very successful program, which entailed a tremendous amount of planning and implementation between my company and the Northern Marianas College, was administered mainly by Dr. Jack Angello, one of the eleven recently terminated by NMC. Consequently, the Film & TV Program has suffered a major loss and is struggling to survive---reportedly along with Dr. Angello's other vocational training programs---and it behooves your office to report this educational injustice.

The new administrator for all of Dr. Angello's programs, a Mr. Larry Olney who is the Chairperson of the Math & Science Department, has bluntly stated that he does not have time or knowledge of the vocational training programs and that his area of administration is Math & Science. It appears that the new NMC President did not have proper justification in terminating Dr. Angello and, subsequently, he has done a disservice to the many students in the vocational programs by placing them under a disinterested and unqualified administrator.

In closing, I have a cooperative lease agreement with NMC, and NMC was to provide administrative and operational support for the Film & TV program. The sudden termination of the key administrator in mid-semester has been a disaster, and I will probably explore breech of contract violations against the Northern Marianas College.

Sincerely,

Mr. Leonard Wolf, Jr.
President
Pacific Rim Academy


PLAINTIFF'S EXHIBIT 96



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Juan N. Babauta**
Governor

**Diego T. Benavente**
Lieutenant Governor

NOV 0 8 2002

Dr. Jack Angelo
P.O. Box 501149
Saipan, MP 96950

Re:   NMC Film & TV Production School

Dear Dr. Angello:

In recognition of your efforts with Mr. Eric Plinske in the implementation of NMC training programs for our local population and, in particular, the creation of the NMC/Pacific Rim Academy's Film & TV Production Program, I offer our sincere gratitude from the Office of the Governor in NMC's quest to fulfill part of the goals of our CNMI Workforce Management Improvement Plan.

Furthermore, the NMC Film School will be a part of the CNMI and OIA's plan to provide technical and monetary assistance for the local Film Office and it's support for NMC Film School's training of a local workforce.

In line with these goals, your plan to expand the film school and other Vocational Education programs was presented to our office in mid-September, and on September 24, 2002, You were present to receive the good news of our support and, furthermore, a transfer of $25,000 to the under-funded Vocational Education Department.

I have instructed the Office of Management and Budget to transfer the above amount effective no later than today, November 8, 2002. Good luck on your future endeavors.

Sincerely,

DIEGO T. BENAVENTE
Lieutenant Governor

Cc:   Governor

PLAINTIFF'S
EXHIBIT
97

Caller Box 10007 Saipan, MP 96950   Telephone: (670) 664-2200/2300   Facsimile: (670) 664-2211/2311



# Northern Marianas College
## Office of the President
P.O. Box 501250 • Saipan, MP 96950 U.S.A. • Phone: (670) 234-5498
Fax: (670) 234-1270 • Web Site: www.nmcnet.edu

November 25, 2002

Mr. Vincent J. Seman
Board Chairman
Board of Regents Grievance Committee
Northern Marianas College
c/o CNMI Personnel Management Office
Garapan, Saipan MP 96950

Subject:   Dr. Jack Angello's Grievance Hearing

Dear Mr. Chairman:

It was at the grievance hearing of August 27, my sixth day in my new position, that I was introduced to the Angello grievance for the first time.

The conclusion of that meeting was that Dr. Angello and I should meet in an effort to resolve the matter. The reason for that decision was a unanimous agreement that the grievance process was not the appropriate vehicle for resolving this subject matter.

I met with the grievant on September 3rd. At that meeting, I agreed with the grievant that there was a need to develop more programs and devote additional resources to programs designed to prepare students for the world of work. I indicated that I have had a long history of involvement in occupational studies with my initial position in higher education having been the Career Education Coordinator for the State of New Jersey. There continues to be much confusion among terms such as workforce development, vocational education, career programs, and occupational studies.

I pointed out that I had had the experience at several institutions of conflict arising between faculty who saw their responsibility as being for occupational programs and those whose focus was on transfer programs. Dr. Angello indicated that he felt there were many at NMC who were not supportive of vocational education. I indicated that I was committed to bridging that sism. I stated my long-held position that an essential element of avoiding the conflict was to avoid organizational separation of occupational programs from those transfer programs that relied on common disciplinary material.

We concluded the meeting with the understanding that more occupation studies would be desirable for NMC and a commitment to developing such programs. Obviously, since it takes time to develop programs and time for students to study them, it was not possible to demonstrate any immediate results. We agreed to work together toward the end of developing additional occupational studies and the meeting ended amicably.

PLAINTIFF'S EXHIBIT 98

Dr. Jack Angello Grievance
November 25, 2002
Page 2 of 2

Subsequent to that time, I implemented a reorganization of the college staff with the combining of occupational and transfer faculty in the same units. Each academic division has a transfer function and an occupational function. The Divisions are: (1) Humanities with Human services programs (Child Care, Police Science, etc.); (2) Life Sciences with Health Technologies (Nursing, Radiological Technology, Respiratory Therapy, Medical Laboratory Technology, etc.); (3) Math/Science with Technology (Automotive Technology, Chemical Technology, Electronics Technology); and (4) Business with Business Systems (Office Technology, Accounting, Marketing, Computer Science, etc.)

Of course it remains to be seen, depending on the outcome of community surveys and feasibility studies, which of these programs is appropriate for the CNMI and, therefore, which ones (and others not listed here) will be actually implemented. The development of new programs is a long-term prospect.

As an aside, I met separately with both the House of Representatives and the Senate to present my vision for the future of NMC. I specifically asked the intent of the Joint Resolution suggesting the development within NMC of a vocational institute. In response, several members of the legislature indicated that they had not intended a separate facility nor necessarily a separate organizational unit. What they wanted to see was more occupational programming.

Sincerely,

Kenneth E. Wright, Ph.D.
President

cc: Ms. Margarita Olopai-Taitano, BOR Personnel Committee Member
    Ms. Lynda Rowe, NMC Grievance Committee Member
    Mr. Al Johnson, NMC Grievance Committee Member
    Ms. Elsie Dela Cruz, NMC HR Representative
    Dr. Jack Angello