

# Office of the Public Auditor
Commonwealth of the Northern Mariana Islands
World Wide Web Site: http://opacnmi.com
1236 Yap Drive
Capitol Hill, Saipan, MP 96950

Mailing Address:
P.O. Box 501399
Saipan, MP 96950

E-mail Address:
mail@opacnmi.com

Phone: (670) 322-6481
Fax: (670) 322-7812

REPORT ON CNMI AGENCIES'
IMPLEMENTATION OF AUDIT RECOMMENDATIONS
AS OF JUNE 30, 2005
(with agency responses up to September 16, 2005 incorporated)

December 2, 2005

Interagency Audit Coordinating Advisory Group
Saipan, MP 96950

Enclosed is a copy of the report on CNMI agencies' implementation of audit recommendations included in audit reports issued by the Office of the Public Auditor (OPA) as of June 30, 2005. OPA tracked a total of 70 audit recommendations during the period from January 1, 2005 through June 30, 2005.

We have also included in this report recommendations issued by private Certified Public Accounting (CPA) firms. OPA is not responsible for tracking the implementation of these recommendations, however, they are included in the audit recommendations tracking report for information purposes. As of June 2005, there was a total of 88 recommendations in 8 recent audit reports issued by private CPA firms.

OPA issued one procurement report, i.e., decision on appeal, during the first six months of 2005 on the cancellation of RFP 05-016 and the award of contract 4321248-OC. Based on OPA's Protest Decision No. BP-A046, the appeal was denied due to the fact that OPA did not have jurisdiction over the matter.

Although the Coordinating Group members did not meet during the first six months of 2005, OPA again issued follow-up letters and/or called various government agencies with outstanding audit recommendations as of June 30, 2005. This report incorporates agency responses to follow-up letters which OPA received on or before September 16, 2005. The response letters received resulted in the closure of 1 audit recommendation. The number of delinquent recommendations decreased by 20% as of June 30, 2005.

In accordance with statutory restrictions in the Auditing and Ethics Acts, the names of individuals and entities in the audits are not disclosed in this report.

Sincerely,

Michael S. Sablan, CPA
Public Auditor

cc:   Governor Juan N. Babauta
      Lt. Governor Diego T. Benavente
      Members, Fourteenth CNMI Legislature (27 copies)
      Local Media


PLAINTIFF'S EXHIBIT 115

# EXECUTIVE SUMMARY

Audit Recommendations Tracking Report as of June 30, 2005

Report No. TR-05-01, December 2, 2005

**Summary**

The Office of the Public Auditor (OPA) maintains an audit recommendations tracking system to monitor implementation and resolution of audit recommendations. On a semi-annual basis, OPA issues its Report on CNMI Agencies' Implementation of Audit Recommendations (Audit Recommendations Tracking Report) which presents the audited agencies' compliance with OPA's recommendations.

Open and resolved audit recommendations are included in OPA's tracking system report. In addition, we have also included recommendations which were closed during the past six months. An *open* recommendation is one where no action or plan of action has been made, or no time frame for the plan of action has been provided by the client (department or agency). A *resolved* recommendation is one in which OPA is satisfied that the client cannot take immediate action, but has established a reasonable plan and time frame for action. A *closed* recommendation is one in which the client has taken sufficient action to meet the intent of the recommendation or we have withdrawn it. Also, we have considered open or resolved recommendations as *delinquent* if the recommendation has been outstanding for at least 180 days and we have not been informed by the concerned agency or department of any action being taken to close the recommendations.

Audit recommendations tracked for the first six months of 2005 totaled 70. Of the 70 audit recommendations, 1 was closed and 69 remained either open or resolved. Of the 69 open or resolved recommendations, 24 were considered delinquent.

