# NORTHERN MARIANAS COLLEGE

FINANCIAL STATEMENTS
AND
INDEPENDENT AUDITORS' REPORT

YEARS ENDED SEPTEMBER 30, 2003 AND 2002



PLAINTIFF'S EXHIBIT 120

Deloitte & Touche
P.O. Box 500308
Saipan, MP 96950-0308

Tel: (670) 322-7337/0861
Fax: (670) 322-7340
www.dttguam.com

**Deloitte
Touche
Tohmatsu**

INDEPENDENT AUDITORS' REPORT

Board of Regents
Northern Marianas College:

We have audited the accompanying statements of net assets of the Northern Marianas College (the College) as of September 30, 2003 and 2002, and the related statements of revenues, expenses and changes in net assets and cash flows for years then ended. These financial statements are the responsibility of the management of the College. Our responsibility is to express an opinion on these financial statements based on our audits.

Except as discussed in the following paragraphs, we conducted our audits in accordance with auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

We did not observe the taking of physical inventory as of September 30, 2002, since that date was prior to our appointment as auditors. Further, the College was unable to produce a detail of inventory as of September 30, 2002. We were unable to satisfy ourselves regarding inventory quantities by means of other auditing procedures. Inventory amounts as of September 30, 2002 enter into the determination of operating loss and cash flows for the years ended September 30, 2003 and 2002.

Because of inadequacies in the accounting records and internal control, we were unable to determine that property, plant and equipment were fairly stated as of September 30, 2003 and 2002.

In our opinion, except for the effects of such adjustments, if any, as might have been determined to be necessary had the propriety of inventory and property, plant and equipment been determinable as discussed in the third and fourth paragraphs above, the financial statements referred to in the first paragraph present fairly, in all material respects, the financial position of the College as of September 30, 2003 and 2002, and the changes in its net assets and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

- 1 -

The Management's Discussion and Analysis on pages 3 through 7 is not a required part of the basic financial statements but is supplementary information required by the Governmental Accounting Standards Board. This supplementary information is the responsibility of the College's management. We have applied certain limited procedures, which consisted principally of inquiries of management regarding the methods of measurement and presentation of the required supplementary information. However we did not audit the information and express no opinion on it.

In accordance with *Government Auditing Standards*, we have also issued our report dated January 23, 2004, on our consideration of the College's internal control over financial reporting and our tests of its compliance with certain provisions of laws, regulations, contracts, and grants. That report is an integral part of an audit performed in accordance with *Government Auditing Standards* and should be read in conjunction with this report in considering the results of our audit.

*Deloitte & Touche*

January 23, 2004



# Northern Marianas College

P.O. Box 501250 • Saipan, MP 96950 U.S.A. • Phone: (670) 234-5498
Fax: (670) 234-0759 • Web Site: www.nmcnet.edu

NORTHERN MARIANAS COLLEGE

Management Discussion and Analysis
For the Financial Year Ended September 30, 2003

## Overview of the Financial Statements and Financial Analysis

The Northern Marianas College (the College) presents it financial statements in accordance with accounting principles generally accepted in the United States of America. These accounting principles require that three financial statements are presented: the Statement of Net Assets; the Statement of Revenues, Expenses and Changes in Net Assets; and the Statement of Cash Flows.

The College's financial statements differ from those in fiscal years 2001 and prior as fiscal year 2002 was a year of transition to a new reporting structure under Governmental Accounting Standards Board Statement Nos. 34, 35, 37 and 38. As fiscal year 2003 is the second year of financial statement presentation in accordance with the new reporting structure, comparative data is provided for fiscal year 2002 in the attached financial statements.

This discussion and analysis of the College's financial statements provides an overview of its financial activities for the year with added commentaries on issues, internal and external, which directly or indirectly, impacted such.

## Statement of Net Assets

The Statement of Net Assets presents the assets, liabilities and net assets of the College as of the end of the fiscal year. The Statement of Net Assets presents end-of-year data concerning assets (current and noncurrent), liabilities (current and noncurrent), and net assets (assets less liabilities).

From the data presented, readers of the Statement of Net Assets are able to determine the assets available to continue the operations of the College. They are also available to determine how much the College owes vendors, personnel and other entities. Finally, the Statement of Net Assets provides a picture of the net assets, (assets minus liabilities) and their availability for expenditures by the College.

Net assets are divided into three major categories. The first category, invested in capital assets, provides the institution's equity in property, plant and equipment owned by the College. The next category is restricted net assets, which is divided in to two categories, nonexpendable and expendable. The corpus of the nonexpendable restricted assets is only available for investment purposes. Expendable restricted assets are available for expenditures by the College but must be spent for purposes as determined by donors and/or external entities that have placed, time or purpose restrictions on the use of the assets. The final category is unrestricted net assets. Unrestricted assets are available to the College for any lawful purpose of the institution.

