02-023



# Northern Marianas College
## Request for Recruitment

## MEMORANDUM

**To:** Director of Human Resources
**From:** President

1. *The President has reviewed the request and has determined that there is a need for the position to be filled. A position description is attached.*

| Position Title | Dean, Continuing Education | ☐ New Position |
|---|---|---|
| Fill By (date): ASAP | Salary Range: | ☑ Vacant position |
| Position Description Attached: | ☑ Yes  ☐ No | ☐ Transfer |
| Interim President's Signature: | *[signed]* Barbara G. Moir, Ph.D. | Date: 04-30-02 |

2. *Budget Office has reviewed the request, verified the FTE, funding and assigned the account number (s).*

|  | From | To | Employee No: |
|---|---|---|---|
| FTE #: |  |  |  |
| Account No: |  | UPR02-51010-S-CIID | 100 % |
| Account No: |  |  | % |
| Account No: |  |  | % |
| Account No: |  |  | % |
| Budget Officer's Signature: | *[signed]* David Atalig |  | Date: 4/30/02 |

3. *Human Resources:*

| Classification Title: | Dean I (Continuing Education Program) | Pay Level: Ungraded |
|---|---|---|
| H/R Director's Signature: | *[signed]* for Kohne K. Ramon | Date 4/30/02 |

4. *Remarks:*

Vice Edward Camacho

Approved:


PLAINTIFF'S EXHIBIT 121



**Northern Marianas College**
P.O. Box 501250 CK
Saipan, MP 96950
Phone: (670) 234-5498/3690
Fax: (670) 234-0759
Website: http://www.nmcnet.edu

## VACANCY ANNOUNCEMENT
Announcement No. 02-023

It is the policy of Northern Marianas College that equal opportunity be given to all qualified applicants without regard to age, race, gender, marital status, place of origin, religion, disability status, political affiliation or family relationship. The College is an Equal Opportunity Employer.

| | |
|---|---|
| POSITION TITLE: | **Dean for Continuing Education** |
| Pay Level & Step: | Ungraded |
| Annual Salary: | $50,000.00 |
| Location: | As Terlaje Campus, Saipan |
| Opening Date: **5/01/02** | Closing Date: **5/15/02** |

**Nature of the Position:** This position is under the direct supervision of the Vice President for Academic Affairs. It oversees the Continuing Education Division and directly supervises the heads of the various departments established within the Division.

### DUTIES AND RESPONSIBILITIES:

*Faculty, Staff, and Institutional Development:*

- Develops policy and program recommendations for review and approval by the Vice President for Academic Affairs, the President, and the Board of Regents.
- Coordinates program evaluation and curriculum development/revision within the Division.
- Performs annual evaluation of Division department heads and Dean's support staff, and reviews and recommends all Division personnel actions such as recruitment, evaluations, promotions, and adverse actions.
- Facilitates professional development of Division employees..
- Works closely with other Division deans and with all institutional offices to improve and assure the smooth delivery of quality instructional and support services.
- Researches and develops special program initiatives for advancement of the Division's mission, in collaboration with College administration, academic departments, and stakeholder groups in the community (public sector, private sector, professional organizations, community at large).

*Leadership:*

- Manages and provides quality assurance for all aspects of the Division's programs, including policy guidance and direction in academic and service standards, curriculum development and management, fiscal control, staffing, planning, and enrollment.
- Guides, facilitates, and supervises operation of all Division departments.
- Directs and coordinates activities of department heads within the Division.
- Advises the Vice President for Academic Affairs on Division academic, personnel, and administrative matters.
- Represents the Division on institutional committees.
- Guides, facilitates, and supervises implementation of College's Community Human Resource Development Plan (CHRDP).
- Coordinates and supports Division quality improvement activities.
- Solicits ideas to improve the Division and facilitates their implementation.
- Initiates and fosters the development of Division vision and goals.
- Guides the Division in planning and implementing strategies and activities leading to accomplishment of its stated goals.
- Represents the Division to the administration and the Board of Regents.
- Represent the Division to the community at large.
- Serves as NMC's liaison to the University Continuing Education Association.

*Management:*
- Coordinates training, instructional, liaison, administrative, and service activities within the Division.
- Facilitates communication among departments in the Division, and between the Division and other offices and divisions of the College.

# Northern Marianas College
## Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Joaquin M. Sablan, JR._  Appl /✓/  EE /_/

Vacancy / Position _Dean, Cont. Ed._  EA / PC # _02-023_

I. **Comparative Quantitative Summary: Position vs. Applicant:**

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | MA | |
| Experience: | 4 | 7 years | |
| Others: | 3PST | 5 yr. 9 mo. | |
| Numerical Comparison (Substitution) | | | |

II. **Placement:**

a. Meets Qualifications Requirements?  Yes /✓/   No. /_/

b. If yes, exceeds by how many years / months: Yrs ____ Mos ____

c. If no to #1 above, lacks how many years / months: Yrs ____ Mos ____

d. Salary (PI and step) qualified for:

_____   5/20/02        _____   6/20/02
Reviewing Personnel Specialist   Date       Approving Personnel Supervisor   Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name  William Risenberg                                   Appl /✓/   EE /_/

Vacancy / Position  Dean, Cont. Education                 EA / PC # 02-023

I. <u>Comparative Quantitative Summary: Position vs. Applicant:</u>

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | JD | |
| Experience: | 4 | 0 | |
| Others: | 3PST | 4 yr. 1 mo. | |
| Numerical Comparison (Substitution) | | | |

II. <u>Placement:</u>

a. Meets Qualifications Requirements?   Yes /_/    No. /✓/
b. If yes, exceeds by how many years / months:  Yrs ____  Mos ____
c. If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____
d. Salary (Pl and step) qualified for:

