*VAH 02-047*



**NORTHERN MARIANAS COLLEGE**

## Request for Recruitment

### MEMORANDUM

**To:**   Director of Human Resources
**From:** President

*1. The President has reviewed the request and has determined that there is a need for the position to be filled. A position description is attached.*

| Position Title | Director I (Bookstore Manager) | ☐ New Position |
|---|---|---|
| Fill By (date): ASAP | Salary Range: $25,727.29 -$35,601.83 | ☑ Vacant position |
| Position Description Attached: | ☑ Yes  ☐ No | ☐ Transfer |
| Interim President's Signature: Barbara G. Moir, Ph.D. | | Date: 08-15-02 |

*2. Budget Office has reviewed the request, verified the FTE, funding and assigned the account number (s).*

| | From | To | Employee No: |
|---|---|---|---|
| FTE #: | | | |
| Account No: | | UPR02-51010-S-A357 | 100% Total |
| Account No: | | UPR-51010-S-FA40 | % must |
| Account No: | | | % equal |
| Account No: | | | % 100 |
| Budget Officer's Signature: David DLG. Atalig | | | Date: 8/19/02 |

*3. Human Resources:*

| Classification Title: | Director I (Bookstore Manager) | Pay Level: 32 |
|---|---|---|
| H/R Director's Signature: Kohne K. Ramon | | Date 6/20/02 |

*4. Remarks:*

| | Vice: Fermina A. Sablan |
|---|---|
| | |

Approved:


PLAINTIFF'S EXHIBIT
122



**Northern Marianas College**
**P.O. Box 501250 CK**
**Saipan, MP 96950**
**Phone: (670) 234-5498/3690**
**Fax: (670) 234-0759**
**Website: http://www.nmcnet.edu**

## VACANCY RE-ANNOUNCEMENT
Announcement No. 02-047

It is the policy of Northern Marianas College that equal opportunity be given to all qualified applicants without regard to age, race, gender, marital status, place of origin, religion, disability status, political affiliation or family relationship. The College is an Equal Opportunity Employer.

| | |
|---|---|
| POSITION TITLE: | **Director I (Bookstore Manager)** |
| Pay Level & Step: | **32/01 – 32/08** |
| Annual Salary: | **$25,727.29 - $35,601.83** |
| Location: | **As Terlaje Campus, Saipan** |
| Opening Date: **8/21/02** | Closing Date: 9/18/02 |

### Nature of the Position:
The position is located in Northern Marianas College's Auxiliary Services, under the direct supervision of the Board of Auxiliary Services. It is charged with the responsibility of planning, organizing, coordinating and directing the operation of the Auxiliary Services; to supervise, train and evaluate staff; and to do related work as required.

### DUTIES AND RESPONSIBILITIES:

1. Plan, organize, coordinate and direct the operation of the bookstore to provide needed services at a profit; formulates operating policy;
2. confer with faculty to determine requirements for textbooks and supplies;
3. review store policies and practices;
4. supervise staff in ordering supplies, textbooks, trade-books, equipment, and related store items;
5. supervise and participate in establishing practices, conducting and maintaining inventories;
6. maintain accounting records of income and expenditures;
7. plan, organize, and supervise special and seasonal promotional activities;
8. prepare and arrange for publicity and advertisements;
9. select, train and supervise bookstore employees and assign work schedule;
10. supervise the return of textbooks and the reordering of textbooks;
11. supervise the preparation of correspondence, cash reports, budgetary and other recordkeeping processes.

### ABILITIES:
1. Plan, organize, coordinate and direct the operation of retail bookstore;
2. Plan and supervise the maintenance of bookstore accounting records;
3. Supervise, train and schedule the work of bookstore staff;
4. Analyze situations accurately and adopt an effective course of action;
5. Prepare and control an operating budget;
6. Deal effectively with a variety of personalities and situations;
7. Establish and maintain cooperative relationships with faculty, administrators, students, and the public.

**MINIMUM QUALIFICATIONS:** Graduate from a US accredited institution with a Bachelor's Degree in business or related field plus four (4) years of experience.

