

Northern Marianas College
P.O. Box 501250 CK
Saipan, MP 96950
Phone: (670) 234-5498/3690
Fax: (670) 234-0759
Website: http://www.nmcnet.edu

## VACANCY ANNOUNCEMENT
Announcement No. 03-015

It is the policy of Northern Marianas College that equal opportunity be given to all qualified applicants without regard to age, race, gender, marital status, place of origin, religion, disability status, political affiliation or family relationship. The College is an Equal Opportunity Employer.

| | |
|---:|:---|
| POSITION TITLE: | **Dean of Student Development** |
| Pay Level & Step: | **Ungraded** |
| Annual Salary: | **$60,000.00** |
| Location: | **As Terlaje Campus, Saipan** |
| Opening Date: **12/16/02** | Closing Date: **Until Filled** |

### Nature of the Position:
The Dean of Student Development works with administrators, faculty, staff, students, and the public in the area of student development. The Dean of Student Development administers comprehensive student development program including existing policies and regulations.

### Duties and Responsibilities:
1. Responsible to the Vice President for Programs and Services for directing day-to-day operations of Division of Student Development;

2. Plans, directs, and evaluates all aspects of student development of the college;

3. Supervises and coordinates the implementation of the Career Services Center goals, objectives, and activities. These goals, objectives, and activities include: the planning and implementation of college visitations, career and job fairs, resume writing and job interview workshops, and alumni association and job placement activities.

4. Supervises and coordinates the implementation of educational, social, cultural, and recreational programs and activities through the Students Activities Center;

5. Supervises and coordinates the advising of liberal arts students, advising workshops, personal counseling of students, and other activities through the Counseling Programs and Services Department;

6. Supervise and coordinates the implementation of all phases of the TRIO/Upward Bound, Talent Search and Student Enhancement programs;

7. Develops, prepares, and submits new and continuation grant proposals which affect the Division of Student Development;

8. Oversees maintenance of all project fiscal transactions and approves all expenditures;

9. Coordinates delivery and management of student development functions wherever appropriate;

10. Recommends the hiring, promotion, and termination of employees within the Division of Student Development;

11. Ensures division compliance with state, federal, and district regulations;

12. Advises and enforces college policy relating to student development;

13. Works with federal agencies; issues reports to HEW; prepares and certifies enrollment reports for state aid on a timely basis;

---

Vacancy Announcement 03-015

Northern Marianas College is accredited by the Accrediting Commission for Community and Junior Commission of Colleges and Universities of the Western Association of Schools an[d]

PLAINTIFF'S EXHIBIT 123

**MEMORANDUM**

TO:  President

FROM:  Acting Director, Human Resources

SUBJECT:  Eligibility List

Date:  January 23, 2003

| Announcement No | Position Title | Opening Date | Closing Date |
|---|---|---|---|
| 03-015 | Dean, for Student Development | 12/16/02 | UNTIL FILLED |

Attached is the application for consideration and review of the Selection Committee.

The applicants eligible for the position are:

| | Name | Date & Time |
|---|---|---|
| 1 | John A. Angello | W, 2/05/03 1:30pm |
| 2 | Kurt C. Barnes | " 2:30pm |
| 3 | Jeanette T. Villagomez | " 3:30pm |
| | Nothing Follows | |

*Elsie Dela Cruz* (signature)

Elsie Dela Cruz

attach(s):  Application forms

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name _Jeanette Villagomez_  Appl /__/  EE /✓/

Vacancy / Position _Dean, Student Dev._  EA / PC # _03-015_

I. <u>Comparative Quantitative Summary: Position vs. Applicant:</u>

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | MA '98 | |
| Experience: | 5 STUDENT DEV. | 8 yrs. Com. | |
| Others: | 5 SUPERVISION | 6 yrs. Com. | |
| Numerical Comparison (Substitution) | | | |

II. <u>Placement:</u>

a. Meets Qualifications Requirements?  Yes /✓/   No. /__/
b. If yes, exceeds by how many years / months:  Yrs ____  Mos ____
c. If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____
d. Salary (PI and step) qualified for:

_____  1/22/03        _____  1-23-03
Reviewing Personnel Specialist   Date    Approving Personnel Supervisor   Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name __JACK ANGELLO__        Appl /✓/   EE /__/

