F I L E D
Clerk
District Court

DEC 2 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

VICENTE T. SALAS
Law Office of Vicente T. Salas
2nd Floor, UIU Building
P.O. Box 501309
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorneys for Defendant Northern Marianas College.

# IN THE UNITED STATES DISTRICT COURT
## OF THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN (JACK) ANGELLO | ] | Civil Action No. 03-0014 |
| | ] | |
| Plaintiff, | ] | **NMC'S PROPOSED LIST** |
| | ] | **OF WITNESSES** |
| -vs- | ] | |
| | ] | |
| | ] | Date:  December 27, 2005 |
| NORTHERN MARIANAS COLLEGE | ] | Time:  9:00 a.m. |
| | ] | Judge: Honorable David A. Wiseman |
| Defendant. | ] | Designated Judge |

NMC hereby submits its proposed list of witnesses that it may called to testify at the trial in this matter.  NMC also reserves its right to call any of Plaintiff Angello's listed witnesses and any rebuttal witnesses, as deemed necessary.

# ORIGINAL

1.    Lino Santos

2.    Barbara Moir

3.    Kohne Ramon

4.    Kimberly Hinds

5.    Eloise Furey

6.    Elsie Dela Cruz

7.    Bobbie Hunter

8.    Tonya Songsong

9.    Jack Sablan

10.    Agnes McPhetres

11.    Ed Camacho

12.    Polly DL. Guerrero

13.    Tony DL. Guerrero

14.    David Atalig

Respectfully submitted this ____12-21-05_____.

F. MATTHEW SMITH
Attorney for Defendant.