FILED
Clerk
District Court

DEC 23 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) | Civil Action No. 03-0014 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER TAKING TRIAL |
| ) | OFF-CALENDAR and |
| NORTHERN MARIANAS ) | RE-OPENING DISCOVERY |
| COLLEGE, ) | FOR LIMITED PURPOSE |
| ) | |
| Defendant ) | |
| _____ ) | |

THIS MATTER came before the court in chambers on Friday, December 23, 2005. Plaintiff appeared by and through his attorney, Danilo T. Aguilar; defendant appeared by and through its attorney, F. Matthew Smith.

After discussion with the parties, the court concludes that the interests of justice and judicial economy will best be served by vacating the Tuesday, December 27, 2005, trial date. An issue which will materially advance the instant lawsuit is

presently under submission at the Commonwealth Supreme Court. The issue—whether or not employees of Northern Mariana College fall under the auspices of the Civil Service Commission—is an important one for the Commonwealth. This court believes that the Commonwealth Supreme Court should be given the opportunity to speak on the issue, that that court's decision will significantly narrow the triable issues in this lawsuit, and may improve settlement prospects. NOW, THEREFORE,

IT IS ORDERED that the trial set to begin Tuesday, December 27, 2005, be and hereby is taken off-calendar, to be rescheduled at a later date; and,

IT IS FURTHER ORDERED that discovery is re-opened for the limited purpose of taking depositions to preserve testimony for use at trial. Such depositions may be used at trial pursuant to Fed.R.Civ.P. 32. The parties shall meet and confer to take the depositions.

The court will issue a separate order setting a status conference in February, 2006.

IT IS SO ORDERED.

DATED this 23rd day of December, 2005.

DAVID A. WISEMAN
Judge