VICENTE T. SALAS
Law Office of Vicente T. Salas
2nd Floor, UIU Building
P.O. Box 501309
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant NMC.

FILED
Clerk
District Court

FEB 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO,<br><br>      Plaintiff,<br><br>vs.<br><br>NORTHERN MARIANAS COLLEGE,<br><br>      Defendant. | Civil Action No. 03-0014<br><br>**NOTICE OF DEPOSITION**<br>**BARBARA G. MOIR**<br><br>Date:  March 4, 2006<br>Time:  9:00 a.m.<br>Place: Law Offices of Vicente T. Salas |

To: **Barbara G. Moir**
**Chalan Kiya Village**
**Saipan, MP 96950**

PLEASE TAKE NOTICE that pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Defendant NMC will take your deposition, before an officer authorized to administer oaths, on <u>Saturday, March 4, 2006 at 9:00 a.m., at the Law Offices of Vicente T. Salas</u>, Second Floor, UIU Building, San Jose, Saipan, Northern Mariana Islands. The deposition shall continue from day to day until completed, and shall be recorded by sound and video equipment and may be used at trial.

Dated this _13_ day of February, 2006.

F. MATTHEW SMITH
Attorney for Defendant NMC

**ORIGINAL**