VICENTE T. SALAS
Law Office of Vicente T. Salas
2nd Floor, UIU Building
P.O. Box 501309
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorneys for Defendant Northern Marianas College.

F I L E D
Clerk
District Court

FEB 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO,  <br><br>  Plaintiff,  <br><br> -vs-  <br><br> NORTHERN MARIANAS COLLEGE,  <br><br><br>  Defendant. | Civil Action No. 03-0014  <br><br><br> **PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 14th day of February, 2006, at 5:10 p.m., I personally served a true and correct copy of the *Notice of Deposition of Barbara G. Moir* (filed on February 13, 2006) on Danilo T. Aguilar, Attorney for Plaintiff, by serving it on Marnie Dolot, at the Law Office of Danilo T. Aguilar, on the Ground Floor of the San Jose Court Building, Cor. Ghiyeghi St., and Wischira Way, San Jose, Saipan.

**ORIGINAL**

Executed this 15<u>th</u> day of February, 2006, on Saipan, Commonwealth of the Northern Mariana Islands.

                                                                _____
                                                                 Vicente T. Salas II