FILED
Clerk
District Court

APR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO,              )<br>                                   )<br>            Plaintiff              )<br>                                   )<br>        v.                         )<br>                                   )<br>NORTHERN MARIANAS                  )<br>COLLEGE,                           )<br>                                   )<br>            Defendant              )<br>_____) | Civil Action No. 03-0014<br><br><br><br>ORDER SETTING TRIAL<br>and OTHER DATES |

IT IS ORDERED that:

1. The jury trial shall begin in the U.S. District Courtroom on Monday, October 2, 2006, at 9:00 a.m.

2. All motions in limine shall be filed by 3:30 p.m., Tuesday, September 26, 2006. There will be no oral argument unless the court requests it after reading the written submissions.

AO 72
(Rev. 08/82)

3. The final pre-trial conference will be held Wednesday, September 27, 2006, at 11:00 a.m. in the District Court Judge's Chambers.

4. By 3:30 p.m., Friday, September 22, 2006, the parties shall submit:

    a.    A joint statement of exhibits which they have agreed can be admitted without objection. (The list of stipulated exhibits can simply identify them as, e.g. Plaintiff's # 3; Defendant's K.) The parties retain the right to object to exhibits on other grounds.

    b.    A stipulated statement of uncontroverted material facts.

    c.    A stipulated statement of the elements of both remaining causes of action under Title VII: sexual discrimination and retaliation.

    d.    The parties shall provide to the court three copies of their exhibits and a copy to each other.

After the parties have met and conferred and made a good faith effort to resolve any remaining disputes, unresolved matters shall be brought to the attention of the court in writing by 3:30 p.m., Tuesday, September 26, 2006.

DATED this 20th day of April, 2006.

_____
DAVID A. WISEMAN
Judge