| | |
|---|---|
| DANILO T. AGUILAR, F0198<br>Attorney at Law<br>P.O. Box 505301<br>First Floor, San Jose Court Building<br>Ghiyeghi St. & Wischira Way, San Jose<br>Saipan, MP 96950<br>TELEPHONE: (670) 234-8801<br>FAX: (670) 234-1251<br><br>Attorney for Plaintiff<br>John (Jack) Angello | F I L E D<br>Clerk<br>District Court<br><br>SEP -5 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO,<br><br>         Plaintiff,<br><br>    v.<br><br>NORTHERN MARIANAS COLLEGE,<br><br>         Defendant. | CIVIL ACTION NO. 03-0014<br><br><br><br>**NOTICE OF DEPOSITION** |

TO:     **DEFENDANT NORTHERN MARIANAS COLLEGE AND ITS ATTORNEY OF RECORD.**

PLEASE TAKE NOTICE that commencing at 1:30 P.m. on Friday, September 8, 2006, Plaintiff, by and through his counsel of record, Danilo T. Aguilar, Esq., pursuant to Rule 30 of the Commonwealth Rules of Civil Procedure, will take the deposition of Lino Santos.  The deposition will be conducted at the Law Offices of Danilo T. Aguilar located at the First Floor, San Jose Court Bldg., Cor. Ghiyeghi St. & Wischira Way, San Jose Saipan, CNMI.  Such deposition will be recorded by means of tape recording, pursuant to the Commonwealth Rules of Civil Procedure.

1  The deposition will be taken before a Notary Public or before some other officer authorized by law to administer oaths. The attorney for Defendant is invited to attend and cross-examine. Said deposition will continue from day to day until completed.

Dated this __27th__ day of August, 2006 at Saipan, CNMI.

_____
**DANILO T. AGUILAR, F0198**
Attorney for Plaintiff

2