VICENTE T. SALAS
Law Office of Vicente T. Salas
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501309
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorneys for Defendant Northern Marianas College.

**IN THE UNITED STATES DISTRICT COURT
OF THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JOHN (JACK) ANGELLO<br><br>    Plaintiff,<br><br>-vs-<br><br><br>NORTHERN MARIANAS COLLEGE<br><br>    Defendant. | Civil Action No. 03-0014<br><br>**NMC'S FIRST AMENDED PROPOSED LIST OF EXHIBITS**<br><br>Date:  October 2, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable David A. Wiseman<br>         Designated Judge |

NMC hereby submits its first amended proposed list of exhibits that it may introduce at the trial in this matter. NMC also reserves its right to introduce any of Plaintiff Angello's listed exhibits and any impeachment or rebuttal documents, as deemed necessary.

A.  Angello NMC Employment Contract No. 1222
B.  NMC Organization Redesign Charts and Plan
C.  Board of Regents Agenda (September 23, 2002)
D.  Board Policy 1009: Position Description for the President of the College
E.  9-24-02 Memo from Wright to Angello re: Termination w/HRO Personnel Action
F.  9-24-02 Memos from Wright to ten other NMC Employees re: Termination
G.  9-27-02 Memo from Wright to Faculty & Staff re: Position Reassignments
H.  10-1-02 Memo from Wright to HRO re: Organizational Changes
I.  10-28-98 EEO Complaint from Angello

| | |
|---|---|
| J. | 3-16-99 Memo from Angello & Santos re: VPI and Vocational Trades Dept. |
| K. | 3-26-99 Memo from Angello to HRO re: Grievances Against VPI |
| L. | 12-7-99 Letter from Angello to EEOC re: Withdrawal of Charge |
| M. | 3-9-01 Memo from Angello to President re: PRA & Grievance w/PRA Report |
| N. | 3-9-01 Memo from Angello to President re: Reconsideration of Decision |
| O. | 8-26-02 Letter from Edward Camacho re: Angello and PRA |
| P. | 11-25-02 Letter from Wright to Board Chair re: Angello Grievance |
| Q. | 12-16-02 Decision of Employee Appeals Committee re: 01-001 Angello Grievance |
| R. | 2-14-03 Decision of Employee Appeals Committee re: 02-004 Angello Grievance |
| S. | EEOC Charge No. 378-A3-00145 and Notice of Right to Sue |
| T. | EEOC Charge No. 378-2004-00351 and Notice of Right to Sue |
| U. | Angello Application for Employment (9-29-97) VP for Instruction |
| V. | 3-5-01 Letter from Sablan to Angello re: Application Requirements |
| W. | 3-8-99 Memo from Angello to Dept of Ed. re: discontinuance of classes |
| X. | 5-14-02 Angello Qualification Evaluation Worksheet |
| Y. | 11-27-02 HRO Memo to File |
| Z. | 11-27-02 Angello Qualification Evaluation Worksheet |
| AA. | 2-18-03 Angello Email to HRO re:   Application for President |
| BB. | 2-21-03 Wright Response to Angello Email to HRO |
| CC. | 6-3-02 Memo from Santos to HRO re: Angello and Voc.Ed |
| DD. | 9-19-02 Memo from Wright to BOR re; Organizational Redesign |
| EE. | 12-19-02 Letter from HRO to Angello re; NMC Vacancies |
| FF. | 3-4-06 Deposition of Barbara G. Moir |
| GG. | 9-30-04 & 10-5-04 Deposition of John (Jack) Angello |

Respectfully submitted this    9-26-06    .

F. MATTHEW SMITH
Attorney for Defendant