VICENTE T. SALAS
Law Office of Vicente T. Salas
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501309
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorneys for Defendant Northern Marianas College.

## IN THE UNITED STATES DISTRICT COURT
## OF THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO<br><br>                    Plaintiff,<br><br>-vs-<br><br>NORTHERN MARIANAS COLLEGE<br><br>                    Defendant. | Civil Action No. 03-0014<br><br>**NOTICE OF FILING**<br><br><br><br>Judge: Honorable David A. Wiseman<br>           Designated Judge |

Notice is hereby given that the deposition of Barbara G. Moir taken on March 4, 2006 in the above-mentioned case is hereby filed with the court on September 26, 2006.

DATED this 26 day of September, 2006.

F. MATTHEW SMITH
Attorney for Defendant