FILED
Clerk
District Court

SEP 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) | Civil Action No. 03-0014 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER TO SUMMON JURORS |
| ) | |
| NORTHERN MARIANAS ) | |
| COLLEGE, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

WHEREAS it is necessary to provide a panel of jurors to try this case; and

WHEREAS there are 54 prospective jurors available in Petit Jury Panel No. 101060501; NOW, THEREFORE,

IT IS ORDERED that:

1. Jurors for this case will be selected from a panel of thirty-five (35) jurors in Petit Jury Panel No. 101060501; and,

AO 72
(Rev. 08/82)

2. On Monday, September 25, 2006, at 10:30 a.m., the Clerk of Court or his authorized Deputy shall randomly select by electronic means thirty-five (35) prospective jurors from Petit Jury Panel No. 101060501 and, after the random selection, the Clerk of Court or his Deputy shall issue summons to the thirty-five (35) jurors for their appearance on Monday, October 2, 2006, at 8:00 a.m. for the trial in this matter.

DATED this 25th day of September, 2006.

_____
DAVID A. WISEMAN
Judge