FILED
Clerk
District Court

SEP 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) | Civil Action No. 03-0014 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER VACATING ORDER |
| ) | TO SUMMON JURORS |
| NORTHERN MARIANAS ) | |
| COLLEGE, ) | |
| ) | |
| Defendant ) | |

IT IS ORDERED that the order entered earlier today to summon thirty-five (35) jurors in Petit Jury Panel No. 101060501 be and hereby is VACATED.

DATED this 25th day of September, 2006.

DAVID A. WISEMAN
Judge

AO 72
(Rev. 08/82)