| | |
|---|---|
| 1 | DANILO T. AGUILAR, F0198 |
| | Attorney at Law |
| 2 | P.O. Box 505301 |
| | First Floor, San Jose Court Building |
| 3 | Ghiyeghi St. & Wischira Way, San Jose |
| | Saipan, MP 96950 |
| 4 | TELEPHONE: (670) 234-8801 |
| | FAX: (670) 234-1251 |
| 5 | |
| | Attorney for Plaintiff |
| 6 | John (Jack) Angello |

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, | CIVIL ACTION NO. 03-0014 |
| Plaintiff, | |
| v. | **NOTICE OF FILING** |
| NORTHERN MARIANAS COLLEGE, | |
| Defendant. | |

Notice is hereby given that the deposition of Lino Santos on September 8, 2006 in the above-mentioned case is hereby filed with the Court on September 30, 2006.

Dated this 30th day of September, 2006.

　　　　　　　　　　　　　　　　　　/s/ *Danilo T. Aguilar*
　　　　　　　　　　　　　　　　　　**DANILO T. AGUILAR, F0198**
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff