F I L E D
Clerk
District Court

OCT - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

****************************************************************************

CV-03-0014

October 3, 2006
8:40 a.m.

### JOHN (Jack) ANGELLO -vs- NORTHERN MARIANAS COLLEGE

PRESENT:     Hon. David A. Wiseman, Designated Judge Presiding
Randy Schmidt, Law Clerk
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Court Deputy
Danilo Aguilar, Attorney for Plaintiff
John Angello, Plaintiff
F. Matt Smith, Attorney for Defedants

PROCEEDINGS:   BENCH TRIAL - Day Two

Plaintiff was present and represented by Attorney Danilo Aguilar. Defendant, Northern Marianas College, was represented by Attorney F. Matt Smith.

Attorney Matt Smith moved to admit Ex. CC, U and T into evidence; no objection, Court so ordered.

Attorney Matt Smith continued with the CX of witness Angello. Attorney Matt Smith moved to admit Ex. KK, LL and MM into evidence; over objection, Court so ordered.

Attorney Matt Smith moved to admit Ex. N into evidence; no objection, Court so ordered. Attorney Matt Smith moved to admit Ex. W into evidence; no objection, Court so ordered. Attorney Matt Smith moved to admit Ex. R into evidence; no objection, Court so ordered.

Court recessed at 10:20 a.m. and reconvened at 10:40 p.m.

Attorney Matt Smith moved to admit Ex.NN into evidence; no objection, Court so ordered. Attorney Danilo Aguilar proceeded with RDX. Attorney Aguilar moved to admit Ex.126 into evidence; no objection, Court so ordered.

Witness Angello was excused.

Attorney Aguilar called witness:

**LEONARD "Butch" WOLF**.  DX. Attorney Aguilar moved to admit Ex. 17 into evidence; over objection, Court so ordered.  CX.

Court recessed for lunch at 11:50 a.m. and reconvened at 2:35 p.m.

Rather than call a live witness; Attorney Aguilar read from the deposition of Lino Blanco Santos.

Attorney Smith moved to admit Pltfs Ex. 2, 69 and Defense's "J" into evidence; no objection, Court so ordered.

At 3:25 p.m. Plaintiff rested their case.  Defense moved for a a Judgment on Partial Findings under Federal Rule 52 (c).  Plaintiff argued.

Court took the matter under advisement.

Court recessed at 3:35 p.m. and reconvened at 4:08 p.m.

Court, after hearing all argument and reviewing all exhibits, GRANTED Defendant's Rule 52 C motion for Judgment on Partial Findings as to both causes of action on Title 7- Gender Discrimination and Retaliation.   Court further stated that Plaintiff failed to make a prima facie case in either count. The Judgment was entered in favor of defendant and against the Plaintiff.   A complete statement of findings of fact and conclusions of law will follow.

Adjourned at 4:10 p.m.


