FILED
Clerk
District Court

OCT - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) | Civil Action No. 03-0014 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER ADMITTING INTO |
| ) | EVIDENCE ALL EXHIBITS |
| NORTHERN MARIANAS ) | PREVIOUSLY TAKEN UNDER |
| COLLEGE, ) | ADVISEMENT |
| ) | |
| Defendant ) | |

IT IS ORDERED that all exhibits upon which the court deferred ruling as to their admission into evidence be and hereby are admitted.

DATED this 4th day of October, 2006.

_____
DAVID A. WISEMAN
Judge

AO 72
(Rev. 08/82)