FILED
Clerk
District Court

OCT - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) | Civil Action No. 03-0014 |
| Plaintiff ) | |
| v. ) | JUDGMENT |
| NORTHERN MARIANAS ) | |
| COLLEGE, ) | |
| Defendant ) | |

PURSUANT TO the court's findings of fact and conclusions of law,

IT IS ORDERED, ADJUDGED, AND DECREED that defendant shall have judgment in this matter, and an award of costs pursuant to 28 U.S.C. § 1920. Once approved, the award of costs shall become part of this judgment.

DATED this 6th day of October, 2006.

DAVID A. WISEMAN
Judge

AO 72
Rev. 08/82)