≈AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of   the Northern Mariana Islands

John (Jack) Angello

V.

Northern Marianas College

**BILL OF COSTS**

Case Number: 03-0014

FILED
Clerk
District Court
OCT 13 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Judgment having been entered in the above entitled action on __10/6/2006__ against __Plaintiff John (Jack) Angello__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................... | $ 0.72 |
| Fees for service of summons and subpoena ............................. | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing ....................................... | 13.50 |
| Fees for witnesses (itemize on page two) ............................... | 200.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 0.00 |
| Docket fees under 28 U.S.C. 1923 ........................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals .................. | 0.00 |
| Compensation of court-appointed experts ............................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs (please itemize) ................................................... | 1,643.25 |
| **TOTAL** | **$ 1,857.47** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☒   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: F. Matthew Smith, CNMI Bar #F0264

For: Defendant Northern Marianas College                                   Date: 10/13/2006
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                                   Deputy Clerk                                   Date

***ORIGINAL***

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Subpoena for Polly Leon Guerrero, Saipan MP | 1 | 40.00 | | | | | $40.00 |
| Subpoena for Tanya Songsong, Saipan, MP | 1 | 40.00 | | | | | $40.00 |
| Subpoena for David Atalig, Saipan, MP | 1 | 40.00 | | | | | $40.00 |
| Subpoena for Bobbie Hunter, Saipan, MP | 1 | 40.00 | | | | | $40.00 |
| Subpoena for Jack Sablan, Saipan, MP | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $200.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

UNITED STATES DISTRICT COURT
District of the
Northern Mariana Islands

John (Jack) Angello
v.
Northern Marianas College            Case Number: 03-0014

## Itemization and Documentation for Bill of Costs

| Description of Cost | Amount of Cost |
|---|---|
| **Fees of the Clerk** Pacer user fees for 1:03-cv-00014 (See attached) | $ 0.72 |
| **Fees for Service of Summons and subpoena** | $ 0.00 |
| **Fees of the Court Reporter for al or any part of the Transcript necessarily obtained for use in the case** | $ 0.00 |
| **Fees and Disbursement for Printing** Printing cost to blow-up three (3) exhibits at Pacific Quick Print & Post (See attached supporting invoice) | $ 13.50 |
| **Fees for Witnesses** Itemized on page two (2) of Bill of Costs (See attached copies) | $ 200.00 |
| **Fees for Exemplification and Copies of papers necessarily obtained for use in the case** | $ 0.00 |
| **Docket Fees under 28 U.S.C. 1923** | $ 0.00 |
| **Costs as shown on Mandate of Court of Appeals** | $ 0.00 |
| **Compensation of Court-Appointed experts** | $ 0.00 |
| **Compensation of Interpreters and Costs of Special Interpretation services under 28 U.S.C. 1828** | $ 0.00 |
| **Other Costs** Transcript cost for the Deposition of John (Jack) Angello taken on Sept. 30, 2004 and October 05, 2004 and transcribed by Judicial Services, Plus (See invoice attached) | $ 984.00 |
| Transcript cost for the Deposition of Barbara G. Moir taken on March 04, 2006 and transcribed by Judicial Services (See invoice attached) | $ 488.00 |

| | | |
|---|---|---|
| 9/29/06 | Photo Copies 571 x 0.25 =<br>A copy of the deposition of Barbara G. Moir<br>and of John (Jack Angello to use in trial | $ 142.75 |
| 9/29/06 | Photo Copies 84 x 0.25 =<br>Exhibits for Trial | $ 21.00 |
| 9/29/06 | Photo Copies 20 x 0.25 =<br>Five (5) subpoena's to present to the Court<br>for sealing prior to service | $ 5.00 |
| 10/02/06 | Photo Copies 10 x 0.25 =<br>Filing subpoena's after service | $ 2.50 |
| | **Total Costs** | **$1,857.47** |

**PACER User:** ms4152

**Court:**      0994     Northern Mariana Islands

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 10/06/2006 | 15:00:53 | 9 | nmc | Docket Report | 1:03-cv-00014 |
| | SUB TOTAL: | 9 | pages | | |
| | $ | 0.72 | charges | | |
| | | | | | |
| | TOTAL: | 9 | pages | | |
| | $ | 0.72 | charges | | |

Back

**BANK OF GUAM**
THE PEOPLE'S BANK

Pacific Quick Print a
Saipan, MP
(670) 233-7678

BATCH No.     : 000078
TERMINAL ID   : 3574308
CARD          : VISA INT'L
CARD No.      : ▮▮▮▮▮ Swiped
EXP DATE      : 05/08
RREF No.      : 0553
INVOICE       : 000482
TRANS.        : CREDIT CARD SALE
AMOUNT        :           $ 13.50
Tran Date/Time : 10/02/06  08:10:30
APPROVAL       : 081048

Customer Copy
Thank you!

