F I L E D
Clerk
District Court

NOV - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOHN JACK ANGELLO
P.O. Box 501149
Saipan, MP 96950
TELEPHONE: (670) 235-8691
FAX: (670) 235-8691

PRO SE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOHN (JACK) ANGELLO,** | Civil Action No. 03-0014 |
| Plaintiff/Appellant, | DECLARATION IN SUPPORT OF PLAINTIFF/APPELLANT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| **NORTHERN MARAIANAS COLLEGE,** | |
| Defendant/Appellee. | Judge: Hon. David Wiseman |

I, John (Jack) Angello, hereby declare:

1. I am Plaintiff/Appellant Pro Se in the above-captioned matter and have personal knowledge regarding the matters stated herein:

2. The following information about my wife's income and obligations was requested by the Court.

3. Due to my miserable financial situation (no savings, no possessions except an old truck and four boonie dogs, a barely paycheck to paycheck existence, etc,) which was exacerbated by my earlier NMC termination and ongoing litigation, I severed any and all financial connections with my wife, Leonora C. Angello, in order to preserve her limited income and credit history.

4. My wife's base monthly income is approximately $1600 net.

5.     Her obligations are paying off a major loan she took out to keep our family afloat during my lack of employment in 2002-2004.  She has her own vehicle, food, miscellaneous obligations.  My wife is a traditional Filipina, who takes care of her numerous family members in the Philippines.  Her parents died when she and her four siblings were relatively young, and she is the only one to live and work outside the Philippines.

6.     I don't inquire in her P.I. obligations, but I believe she has a few hundred dollars left over each month, but she is investing in a modest home in the P.I. for her and her P.I. family in the later years.

7.     I realize from a stateside perspective, I shouldn't qualify for In Forma Pauperis.  However, I will not interrupt my wife's supporting her P.I. family members and trying to protect her own future and our young son.  She tolerates my fighting the system, which has resulted in bouts of depression, asthma attacks, and struggling alcoholism, but her limited income has very worthy obligations and cannot cover my litigation expenses.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 3, 2006, at Saipan, CNMI.

John (Jack) Angello