ORIGINAL

JOHN JACK ANGELLO
P.O. Box 501149
Saipan, MP 96950
TELEPHONE: (670) 235-8691
FAX: (670) 235-8691

PRO SE

FILED
Clerk
District Court

DEC - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **JOHN (JACK) ANGELLO,** | ) | Civil Action No. 03-0014 |
| Plaintiff, | ) ) | **PLAINTIFF'S MOTION TO STAY JUDGMENT PENDING APPEAL** |
| v. | ) ) | |
| **NORTHERN MARIANAS COLLEGE,** | ) ) | |
| Defendant. | ) ) ) ) ) | Date: JAN - 4 2007<br>Time: 8:30 a.m.<br>Judge: Hon. David Wiseman |

**COMES NOW**, Plaintiff John Jack Angello, and hereby moves, pursuant to Fed. R.App.P. 8, to stay this Court's ruling of October 6, 2006, which was appealed on November 6, 2006.

This Motion to Stay is based upon the attached Memorandum, the Declaration of John Jack Angello, and by any and all evidence and arguments that may be adduced at a hearing of this Motion.

Dated: 12/02/06

_____
John (Jack) Angello
Pro Se