ORIGINAL

JOHN JACK ANGELLO
P.O. Box 501149
Saipan, MP 96950
TELEPHONE: (670) 235-8691
FAX: (670) 235-8691

PRO SE

FILED
Clerk
District Court

DEC - 4 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTHERN MARIANAS COLLEGE, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 03-0014 <br><br> DECLARATION IN SUPPORT <br> OF PLAINTIFF'S MOTION <br> TO STAY JUDGMENT <br> PENDING APPEAL <br><br> Date: JAN - 4 2007 <br> Time: 8:30 a.m. <br> Judge: Hon. David Wiseman |

I, John (Jack) Angello, hereby declare as follows:

1. I am appearing pro se in the above-captioned matter and I have personal knowledge of the matters stated herein and would be competent to testify to them if called to do so.

2. Attached as Exhibit 1 is a true and correct copy of the Defendant's letter, dated on November 28, 2006, and received by Plaintiff on December 2, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2‑ND day of December, 2006 at Saipan, CNMI.

_____
John (Jack) Angello      Pro Se

LAW OFFICE OF

# F. MATTHEW SMITH, LLC

2ND FLOOR, UIU BUILDING, CHALAN MONSIGNOR GUERRERO
SAN JOSE VILLAGE

670-234-7455, PHONE                    ATTORNEY.MATT.SMITH@GMAIL.COM
670-234-7256, FAX                       P.O. BOX 501127, SAIPAN, MP 96950

November 28, 2006

John Jack Angello
P.O. Box 501149
Saipan, MP 96950

**Re:** *Angello v. Northern Marianas College,* **District Court Case No. 03-0014**

Dear Mr. Angello:

As you know, as a part of the recent judgment in favor of Northern Marianas College in the District Court, the college was awarded its costs in the amount of $1857.47. This judgment is currently accruing interest at the rate of 9% per annum in accordance with 7 CMC §4101.

This office has received your Application to Proceed In Forma Pauperis, and so we are aware that you may be facing some financial difficulty. For this reason, we are prepared to allow you some flexibility to propose terms under which you will meet this obligation, though we will insist that these terms provide for regular payments on at least a monthly basis, and also payment in full, including interest, within twenty-four months. The payments should also be made to the Client Trust Account at this office.

Please respond to this letter by Friday, December 8, 2006 with your proposed schedule of payment. Also be advised that we expect these regular monthly payments to begin no later than January 2, 2007.

If we have not received your proposal by Friday, December 8, 2006, this office will file an Order in Aid of Judgment in the Superior Court.

Thank you for your prompt attention.

Very truly yours,

MARK A. SCOGGINS
Attorney at Law

1