JOHN JACK ANGELLO
P.O. Box 501149
Saipan, MP 96950
TELEPHONE: (670) 235-8691
FAX: (670) 235-8691

PRO SE

FILED
Clerk
District Court

DEC - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOHN (JACK) ANGELLO,** | Civil Action No. 03-0014 |
| Plaintiff, | NOTICE OF PLAINTIFF'S MOTION TO STAY JUDGMENT PENDING APPEAL |
| v. | |
| **NORTHERN MARIANAS COLLEGE,** | |
| Defendant. | Date: JAN - 4 2007 |
| | Time: 8:30 a.m. |
| | Judge: Hon. David Wiseman |

PLEASE TAKE NOTICE THAT ON JAN - 4 2007, at 8:30 a.m., in the U.S.. District Court of the N.M.I., or as soon thereafter as counsel may be heard in front of the Honorable David A. Wiseman, Plaintiff will and hereby does move the Court to consider his "Motion to Stay Judgment Pending Appeal."

Dated: 12/4/06

John (Jack) Angello
Pro Se