VICENTE T. SALAS
Law Office of Vicente T. Salas
2nd Floor, UIU Building, Chalan Monsignor Guerrero
P.O. Box 501309
San Jose Village
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorneys for Defendant Northern Marianas College.

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JOHN (JACK) ANGELLO,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>NORTHERN MARIANAS COLLEGE,<br><br>　　　　　Defendant. | Civil Action No. 03-0014<br><br>**PROOF OF SERVICE** |

　　　Pursuant to 28 USC §1746, I, Judi C. Fujihira, hereby declare under penalty of perjury that on the 6th day of December, 2006, at 9:24 a.m., I personally served a true and correct copy of the ***Opposition To Plaintiff's Motion To Stay Judgment Pending Appeal*** (filed on December 5, 2006, 2006) on John (Jack) Angello, Plaintiff in this matter at the Law Office of F. Matthew Smith, LLC, Second Floor of the UIU Building, Chalan Monsignor Guerrero, San Jose, Saipan.

　　　Executed this 6th day of December, 2006, on Saipan, Commonwealth of the Northern Mariana Islands.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judi C. Fujihira