FILED
Clerk
District Court

DEC 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) | Civil Action No. 03-0014 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER DENYING MOTION |
| ) | FOR STAY PENDING APPEAL |
| NORTHERN MARIANAS ) | and |
| COLLEGE, ) | REMOVING HEARING DATE |
| ) | FROM CALENDAR |
| Defendant ) | |
| _____ ) | |

THE COURT has received pro se appellant Angello's motion for a stay pending appeal, brought pursuant to Fed.R.App.P. 8(a). In the interests of conserving the resources of the court and the parties, the court will decide the motion without the necessity of oral argument.

The court must balance movant's probability of success on appeal, the relative hardships to the parties (i.e. whether he would suffer irreparable injury

AO 72
(Rev. 08/82)

without a stay or defendant would suffer substantial injury were the motion for stay to be granted), and the public interest. See <u>Lopez v. Heckler</u>, 713 F.2d 511 (9th Cir. 1984).

 The court gauges movant's probability of success on the merits as unlikely and there is no risk that he will suffer irreparable harm from having to pay for costs awarded against him in his latest failed lawsuit. The appeal does not raise serious legal questions and the balance of hardships does not tip in his favor. The hardship to defendant by not receiving payment of its costs incurred is slight, although defendant was forced to incur, and will continue to incur, significant attorney fees and costs in defending. The public interest is not implicated in any meaningful way. Accordingly, the court concludes that the balance tips sharply in favor of defendant-appellee and, accordingly, plaintiff-appellant's motion for a stay pending appeal is denied.

 The hearing set for January 4, 2007, is taken off-calendar.

 DATED this 8th day of December, 2006.

                _____
                DAVID A. WISEMAN
                Judge