**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) | CIVIL ACTION NO. 03-0014 |
| ) | |
| Plaintiff, ) | Garapan, Saipan |
| ) | October 2, 2006 |
| vs. ) | |
| ) | REPORTER'S TRANSCRIPT OF |
| NORTHERN MARIANAS COLLEGE, et al., ) | BENCH TRIAL |
| ) | |
| Defendant. ) | |

BEFORE DESIGNATED JUDGE DAVID A. WISEMAN
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

DEC 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:        Danilo T. Aguilar, Esq.
                      P. O. Box 50530
                      Saipan, MP  96950
                      Telephone: (670) 234-8801
                      Facsimile: (670) 234-1251

For Defendant:        F. Matthew Smith, Esq.
                      P. O. Box 501309
                      Saipan, MP 96950-1309
                      Telephone: (670) 234-7455/7427
                      Facsimile: (670) 234-7256

Also Present :        John (Jack) Angello, Plaintiff

---

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950-5128