```
                                              FILED
                                              Clerk
                                            District Court

                                            JAN 11 2007

                                       For The Northern Mariana Islands
                                       By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN (JACK) ANGELLO, ) | Civil Action No. 03-0014 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER RE: |
| ) | TRIAL TRANSCRIPT |
| NORTHERN MARIANAS ) | (28 U.S.C. § 753(f)) |
| COLLEGE, ) | |
| ) | |
| Defendant ) | |

PURSUANT TO the provisions of 28 U.S.C. § 753(f), and the court hereby certifying that the appeal is not frivolous,

IT IS ORDERED that fees for the transcript in this matter shall be paid by the United States on behalf of this *in forma pauperis* litigant.

DATED this 11th day of January, 2007.

_____
DAVID A. WISEMAN
Judge