UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**F I L E D**

MAY 2 3 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN (JACK) ANGELLO,<br><br>        Plaintiff - Appellant,<br><br>    v.<br><br>NORTHERN MARIANAS COLLEGE; et al.,<br><br>        Defendants - Appellees. | No. 06-35982<br><br>D.C. No. CV-03-00014-DAW<br>District of the Northern Mariana Islands<br><br>**F I L E D**<br>Clerk<br>District Court<br><br>ORDER    MAY 3 0 2007<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

Before:  CANBY and FISHER, Circuit Judges.

The motion for clarification is granted.  The motion to stay judgment pending appeal was denied because the appellant has not demonstrated a probability of success on the merits and will not suffer substantial injury from having to pay the costs awarded pending appeal.  *See Lopez v. Heckler*, 713 F.2d 511 (9th Cir. 1984).

S:\MOATT\Panelord\2007\3.07\hs\06-35982.wpd