The table below presents the status of OPA's audit recommendations for the first six months of 2005.

| Status of Audit Recommendations | Up to 6/30/05 |
|---|---|
| Total Recommendations Tracked for the First Six Months of 2005 | 70 |
| Less: Closed Recommendation | (1) |
| Outstanding Recommendations as of June 30, 2005 (Open or Resolved) | 69 |
| Number of Delinquent Recommendations | 24 |

OPA's follow-up on outstanding audit recommendations and the response letters received from various government agencies resulted in the closure of one audit recommendation and encouraged agency action on delinquent recommendations. OPA closed 1 of the 70 recommendations it tracked in the first six months of 2005. The number of delinquent recommendations decreased by 20% as of June 30, 2005.

A review of the one recommendation closed during the first six months of 2005 showed that the closure was a result of the agency implementing the decision of an arbitration panel that upon judicial review, was upheld by the Superior Court.


PLAINTIFF'S EXHIBIT 116

Recommendations issued by private CPA firms are also included in OPA's audit recommendations tracking report. OPA is not responsible for tracking the implementation of these recommendations, however, they are included in the audit tracking report for information purposes. Based on the classification followed by private CPA firms, a recommendation is described as either *resolved* or *unresolved*. OPA has included in the tracking report a total of 88 recommendations in 8 recent audit reports issued by private CPA firms under contract by OPA.

As of June 30, 2005, recommendations in 11 audit reports were referred to the Attorney General's Office for legal action to recover monies improperly expended. According to OPA's audit reports, approximately $2,678,712 is potentially recoverable. In addition to this, potential recovery of another $3.7 million also hinges on agencies' actions.

Recommendations in 9 audit reports identified potential recoveries due to unpaid rentals of land leases, uncollected labor processing fees, overpayments in professional services contracts and retirement benefits, and improper expenditure of public funds. In OPA's Audit of Controls Over the Nonresident Worker Application Process issued on June 6, 2005 [AR-05-02], OPA identified potential recovery of $512,410 in uncollected labor processing fees. OPA recommended that the Department of Labor recover these uncollected fees from Company A and Company B. Therefore, the balance recoverable which hinge on agencies' actions as of June 30, 2005 is now $3,728,319.

In accordance with statutory restrictions in the Auditing and Ethics Acts, the names of individuals and entities in the audits are not disclosed in this report.



A copy of the entire report is available at the Office of the Public Auditor, or through OPA's Website

Michael S. Sablan, CPA
Public Auditor
Commonwealth of the Northern Mariana Islands
Web Site: www.opacnmi.com

P.O. Box 501399
Saipan, MP 96950
Tel. No. (670) 322-6481
Fax No. (670) 322-7812

# Northern Marianas College

Report No. AR-03-03 issued on February 19, 2003
Northern Marianas College
Evaluation of the Facts and Circumstances Surrounding
the Termination of Employees

| | | |
|---|---|---|
| Date(s) of followup letter(s) sent | : | 8/1/03, 4/28/04, 9/27/04, 2/15/05, 8/8/05 |
| Date(s) of response letter(s) received | : | 4/1/03, 8/5/03, 6/7/04 |

| | | |
|---|---|---|
| **Recommendation 2** | : | The Board Chairman reiterate to Board members the need to thoroughly review policy level actions involving: (a) organizational structure in light of NMC goals and objectives as required by Board policy 1000, and (b) the establishment of faculties or staff as required by Board policy 1009. |
| **Agency to Act** | : | Northern Marianas College |
| **Status** | : | Open - Delinquent |
| **Agency Response** | : | In his 8/5/03 response, the NMC President stated that the Board has already initiated review and the entire Board is in the process of updating all policies, section at a time, using a model set of policies recommended by their WASC consultant adapted to the needs of the Commonwealth. OPA was provided a copy of the first section of revised policies which were approved by the Board in its regular June meeting. OPA was not informed, however, on how the Board has reviewed policy level actions involving organizational structure and the establishment of faculties or staff.<br><br>In his 6/7/04 response, the NMC Director of Finance and Procurement stated that the Office of the President is currently researching the actions taken by the former NMC President to address this recommendation and will provide OPA with the relevant information upon completion of its research. |
| **Additional Information or Action Required** | : | Document for the record how the Board has reviewed policy level actions involving (a) organizational structure, and (b) the establishment of faculties or staff. |