A Land Grant Institution accredited by the Accrediting Commission for Community and Junior Colleges and by the Senior Commission for Colleges and Universities of the Western Association for Schools and Colleges

**NORTHERN MARIANAS COLLEGE**

Management Discussion and Analysis
For the Financial Year Ended September 30, 2003

*Summary Statement of Net Assets*

|  | 2003 | 2002 |
|---|---|---|
| **ASSETS:** | | |
| Current assets | $ 3,915,418 | $ 3,925,064 |
| Capital assets, net | 9,650,775 | 9,958,244 |
| Other assets | 3,050,113 | 2,734,770 |
| **Total assets** | **$ 16,616,306** | **$ 16,618,078** |
| **LIABILITIES:** | | |
| Current liabilities | $ 2,453,121 | $ 3,224,674 |
| Non-current liabilities | 750,924 | 814,920 |
| **Total liabilities** | **3,204,045** | **4,039,594** |
| **NET ASSETS:** | | |
| Invested in capital assets | 9,650,775 | 9,958,244 |
| Restricted – non-expendable | 3,050,113 | 2,734,770 |
| Restricted – expendable | 2,243,647 | 528,334 |
| Unrestricted | (1,532,274) | (642,864) |
| **Total net assets** | **13,412,261** | **12,578,484** |
| **Total liabilities and net assets** | **$ 16,616,306** | **$ 16,618,078** |

Total assets are very consistent with fiscal year 2002 with a very minimal decline in 2003 of approximately $2K.

Total liabilities for the year decreased by approximately $835K, which is attributable primarily to the following:

Repayment of bank overdrafts
Large reduction in accounts payable by paying off outstanding vendor balances
Repayment of advance from the CNMI government for a payroll shortfall in 2002

*Statement of Revenues, Expenses and Changes in Net Assets*

Changes in total net assets as presented on the Statement of Net Assets are based on the activity presented in the Statement of Revenues, Expenses and Changes in Net Assets. The purpose of the statement is to present the revenues received by the College, both operating and nonoperating, and the expenses paid by the institution, operating and nonoperating, and any other revenue and expenses received or spent by the College. The College reflects a material net operating loss for the fiscal year since CNMI appropriations and activity of the endowment fund are not reported as operating revenue.

# NORTHERN MARIANAS COLLEGE

Management Discussion and Analysis
For the Financial Year Ended September 30, 2003

---

Generally speaking, operating revenues are received for providing services to the various customers and constituencies of the College. Operating expenses are those expenses paid to acquire or produce the services provided in return for operating revenues, and to carry out the mission of the College. Nonoperating revenues are revenues received for which services are not provided. For example, CNMI appropriations (representing 47.70% and 50.81% of total operating and nonoperating revenues in 2002 and 2003, respectively) are nonoperating because the Commonwealth Legislature provides them to the College and therefore they are not direct result of the College's operations.

### Summary Statement of Revenue, Expenses and Changes in Net Assets

|  | 2003 | 2002 |
|---|---|---|
| Operating revenues | $ 9,060,967 | $ 8,283,021 |
| Operating expenses | 17,093,139 | 17,208,416 |
| Operating loss | (8,032,172) | (8,925,395) |
| Nonoperating revenues | 8,865,949 | 8,535,010 |
| Increase (Decrease) in net assets | 833,777 | (390,385) |
| Net assets - beginning of year | 12,578,484 | 12,344,578 |
| Cumulative effect of change in accounting principles | - | 624,291 |
| Net assets – beginning of year, as restated | 12,578,484 | 12,968,869 |
| Net assets – end of year | $ 13,412,261 | $ 12,578,484 |

The Statement of Revenues, Expenses and Changes in Net Assets reflects a positive outcome for the financial year 2003 with an overall increase in net assets of approximately $834K. Despite a net increase in assets for the financial year, the College posted a net operating loss of approximately $8.03 million. The College will continue to reflect operating losses until such time that operating revenues are increased substantially and the College no longer has to rely on CNMI appropriations as these appropriations are reported as nonoperating income. Some highlights of the information presented on the Statement of Revenues, Expenses and Changes in Net Assets are as follows:

> ➤ Student tuition and fees increased by approximately $526K as a result of increases in rates for student tuition and fees and enrollment. GASB 34 & 35 require that tuition and fees revenues from students be reported net of scholarship discounts and allowances. Discounts and allowances are the difference between the College's stated charges for tuition and fees and the amount paid by the students or third parties on behalf of the students.
>
> It is noted that a material portion of the College's tuition and fees are funded via Pell Grants to students. The College relies on revenues from tuition and fees for nonpayroll related expenses of the College, including equipment renewals, replacements and maintenance.

**NORTHERN MARIANAS COLLEGE**

Management Discussion and Analysis
For the Financial Year Ended September 30, 2003

---

- ➢ Federal, state and private grants and contracts decreased by approximately $226K, which is primarily attributable to slightly decreased levels of U.S. federal grant assistance for various programs at the College. However these decreases were partially offset by increased student enrollment translating into increased levels of Federal Pell Grant awards.