_____  5/20/02      _____  5/20/02
Reviewing Personnel Specialist   Date     Approving Personnel Supervisor   Date

# Northern Marianas College
## Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name  Guadalupe Bajar-Robinson          Appl /✓/   EE /__/

Vacancy / Position  Dean, Continuing Ed.          EA / PC # C2-023

I. Comparative Quantitative Summary: Position vs. Applicant:

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | MA |  |
| Experience: | 4 | 3 |  |
| Others: | 3 PST | 1 FST |  |
| Numerical Comparison (Substitution) |  |  |  |

II. Placement:

a. Meets Qualifications Requirements?   Yes /__/    No. /✓/
b. If yes, exceeds by how many years / months: Yrs ____  Mos ____
c. If no to #1 above, lacks how many years / months: Yrs ____  Mos ____
d. Salary (Pl and step) qualified for:

_____  5/20/02          _____  5/20/02
Reviewing Personnel Specialist   Date       Approving Personnel Supervisor   Date

**MEMORANDUM**

TO: Interim President

FROM: Director, Human Resources

SUBJECT: Eligibility List

Date: May 20, 2002

| Announcement No | Position Title | Opening Date | Closing Date |
|---|---|---|---|
| 02-023 | Dean, Continuing Education | 5/01/02 | 5/15/02 |

Attached is the application for consideration and review of the Selection Committee.

The sole applicant eligible for the position is:

|   | Name | Date & Time |
|---|---|---|
| 1 | Joaquin M. Sablan, Jr. | |
|   | *Nothing Follows* | |

Kohne K. Ramon

attach(s):   Application forms

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Graceful K. Finkel_  Appl /✓/  EE /__/

Vacancy / Position _Dean, Cont. Ed._  EA / PC # _02-028_

I. <u>Comparative Quantitative Summary: Position vs. Applicant:</u>

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | PhD | in Educational Leadership |
| Experience: | 4 | 21 yrs, 8 mo. |  |
| Others: | 3 PSI | 6 yrs, 9.5 months |  |
| Numerical Comparison (Substitution) |  |  |  |

II. <u>Placement:</u>

a.  Meets Qualifications Requirements?  Yes /✓/   No. /__/
b.  If yes, exceeds by how many years / months:  Yrs ____  Mos ____
c.  If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____
d.  Salary (PI and step) qualified for:

_____  5/21/02      _____  5/21/02
Reviewing Personnel Specialist    Date    Approving Personnel Supervisor    Date

## MEMORANDUM

TO: Interim President

FROM: Director, Human Resources

SUBJECT: Eligibility List

Date: May 21, 2002

| Announcement No | Position Title | Opening Date | Closing Date |
|---|---|---|---|
| 02-023 | Dean, Continuing Education | 5/01/02 | 5/15/02 |

Attached is the application for consideration and review of the Selection Committee.

The applicants eligible for the position are:

|   | Name | Date & Time |
|---|---|---|
| 1 | Joaquin M. Sablan, Jr. | |
| 2 | Graceful K. Enlet | |
|   | *Nothing Follows* | |

Kohne K. Ramon

attach(s): Application forms



# NORTHERN MARIANAS COLLEGE

P. O. Box 501250, Saipan, MP 96950
World Wide Web Site: www.nmcnet.edu
Telephone: (670) 234-3690 • Fax: (670) 234-0759

## MEMORANDUM

**To:**       President

**Subject:**  Recommendation to Hire

**From:**     Committee to Interview for Dean of Continuing Education Position

**Date:**     24 May 2002

The committee has concluded its interviews for the open Dean of Continuing Education position. It our consensus view that an offer be made to Mr. Joaquin M. Sablan, Jr. to begin as soon as is practicable.

Respectfully submitted,


Kimberlyn King Hinds
Vice Chair, Board of Regents
Committee Chair

5-28-02
Dr. Craig Smith
Director, CREES

Bruce Johnson
Dean of Instruction

Kohne Ramon
Director, HRO

A Land Grant Institution Accredited by the Western Association of Schools and Colleges



Northern Marianas College
Office of Human Resources

QUALIFICATION EVALUATION WORKSHEET

Name JACK ANGELLO  Appl /__/ EE /✓/

Vacancy / Position Dean of Continuing Ed  EA / PC # 02 –

I. Comparative Quantitative Summary: Position vs. Applicant:

| | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | EdD | |
| Experience: | 4 | 8.6 | |
| Others: | 3 | 2.6mos | |
| Numerical Comparison (Substitution) | | | |

II. Placement:

a. Meets Qualifications Requirements? Yes /__/ No. /✓/

b. If yes, exceeds by how many years / months: Yrs ____ Mos ____

c. If no to #1 above, lacks how many years / months: Yrs ____ Mos ____

d. Salary (PI and step) qualified for:

[signature] 5/24/02 [signature] 5/24/02
Reviewing Personnel Specialist | Date | Approving Personnel Supervisor | Date

**Northern Marianas College
Human Resources Office**

MEMORANDUM

TO: Interim President

FROM: Director, Human Resources

SUBJECT: Recommendation of Appointment

DATE: May 28, 2002

Attached please find an employment application of Mr. Joaquin M. Sablan. He has been recommended as the Dean for Continuing Education position for the Division of Continuing Education, which was advertised under VA#02-023.

As per Policy 4008, we are forwarding this applicant to you for your review and consideration. If you approve, please sign below so that we may offer the appropriate contract and conditions of employment and personnel action for Mr. Sablan.

Thank you.

*Kohne K. Ramon*

Kohne K. Ramon

attach.                           Approved:

                                  *Barbara G. Moir*
                                  Barbara G. Moir, Ph.D.
                                  Interim President