### How to Apply:
Employment application forms are available at the Human Resources Office of the College and a pdf. file can be downloaded from our website: http://www.nmcnet.edu using Adobe Acrobat. Please submit the following documents to the HR Office: NMC Application together with official school transcripts, copy of diploma or certificates, police clearance and a copy of a valid passport no later than the closing date of the Announcement. Failure to submit all these documents by the closing date will be acknowledged as incomplete and will be denied for consideration.

---

**Vacancy Re-Announcement 02-047**

Northern Marianas College is accredited by the Accrediting Commission for Community and Junior Colleges and by the Senior Commission of Colleges and Universities of the Western Association of Schools and Colleges.



RECEIVED FEB 2 8 2003

# Northern Marianas College

### OFFICE OF THE PRESIDENT
### Office of Financial & Administrative Services
P.O. Box 501250 • Saipan, MP 96950 U.S.A. • Phone: (670) 234-5498
Fax: (670) 234-0759 • Web Site: www.nmcnet.edu

## MEMORANDUM                                      OF&AS#03-02-002

TO            : Elsie M. Dela Cruz
                Acting Director, Human Resources

FROM          : David Dlg.Atalig, Director

DATE          : February 28, 2003

SUBJECT       : Revise Position Requirements


Please have the position requirements for the Bookstore Manager Position revised to allow work experience to be substituted in lieu of a degree. The position has been difficult to fill and we want to encourage applicants with work experience to apply for the position. For that reason, please see to it that the position is re-announced before the beginning of spring semester.

Your immediate attention to this matter is appreciated.

A Land Grant Institution accredited by the Accrediting Commission for Community and Junior Colleges and by the Senior Commission for Colleges and Universities of the Western Association for Schools and Colleges

 **Northern Marianas College**
**Office of Human Resources**
P.O. Box 501250  Saipan, MP  96950
(670) 234-5498 Fax: (670) 235-3696
Email: HRO@nmcnet.edu

March 4, 2003

John A. Angello
P.O. Box 501149
Saipan, MP  96950

Dear Dr. Angello:

Thank you for your application for the position of Director I (Bookstore Manager) for our Auxiliary Services which was advertised under VA#02-047.

After a review of the credentials of each of the candidates relative to the requirements of the position, it has been decided that we will be re-announcing the position with a change in our minimum qualification requirements. Therefore, your application will be reconsidered for our re-advertisement. It will be beneficial to submit supplemental documentation detailing your work experience for the position you are applying for.

Our minimum qualifications have been changed to:

*Any combination of equivalent to* graduate from a US accredited institution with a Bachelor's Degree in business or related field with three (3) years of retail management experience.

If you should have any further questions regarding this matter, please call our office. Thank you for your continued interest with the Northern Marianas College!

Sincerely,

Elsie M. Dela Cruz
Acting Director, Human Resources

**MEMORANDUM**

TO:         President

FROM:      Director, Human Resources

SUBJECT:   Eligibility List

Date:       April 10, 2003

| Announcement No | Position Title | Opening Date | Closing Date |
|---|---|---|---|
| 02-047 | Director I (Bookstore Manager) | 10/09/02 | Until Filled |

Attached is the application for consideration and review of the Selection Committee.

The applicants eligible for the position are:

| | Name | Date & Time | |
|---|---|---|---|
| 1 | Danilo Domingo | 4/29/03  8:30am | ✓ |
| 2 | John (Jack) Angello | 4/29/03  9:30am | ✓ |
| 3 | Gerald E. Weaver | 4/29/03  10:30am | ✓ |
| 4 | Linda Birmingham-Babauta | 4/29/03  11:30am | ✓ |
| | *Nothing Follows* | | |

Elsie M. Dela Cruz

attach(s):    Application forms

**MEMORANDUM**

TO:        President

FROM:      Director, Human Resources

SUBJECT:   Eligibility List

Date:      April 28, 2003

| Announcement No | Position Title | Opening Date | Closing Date |
|---|---|---|---|
| 02-047 | Director I (Bookstore Manager) | 10/09/02 | Until Filled |

Attached is the application for consideration and review of the Selection Committee.