Vacancy / Position __Dean, Student Development__   EA / PC # __03-015__

I. **Comparative Quantitative Summary: Position vs. Applicant:**

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | ED.D 96<br>MA 89 | Univ. of Southern California<br>SJSU (Educ. Instruc. Tech) |
| Experience: | 5 STUDENT DEV. | 6.3 yrs - PST<br>* 6 yrs. PST Educ. Admin (8 yrs total w/ PSS) |  |
| Others: | 5 SUPERVISION |  |  |
| Numerical Comparison |  |  |  |

(Substitution)* Educational Administration = 8 yrs including PSS - 2 yrs PSS 1989 1990-1
Post-Secondary Educational Administration = 6.3 yrs = 1996-2002
Post-Secondary Teaching experience = 6.3 yrs.

II. **Placement:**     CDC 1/23/03

a. Meets Qualifications Requirements?  Yes /✓/    No. /__/

b. If yes, exceeds by how many years / months:  Yrs ____  Mos ____

c. If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____

d. Salary (PI and step) qualified for:

_____  11/27/02       _____  11-27-02
Reviewing Personnel Specialist    Date        Approving Personnel Supervisor    Date

_For Angello_

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name: Janice Tenorio     Appl /✓/  EE /_/

Vacancy / Position: Dean, Student Dev.     EA / PC # 03-015

I. **Comparative Quantitative Summary: Position vs. Applicant:**

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | MA '98 | |
| Experience: | 5 STUDENT DEV. | 5 yrs, 2 mo. | |
| Others: | 5 SUPERVISION | 3 yrs, 4 mo. | |
| Numerical Comparison (Substitution) | | | |

II. **Placement:**

a. Meets Qualifications Requirements?  Yes /_/   No /✓/

b. If yes, exceeds by how many years / months:  Yrs ____  Mos ____

c. If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____

d. Salary (Pl and step) qualified for:

_____  Jan/22/03      _____  1-23-03
Reviewing Personnel Specialist   Date     Approving Personnel Supervisor   Date

VAH 03-015



# NORTHERN MARIANAS COLLEGE
## Request for Recruitment

### MEMORANDUM

**To:** Director of Human Resources
**From:** President

*1. The President has reviewed the request and has determined that there is a need for the position to be filled. A position description is attached.*

| Position Title | Dean of Student Development | ☑ New Position |
|---|---|---|
| Fill By (date): ASAP | Salary Range: Ungraded @ $60,000 | ☐ Vacant position |
| Position Description Attached: | ☑ Yes  ☐ No | ☐ Transfer |
| President's Signature: | *(signed)* Kenneth E. Wright, Ph.D. | Date: 12/12/2 |

*2. Budget Office has reviewed the request, verified the FTE, funding and assigned the account number (s).*

| | From | To | Employee No: |
|---|---|---|---|
| FTE #: | | | |
| Account No: | | UPR-51010-5-A5310 | 100% Total |
| Account No: | | | % |
| Account No: | | | % must |
| Account No: | | | % equal |
| | | | 100% |
| Budget Officer's Signature: | *(signed)* David DLG. Atalig | | Date: 12/13/02 |

### 3. Human Resources:

| Classification Title: Dean, Student Dev. | Pay Level: Ungraded |
|---|---|
| Acting H/R Director's Signature: *(signed)* Elsie M. Dela Cruz | Date 12-13-02 |

### 4. Remarks:

| | New Position. |
|---|---|
| | |

Approved:



**Northern Marianas College**
P.O. Box 501250 CK
Saipan, MP 96950
Phone: (670) 234-5498/3690
Fax: (670) 234-0759
Website: http://www.nmcnet.edu

## VACANCY ANNOUNCEMENT
Announcement No. 03-018

It is the policy of Northern Marianas College that equal opportunity be given to all qualified applicants without regard to age, race, gender, marital status, place of origin, religion, disability status, political affiliation or family relationship. The College is an Equal Opportunity Employer.

| | |
|---|---|
| POSITION TITLE: | **Dean of Academic Programs & Services** |
| Pay Level & Step: | **Ungraded** |
| Annual Salary: | **$60,000.00** |
| Location: | **As Terlaje Campus, Saipan** |
| Opening Date: **12/23/02** | Closing Date: **Until Filled** |

### Nature of the Position:
Under the direction of the Vice President for Programs and Services, the dean will plan, organize, maintain, direct, and evaluate the courses, programs, projects, and activities of the Academic Programs and Services Unit (APSU). This unit includes the following: the School of Education programs and departments, the Associate Degree and Certificate programs and departments, and the Office of Admissions, Records, & Financial Aid.