By: _____/s/_____
K. Lynn Lemieux, Courtroom Deputy

AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| John (Jack) Angello -vs- Northern Marianas College | | **District Court**<br>Northern Mariana Islands |
| **Plaintiff's Attorney**<br>Danilo T. Aguilar, Esq. | **Defendant's Attorney**<br>F. Matt Smith, Esq. | **Docket Number:** CV-03-0014<br>**Trial Date(s):** October 2-3, 2006 |
| **Presiding Judge**<br>David A. Wiseman | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 10/02/06 | | | JOHN ANGELLO |
| 2 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo from Jack Angello to NMC College |
| 4 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo from Jack Angello to Director of Human Resources |
| 9 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo to NMC Agnes McPhetres re: EEO Complaints |
| 8 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo to Dr. Moyer |
| 10 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo to Director of Human Resources |
| 11 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo to HRO Director of 3-26-1999 |
| 14 | | 10/02/06 | 10/02/06 | 10/02/06 | Mem "Recommendation for Settlement" - Grievance for Dr. Jack Angello |
| 15 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo to HRO dropping the Complaint |
| 16 | | 10/02/06 | 10/02/06 | 10/02/06 | Fax copy |
| 22 | | 10/02/06 | 10/02/06 | 10/04/06 | Memo June 8 - re: Pilot Program |
| 23 | | 10/02/06 | 10/02/06 | 10/04/06 | Ltr. Dated June 26, 2000 |
| 24 | | 10/02/06 | 10/02/06 | 10/04/06 | Memo dated July 18, 2000 |
| 26 | | 10/02/06 | 10/02/06 | 10/04/06 | Memo to Dr Moyer |
| 27 | | 10/02/06 | 10/02/06 | 10/04/06 | Email from Dr. Moyer to Admissions and Records re: Fall Class Schedule |
| 32 | | 10/02/06 | 10/02/06 | 10/04/06 | Memo dated October 24, 2000 - "Spring 2001 Class Schedule" |
| 33 | | 10/02/06 | 10/02/06 | 10/04/06 | Memo dated October 24, 2000 |
| 35 | | 10/02/06 | 10/02/06 | 10/04/06 | Memo to Larry Lee |
| 36 | | 10/02/06 | 10/02/06 | 10/04/06 | NMC Class Schedule |
| 41 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo to NMC 3-09-2001 |
| 58 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo to NMC dated 06-20-2001 |
| 59 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo - Request for Information |
| 60 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo to HRO |
| 70 | | 10/02/06 | 10/02/06 | 10/02/06 | Memo June 2002 to HRO |
| 64 | | 10/02/06 | 10/02/06 | 10/02/06 | Vacancy Announcement |
| 66 | | 10/02/06 | 10/02/06 | 10/02/06 | Copy of NMC Memo dated May 15, 2002 |
| 65 | | 10/02/06 | 10/02/06 | 10/02/06 | Application |
| 67 | | 10/02/06 | 10/02/06 | 10/02/06 | Ltr to Hines |
| 68 | | 10/02/06 | 10/02/06 | 10/02/06 | Copy of NMC Letter dated May 30, 2002 - Denial for vacant Dean's position |
| 73 | | 10/02/06 | 10/02/06 | 10/02/06 | Copy of Emails dated June 17, 2002 |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 76 |  | 10/02/06 | 10/02/06 | 10/02/06 | Ltr. From Tony Ramon |
| 77 |  | 10/02/06 | 10/02/06 | 10/02/06 | Copy of NMC Qualification Evaluation Worksheet dated May 23, 2002 |
| 81 |  | 10/02/06 | 10/02/06 | 10/02/06 | Copy of NMC email dated February 28, 2003 |
| 82 |  | 10/02/06 | 10/02/06 | 10/02/06 | Copy of BOR Minutes of Executive Session of September 23, 2002 |
| 85 |  | 10/02/06 | 10/02/06 | 10/02/06 | Termination Notice |
| 86 |  | 10/02/06 | 10/02/06 | 10/02/06 | Personnel Action - Elimination of Position |
| 100 |  | 10/02/06 | 10/02/06 | 10/02/06 | Decision on Appeal |
| 99 |  | 10/02/06 | 10/02/06 | 10/02/06 | Employment Evaluation |
| 106 |  | 10/02/06 | 10/02/06 | 10/04/06 | Copy of the Office of the Public Auditor's Executive Summary dated February 19, 2003 |
| 109 |  | 10/02/06 | 10/02/06 | 10/04/06 | Copy of Termination of Lenice Kapileo |
| 103 |  | 10/02/06 | 10/02/06 | 10/02/06 | Ltr addressed to the Legislature dated 2-6-2003 |
|  | HH | 10/02/06 | 10/02/06 | 10/02/06 | Letter signed by Director of EEOC in Honolulu |
|  | CC | 10/02/06 | 10/02/06 | 10/03/06 | Memo from Santos to HRO |
|  | U | 10/02/06 | 10/02/06 | 10/03/06 | Angello application for Employment - VP for Instruction |
|  | A | 10/02/06 | 10/02/06 | 10/02/06 | Angello NMC Employment Contract No. 1222 |
|  | S | 10/02/06 | 10/02/06 | 10/02/06 | EEOC Charge No. 378-A3-00145 and Notice of Right to Sue |
|  | T | 10/02/06 | 10/02/06 | 10/03/06 | EEOC Charge No. 378-2004-00351 and Notice of Right to Sue |
|  | V | 10/02/06 | 10/02/06 | 10/02/06 | 3-5-01 Letter from Sablan to Angello re: Application Requirements |
|  | KK | 10/03/06 | 10/03/06 | 10/03/06 | Addendum to Application for Bookstore Manager |
|  | MM | 10/03/06 | 10/03/06 | 10/03/06 | Ltr to HRO re: Resubmitting of Documents |
|  | LL | 10/03/06 | 10/03/06 | 10/03/06 | Ltr to HRO re: Qualifications and JVA's |
|  | N | 10/03/06 | 10/03/06 | 10/03/06 | Memo from Angello to President: Reconsideration of Decision |
|  | W | 10/03/06 | 10/03/06 | 10/03/06 | Memo from Angello to Dept. of Ed re: discontinuance of classes |
|  | R | 10/03/06 | 10/03/06 | 10/03/06 | 2-14-03 Decision of Employee Appeals Committee re: 02-004 Angello Grievance |
|  | NN | 10/03/06 | 10/03/06 | 10/03/06 | Memo NMC Personnel Action 4065 from Employee #590 dated 5-15-1996 |
| 126 |  | 10/03/06 | 10/03/06 | 10/03/06 | Notification after Interview Process - Another Canidate was Chosen |
| 34 |  | 10/03/06 | 10/03/06 | 10/03/06 | Copy of NMC emails (JA to Fred Hill) dated 11/26/2000 |
| W2 |  | 10/03/06 |  |  | LEONARD "Butch" WOLF |
| 17 |  | 10/03/06 | 10/03/06 | 10/03/06 | Ltr to PRA's Butch Wolf dated October 8, 1999 |
| 28 |  | 10/03/06 | 10/03/06 | 10/03/06 | Ltr from Butch Wolf re: Scholarship Money (submitted into evidence by Defense) |
| 69 |  | 10/03/06 | 10/03/06 | 10/03/06 | Copy of NMC memo (Lino Santos to HRO) "Statement fo Dr. Jack Angello |
|  | J | 10/03/06 | 10/03/06 | 10/03/06 | 3-16-99 Memo from Angello & Santos re: VPI and Vocational Trades Dept. |