Shawn —
Pleas Post to
NMC
Thanks
— M#

# WORK ORDER
Tel.:233-7678 • 235-3402
Fax: 235-7679
E-mail: customer.service@pqpsaipan.com
design@pqpsaipan.com



| DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|
| E/C | 3 | 4.50 | 13.50 |

Blow-Ups
for NMC
Ajello
Trial Exhibits

This is not a price quote.
Prices shown may be subject to final approval

By: _____            Total $13.50

Date: _____  Due: _____
Name:

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# United States District Court

─────────── District of the Northern Mariana Islands ───────────

John Jack Angello

V.

Northern Marianas College

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] 03-0014

TO:   Polly Leon Guerrero
      Saipan, MP  96950

☒ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court for the NMI Ground Floor, Horiguchi Bldg., Garapan Saipan, MP  96950 | First Floor |
| | DATE AND TIME |
| | 10/03/06   1:30 p.m. |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

[Check image overlaid on form:
LAW OFFICE OF F. MATTHEW SMITH, LLC
OPERATIONS ACCOUNT
P.O. BOX 501127
SAIPAN, MP 96950
(670) 234-7455
101-501-1214    1524
DATE Oct. 2, 2006
PAY TO THE ORDER OF Polly Leon Guerrero    $ 40.00
Forty dollars & 00/100    DOLLARS
BANK OF HAWAII
SUSUPE BRANCH
SAIPAN, MP 96950
MEMO Subpoena #03-0014
⑆121405018⑆ 0079⑈031097⑉ 524]

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| F. Matthew Smith, Attorney for Defendant | September 29, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
2nd Floor, UIU Building, San Jose Village
P.O. Box 501127, Saipan, MP  96950-1127    (670) 234-7427

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

≈AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# United States District Court

District of the Northern Mariana Islands

John Jack Angello
V.

Northern Marianas College

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1] 03-0014

TO: Tanya Songsong
c/o Northern Marianas College
As Terlaje, Saipan, MP 96950

☒ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court for the NMI Ground Floor, Horiguchi Bldg., Garapan Saipan, MP 96950 | First Floor |
| | DATE AND TIME |
| | 10/03/06   1:30 p.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

[Check image: LAW OFFICE OF F. MATTHEW SMITH, LLC, OPERATIONS ACCOUNT, P.O. BOX 501127, SAIPAN, MP 96950, (670) 234-7455. Check #1523. Date Oct. 2, 2006. Pay to the order of Tanya Songsong $40.00. Forty dollars and 00/100. BANK OF HAWAII, SUSUPE BRANCH, SAIPAN, MP 96950. Memo: Subpoena #03-0014.]

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| F. Matthew Smith, Attorney for Defendant | September 29, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
2nd Floor, UIU Building, San Jose Village
P.O. Box 501127, Saipan, MP 96950-1127  (670) 234-7427

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### District of the Northern Mariana Islands

John Jack Angello

V.

Northern Marianas College

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1] 03-0014

TO: David Atalig
c/o Department of Public Lands
Dandan, Saipan MP 96950

[X] **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court for the NMI Ground Floor, Horiguchi Bldg., Garapan Saipan MP 96950 | First Floor |
| | DATE AND TIME |
| | 10/03/06 1:30p.m. |

[ ] **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

PLACE

[ ] [check image overlaying form — shows: LAW OFFICE OF F. MATTHEW SMITH, LLC, OPERATIONS ACCOUNT, P.O. BOX 501127, SAIPAN, MP 96950, (670) 234-7455; Check #1522; DATE Oct. 2, 2006; PAY TO THE ORDER OF David Atalig — $40.00; forty dollars + 00/100; BANK OF HAWAII SUSUPE BRANCH SAIPAN, MP 96950; MEMO Subpoena #03-0014]

...its or objects at...

PLACE

[ ]

PREMISES

...fied below.