| | | |
|---|---|---|
| **Recommendation 3** | : | The Board Chairman and the President strongly consider strengthening processes in place for obtaining broader employee involvement in NMC decisions by implementing a policy to address it and thus comply with WASC accreditation standards. |
| **Agency to Act** | : | Northern Marianas College |
| **Status** | : | Resolved - Delinquent |
| **Agency Response** | : | In his response dated 8/5/03, the NMC President stated that Governance is a matter for the WASC accreditation process. Their recent actions will be reviewed during their next self-study and WASC visitation. NMC has also implemented a new approach to governance over the last academic year by establishing a College Governance Assembly and three subordinate councils. The Board has not yet reviewed and updated its current policy on Governance. |

|  |  |
|---|---|
|  | In his 6/7/04 response, the NMC Director of Finance and Procurement stated that the Office of the President is currently researching the actions taken by the former NMC President to address this recommendation and will provide OPA with the relevant information upon completion of its research. |
| Additional Information or Action Required : | Provide OPA with a copy of the updated policy on Governance addressing employee involvement in NMC decisions upon its adoption. |
| Recommendation 4 : | The President (a) document his reorganization with objectives, time-lines, and fiscal impact; (b) identify positions affected; (c) provide a mechanism to assess whether the results have met the redesigned organization's objectives; and (d) identify legal and human resource issues such as compliance with applicable laws, policy, and accreditation standards. |
| Agency to Act : | Northern Marianas College |
| Status : | Resolved - Delinquent |
| Agency Response : | In his response dated 8/5/03, the NMC President stated that these issues will be dealt with through the accreditation process in a timely and appropriate fashion during their upcoming self-study and accreditation visit. |
|  | In his 6/7/04 response, the NMC Director of Finance and Procurement stated that the Office of the President is currently researching the actions taken by the former NMC President to address this recommendation and will provide OPA with the relevant information upon completion of its research. |
| Additional Information or Action Required : | Provide the Board with documentation that shows: (a) reorganization objectives, time-lines, and fiscal impact; (b) positions affected; (c) a mechanism to assess whether the results have met the redesigned organization's objectives; and (d) legal and human resource issues such as compliance with applicable laws, policy, and accreditation standards. |
| Recommendation 5 : | The Board Chairman review with the Board of Regents its policy on reductions-in-force (RIF), and clarify when RIF procedures should apply. |
| Agency to Act : | Northern Marianas College |
| Status : | Resolved - Delinquent |
| Agency Response : | In his response dated 8/5/03, the NMC President stated that the Board has already initiated review and the entire Board is in the process of updating all policies, section at a time, using a model set of policies recommended to them by their WASC consultant adapted to the needs of the Commonwealth. NMC will forward more policies as they are adopted. |
|  | In his 6/7/04 response, the NMC Director of Finance and Procurement stated that the Office of the President is currently researching the actions taken by the former NMC President to address this recommendation and will provide OPA with the relevant information upon completion of its research. |
| Additional Information or Action Required : | Provide OPA with a copy of the updated policy on reductions-in-force (RIF) which should clarify when RIF procedures should apply. |