- ➢ Sales and services of the auxiliary services (The Book Store) are included in the fiscal year 2003 and 2002 revenues resulting in an increase in other revenues of approximately $562K. The operations of the Book Store were not included in the College's fiscal year 2001 financial statements.

- ➢ Expenses were reduced as no additional expenses were deemed warranted in fiscal year 2003 to ensure an adequate allowance level for bad debts or to write off receivables deemed uncollectible.

- ➢ Appropriations from the CNMI decreased slightly over FY2002 funding levels.

- ➢ Another contributing factor to the increase in assets is the turn around in the market value of the College's Endowment Fund investments with such posting a net gain in fair value of approximately $241K for the year.

*Statement of Cash Flows*

The final statements presented by the Northern Marianas College include the Statement of Cash Flows. The Statement of Cash Flows presents detailed information about the cash activity of the College during the year. The statement is divided into four parts. The first part of the statement deals with the College's operating cash flows and shows the net cash used by the operating activities of the College. The second section reflects cash flows from noncapital financing activities. This section reflects cash received and spent for nonoperating, noninvesting and noncapital financing purposes. The third section deals with cash flows from capital and related financing activities. This section deals with the cash used for the acquisition and construction of capital and related items. The fourth section reconciles the net cash used in operating activities to the operating loss reflected in the Statement of Revenues, Expenses and Changes in Net Assets. Some highlights of the information presented on the Statement of Cash Flows are as follows:

**Summary Statement of Cash Flows**

|  | 2003 | 2002 |
|---|---|---|
| **Cash Provided By (Used In):** |  |  |
| Operating activities | $ (8,046,039) | $ (7,514,056) |
| Noncapital financing activities | 8,391,674 | 8,199,046 |
| Capital and related financing activities | (354,177) | (349,720) |
| Net change in cash and equivalents | (8,542) | 335,270 |
| Cash and equivalents, beginning of year | 522,000 | 186,730 |
| Cash and equivalents, end of year | $ 513,458 | $ 522,000 |

# NORTHERN MARIANAS COLLEGE

Management Discussion and Analysis
For the Financial Year Ended September 30, 2003

---

The College will continue to reflect negative cash flows from operating activities as CNMI appropriations are considered cash flows from noncapital financing activities and are presented as such in the statement of cash flows. CNMI appropriations are used primarily to fund salaries and wages and related employee benefits, which are considered operating expenses of the College.

*Economic Outlook*

The CNMI's economic outlook continues to be uncertain as of this date. Austerity measures continue to be in effect CNMI government wide to compensate for decreased revenues. Two significant industries, which play a material role in driving the CNMI economy are tourism and the garment industry. A series of unfortunate events have hindered the return of tourist arrival levels to that enjoyed in the 1990's and thus the industry and the economy continue to suffer as a result. However, tourism appears to be on the rebound with tourist arrivals into the CNMI increasing slightly in 2003. The garment industry, another major source of revenue for the CNMI, has also declined compounding the Commonwealth's economic woes.

*Pacific Gateway USA*

To counter the negative impact that the economy has had on the College, which is evidenced by reduced levels of funding from the CNMI Government, the College is looking for alternate means of generating additional revenues, with the Pacific Gateway Project (the Project) as a vehicle to do just that. The primary goal of the Project is to boost tuition and fees revenues through increased student enrollment primarily from East Asian countries including but not limited to China, Japan and Korea. Towards this end the College, in January 2004, acquired leasehold interests in various real properties and ownership of certain buildings on such properties located in the CNMI. Funding for this acquisition was in the form of a $3.5 million grant from the CNMI Governor's office. The College is currently exploring funding options for the renovation of the buildings.

The end objective of the Project is to enable the College to enhance financial stability and to ensure that it continually accomplishes its mission as set forth in the CNMI Constitution: "to provide the best quality and meaningful post-secondary education for the purpose of improving the quality of life for the individual and for the Commonwealth as a whole. The College shall be responsible for providing education in the areas of adult and continuing education, postsecondary and adult vocational education and professional development for the people of the Commonwealth."