The applicants eligible for the position are:

| | Name | Date & Time | |
|---|---|---|---|
| 1 | Danilo Domingo | 4/29/03  8:30am | ✓ |
| 2 | John (Jack) Angello | 4/29/03  9:30am | ✓ |
| 3 | ~~Gerald E. Weaver~~ | ~~4/29/03  10:30am~~ | WITHDREW 4/29/03 RESCHEDULED 5/02 9am |
| 4 | Linda Birmingham-Babauta | 4/29/03  11:30am | |
| 5 | David B. Roberto | 4/29/03  1:30pm | |
| | *Nothing Follows* | | |

Elsie M. Dela Cruz

attach(s):    Application forms

**MEMORANDUM**

TO:        President

FROM:      Director, Human Resources

SUBJECT:   Eligibility List

Date:      April 30, 2003

| Announcement No | Position Title | Opening Date | Closing Date |
|---|---|---|---|
| 02-047 | Director I (Bookstore Manager) | 10/09/02 | Until Filled |

Attached is the application for consideration and review of the Selection Committee.

The applicants eligible for the position are:

| | Name | Date & Time |
|---|---|---|
| 1 | Danilo Domingo | 4/29/03  8:30am |
| 2 | John (Jack) Angello | 4/29/03  9:30am |
| 3 | Gerald E. Weaver | 5/02/03  9:00am |
| 4 | Linda Birmingham-Babauta | 4/29/03  11:30am |
| 5 | David B. Roberto | 4/29/03  1:30pm |
| 6 | Tricia I. Benavente | 5/02/03  9:45am |
| | *Nothing Follows* | |

Elsie M. Dela Cruz

attach(s):    Application forms

**Bookstore Manager
VA : 02-047**

# Memo

**To:**    Elsie M. Dela Cruz, Director of Human Resources

**From:**   Interview Committee

**Date:**   May 02, 2003

**Re:**     Recommendation of Appointment

_____

Greetings☺ We the interview committee has recommended Ms. Birmingham-Babauta for the position of Bookstore Manager.  In addition, we are including the top four individuals who ranked high in our rating sheets for the Bookstore Manager as well.  We are attaching copies of their applications for your review.

1)   Linda Birmingham-Babauta

2)   Jack Angello

3)   Tricia Benavente

4)   Eugene Weaver


_____                    _____
Shirley Dlg. Blas, Chairman                 Linda Rowe, Member


_____                    _____
Larry Oney, Member                          Polly Deleon Guerrero, Member


_____
Bobbie Hunter, Member


1



# Northern Marianas College
## Office of the President
P.O. Box 501250 • Saipan, MP 96950 • Tel: (670) 234-5498
Fax: (670) 234-1270 • Web site: www.nmcnet.edu

## Memorandum

Date    :    May 23, 2003

To      :    Elsie M. Dela Cruz
             Director of Human Resources

From    :    Kenneth E. Wright, Ph.D.
             President

Subject:     Recommendation of Appointment

I have reviewed each packet, of the top four employees listed on your memo. I have made my decision after interviewing all the four candidates and decided to select _____ **Ms. Tricia Benavente** _____ . I believe that her knowledge and strong educational background in Tourism and Hospitality, in addition to her experience working in the service industry will benefit the bookstore's current needs. I also believe that with her concentration on customer services, she will be able to handle the challenges that the bookstore has to offer.

Please make all the arrangements to provide the appropriate contract and conditions of employment for Ms. Benavente. In addition, please do not hesitate to contact me if you have any questions or concerns.

cc      :    David Dlg. Atalig
             Director of Finance & Administrative Services

*A Land Grant Institution Accredited by the Accrediting Commission for Community*
*and Junior Colleges and the Accrediting Commission for Senior Coll*

1

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name __Danilo Domingo__                         Appl /_X_/    EE /__/

Vacancy / Position __Director I (Bookstore)__        EA / PC # __02-047__

I.    Comparative Quantitative Summary: Position vs. Applicant:

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | B.A. | B.S. in business administration | * not accredited |
| Experience: | 3 | 7 yrs. 11 mos. | |
| Others: | | | |
| Numerical Comparison (Substitution) | | | |

II.    Placement:

a.    Meets Qualifications Requirements?  Yes /✓/        No. /__/

b.    If yes, exceeds by how many years / months:  Yrs ____    Mos ____

c.    If no to #1 above, lacks how many years / months:  Yrs ____    Mos ____

d.    Salary (Pl and step) qualified for:

_____    _____        _____    11/05/02
Reviewing Personnel Specialist    Date        Approving Personnel Supervisor    Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Linda Birmingham-Babauta_                    Appl /✓/   EE /__/