### Duties and Responsibilities:

1. Monitors APSU administrator, faculty, and staff work plans to ensure they are consistent with the NMC Strategic Master Plan.

2. Leads department chairs and faculty and staff members in the unit's program and curriculum evaluation, improvement, and development; establishes priorities; develops multi-year instructional plans; and participates in strategic and long-range academic planning for the college.

3. Confers with division department chairs and solicits ideas for program and process improvement.

4. Under the supervision of the Vice President for Programs and Services, ensures the implementation, and continuous improvement of an academic master plan for the division.

5. Ensures that academic programs are evaluated and that needs assessments are conducted regularly.

6. Communicates with leaders in the private and public sectors and educational agencies to determine needs for new courses and programs and establishes advisory committees as appropriate.

7. Keeps abreast of new developments and innovations in community colleges and higher education; recommends improvement to maintain relevance of programs to meet student and community needs.

8. Participates in the development of the college budget and manages the division's financial resources consistent with college policy and sound financial principles.

9. Works cooperatively with other college administrators and supervisors to coordinate programs and services to meet student needs.

10. Promotes and communicates high standards of performance for department chairs, program directors, faculty, and staff. In an enabling and supportive way, systematically monitors division activities and managerial practices to ensure that program activities relate to program goals and outcomes. Takes corrective action, promotes improvement, and recognizes excellence and achievement.

---



Vacancy Announcement 03-018

Northern Marianas College is accredited by the Accrediting Commission for Community and Junior Colleges and by the Senior Commission of Colleges and Universities of the Western Association of Schools and Colleges.


PLAINTIFF'S EXHIBIT 124

 

**Northern Marianas College**
**Human Resources Office**

MEMORANDUM

TO:        President

FROM:      Acting Director, Human Resources

SUBJECT:   Recommendation of Appointment

DATE:      February 13, 2003

Attached please find an employment application of Mr. Joaquin M. Sablan. He has been recommended for the position of Dean for Academic Programs & Services for the division of Academic Programs & Services, which was advertised under VA#03-018.

As per Policy 4008, we are forwarding this applicant to you for your review and consideration. If you approve, please sign below so that we may offer the appropriate contract, conditions of employment, and personnel action for Mr. Sablan.

Thank you.

Elsie M. Dela Cruz

attach.                              Approved:

                                     Kenneth E. Wright, Ph.D.
                                     President

# Memorandum

To: Elsie M. Dela Cruz, Acting Director of Human Resource

From: Interviewing Committee for VA #03-018

Date: 02/06/2003

Re: Recommendation of appointment for the Dean of Academic Programs & Services

---

After a review and collection of the screening evaluations from our interviews today, the candidate with the highest score was **Joaquin M. Sablan**, to fulfill the position of Dean of Academic Programs & Services for the Academic Programs & Services Division of the Northern Marianas College.

Below are the list of candidates and their total scores:

1. Joaquin M. Sablan – 296
2. John A. Angello, Ed.D – 218

_____          _____
Kimberly King-Hinds, Regent      Geri Willis, member

_____          _____
Herbert Del Rosario, member      Elaine MacKay, member

_____          _____
David J. Attao, member           Bobbie C. Hunter, HR/EEO Representative

1

## MEMORANDUM

TO: President

FROM: Acting Director, Human Resources

SUBJECT: Eligibility List

Date: January 23, 2003

| Announcement No | Position Title | Opening Date | Closing Date |
|---|---|---|---|
| 03-018 | Dean, for Academic Programs & Services | 12/23/02 | UNTIL FILLED |

Attached is the application for consideration and review of the Selection Committee.