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| F. Matthew Smith, Attorney for Defendant | September 29, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
2nd Floor, UIU Bldg. San Jose Village
P.O. Box 501127 Saipan MP 96950 Phone: 670-234-7427

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88   (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court

——— District of the Northern Mariana Islands ———

John Jack Angello
V.
Northern Marianas College

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1] 03-0014

TO:   Bobbie Hunter
      c/o Northern Marianas College
      As Terlaje, Saipan, MP  96950

[X] **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court for the NMI Ground Floor, Horiguchi Bldg., Garapan Saipan, MP  96950 | First Floor |
| | DATE AND TIME |
| | 10/03/06  1:30 p.m. |

[ ] **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU [ARE COMMANDED to produce and permit inspection and copying of the following documents or] objects at the [place, date, and time specified below (list documents or objects):]

PLACE

[ ] YOU [ARE COMMANDED to permit inspection of the following] below.
PREMISES

---

**LAW OFFICE OF F. MATTHEW SMITH, LLC**
OPERATIONS ACCOUNT
P.O. BOX 501127
SAIPAN, MP  96950
(670) 234-7455

101-501-1214          1521

DATE Oct. 2, 2006

PAY TO THE ORDER OF Bobbie Hunter          $ 40.00

Forty dollars + 00/100          DOLLARS

BANK OF HAWAII
SUSUPE BRANCH
SAIPAN, MP  96950

MEMO Subpoena #03-0014

⑆121405018⑆ 0079•031097•• 521

---

Any [...] [mo]re officers, directors, [...] ignated, the matters o[...]

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| F. Matthew Smith, Attorney for Defendant | September 29, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
2nd Floor, UIU Building, San Jose Village
P.O. Box 501127, Saipan, MP  96950-1127    (670) 234-7427

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88   (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### District of the Northern Mariana Islands

John Jack Angello
V.
Northern Marianas College

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]  03-0014

TO:   Jack Sablan
      Saipan, MP  96950

[X] **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court for the NMI Ground Floor, Horiguchi Bldg., Garapan Saipan, MP  96950 | First Floor |
| | DATE AND TIME |
| | 10/03/06   1:30 p.m. |

[ ] **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

[overlaid image of a check from LAW OFFICE OF F. MATTHEW SMITH, LLC, Operations Account, P.O. Box 501127, Saipan, MP 96950, (670) 234-7455, check #1520, dated Oct. 2, 2006, Pay to the order of Jack Sablan, $40.00, Forty dollars + 00/100, Bank of Hawaii Susupe Branch Saipan, MP 96950, Memo: Sub-poena #03-0014]

[partially obscured text regarding documents or objects, time specified below, designate one or more officers, each person designated, the] matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| F. Matthew Smith, Attorney for Defendant | September 29, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
2nd Floor, UIU Building, San Jose Village
P.O. Box 501127, Saipan, MP  96950-1127    (670) 234-7427

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.



JUDICIAL SERVICES, PLUS
2nd Floor, Sablan Bldg., Chalan Piao
P. O. Box 500051
Saipan, MP 96950
(670) 235-7585

# INVOICE

TO :   Matt Smith, Esq.
       Law Offices of Vicente T. Salas
       2nd Floor, UIU Building
       San Jose, Saipan, MP 96950

DATE:   January 13, 2005                              INVOICE #: JSP 501-2070

This is to bill you for deposition services rendered in U.S. District Court, Civil Action No. 03-0014, *John (Jack) Angello v. Northern Marianas College*, as follows:

Transcription -- Standard Format:
**Deposition of John (Jack) Angello
taken September 30 and October 5, 2004**
 246 pp. @ $4.00 per original page ..................................................$984.00
  **plus** 5 pp., Exhibits A and B, @ .50/p............................................___-0-___

                    **TOTAL DUE:**                           **$984.00**

Please pay from this invoice -- due and payable upon presentation. Interest shall accrue at the rate of 1% per month, 30 days from the date of this invoice. Thank you.

_____
Celina A. Concepcion

Celina A. Concepcion
dba Judicial Services
P. O. Box 500051
Atuhong Place, Chalan Piao
Saipan, MP 96950-0051
(670) 235-7585

## INVOICE

TO   :   Matt Smith, Esq.
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
San Jose, Saipan, MP 96950

DATE:   March 29, 2006                                    INVOICE #: JS-603-069

This is to bill you for deposition services rendered in U.S. District Court, Civil Action No. 03-0014, John (Jack) Angello v. Northern Marianas College, as follows:

Transcription -- standard format:
**Deposition of Barbara G. Moir
taken March 4, 2006:**
   122   pp. @ $4.00 per original page only..................................$488.00
          **plus** 34 pp., Exhibits 81, E, F, G, 14, 10 and 2 -- 6 @ ...............  -0-

                              **TOTAL DUE:**                              **$488.00**

Please pay from this invoice -- due and payable [to Judicial Services] upon presentation. Interest shall accrue at the rate of 1% per month, 30 days from the date of this invoice. Thank you.

_____
Celina A. Concepcion

LAW OFFICE OF
F. MATTHEW SMITH, LLC
RECEIVED
BY: _____
DATE: 8/29/06
TIME: 4:25 pm