| | | |
|---|---|---|
| **Recommendation 6** | : | The President inquire with the Western Association for Schools and Colleges (WASC) as to whether or not the Administration Procedures Act should apply to NMC; if WASC determines that they should apply, the President should ensure that NMC policies are published as regulations as required by the Administrative Procedures Act; if WASC determines they do not apply, the President should bring this matter to the Board to propose legislation which would exclude NMC from the Act. |
| **Agency to Act** | : | Northern Marianas College |
| **Status** | : | Resolved - Delinquent |
| **Agency Response** | : | In the NMC Board of Regent's response prior to issuance of the final audit report, the Board agreed that NMC should follow the Administrative Procedures Act on future actions. In his 8/5/03 response, the NMC President stated that the Board initially approved the first section of revised policies at its regular June meeting. These policies have been reviewed by the Chamorro/Carolinian Language Policy Commission as the initial step in the Administrative Procedures Act and will soon be published. OPA was provided a copy of the first section of revised policies that have already been adopted. NMC will forward more policies as they are adopted.<br><br>In his 6/7/04 response, the NMC Director of Finance and Procurement stated that the Office of the President is currently researching the actions taken by the former NMC President to address this recommendation and will provide OPA with the relevant information upon completion of its research. |
| **Additional Information or Action Required** | : | NMC should provide OPA with a copy of the revised policies published as regulations in the Commonwealth Register. |
| **Recommendation 7** | : | The President seek legal determination as to whether four recent reassignments were made in accordance with Board policy and, if not, take appropriate action to rectify the situation. |
| **Agency to Act** | : | Northern Marianas College |
| **Status** | : | Resolved - Delinquent |
| **Agency Response** | : | On 8/5/03, OPA was provided a copy of the legal decision rendered by its attorney dated 5/22/03 as to whether four assignments were made in accordance with Board policy. NMC's attorney ruled that two of the four reassignments violated NMC policy because they were not announced. NMC's attorney also recommended that the Board meet with the President to arrive at a resolution of this violation.<br><br>In his 6/7/04 response, the NMC Director of Finance and Procurement stated that the Office of the President is currently researching the actions taken by the former NMC President to address this recommendation and will provide OPA with the relevant information upon completion of its research. |
| **Additional Information or Action Required** | : | NMC should inform OPA of appropriate actions taken to rectify the situation. |
| **Recommendation 10** | : | The President and the Board consult with its legal counsel to determine the effect of the Civil Service Commission's decision on NMC employment status. |
| **Agency to Act** | : | Northern Marianas College |

| | | |
|---|---|---|
| **Status** | : | Open - Delinquent |
| **Agency Response** | : | In his response dated 8/5/03, the NMC President stated that the Civil Service issue is still pending in the court. |
| | | In his 6/7/04 response, the Director of Finance and Procurement stated that the Office of the President is currently researching the actions taken by the former NMC President to address this recommendation and will provide OPA with the relevant information upon completion of its research. |
| **Additional Information or Action Required** | : | NMC should provide OPA with the results of the courts decision in reference to the Civil Service issue pending in court. |

SAIPANTRIBUNE
Monday December 5, 2005
Local

# 7 agencies fail to act on 24 recommendations

Seven government agencies have taken no action to comply with 24 recommendations issued by the Office of the Public Auditor, an OPA report showed.

OPA tracked 70 audit recommendations during the first six months of 2005. It found that only one of the recommendations had been closed. Of the 69 recommendations that remained either open or resolved, 24 were considered delinquent.

OPA's audit of the Department of Lands and Natural Resources' submerged land lease agreement for Outer Cove Marina was closed after an arbitration panel issued a decision in favor of the lessee, Marine Revitalization Corp. The decision has been upheld by the Superior Court and negotiation is ongoing between the CNMI government and MRC regarding the arbitration award.

Meanwhile, 69 recommendations remained open or resolved as of June 30, 2005. An open recommendation is one where no action or plan of action, or no time frame for the plan of action, has been provided by an audited department or agency. A resolved recommendation is on in which OPA is satisfied that the audited agency cannot take immediate action, but the agency has established a reasonable plan and time frame for action.

OPA noted, however, that 24 of these open or resolved recommendations are considered delinquent because they have been outstanding for over 180 days. Moreover, the Public Auditor has not been informed by the concerned agency or department of any action being taken to comply with the audit recommendation.

The number of delinquent recommendations as of June 30, 2005 represents a 20-percent decrease, OPA said.

Northern Marianas College is responsible for closing seven of the delinquent recommendations, all of which were issued in 2003.

The Department of Finance accounts for six delinquent recommendations, issued between 1995 and 1999.

PLAINTIFF'S EXHIBIT 117

The Marianas Public Lands Authority and the NMI Retirement Fund each have four delinquent recommendations. The three remaining delinquencies involve DLNR, Department of Public Health, and the Office of the Governor.

OPA said that the tracking report was issued although the Interagency Audit Coordinating Advisory Group failed to meet during the first six months of 2005.

The coordinating group consists of the presiding officers and minority leaders of the Senate and the House of Representatives, the Finance secretary, and the governor's special assistant for management and budget. Its task is to review all audit reports issued by OPA and recommend to the governor and the Legislature any changes in laws and regulations which it finds necessary or desirable as a result of its work with OPA.

OPA's tracking report was the result of follow-up letters and/or discussions with various government agencies with outstanding audit recommendations as of June 30, 2005. The report incorporates agency responses to follow up letters, which OPA received on or before Sept. 16, 2005.

Story by Agnes Donato

## JOHN (JACK) ANGELLO
v.
## NORTHERN MARIANAS COLLEGE

IN THE U.S. DISTRICT COURT FOR THE NMI
CV03-0014

LIST OF PLAINTIFF'S EXHIBITS

### AMENDED --- 12/15/05

118. Copy of NMC's Operating Expenditure Worksheet Unit No. 3450, submitted to Governor's Office for FY 2003 Budget Request.
119. Copy of NMC's Personnel Service Worksheet Unit No. 3450, submitted to Governor's Office for FY 2003 Budget Request.
120. Copy of NMC's Financial Statements and Independent Auditor's Report for Years Ended in September 30, 2003 and 2002.

# OPERATING EXPENDITURE WORKSHEET

| Department | NORTHERN MARIANA COLLEGE |
|---|---|
| Activity | Apprentice - P.L. 10-66 (P.L. 5-32) |
| Bus. Unit | 3450 |

| Class Code | Object Classification | FY 2001 Final Funding Level | FY 2002 Cont. Resol. Level | FY 2003 Department's Request | Governor's Budget Proposal | Increase (DECREASE) from request | % change from FY2002 Budget |
|---|---|---|---|---|---|---|---|
| 61090 | Wages/Salaries - CSC | 847,366 | 832,314 | 2,127,809 | 912,475 | (1,215,334) | 9.63% |
| 61100 | Wages/Salaries - Ung | 38,967 | | 155,000 | | (155,000) | 0.00% |
| 61110 | Overtime Compensation | | | | | | |
| 61120 | Standby Compensation | | | | | | |
| 61130 | Hazardous Compsation | | | | | | |
| 61140 | Night Differential | | | | | | |
| 61150 | Typhoon Differntial | | | | | | |
| 61180 | Personnel Insurance | 35,453 | 33,293 | 94,370 | 36,823 | (57,547) | 10.60% |
| 61190 | Retirement Contribution | 194,994 | 199,755 | 566,220 | 220,937 | (345,283) | 10.60% |
| 61200 | Subsistance | | | | | | |
| 61220 | Medicare Contribution | | 12,069 | 34,209 | 13,348 | (20,861) | 10.60% |
| 61230 | Lump Sum Payment A/L | 56,110 | 1,440 | | | | -100.00% |
| 00000 | Adjunct Faculty | | | 76,442 | 8,097 | (68,345) | 0.00% |
| | Total Personnel Costs | 1,172,890 | 1,078,871 | 3,054,050 | 1,191,680 | (1,862,370) | 10.46% |
| | Number of Positions | 62 | 62 | 62 | 62 | 0 | 0.00% |
| 62050 | Official Representation | | | | | | |
| 62060 | Professional Services | | | | | | |
| 62070 | Public Auditor's Fee ( 1%) | | | | | | |
| 62080 | Advertising | 1,472 | | | | | |
| 62090 | Recruitment/Repatriation | | | | | | |
| 62100 | Boards and Other Comp. | | | | | | |
| | Total Professional Services | 1,472 | 0 | 0 | 0 | 0 | 0.00% |
| 62250 | Communications | 260 | | | | | |
| 62260 | Dues and Subscriptions | 953 | | | | | |
| 62280 | Insurance | 173 | | | | | |
| 62290 | Licenses and Fees | | | | | | |
| 62300 | Printing and Photocopying | 1,126 | | | | | |
| | Total Office Expenses | 2,512 | 0 | 0 | 0 | 0 | 0.00% |
| 62420 | Rental Vehicles | | | | | | |
| 62430 | Rental Housing | | | | | | |
| 62440 | Rental Offices | | | | | | |
| 62460 | Rental Office Equipment | | | | | | |
| | Total Rentals | 0 | 0 | 0 | 0 | 0 | 0.00% |
| 62500 | Travel | 0 | 0 | 0 | 0 | 0 | 0.00% |
| 62660 | Repair & Maintenance | 7,360 | | | | | |
| 62680 | Freight & Handling | 779 | | | | | |
| 62690 | Personnel Training Cost | | | | | | |
| 62700 | Storage and Handling | | | | | | |
| 62710 | Utilities - Power | | | | | | |
| 62750 | Cleaning Services | | | | | | |
| | Total Others | 8,139 | 0 | 0 | 0 | 0 | 0.00% |
| 63010 | Books and Library Materials | 5,022 | | | | | |
| 63020 | Food Items | | | | | | |
| 63030 | Fuel and Lubricate | | | | | | |
| 63040 | Supplies Office | 1,645 | | | | | |
| 63050 | Supplies Operations | | | | | | |
| | Total Supplies | 6,667 | 0 | 0 | 0 | 0 | 0.00% |
| 64510 | Buildings | | | | | | |
| 64520 | Improvements | | | | | | |
| 64550 | Computer Systems & Equip. | | | | | | |
| 64560 | Office Equipment | | | | | | |
| 65800 | Transfer Out - Gov't Agency | | 17,284 | 945,950 | | (945,950) | -100.00% |
| | Total Capitalized Fixed Asset | 0 | 17,284 | 945,950 | 0 | (945,950) | -100.00% |
| | Total All Others | 18,790 | 17,284 | 945,950 | 0 | (945,950) | -100.00% |
| | Total Personnel & All Others | 1,191,680 | 1,096,155 | 4,000,000 | 1,191,680 | (2,808,320) | 8.71% |



PLAINTIFF'S EXHIBIT 118

PERSONNEL SERVICE WORKSHEET

| Dept. | Northern Marianas College |
|---|---|
| Activity | Apprentice - P.L. 10-66 (P.L.5-32) |
| Bus. Unit | 3450 |

| Job Code | Position Title | Incumbent | Emp. Stat. | FY'02 Grade Step | FY'02 Base Salary | Allow. | Emp. Stat. | FY'03 Grade Step | FY'03 Base Salary | Allow. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dir., Vocational Programs | Angello, John A. | F-12 | 35/12 | $51,330 | | F-12 | 35/12 | $51,330 | |
| 2 | Administrative Officer III | Diaz, Lucila N.   (Leong,A) | S | 22/09 | 23,436 | | S | 22/09 | 23,436 | |
| 3 | Administrative Manager I | DL Guerrero, Edith E.   (Sablan N.) | S | 20/09 | 21,481 | | S | 20/09 | 21,481 | |
| 4 | Administrative Manager II | Camacho, Josephine M.(Cabrera, L. DL | S | 24/05 | 21,338 | | S | 24/05 | 21,338 | |
| 5 | Administrative Manager II | Deblois, Susan T. (Villanueva, L.) | S | 24/06 | 22,362 | | S | 24/06 | 22,362 | |
| 6 | Assist. Principal, College Lab School | Leong-Aguon, Donna U. | F-12 | 30/10 | 39,007 | | F-12 | 30/10 | 39,007 | |
| 7 | Computer Lab. Supervisor | Johnson, Delia B. | S | 32/06 | 32,446 | | S | 32/06 | 32,446 | |
| 8 | CLS Principal/Instr.,SOE | Schultz, Robert J. | F-10 | 30/11 | 40,567 | | F-10 | 30/11 | 40,567 | |
| 9 | Dept.Chair., Nursing | Gage, Lois A. (Nubile, B.) | F-12 | 32/12 | 45,632 | | F-12 | 32/12 | 45,632 | |
| 10 | Dept. Chair.Bus. Hosp & Comp. Tech | Villegas, Daniel R.  (Basa, R. S.) | F-12 | 35/12 | 51,330 | | F-12 | 35/12 | 51,330 | |
| 11 | Instructor, Business | Sablan, Bernadita P. | F-10 | 30/11 | 36,918 | | F-10 | 30/11 | 36,918 | |
| 12 | Instructor, Business | Tan, Scott | F-10 | 34/12 | 44,917 | | F-10 | 34/12 | 44,917 | |
| 13 | Instructor, Business (Office Tech.) | Cooper, David H. | F-12 | 35/11 | 49,356 | | F-12 | 35/11 | 49,356 | |
| 14 | Instructor, College Lab.School | Hewitt, Denise W. (Muna, D.C.) | F-10 | 26/08 | 28,624 | | F-10 | 26/08 | 28,624 | |
| 15 | Instructor, College Lab School | Newell, Benedicto E. (Folta, G.G.) | F-10 | 30/08 | 32,820 | | F-10 | 30/08 | 32,820 | |
| 16 | Instructor,College Lab.School | Crawford, Angela R. | F-10 | 34/03 | 31,558 | | F-10 | 34/03 | 31,558 | |
| 17 | Instructor,College Lab School | Davis, John H. | F-10 | 29/06 | 28,624 | | F-10 | 29/06 | 28,624 | |
| 18 | Instructor,Computer Application | Griffin, John   (Watson, Paul F.) | F-10 | 35/11 | 44,917 | | F-10 | 35/11 | 44,917 | |
| 19 | Instructor, Computer Application/Math | Cole, Howard W.  (McAlister, C.A.) | F-10 | 34/12 | 44,917 | | F-10 | 34/12 | 44,917 | |
| 20 | Instructor, Computer Bus. Math. | Ewing, Thomas M. (Folta, J.K.) | F-10 | 35/11 | 44,917 | | F-10 | 35/11 | 44,917 | |
| 21 | Instructor, Education | Willis ,Geri L. (Susuki, C.C.) | F-10 | 34/10 | 41,528 | | F-10 | 34/10 | 41,528 | |
| 22 | Instructor, Education | Layne, Patsy (Hill, F.R.) | F-10 | 35/08 | 39,931 | | F-10 | 35/08 | 39,931 | |
| 23 | Instructor, Education | Osborn, Sarah M.P. | F-10 | 35/12 | 51,330 | | F-10 | 35/12 | 51,330 | |
| 24 | Instructor, Education | Asper, Mary K. | F-10 | 34/11 | 43,189 | | F-10 | 34/11 | 43,189 | |
| 25 | Administrative Officer II | Susuki, Robert C.. | S | 24/04 | TO OPS | | S | 24/04 | TO OPS | |
| 26 | Administrative  Officer II | Santos, Anna B. | S | 24/06 | TO OPS | | S | 24/06 | TO OPS | |
| 27 | Administrative Manager  II | Villazon, Lourdes C. | S | 26/07 | TO OPS | | S | 26/07 | TO OPS | |
| 28 | Business Dev. Consultant | Savares, Larrisa L. | S | 34/05 | TO OPS | | S | 34/05 | TO OPS | |
| 29 | Dean of Education | Algaier, Charles J. | UNG | UNG | TO OPS | | UNG | UNG | TO OPS | |
| 30 | Dean, Continuing Education | VACANT  (Camacho E.) | UNG | UNG | TO OPS | | UNG | UNG | TO OPS | |
| 31 | Dir., Extended Programs | Actouka, Melody Lynn M. | F-12 | 35/12 | TO OPS | | F-12 | 35/12 | TO OPS | |
| 32 | Dir.,School of Education | Sablan, Salle S. | S | 34/11 | TO OPS | | S | 34/11 | TO OPS | |
| 33 | Dir., Workforce Dev. | Igitol, Rose L. | S | 35/12 | TO OPS | | S | 35/12 | TO OPS | |
| 34 | Dir.I,Bus. Dev. Center | Plinske, Eric L. | UNG | UNG | TO OPS | | UNG | UNG | TO OPS | |
| 35 | Instr., Vocational Trades | Santos, Lino R. (Nelson, R.M.) | F-10 | 26/11 | TO OPS | | F10 | 26/11 | TO OPS | |
| 36 | SBBC Bus.Coord./ Counselor | Sharer, Dirk D. (Mar, S.) | S | 35/12 | TO OPS | | S | 35/12 | TO OPS | |
| 37 | Instructor, Nursing | Tarum, Janice L. (Aldan, T.S.) | F-10 | 32/11 | 39,931 | | F-10 | 32/11 | 0 | |
| 38 | Instructor, Nursing | Tice, Cynthia S. | F-10 | 32/12 | 41,528 | | F-10 | 32/12 | 0 | |
| 39 | Lib.,Curr.Resource Center | Matson, Christine B. | F-12 | 35/10 | 47,458 | | F-12 | 35/10 | 0 | |
| 40 | Program Mgr. III (PT3-Technology) | Smith, Gerald F.  (Mendiola, F.) | F-12 | 33/12 | 0 | | F-12 | 33/12 | 0 | |
| 41 | Program COORD III (Workforce Dev.) | Benavente, Tricia I. | S | 26/08 | 0 | | S | 26/08 | 0 | |
| 42 | Teacher Aide II | Teregeyo, Melvin J. (Tafoya-S. P.) | S | 22/08 | 0 | | S | 22/08 | 0 | |
| 43 | UCE Coordinator/Instructor | Joyner (1) , John B. | F-12 | 35/08 | 0 | | F-12 | 35/08 | 0 | |
| 44 | Administrative Manager I (SOE) | VACANT | S | 20/08 | 0 | | | | 0 | |
| 45 | Administrative Manager I (WD) | VACANT | S | 20/08 | 0 | | | | 0 | |
| 46 | Business Consultant-Saipan/Tinian | VACANT | S | 32/06 | 0 | | | | 0 | |
| 47 | Business  Consultant (Rota) | VACANT | S | 32/06 | 0 | | | | 0 | |
| 48 | DE/Media Tech (SOE) | VACANT | S | 24/08 | 0 | | | | 0 | |
| 49 | Instructor, Nursing | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 50 | Instructor, Business Management | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 51 | Instructor, Nursing | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 52 | Instructor, Business / Tourism | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 53 | Instructor, Computer Science | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 54 | Instructor, Education | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 55 | Instructor, Spc ED Prgrm Dev. | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 56 | Instructor Business / Tourism | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 57 | Instructor, Vocational Trades | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 58 | Instructor, Fac. Tech. Spec. | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 59 | Instructor, Men. Teacher Tech Spec. | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 60 | Instructor, College Lab School | VACANT | F-10 | 32/08 | 0 | | | | 0 | |
| 61 | Network Spec. III (Computer Lab) | VACANT | S | 32/08 | 0 | | | | 0 | |
| 62 | Program Coord III/Instructor | VACANT | S | 32/06 | 0 | | | | 0 | |



PLAINTIFF'S EXHIBIT 119