# NORTHERN MARIANAS COLLEGE

Statements of Net Assets
September 30, 2003 and 2002

|  | 2003 | 2002 |
|---|---:|---:|
| **Assets:** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 513,458 | $ 522,000 |
| Accounts receivable and unbilled charges, net | 1,190,345 | 1,682,261 |
| Due from grantor agencies | 1,933,426 | 1,343,190 |
| Inventories | 272,675 | 377,613 |
| Prepaid expenses | 5,514 | - |
| Total current assets | 3,915,418 | 3,925,064 |
| Noncurrent assets: | | |
| Investments | 3,050,113 | 2,734,770 |
| Property, plant and equipment, net | 9,650,775 | 9,958,244 |
| Total noncurrent assets | 12,700,888 | 12,693,014 |
| Total assets | $ 16,616,306 | $ 16,618,078 |
| **Liabilities:** | | |
| Current liabilities: | | |
| Bank overdraft | $ - | $ 50,932 |
| Accounts payable | 1,014,669 | 1,749,859 |
| Accrued salaries and benefits payable | 641,949 | 548,013 |
| Deferred revenue | 796,503 | 767,870 |
| Due to CNMI | - | 108,000 |
| Total current liabilities | 2,453,121 | 3,224,674 |
| Noncurrent liabilities: | | |
| Accrued payroll benefits payable | 750,924 | 814,920 |
| Total noncurrent liabilities | 750,924 | 814,920 |
| Total liabilities | 3,204,045 | 4,039,594 |
| Contingencies | | |
| Net assets: | | |
| Investment in capital assets | 9,650,775 | 9,958,244 |
| Restricted for: | | |
| Nonexpendable | 3,050,113 | 2,734,770 |
| Expendable | 2,243,647 | 528,334 |
| Unrestricted | (1,532,274) | (642,864) |
| Total net assets | 13,412,261 | 12,578,484 |
| Total liabilities and net assets | $ 16,616,306 | $ 16,618,078 |

See accompanying notes to financial statements.

- 8 -

NORTHERN MARIANAS COLLEGE

Statements of Revenues, Expenses and Changes in Net Assets
Years Ended September 30, 2003 and 2002

|  | 2003 | 2002 |
|---|---:|---:|
| Operating revenues: |  |  |
| U.S. federal grants | $ 6,238,724 | $ 6,464,992 |
| Student tuition and fees (net of scholarship discounts and allowances of $1,287,352 and $1,596,961 in 2003 and 2002, respectively) | 1,360,564 | 834,057 |
| Private gifts, grants and donations - restricted | 41,554 | 126,194 |
| Other | 1,420,125 | 857,778 |
| Total operating revenues | 9,060,967 | 8,283,021 |
| Expenses: |  |  |
| Salaries | 8,452,193 | 8,577,495 |
| Services | 3,223,922 | 3,190,688 |
| Benefits | 2,443,968 | 2,498,721 |
| Insurance, utilities and rent | 745,800 | 795,372 |
| Depreciation | 661,646 | 593,380 |
| Supplies | 356,323 | 493,063 |
| Miscellaneous | 1,209,287 | 1,059,697 |
| Total operating expenses | 17,093,139 | 17,208,416 |
| Operating loss | (8,032,172) | (8,925,395) |
| Nonoperating revenues (expenses): |  |  |
| CNMI appropriations | 8,550,606 | 8,650,439 |
| Investment income, net of expenses | 73,787 | 92,753 |
| Change in fair value of investments | 241,556 | (208,182) |
| Total nonoperating revenues | 8,865,949 | 8,535,010 |
| Increase (decrease) in net assets | 833,777 | (390,385) |
| Net assets, beginning of the year | 12,578,484 | 12,968,869 |
| Net assets, end of the year | $ 13,412,261 | $ 12,578,484 |

See accompanying notes to financial statements.

- 9 -

# NORTHERN MARIANAS COLLEGE

Statements of Cash Flows
Years Ended September 30, 2003 and 2002

|  | 2003 | 2002 |
|---|---:|---:|
| **Cash flows from operating activities:** | | |
| Student tuition and fees | $ 2,019,895 | $ 2,350,577 |
| U.S. federal grants | 5,648,488 | 6,073,310 |
| Other revenues | 1,461,681 | 1,087,883 |
| Payments to employees | (10,896,161) | (11,140,178) |
| Payments to suppliers | (6,279,942) | (5,885,648) |
| Net cash used in operating activities | (8,046,039) | (7,514,056) |
| **Cash flows from noncapital financing activities:** | | |
| Repayment of bank overdrafts | (50,932) | (304,761) |
| CNMI appropriations | 8,442,606 | 8,503,807 |
| Net cash provided by noncapital financing activities | 8,391,674 | 8,199,046 |
| **Cash flows from capital and related financing activities:** | | |
| Purchases of property, plant and equipment | (354,177) | (349,720) |
| Net cash used in capital and related financing activities | (354,177) | (349,720) |
| Net (decrease) increase in cash and cash equivalents | (8,542) | 335,270 |
| Cash and cash equivalents, beginning of year | 522,000 | 186,730 |
| Cash and cash equivalents, end of year | $ 513,458 | $ 522,000 |
| **Reconciliation of net operating revenues (expenses) to net cash and cash equivalents used in operating activities:** | | |
| Operating loss | $ (8,032,172) | $ (8,925,395) |
| Adjustments to reconcile operating loss to net cash used in operating activitiies: | | |
| Depreciation expense | 661,646 | 593,380 |
| (Recovery of delinquent receivables) bad debts expense | (138,782) | 278,486 |
| Changes in assets and liabilities: | | |
| Accounts receivable and unbilled charges | 630,698 | (233,552) |
| Inventories | 104,938 | (151,310) |
| Prepaid expenses | (5,514) | - |
| Due from grantor agencies | (590,236) | (287,771) |
| Accounts payable | (735,190) | 995,833 |
| Accrued salaries and benefits payable | 29,940 | 63,162 |
| Deferred revenue | 28,633 | 153,111 |
| Net cash used in operating activities | $ (8,046,039) | $ (7,514,056) |

See accompanying notes to financial statements.

- 10 -

NORTHERN MARIANAS COLLEGE

Notes to Financial Statements
September 30, 2003 and 2002

(1)  Organization

The Northern Marianas College (the College), a component unit of the Commonwealth of the Northern Mariana Islands (CNMI), was formally established as a nonprofit public corporation by CNMI Public Law 3-43 on January 19, 1983 to serve as the state agency for higher education and adult education programs. Autonomy was later granted by CNMI Public Law 4-34 (Post Secondary Education Act of 1984) effective October 1, 1985.

The College is governed by a seven member Board of Regents appointed by the Governor of the CNMI with the advice and consent of the Senate. Executive powers are vested in the College President who is appointed by the Board.

The College has been granted initial accreditation by the Accrediting Commission for Community and Junior Colleges, Western Association of Schools and Colleges, at its meeting on June 11, 1985. The College undergoes periodic re-evaluations and approval of its accreditation. The College was re-evaluated and approved most recently in 2001.

(2)  Summary of Significant Accounting Policies

Basis of Accounting

For financial statement purposes, the College is considered a special-purpose government engaged only in business-type activities. Accordingly, the College's financial statements have been presented using the economic resources measurement focus and the accrual basis of accounting. Under the accrual basis, revenues are recognized when earned, and expenses are recorded when an obligation has been incurred. All significant intra-agency transactions have been eliminated.

The College has the option to apply all Financial Accounting Standards Board (FASB) pronouncements issued after November 30, 1989, unless FASB conflicts with GASB. The College has elected not to apply FASB pronouncements issued after the applicable date.

Cash and Cash Equivalents

For the purpose of the statements of net assets and cash flows, cash and cash equivalents is defined as cash on hand and cash held in demand accounts as well as short-term investments with a maturity date within ninety days of the date acquired. As of September 30, 2003 and 2002, cash and cash equivalents were $513,458 and $522,000, respectively, and the corresponding bank balances were $799,405 and $722,376, respectively, which are maintained in financial institutions subject to Federal Deposit Insurance Corporation (FDIC) insurance. As of September 30, 2003 and 2002, bank deposits in the amount of $200,000 were FDIC insured. The College does not require collateralization of its cash deposits; therefore, deposit levels in excess of FDIC insurance coverage are uncollateralized.

Investments

Investments are carried at fair value. Fair value is the amount at which an investment could be exchanged in a current transaction between willing parties.

NORTHERN MARIANAS COLLEGE

Notes to Financial Statements
September 30, 2003 and 2002

(2) Summary of Significant Accounting Policies, Continued

Taxes

The CNMI government imposes a gross receipts tax and an income tax. The College is specifically exempt from these taxes.

Accounts Receivable

Accounts receivable consists of tuition and fee charges to student and auxiliary enterprise services provided to students, faculty and staff. Accounts receivable also include amounts due from the federal government and the CNMI government, or private sources, in connection with reimbursement of allowable expenditures made pursuant to the College's grants and contracts. Accounts receivable are recorded net of estimated allowances for uncollectible amounts.

Inventories

Bookstore inventories are valued at retail less gross profit percentages sufficient to reduce inventories to the lower of first-in, first-out (FIFO) cost or market. All other inventories are valued at the lower of FIFO cost or market.

Property, Plant and Equipment

Property and equipment are recorded at cost in instances where cost is determinable or estimated cost where cost is not determinable. Depreciation is provided using the straight-line basis over the estimated useful lives of the respective assets.

Deferred Revenue

Deferred revenues include amounts received for tuition and fees and certain auxiliary activities prior to the end of the fiscal year but related to the subsequent accounting period.

Compensated Absences

The College recognizes cost for accrued annual leave at the time such leave is earned. As of September 30, 2003 and 2002, the College recorded accrued annual leave in the amount of $750,924 and $814,920, respectively, which is included within the statements of net assets as accrued payroll benefits payable.

Retirement Plan

The College contributes to the Northern Mariana Islands Retirement Fund (the Fund), a cost-sharing multiple employer defined benefit pension plan administered by the CNMI. The Fund provides retirement, security and other benefits to employees, and their spouses and dependents of the CNMI Government and CNMI agencies, instrumentalities, and public corporations. CNMI Public Law 6-17, the Northern Mariana Retirement Fund Act of 1988 assigns the authority to establish and amend benefit provisions to the Fund's Board of Trustees. The Fund issues a publicly available financial report that includes financial statements and required supplementary information for the Fund. That report may be obtained by writing to the Northern Mariana Islands Retirement Fund, P.O. Box 501247, Saipan, MP, 96950-1247.

NORTHERN MARIANAS COLLEGE

Notes to Financial Statements
September 30, 2003 and 2002

(2) Summary of Significant Accounting Policies, Continued

Retirement Plan, Continued

Plan members are required to contribute 6.5% and 9.0% of their annual covered salary for Class I and Class II members, respectively, and the College is required to contribute at an actuarially determined rate. The current rate is 26.4% of annual covered payroll. The contribution requirements of plan members and the College are established and may be amended by the Fund's Board of Trustees. The College's contributions to the Fund for the years ended September 30, 2003 and 2002 of $2,006,979 and $2,038,083, respectively, were equal to required contributions.

Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America (GAAP) requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Net Assets

The College's net assets are classified as follows:

*Investment In Capital Assets* - This represents the College's total investment in capital assets.

*Restricted Net Assets - Expendable* - Restricted expendable net assets include resources in which the College is legally or contractually obligated to spend resources in accordance with restrictions imposed by external third parties.

*Restricted Net Assets - Nonexpendable* - Nonexpendable restricted net assets consist of endowment and similar type funds in which donors or other outside sources have stipulated, as condition of the gift instrument, that the principal is to be maintained inviolate and in perpetuity, and invested for the purpose of producing present and future income, which may either be expended or added to principal.

*Unrestricted Net Assets* - Unrestricted net assets represent resources derived from student tuition and fees, CNMI appropriations, and sales and services of educational departments and auxiliary enterprises. These resources are used for transactions relating to the educational and general operations of the College, and may be used at the discretion of the governing board to meet current expenses for any purpose. These resources also include auxiliary enterprises, which are substantially self-supporting activities that provide services for students, faculty and staff.

When an expense is incurred that can be paid using either restricted or unrestricted resources, the College's policy is to first apply the expense towards unrestricted resources, and then toward restricted resources.

- 13 -

NORTHERN MARIANAS COLLEGE

Notes to Financial Statements
September 30, 2003 and 2002

(2) Summary of Significant Accounting Policies, Continued

Classification of Revenues

The College has classified its revenues as either operating or nonoperating according to the following criteria:

*Operating Revenues* - Operating revenues include activities that have the characteristics exchange transactions, such as (1) student tuition and fees, (2) sales and services of auxiliary enterprises, and (3) most federal, state and local grants.

*Nonoperating Revenues* - Nonoperating revenues include activities that have the characteristics of nonexchange transactions, such as gifts and contributions, and other revenue sources that are defined as nonoperating revenues by GASB Statement No. 9, *Reporting Cash Flows of Proprietary and Nonexpendable Trust Funds and Governmental Entities That Use Proprietary Fund Accounting*, and GASB Statement No. 34, such as CNMI appropriations and investment income.

*Scholarship Discounts and Allowances* - Student tuition and fee revenues, and certain other revenues from students, are reported net of scholarship discounts and allowances in the Statement of Revenues, Expenses, and Changes in Net Assets. Scholarship discounts and allowances are the difference between the stated charge for goods and services provided by the College, and the amount that is paid by students and/or third parties making payments on the students' behalf. Certain governmental grants, such as Pell grants, and other federal, state or nongovernmental programs, are recorded as either operating or nonoperating revenues in the College's financial statements. To the extent that revenues from such programs are used to satisfy tuition and fees and other student charges, the College has recorded a scholarship discount and allowance.

(3) Risk Management

The College is exposed to various risks of loss related to torts; theft of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. The College has elected to purchase commercial insurance from independent third parties for the risks of loss to which it is exposed with respect to workers' compensation, general liability, and the use of motor vehicles. Settled claims have not exceeded this commercial coverage in any of the past three years. For other risks of loss to which it is exposed, the College has elected not to purchase commercial insurance. Instead, the College's management believes it is more economical to manage its risks internally. The College will report all of its risk management activities, if and when such occurs. Claims expenditures and liabilities will be reported when it is probable that a loss has occurred and the amount of that loss can be reasonably estimated. Losses, if reported, include an estimate of claims that have been incurred but not reported. No losses as a result of these risks have occurred or have been reported within the accompanying financial statements.

NORTHERN MARIANAS COLLEGE

Notes to Financial Statements
September 30, 2003 and 2002

### (4) Investments

GASB Statement No. 3 requires government entities to categorize investments to give an indication of the level of credit risk assumed by the entity at year end. The three categories are described below:

Category 1   Insured or registered, or securities held by the College or its agent in the College's name;

Category 2   Uninsured and unregistered, with securities held by the broker's or dealer's trust department or agent in the College's name; or

Category 3   Uninsured and unregistered, with securities held by the broker or dealer, or by its trust department or agent but not in the College's name.

Summarized below are the College's investments as of September 30, 2003 and 2002:

|  | 2003 | | | Total Carrying Amount |
|---|---|---|---|---|
|  | Investment Risk Category | | | |
|  | 1 | 2 | 3 | |
| Cash management | $      - | $   61,247 | $     - | $   61,247 |
| Corporate bonds | - | 521,544 | - | 521,544 |
| U.S. Government or government guaranteed securities | - | 747,261 | - | 747,261 |
| Common stocks | - | 1,720,061 | - | 1,720,061 |
|  | $      - | $ 3,050,113 | $     - | $ 3,050,113 |

|  | 2002 | | | Total Carrying Amount |
|---|---|---|---|---|
|  | Investment Risk Category | | | |
|  | 1 | 2 | 3 | |
| Cash management | $      - | $   50,763 | $     - | $   50,763 |
| Corporate bonds | - | 814,971 | - | 814,971 |
| U.S. Government or government guaranteed securities | - | 982,159 | - | 982,159 |
| Common stocks | - | 886,877 | - | 886,877 |
|  | $      - | $ 2,734,770 | $     - | $ 2,734,770 |

### (5) Accounts Receivable and Unbilled Charges

Summarized below is the College's accounts receivable and unbilled charges as of September 30, 2003 and 2002:

- 15 -

NORTHERN MARIANAS COLLEGE

Notes to Financial Statements
September 30, 2003 and 2002

(5) Accounts Receivable and Unbilled Charges, Continued

|  | 2003 | 2002 |
|---|---|---|
| Student tuition and fees | $ 2,659,648 | $ 3,810,454 |
| Auxiliary enterprises | 256,000 | 111,884 |
| Other activities | 437,274 | 61,282 |
|  | 3,352,922 | 3,983,620 |
| Less allowance for doubtful accounts | (2,162,577) | (2,301,359) |
| Net accounts receivable and unbilled charges | $ 1,190,345 | $ 1,682,261 |

(6) Property, Plant and Equipment

Summarized below is the College's investment in property, plant and equipment and changes at September 30, 2003 and 2002:

|  | Estimated Useful Lives | Balance at October 1, 2002 | Additions | Deletions | Balance at September 30, 2003 |
|---|---|---|---|---|---|
| Land | - | $ 5,579,900 | $ - | $ - | $ 5,579,900 |
| Building and improvements | 5 - 30 years | 6,185,727 | - | - | 6,185,727 |
| Furniture and equipment | 3 - 5 years | 1,120,809 | 148,184 | 74,712 | 1,194,281 |
| Vehicles | 5 years | 241,748 | - | - | 241,748 |
| Computers | 3 - 5 years | 1,300,522 | 222,689 | - | 1,523,211 |
|  |  | 14,428,706 | 370,873 | 74,712 | 14,724,867 |
| Less accumulated depreciation |  | (4,470,462) | (661,646) | (58,016) | (5,074,092) |
| Net investment in plant |  | $ 9,958,244 | $ (290,773) | $ 16,696 | $ 9,650,775 |

|  | Estimated Useful Lives | Balance at October 1, 2001 | Additions | Deletions | Balance at September 30, 2002 |
|---|---|---|---|---|---|
| Land | - | $ 5,579,900 | $ - | $ - | $ 5,579,900 |
| Building and improvements | 5 - 30 years | 6,185,190 | 537 | - | 6,185,727 |
| Furniture and equipment | 3 - 5 years | 964,004 | 156,805 | - | 1,120,809 |
| Vehicles | 5 years | 241,748 | - | - | 241,748 |
| Computers | 3 - 5 years | 1,116,652 | 183,870 | - | 1,300,522 |
|  |  | 14,087,494 | 341,212 | - | 14,428,706 |
| Less accumulated depreciation |  | (3,882,338) | (588,124) | - | (4,470,462) |
| Net investment in plant |  | $ 10,205,156 | $ (246,912) | $ - | $ 9,958,244 |

- 16 -

Notes to Financial Statements
September 30, 2003 and 2002

(7) CNMI Contributions

To ensure that the College receives its full accreditation by the Western Association of Schools and Colleges, and meet the educational and the vocational needs of the community, the College receives annual appropriations from the CNMI Government. During the years ended September 30, 2003 and 2002, the College received approximately $8,550,606 and $8,650,439, respectively, in cash or in College expenses paid for by the CNMI Government.

(8) Natural Classifications With Functional Classification

For fiscal years prior to 2003, the College reported expenses in functional categories. In order to be consistent with the CNMI Government's reporting method, operating expenses are displayed in their natural classifications for fiscal years 2003 and 2002. The following table shows natural classifications with functional classifications:

| | Salaries | Benefits | Services | Supplies | Insurance, Utilities and Rent | Depreciation | Miscellaneous | Total |
|---|---|---|---|---|---|---|---|---|
| **2003** | | | | | | | | |
| Instructional | $ 8,445,725 | $ 2,443,968 | $ 222,831 | $ 33,422 | $ - | $ - | $ 46,768 | $11,192,714 |
| Administration | - | - | 625,098 | 322,901 | 745,800 | - | 1,162,519 | 2,856,318 |
| Student expense | - | - | 671,766 | - | - | - | - | 671,766 |
| Student services | 6,468 | - | 1,329,105 | - | - | - | - | 1,335,573 |
| Operation and maintenance | - | - | 375,122 | - | - | 661,646 | - | 1,036,768 |
| | $ 8,452,193 | $ 2,443,968 | $ 3,223,922 | $ 356,323 | $ 745,800 | $ 661,646 | $ 1,209,287 | $17,093,139 |
| **2002** | | | | | | | | |
| Instructional | $ 8,574,659 | $ 2,498,721 | $ - | $ 4,255 | $ - | $ - | $ 4,844 | $11,082,479 |
| Administration | - | - | 1,349,949 | 488,808 | 795,372 | - | 1,054,853 | 3,688,982 |
| Student expense | - | - | 652,910 | - | - | - | - | 652,910 |
| Student services | 2,836 | - | 882,888 | - | - | - | - | 885,724 |
| Operation and maintenance | - | - | 304,941 | - | - | 593,380 | - | 898,321 |
| | $ 8,577,495 | $ 2,498,721 | $ 3,190,688 | $ 493,063 | $ 795,372 | $ 593,380 | $ 1,059,697 | $17,208,416 |

(9) Encumbrances

The accrual basis of accounting provides that expenses include only amounts associated with goods and services received and liabilities include only the unpaid amounts associated with such expenses. Accordingly, $421,315 and $1,771,941 of outstanding purchase orders and purchase commitments are not reported in the financial statements for the years ended September 30, 2003 and 2002, respectively.

NORTHERN MARIANAS COLLEGE

Notes to Financial Statements
September 30, 2003 and 2002

(10) Contingencies

The College participates in a number of U.S. Department of Education assisted grant programs and other various federally assisted grants. These programs are subject to financial and compliance audits to ascertain if Federal laws and guidelines have been followed. Cumulative questioned costs of $1,803,797 relating to fiscal year 2003 and prior have been set forth in the College's Single Audit Report for the year ended September 30, 2003. The ultimate disposition of these questioned costs can be determined only by final action of the respective grantor agencies. Therefore, no provision for any liability that may result upon resolution of this matter has been made in the accompanying financial statements.

Sick Leave

It is the policy of the College to record expenditures for sick leave when the leave is actually taken. Sick leave is compensated time for absence during working hours arising from employee illness or injury. The estimated accumulated sick leave at September 30, 2003 and 2002, is $1,778,735 and $1,822,637, respectively.

(11) Subsequent Events

The College entered into various agreements to acquire leasehold interests in various real properties and ownership of certain buildings on such properties located in the CNMI. It is the College's plan to use these properties for the launching of its Pacific Gateway Project through which the College expects to increase student enrollment primarily with students from East Asian countries including but not limited to Japan, Korea and China.

Under these agreements, the total price for the assignment of the leasehold interests and transfer of ownership interest in the properties located thereon is $7,500,000. Payments of $3,500,000 were made for the purchase from grants from the CNMI Governor's Office. On January 1, 2004, the College officially acquired ownership to the buildings located on the real properties discussed above and assignment of the lease interests for the real properties on which the buildings are located. The remaining $4,000,000 relates to the assignment of the leasehold interest and is payable in annual installments of $200,000 with the first annual payment due on or before the last day of business of October 2004 and each subsequent annual payment being due on or before the last day of business in October of each consecutive year. The College expects to fund these additional installments through increased tuition and fees and through financing.

On January 23, 2004, the College was placed on Warning by the Accrediting Commission for Community and Junior Colleges, Western Association of Schools and Colleges. During the warning period, the accredited status of the College continues, but reaffirmation of the institution's accreditation is delayed.

JOHN (JACK) ANGELLO
v.
NORTHERN MARIANAS COLLEGE

IN THE U.S. DISTRICT COURT FOR THE NMI
CV03-0014

LIST OF PLAINTIFF'S EXHIBITS

## AMENDED --- 12/19/05

121. Copy of NMC's Request for Recruitment (Dean, Continuing Education) documents, from April 30, 2002 to May 28, 2002.
122. Copy of NMC's Request for Recruitment (Bookstore Manager) documents, from August 19, 2002 to May 23, 2003.
123. Copy of NMC's Recruitment of Vacancy No. 03-015.
124. Copy of NMC's Recruitment of Vacancy No. 03-018.