Vacancy / Position _Dir. I/Bookstore Mgr._          EA / PC # _02-047_

I.     Comparative Quantitative Summary:  Position vs. Applicant:

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | AA | |
| Experience: | 3 | 19 yrs, 11 mo. | |
| Others: | | | |
| Numerical Comparison (Substitution) | 4+3=7 | 2+20=22 | |

II.    Placement:

a.     Meets Qualifications Requirements?   Yes /✓/        No. /__/

b.     If yes, exceeds by how many years / months:  Yrs _____  Mos _____

c.     If no to #1 above, lacks how many years / months:  Yrs _____  Mos _____

d.     Salary (PI and step) qualified for:

_____  3-17-03        _____  3-17-03
Reviewing Personnel Specialist    Date        Approving Personnel Supervisor    Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name **Gerald E. Weaver**                    Appl /✓/    EE /__/

Vacancy / Position **Dir I. / Bookstore Mgr.**          EA / PC # **02-047**

I.    Comparative Quantitative Summary:  Position vs. Applicant:

| | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | HS | |
| Experience: | 3 | 8 yrs. | |
| Others: | | | |
| Numerical Comparison (Substitution) | 4+3=7 | 8 yrs. | |

II.   Placement:

a.    Meets Qualifications Requirements?  Yes /✓/        No. /__/

b.    If yes, exceeds by how many years / months:  Yrs _____  Mos _____

c.    If no to #1 above, lacks how many years / months:  Yrs _____  Mos _____

d.    Salary (Pl and step) qualified for:

_____  3-17-03        _____  3-17-03
Reviewing Personnel Specialist    Date        Approving Personnel Supervisor    Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Shari Smithwick_                                Appl /✓/   EE /_/

Vacancy / Position _Dr. I/Bookstore Mgr._            EA / PC # _02-047_

I.    Comparative Quantitative Summary:  Position vs. Applicant:

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | BA | |
| Experience: | 3 | 1 YR, 4mo. | |
| Others: | | | |
| Numerical Comparison (Substitution) | 4+3 = 7 | 4+1 = 5 | |

II.    Placement:

a.    Meets Qualifications Requirements?  Yes /_/      No. /✓/

b.    If yes, exceeds by how many years / months:  Yrs ____  Mos ____

c.    If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____

d.    Salary (Pl and step) qualified for:

_____  3-17-03          _____  3-17-03
Reviewing Personnel Specialist    Date      Approving Personnel Supervisor    Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Catherine K.S. Chang_      Appl /✓/   EE /_/

Vacancy / Position _DirI. / Bookstore Mgr._     EA / PC # _02-047_

I.    **Comparative Quantitative Summary:  Position vs. Applicant:**

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | BA+MA | |
| Experience: | 3 | 0 | |
| Others: | | | |
| Numerical Comparison | 4+3=7 | 4+2=6 | |
| (Substitution) | | | |

II.    **Placement:**

a.    Meets Qualifications Requirements?  Yes /_/      No. /✓/

b.    If yes, exceeds by how many years / months:  Yrs _____ Mos _____

c.    If no to #1 above, lacks how many years / months:  Yrs _____ Mos _____

d.    Salary (Pl and step) qualified for:

_____ 3-17-03      _____ 3-17-03

Reviewing Personnel Specialist    Date     Approving Personnel Supervisor    Date

# Northern Marianas College
# Office of Human Resources


## QUALIFICATION EVALUATION WORKSHEET


Name __Janice A. Tenorio__                     Appl /✓/   EE /__/

Vacancy / Position __Bookstore Mgr./Dir. I__        EA / PC # __02-047__


I.   <u>Comparative Quantitative Summary:  Position vs. Applicant</u>:

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | BA + MA | |
| Experience: | 3 | 0 | |
| Others: | | | |
| Numerical Comparison (Substitution) | 4 + 3 = 7 | 4 + 2 = 6 | |


II.   Placement:

a.   Meets Qualifications Requirements?  Yes /__/     No. /✓/

b.   If yes, exceeds by how many years / months:  Yrs ____   Mos ____

c.   If no to #1 above, lacks how many years / months:  Yrs ____   Mos ____

d.   Salary (Pl and step) qualified for:


_Aguerrero_ ____ 3-17-03 ___        _____ ____
Reviewing Personnel Specialist    Date         Approving Personnel Supervisor   Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name __John (Jack) Angello__                 Appl / ✓ /   EE / __ /

Vacancy / Position __Dir I/ Bookstoc Mgr.__       EA / PC # __02-047__

I.  **Comparative Quantitative Summary:  Position vs. Applicant:**

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | BA + MA | |
| Experience: | 3 | 10yrs, 11mo. | |
| Others: | | | |
| Numerical Comparison (Substitution) | 4 + 3 = 7 | | |

II.  **Placement:**

a.  Meets Qualifications Requirements?  Yes / ✓ /        No. / __ /

b.  If yes, exceeds by how many years / months:  Yrs _____  Mos _____

c.  If no to #1 above, lacks how many years / months:  Yrs _____  Mos _____

d.  Salary (Pl and step) qualified for:

_____ _____    _____ 4·7·03
Reviewing Personnel Specialist    Date     Approving Personnel Supervisor    Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Erin K. Osborn_____     Appl /✓/   EE /__/

Vacancy / Position _Bookstore Manager_____     EA / PC # _02-047_

I.   **Comparative Quantitative Summary:  Position vs. Applicant:**

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | HS + 24 | |
| Experience: | 3 | ~~0~~ | |
| Others: | | | |
| Numerical Comparison (Substitution) | 4+3=7 | HS+0 = ∅ | |

*No retail mgmt. experience.

II.  **Placement:**

a.   Meets Qualifications Requirements?   Yes /__/      No. /✓/

b.   If yes, exceeds by how many years / months:  Yrs ____ Mos ____

c.   If no to #1 above, lacks how many years / months:  Yrs ____ Mos ____

d.   Salary (PI and step) qualified for:

_____  4/22/03        _____  4-25-03
Reviewing Personnel Specialist    Date        Approving Personnel Supervisor    Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Lulu Wang_____  Appl /✓/  EE /_/

Vacancy / Position _Director I (Bookstore Mgr)_  EA / PC # _02-047_

I.    Comparative Quantitative Summary:  Position vs. Applicant:

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | BA | * Business Admin. |
| Experience: | 3 | 10.5 mo. |  |
| Others: |  |  |  |
| Numerical Comparison (Substitution) | 4+3=7 |  |  |

II.    Placement:

a.    Meets Qualifications Requirements?  Yes /_/        No. /✓/

b.    If yes, exceeds by how many years / months:  Yrs _____ Mos _____

c.    If no to #1 above, lacks how many years / months:  Yrs _____ Mos _____

d.    Salary (PI and step) qualified for:

_____  4/28/03        _____  4-28-03
Reviewing Personnel Specialist    Date        Approving Personnel Supervisor    Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name __David B. Roberto__                Appl /✓/    EE /_/

Vacancy / Position __Director I. (Bookstore Mgr.)__    EA / PC # __C2-C47__

I.    Comparative Quantitative Summary:  Position vs. Applicant:

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | BA | *Accounting |
| Experience: | 3 | 3 yrs, 10mo. | |
| Others: | | | |
| Numerical Comparison (Substitution) | 4+3=7 | | |

II.    Placement:

a.    Meets Qualifications Requirements?  Yes /✓/        No. /_/

b.    If yes, exceeds by how many years / months:  Yrs ____  Mos ____

c.    If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____

d.    Salary (PI and step) qualified for:

_____    4/28/03        _____    4-28-03
Reviewing Personnel Specialist    Date        Approving Personnel Supervisor    Date

# Northern Marianas College
## Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Tricia I. Benavente_                    Appl /✓/  EE /__/

Vacancy / Position _Bookstore mgr._           EA / PC # _02-047_

I.    Comparative Quantitative Summary: Position vs. Applicant:

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | BA | BS | |
| Experience: | 3 YRS | 2·10 | |
| Others: | | | |
| Numerical Comparison (Substitution) | | | |

II.    Placement:

a.    Meets Qualifications Requirements?  Yes /✓/      No. /__/

b.    If yes, exceeds by how many years / months:  Yrs ____  Mos ____

c.    If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____

d.    Salary (PI and step) qualified for:


_____  _4/30/03_    _____  _4-30-03_
Reviewing Personnel Specialist    Date    Approving Personnel Supervisor    Date