The applicants eligible for the position are:

|   | Name | Date & Time |
|---|---|---|
| 1 | John A. Angello | Th, 2/06/03 10:30am |
| 2 | Joaquin M. Sablan | 9:30am |
|   | Nothing Follows | |

Elsie Dela Cruz

attach(s):   Application forms

# Northern Marianas College
## Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name **Joaquin M. Saldan, Jr.**   Appl /__/   EE /✓/

Vacancy / Position **Dean, Academic Programs**   EA / PC # **03-018**

I. Comparative Quantitative Summary: Position vs. Applicant:

| | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | MA -98 | |
| Experience: | 8 | 12 yrs. 2 mo. | |
| Others: | 3 PST | 6 yrs, 7 mo. | |
| Numerical Comparison (Substitution) | | | |

II. Placement:

a. Meets Qualifications Requirements?  Yes /✓/   No. /__/

b. If yes, exceeds by how many years / months: Yrs ____ Mos ____

c. If no to #1 above, lacks how many years / months: Yrs ____ Mos ____

d. Salary (Pl and step) qualified for:

_____  1/20/03           _____  1·23·03
Reviewing Personnel Specialist   Date      Approving Personnel Supervisor   Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name  JACK ANGELLO                          Appl /✓/   EE /__/

Vacancy / Position  Dean, Academic Programs & Services    EA / PC # 03-018

I.  **Comparative Quantitative Summary: Position vs. Applicant:**

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | ED.D 96 / MA 89 | Univ. of Southern California / SJSU (Educ. Instruc. Tech) |
| Experience: | 8 | 6.3 yrs - PST / * 6 yrs. PST Educ. Admin (8 yrs total w/ PSS) | |
| Others: | 3 PST | 6.3 yrs. | |

Numerical Comparison

(Substitution)*  Educational Administration = (8 yrs) including PSS - (2 yrs) PSS 1989 1990-
Post-Secondary Educational Administration = (6.3 yrs) 1996-2002
Post-Secondary Teaching experience = (6.3 yrs.)

II.  **Placement:**             ⨉ 1/30/03

a.  Meets Qualifications Requirements?   Yes /✓/    No. /__/

b.  If yes, exceeds by how many years / months:  Yrs ____  Mos ____

c.  If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____

d.  Salary (PI and step) qualified for:

_____  11/27/02        _____  11-27-02
Reviewing Personnel Specialist   Date        Approving Personnel Supervisor   Date

# Northern Marianas College
# Office of Human Resources

## QUALIFICATION EVALUATION WORKSHEET

Name: Janice A. Tenorio         Appl /✓/   EE /_/

Vacancy / Position: Dean, Academic Programs        EA / PC # 03-08

I. **Comparative Quantitative Summary: Position vs. Applicant:**

|  | Position Requirements | Applicant Qualifications (Full & Partial) | Comments |
|---|---|---|---|
| Education: | MA | MA -98 | |
| Experience: | 8 | ~~5yrs. 8mo.~~ 9yrs. | |
| Others: | 3 PST | -0- | |
| Numerical Comparison (Substitution) | | | |

II. **Placement:**

a. Meets Qualifications Requirements?  Yes /_/   No. /✓/

b. If yes, exceeds by how many years / months:  Yrs ____  Mos ____

c. If no to #1 above, lacks how many years / months:  Yrs ____  Mos ____

d. Salary (PI and step) qualified for:

_____ 1/20/03              _____ 1-23-03
Reviewing Personnel Specialist / Date        Approving Personnel Supervisor   Date



# NORTHERN MARIANAS COLLEGE
## Request for Recruitment

### MEMORANDUM

**To:** Acting Director of Human Resources
**From:** President

*1. The President has reviewed the request and has determined that there is a need for the position to be filled. A position description is attached.*

| Position Title | Dean of Academic Programs & Services | ☑ New Position |
|---|---|---|
| Fill By (date): ASAP | Salary Range: Ungraded @ $60,000 | ☐ Vacant position |
| Position Description Attached: | ☑ Yes  ☐ No | ☐ Transfer |
| President's Signature: Kenneth E. Wright, Ph.D. | | Date: 12/18/2 |

*2. Budget Office has reviewed the request, verified the FTE, funding and assigned the account number (s).*

| | From | To | Employee No: |
|---|---|---|---|
| FTE #: | | | |
| Account No: | | UPR-51010-6-AS210 | 100 % Total |
| Account No: | | | % |
| Account No: | | | % |
| Account No: | | | % 100 |
| Director of Financial & Administrative Services Signature: David DLG. Atalig | | | Date: 12/17/02 |

*3. Human Resources:*

| Classification Title: | |
|---|---|
| | |

| New Position. |
|---|
| |

Approved: